UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-4113-PSG (JEMx) <br> CV 15-4440-PSG (JEMx) <br> CV 15-4573-PSG (JEMx) <br> CV 15-4759-PSG (JEMx) <br> CV 15-4989-PSG (JEMx) <br> CV 15-5118-PSG (JEMx) <br> CV 15-7051-PSG (JEMx) | Date | November 9, 2015 |
|---|---|---|---|
| Title | Stace Cheverez v. Plains All American Pipeline, L.P. <br> Savvy of Boulder LLC v. Plains All American Pipeline, L.P. <br> Mark Hicks v. Plains All American Pipeline, LP et al <br> Alexandra B. Geremia v. Plains All American Pipeline, L.P. et al <br> Keith Andrews et al v. Plains All American Pipeline, LP et al <br> Isla Vista Surfing Lessons v. Plains All American Pipeline, , L.P. <br> Richard Lilygren v. Plains All American Pipeline, L.P. et al | | |

| Present: The Honorable | PHILIP S. GUTIERREZ |
|---|---|
| Wendy Hernandez | Marea Woolrich |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Julu Farris, Robert Nelson, Matthew Preusch, William Audet, Leila Noel, Barry Cappello, Brett Boon | William Warne, John Zavitsanos, |

**Proceedings:**   STATUS CONFERENCE FOR THIS ACTION AND ALL RELATED ACTIONS

The Court advances the hearing on Plaintiff's Unopposed Motion for Consolidation and Appointment of Interim Co-Lead Class Counsel (#33) to November 9.

Having read and considered Plaintiff's Unopposed Motion and the oral argument presented today, the Court **grants** the Motion and **administratively closes** the following related cases: CV 15-4573-PSG, CV 15-4759-PSG, CV 15-4989-PSG, CV 15-5118-PSG and CV 15-7051-PSG.  Counsel shall file all future pleadings in **lead case CV15-4113-PSG**.

Regarding CV 15-4440-PSG, the Court sets an OSC Hearing Re: Dismissal for **December 14, 2015 at 2:30pm**.  If a dismissal is filed, then no appearance will be necessary.

Regarding lead case CV 15-4113-PSG, the Court sets a Scheduling Conference for **December 14, 2015 at 2:30pm**.  Counsel shall file a Joint 26(f) Report, along with a proposed case management order, by close of business December 7, 2015.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-4113-PSG (JEMx)<br>CV 15-4440-PSG (JEMx)<br>CV 15-4573-PSG (JEMx)<br>CV 15-4759-PSG (JEMx)<br>CV 15-4989-PSG (JEMx)<br>CV 15-5118-PSG (JEMx)<br>CV 15-7051-PSG (JEMx) | Date | November 9, 2015 |
|---|---|---|---|
| Title | Stace Cheverez v. Plains All American Pipeline, L.P.<br>Savvy of Boulder LLC v. Plains All American Pipeline, L.P.<br>Mark Hicks v. Plains All American Pipeline, LP et al<br>Alexandra B. Geremia v. Plains All American Pipeline, L.P. et al<br>Keith Andrews et al v. Plains All American Pipeline, LP et al<br>Isla Vista Surfing Lessons v. Plains All American Pipeline, , L.P.<br>Richard Lilygren v. Plains All American Pipeline, L.P. et al | | |

Regarding the three motions parties intend to file: Defendants' Motion to Stay and Motion to Dismiss, along with other motions, the Court sets the following briefing schedule.

| | |
|---|---|
| All Motions to be filed by: | 12/16/15 |
| All Oppositions to be filed by: | 01/20/16 |
| All Replies to be filed by: | 02/03/16 |
| Hearing on all three Motions (1:30pm) | 02/29/16 |

|  | : | 40 |
|---|---|---|
| Initials of Preparer | wh | |