DOWNEY BRAND LLP
STEVEN H. GOLDBERG (Bar No. 140039)
WILLIAM R. WARNE (Bar No. 141280)
MEGHAN M. BAKER (Bar No. 243765)
OLIVIA M. WRIGHT (Bar No. 240200)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone: 916.444.1000
Facsimile: 916.444.2100
sgoldberg@downeybrand.com
bwarne@downeybrand.com
mbaker@downeybrand.com
owright@downeybrand.com

AHMAD ZAVITSANOS ANAIPAKOS ALAVI
& MENSING PC
JOHN ZAVITSANOS (admitted pro hac vice)
ELIZABETH P. FLETCHER (admitted pro hac vice)
1221 McKinney, Suite 3460
Houston, TX 77010
Telephone: 713.655.1101
Facsimile: 713.655.0062
jzavisanos@azalaw.com
efletcher@azalaw.com

Attorneys for Defendants
PLAINS ALL AMERICAN PIPELINE, L.P.,
PLAINS PIPELINE, L.P.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACE CHEVEREZ, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PLAINS ALL AMERICAN PIPELINE, L.P., a Delaware limited partnership<br><br>Defendant. | Case No. 2:15-cv-04113-PSG-JEM<br><br>[Consolidated with Case Nos. 2:15-cv-04440-PSG-JEM, 2:15-cv-04573-PSG-JEM, 2:15-cv-04759-PSG-JEM, 2:15-cv-04989-PSG-JEM, 2:15-cv-05118-PSG-JEM]<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO STAY**<br><br>Date: February 29, 2016<br>Time: 1:30 p.m.<br>Judge: Hon. Philip S. Gutierrez<br>Courtroom: 880 |

PLEASE TAKE NOTICE THAT on February 29, 2016, at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 880 of the United States District Court, Central District of California, located at 255 East Temple Street, Los Angeles, CA 90012-3332, Defendants Plains All American Pipeline, L.P. and Plains Pipeline, L.P. (collectively "Defendants") will and hereby do move to temporarily stay the Consolidated Class Action for approximately six months, from the date of the hearing on February 29, 2016, until August 31, 2016.

This Motion is made following the conference of counsel pursuant to L.R. 7-3 which has taken place over the past several weeks.

This Motion is made on the grounds that the competing interests weigh in favor of a short stay of this litigation to allow the ongoing statutory claims process time to more fully run its course as congressionally intended and to resolve the nearly 200 open and pending claims. *See generally Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *Leyva v. Certified Grocers of California, Ltd.*, 593 F.2d 857, 863 (9th Cir. 1979) (A "trial court may, with propriety, find it is efficient for its own docket and the fairest course for the parties to enter a stay of an action before it, pending resolution of independent proceedings which bear upon the case.") A short stay will also allow additional individuals and businesses time to submit claims and receive fast and fair compensation. Because the ongoing claims process may ultimately resolve many (if not most) of the claims resulting from the Line 901 incident during this six-month timeframe, a limited stay will significantly reduce the size and scope of this complex, consolidated class action, as well as reduce the potential for double recovery. It may even obviate the need for a class action altogether, an issue that can be addressed in the class certification process as it relates to numerosity and related issues. Therefore, a brief stay serves the duel goals of judicial economy and the orderly course of justice.

/ / /

/ / /

1        This Motion is based upon this Notice of Motion, the Memorandum of Points
2  and Authorities, and Declaration of James L. Jacoby filed simultaneously herewith;
3  all of the pleadings and papers on file in this matter; and upon such oral or
4  documentary evidence that may be presented at the hearing.

DATED: December 16, 2015         DOWNEY BRAND LLP

By:  */s/ William R. Warne*
      WILLIAM R. WARNE
      Attorney for Defendants
      PLAINS ALL AMERICAN
      PIPELINE, L.P., and PLAINS
      PIPELINE, L.P