Robert L. Lieff (CSB No. 037568)
Elizabeth J. Cabraser (CSB No. 083151)
Robert J. Nelson (CSB No. 132797)
Sarah R. London (CSB No. 267083)
Wilson M. Dunlavey (CSB No. 307719)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Lynn Lincoln Sarko
(*Admitted Pro Hac Vice*)
Gretchen Freeman Cappio
(*Admitted Pro Hac Vice*)
Daniel Mensher
(*Admitted Pro Hac Vice*)
**KELLER ROHRBACK L.L.P.**
1201 Third Ave., Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

A. Barry Cappello (CSB No. 037835)
Leila J. Noël (CSB No. 114307)
Lawrence J. Conlan (CSB No. 221350)
David Cousineau (CSB No. 298801)
**CAPPELLO & NOËL LLP**
831 State Street
Santa Barbara, CA 93101-3227
Telephone: (805) 564-2444
Facsimile: (805) 965-5950

*Lead Trial Counsel for Plaintiffs*

Juli Farris (CSB No. 141716)
Matthew J. Preusch (CSB No. 298144)
**KELLER ROHRBACK L.L.P.**
1129 State Street, Suite 8
Santa Barbara, CA 93101
Telephone: (805) 456-1496
Facsimile: (805) 456-1497

William M. Audet (CSB No. 117456)
**AUDET & PARTNERS, LLP**
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102-3275
Telephone: (415) 568-2555
Facsimile: (415) 568-2556

*Attorneys for Interim Co-Lead Class
Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ANDREWS, an individual, TIFFANI ANDREWS, an individual, BACIU FAMILY LLC, a California limited liability company, ROBERT BOYDSTON, an individual, CAPTAIN JACK'S SANTA BARBARA TOURS, LLC, a California limited liability company, MORGAN CASTAGNOLA, an individual, THE EAGLE FLEET, LLC, a California limited liability company, ZACHARY FRAZIER, an individual, MIKE GANDALL, an individual, ALEXANDRA B. GEREMIA, as Trustee for the Alexandra Geremia Family Trust dated 8/5/1998, JIM GUELKER, an individual, JACQUES HABRA, an individual, ISURF, LLC, a California limited liability company, MARK | Case No. **2:15-cv-04113-PSG-JEM** [Consolidated with Case Nos. 2:15-CV-04573 PSG (JEMx), 2:15-CV-4759 PSG (JEMx), 2:15-CV-4989 PSG (JEMx), 2:15-CV-05118 PSG (JEMx), 2:15-CV-07051- PSG (JEMx)] **DECLARATION OF ROBERT J. NELSON IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** Date: November 7, 2016 Time: 1:30 p.m. Courtroom: Hon. Philip S. Gutierrez |

1 | KIRKHART, an individual, MARY
KIRKHART, an individual, RICHARD
2 | LILYGREN, an individual, HWA HONG
MUH, an individual, OCEAN ANGEL IV,
3 | LLC, a California limited liability
company, PACIFIC RIM FISHERIES,
4 | INC., a California corporation, SARAH
RATHBONE, an individual,
5 | COMMUNITY SEAFOOD LLC, a
California limited liability company,
6 | SANTA BARBARA UNI, INC., a
California corporation, SOUTHERN CAL
7 | SEAFOOD, INC., a California
corporation, TRACTIDE MARINE
8 | CORP., a California corporation, WEI
INTERNATIONAL TRADING INC., a
9 | California corporation and STEPHEN
WILSON, an individual, individually and
10 | on behalf of others similarly situated,

11 |     Plaintiffs,

12 | v.

13 | PLAINS ALL AMERICAN PIPELINE,
L.P., a Delaware limited partnership,
14 | PLAINS PIPELINE, L.P., a Texas limited
partnership, and JOHN DOES 1 through
15 | 10,

16 |     Defendants.

17

18     I, Robert J. Nelson, declare as follows:

19     1.    I am a partner in the law firm of Lieff, Cabraser, Heimann &

20 Bernstein, LLP ("LCHB"), and am counsel of record for Plaintiffs in this matter. I

21 am a member in good standing of the Bar of the State of California and admitted to

22 practice in this Court.  I make this Declaration of my own personal knowledge, and

23 if called to do so, could testify competently to the matters stated herein.

24 **Plaintiff Declarations**

25     2.    Attached hereto as Exhibit 1 is a true and correct copy of the

26 Declaration of Keith Andrews in Support of Plaintiffs' Motion for Class

27 Certification.

28

3.      Attached hereto as Exhibit 2 is a true and correct copy of the Declaration of Arnulfo Baez in Support of Plaintiffs' Motion for Class Certification.

4.      Attached hereto as Exhibit 3 is a true and correct copy of the Declaration of Joshua D. Belchere in Support of Plaintiffs' Motion for Class Certification .

5.      Attached hereto as Exhibit 4 is a true and correct copy of the Declaration of Robert R. Boydston in Support of Plaintiffs' Motion for Class Certification.

6.      Attached hereto as Exhibit 5 is a true and correct copy of the Declaration of Morgan Castagnola in Support of Plaintiffs' Motion for Class Certification.

7.      Attached hereto as Exhibit 6 is a true and correct copy of the Declaration of Zachary Frazier in Support of Plaintiffs' Motion for Class Certification.

8.      Attached hereto as Exhibit 7 is a true and correct copy of the Declaration of Mike Gandall in Support of Plaintiffs' Motion for Class Certification.

9.      Attached hereto as Exhibit 8 is a true and correct copy of the Declaration of Alexandra B. Geremia in Support of Plaintiffs' Motion for Class Certification.

10.     Attached hereto as Exhibit 9 is a true and correct copy of the Declaration of Jim Guelker in Support of Plaintiffs' Motion for Class Certification.

11.     Attached hereto as Exhibit 10 is a true and correct copy of the Declaration of Pete Guglielmo on behalf of Pacific Rim Fisheries, Inc. and Southern Cal Seafood, Inc. in Support of Plaintiffs' Motion for Class Certification.

1    12.    Attached hereto as Exhibit 11 is a true and correct copy of the

2    Declaration of Jacques Habra in Support of Plaintiffs' Motion for Class

3    Certification.

4    13.    Attached hereto as Exhibit 12 is a true and correct copy of the

5    Declaration of Mark Hicks in Support of Plaintiffs' Motion for Class Certification.

6    14.    Attached hereto as Exhibit 13 is a true and correct copy of the

7    Declaration of Mary Kirkhart in Support of Plaintiffs' Motion for Class

8    Certification.

9    15.    Attached hereto as Exhibit 14 is a true and correct copy of the

10   Declaration of Richard Lilygren in Support of Plaintiffs' Motion for Class

11   Certification.

12   16.    Attached hereto as Exhibit 15 is a true and correct copy of the

13   Declaration of Ronald MacLeod on behalf of Baciu Family LLC in Support of

14   Plaintiffs' Motion for Class Certification.

15   17.    Attached hereto as Exhibit 16 is a true and correct copy of the

16   Declaration of Hwa Hong Muh in Support of Plaintiffs' Motion for Class

17   Certification.

18   18.    Attached hereto as Exhibit 17 is a true and correct copy of the

19   Declaration of Thuy Trinh Nguyen in Support of Plaintiffs' Motion for Class

20   Certification.

21   19.    Attached hereto as Exhibit 18 is a true and correct copy of the

22   Declaration of Alelia Parenteau in Support of Plaintiffs' Motion for Class

23   Certification.

24   20.    Attached hereto as Exhibit 19 is a true and correct copy of the

25   Declaration of Sarah Rathbone in Support of Plaintiffs' Motion for Class

26   Certification.

27

28

1    21.    Attached hereto as Exhibit 20 is a true and correct copy of the

2    Declaration of David Tibbles on behalf of Ocean Angel IV, LLC in Support of

3    Plaintiffs' Motion for Class Certification.

4    22.    Attached hereto as Exhibit 21 is a true and correct copy of the

5    Declaration of Stephen Wilson in Support of Plaintiffs' Motion for Class

6    Certification.

7    23.    Attached hereto as Exhibit 22 is a true and correct copy of the

8    Declaration of Weihai Zhuang in Support of Plaintiffs' Motion for Class

9    Certification.

10   **Other Evidence**

11   24.    Attached hereto as Exhibit 23 is a true and correct copy of a webpage

12   titled "Plains Line 901 Information Center" as accessed at

13   http://www.plainsline901response.com/go/doc/7266/2547486/  (last visited August

14   22, 2016).

15   25.    Attached hereto as Exhibit 24 is a true and correct copy of a Letter

16   from Zach Barrett of the United States Department of Transportation's Office of

17   Pipeline Safety to Bob Gorham of the Pipeline Safety Division of the California

18   State Fire Marshall dated May 18, 2016.

19   26.    Attached hereto as Exhibit 25 is a true and correct copy of the

20   Executive Summary of a report issued by the Pipeline and Hazardous Materials

21   Safety Administration of the United States Department of Transportation titled

22   "Failure Investigative Report – Plains Pipeline, LP, Line 901 – Crude Oil Release,

23   May 19, 2015 – Santa Barbara County, California" (appendices removed for

24   brevity).

25   27.    Attached hereto as Exhibit 26 is a true and correct copy of the Order

26   and Judgment Granting Final Approval of Economic and Property Damages

27   Settlment [sic] and Confirmation Certification of The Economic and Property

28

CASE NO:  2:15-CV-04113-PSG-JEM
DECLARATION OF ROBERT J. NELSON ISO OF
CLASS CERTIFICATION

1    Damages Settlement Class filed in *In Re: Oil Spill by the Oil Rig "Deepwater*

2    *Horizon" in the Gulf of Mexico, on April 20, 2010*, MDL no. 2179 (E.D. La.).

3         28.    Attached hereto as Exhibit 27 is a true and correct copy of relevant

4    portions of the transcript of the July 13, 2016 deposition of Keith Andrews.

5         I declare under penalty of perjury that the foregoing is true and correct.

6

7         Executed this 22nd day of August, 2016, at San Francisco, California.

8

9                              _____ */s/ Robert J. Nelson*_____

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1315654.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I, Robert J. Nelson, hereby certify that on August 22, 2016, I electronically filed Plaintiffs' **DECLARATION OF ROBERT J. NELSON IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** with the Clerk of the United States District Court for the Central District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

*/s/ Robert J. Nelson*
Robert J. Nelson

6

1315654.1