# EXHIBIT 1



## Curriculum Vitae of Steve Roberts, CPA/CFF, CFE, CFA, CCI, CGMA, FCPA, Principal

**GENERAL BACKGROUND**

Since 1987, Mr. Roberts has focused exclusively on valuation, economic research, economic loss measurement, forensic accounting, and fraud examination. His assignments regularly include expert report and exhibit preparation, and deposition and courtroom testimony. Other of his engagements include arbitration, mediation and appraisal testimony, and acting as an umpire or mediator in commercial disputes. Mr. Roberts has also been retained directly by the court as a Special Master relative to economic loss measurement and forensic accounting issues.

He is a Certified Public Accountant, Certified Fraud Examiner, Certified Forensic Accountant, and Forensic Certified Public Accountant. He is also certified by the AICPA in Financial Forensics, is a Certified Criminal Investigator, and is a member of the Academy of Court Appointed Masters. Over the past 29 years, since his time at one of the world's largest audit firms, Deloitte & Touche, Mr. Roberts has been directly responsible for designing, implementing and managing more than 2,000 engagements involving billions of dollars.

He has managed economic loss and valuation engagements in Alaska, Europe, across North America, in Mexico, and throughout the Gulf and Pacific Rim. He is a speaker, lecturer and author of courses and articles on economic damage measurement principles, forensic accounting issues and independent expert practices. He also serves as an adjunct professor on these topics. Mr. Roberts is the principal and founder of Veritas Forensic Accounting and Economics.

**REPRESENTATIVE ENGAGEMENTS**

ADAK FISHERIES – Business Interruption Losses – Adak, AK
ALASKA GLACIER SEAFOODS – Business Interruption Losses – Anchorage, AK
AMDAHL CORPORATION – Litigated Matters - San Jose, CA
AMERICAN MICROSYSTEMS – Economic Damage Analysis - Pocatello, ID
AMY'S KITCHEN, INC. – Economic Damage Analysis - Medford, OR

Curriculum Vitae of Steve Roberts,
CPA/CFF, CFE, CFA, CCI, CGMA, FCPA, Principal
Page 2 of 13



BASIC AMERICAN FOODS, INC. – Business Interruption Losses – Blackfoot, ID

BLUE BIRD, INC. – Apple Harvesting & Processing – Business Interruption Losses – Wenatchee, WA

BOEING (FLIGHT SAFETY) – Economic Damage Analysis - Seattle, WA

BOEING - (Confidential) - Seattle, WA

CABOT CORPORATION - Hurricane Andrew Income Loss Review - New Orleans, LA

CASCADE DRILLING – Litigated Matters – Seattle, WA

CENTRALIA MINING – Business interruption loss measure – Centralia, WA

COAKLEY & WILLIAMS – Hotel Management – 9/11 Related Economic Damages – Washington, D.C.

COLUMBIA GRAIN – Business interruption and other loss evaluation – Portland, OR/Lewiston, ID

COSTCO - Business Interruption Losses & Inventory Valuation - Orlando, FL

COSTCO – Arbitrated Matters – Seattle, WA

COST-U-LESS – Economic Damages Analysis – Guam and Isle of St. John

CRANIUM GAME MANUFACTURER – Values-At-Risk – Seattle, WA

DHL - Loma Prieta Earthquake Recovery and Business Income Loss Analysis - San Francisco, CA

DOVEX FRUIT COMPANY – Business Interruption Losses – Wenatchee, WA

ESTATE OF JIMI HENDRIX – Breach of Fiduciary Duty and Economic Damages – Seattle, WA

FREEMAN V. BUREAU OF LAND MANAGEMENT – Commercial Viability Analysis – Various Sites, OR

GEORGIA PACIFIC LUMBER - Pipeline Explosion Impact and Damage Measurement - Bellingham, WA

GOVERNMENT CONTRACTORS – Billing Examinations – Various Locations

GRITMAN MEDICAL CENTER - Business Interruption Losses – Moscow, Idaho

GULF OF MEXICO FISHING INDUSTRY – Pollution Related Economic Damages – Gulf States

HARDEL LUMBER - Primary Location Destruction - Business Income Loss Analysis - Olympia, WA

IBM – (Confidential ) - Los Angeles, CA (and other locations)

ICICLE SEAFOODS FIRE – Economic Damage Analysis - Homer, AK

INCUBADORA MEXICANA, ET AL. V. PFIZER AND ZOETIS – (CURRENTLY UNDER REVIEW)

INTERNATIONAL PAPER COMPANY – Litigated matters – Galveston, TX

IRON MOUNTAIN STORAGE COMPANY - Analyze Variety of Earthquake Loss Scenarios – Seattle, Las Vegas

JORGENSEN FORGE – Litigated Matters – Seattle, WA

KINEDYNE – Superstorm Sandy Losses – New York, NY

MARICULTURA, ET AL. V. WORLD

MERRILL PUBLISHING - World Trade Center Income Losses - New York, NY & Minneapolis, MN

MICRON TECHNOLOGY – Economic Damages Analysis - Boise, ID

MICRON TECHNOLOGY – Economic Damages Analysis – Avezzano, Italy

MODUMETAL, INC. – Business Interruption Losses – Seattle, WA

NORTH PACIFIC PROCESSORS - Income and Extraordinary Cost Losses - Cordova, AK

NYU Lutheran Hospital – Superstorm Sandy Losses – New York, NY

OBERTO BRANDS SAUSAGE – Values At Risk – Kent, WA

OCEAN BEAUTY SEAFOODS – Alaska Ferry Incident – Related Business Interruption – Petersburg, AK

OIL FIELD AND PIPELINE OPERATIONS – Billing examination and damages evaluation – Various Locations

Curriculum Vitae of Steve Roberts,
CPA/CFF, CFE, CFA, CCI, CGMA, FCPA, Principal
Page 3 of 13



OLYMPIC PIPELINE COMPANY - Pipeline Explosion Damage Measurement - Bellingham, WA
PACIFIC GAS AND ELECTRIC – Loma Prieta Earthquake - Recovery Cost Analysis – San Francisco, CA
PIERCE TRANSIT (COMPRESSED NATURAL GAS OPERATIONS) – Income Loss Valuation – Pierce County, WA
POLYGON HOMES - Litigated Matters - Seattle, WA
PORTLAND STATE UNIVERSITY – Business Interruption Losses – Portland, OR
PRODUCT DISTRIBUTOR (CONFIDENTIAL) – Product Losses – Germany and Holland
PUGET SOUND ENERGY – Variety of Litigated Matters (over 16 years) - Seattle, WA
QUANTUM CORPORATION – (Confidential) - San Jose, CA
SAIA FREIGHT - Litigated Matters – Portland, OR
SEA FREEZE – Business Interruption Losses – Bellingham, WA
SEATTLE CHOCOLATES - Business Interruption Losses – Seattle, WA
SEATTLE SUPERSONICS - Values-At-Risk – Seattle, WA
SIMPSON TACOMA KRAFT, INC. – Business Interruption Losses – Tacoma, WA
SUN MICROSYSTEMS – (Confidential) - Santa Clara, CA
TAKATA – Economic Damage Analysis - Seattle, WA
TAKATA RESTRAINT SYSTEMS – Economic Loss Evaluation - Austin, TX
TAKATA RESTRAINT SYSTEMS – Business Interruption Loss Measure - Monclova, Mexico
TALKING RAIN BEVERAGE CO. – Business Interruption Losses – Preston, WA
TIMBERLAND BANK – (Confidential) - Seattle, WA
TRANSALTA – Electrical Generation – Business Interruption Losses – Centralia, WA
TRIDENT SEAFOODS - Business Interruption Losses – Chignik, AK
TUNA FISHERY BUSINESS INTERRUPTION - CONFIDENTIAL
TWIN CITY FOODS - Business Interruption Losses – Stanwood, Washington
UWAJIMAYA - Values-At-Risk – Seattle, WA
WASHINGTON MUTUAL BANK – (Confidential) - Seattle, WA
WASHINGTON SQUARE TOWERS– Builder's Risk/Construction Delay Appraisal – Bellevue, WA
WILSON'S LEATHER - World Trade Center Economic Damages - Airports Worldwide
WORLD TRADE CENTER - Economic Damages – New York, NY
WORLD VISION – Values-at-Risk – Seattle, WA

**TEACHING**

Mr. Roberts has authored and conducted training seminars in business income loss valuation, forensic accounting, investigative accounting and damage measurement/valuation issues, values-at-risk, fraud examination, independent expert practices, and fraud prevention, for a variety of business and not-for-profit organizations. He is also an adjunct accounting professor at Northwest University and is sought out as a guest speaker by a variety of organizations.

Curriculum Vitae of Steve Roberts,
CPA/CFF, CFE, CFA, CCI, CGMA, FCPA, Principal
Page 4 of 13



**CERTIFICATIONS**

| | |
|---|---|
| CPA | Certified Public Accountant |
| CFE | Certified Fraud Examiner |
| CFF | Certified in Financial Forensics |
| CGMA | Certified Global Management Accountant |
| FCPA | Forensic Certified Public Accountant |
| CFA | Certified Forensic Accountant |
| CCI | Certified Criminal Investigator |

**ASSOCIATIONS**

| | |
|---|---|
| ABFA | American Board of Forensic Accounting |
| ACAM | Academy of Court Appointed Masters |
| ACFE | Association Of Certified Fraud Examiners |
| ACFEI | American College Of Forensic Examiners |
| AICPA | American Institute Of Certified Public Accountants |
| CEB | Council On Ethical Billing |
| CLM | Council On Litigation Management |
| FCPA | Forensic Certified Public Accountant |
| IAAR | International Association For Asset Recovery |
| WSCPA | Washington Society Of Certified Public Accountants |

**EDUCATION**

Bachelor of Science in Economics from California Polytechnic University, San Luis Obispo, with minors in Accounting & Finance

**TRIAL & DEPOSITION TESTIMONY (COMBINED) ENGAGEMENTS:**

Edwards v. Spring Creek Gardens (Oregon Circuit Court, County of Deschutes) Case No. 15cv21034 *(Wrongful death case economic damages evaluation)*

Columbia Grain, Inc. v. Hinrichs Trading, LLC, et al. (United States District Court for the District of Idaho) Case No.: 3:14-CV-00015-BLW (*Business interruption and economic damages*)

First Sound Bank v. Larasco, Inc., et al., (United States District Court – Western District Of Washington – Seattle) Cause No.: C09-56TSZ *(Fraud examination, breach of contract & economic damage review - Benefit of the bargain, lost profits and out-of-pocket damages)*

Case 2:15-cv-04113-PSG-JEM   Document 129-1   Filed 08/22/16   Page 6 of 14   Page ID #:2506

Curriculum Vitae of Steve Roberts,
CPA/CFF, CFE, CFA, CCI, CGMA, FCPA, Principal
Page 5 of 13



Peters v. Hudson Bay Insulation (Pierce County Superior Court) Cause No.: 07-2-05979-8
*(Economic damages & investigation)* Trial Date: February 22, 2010 / Verdict: March 5, 2010

Puget Sound Energy v. Washington State Department of Transportation (Pierce County Superior Court)
Cause No.: 07-2-10404-1 *($116,000,000 in economic damages)*

William and Lois Caudill v. Safeco Insurance Company Of America (Kitsap County Superior Court)
Cause No.: 00-2-03175-2 *(Fraudulent misrepresentations)*

Hendrix v. Hendrix (Estate of Jimi Hendrix) (King County Superior Court) Cause No.: 02-4-02569-0 SEA
*(Breach & accompanying economic damages)*

Homebuilder's Association of Kitsap County v. Bainbridge Island (Kitsap County Superior Court)
Cause No.: 01-2-01773-1 *(Investigative accounting findings and damages)*

Allstate v. First Health Care (Pierce County Superior Court) Cause No.: 97-2-17564-0 SEA
*(Fraud examination)*

Lane v. Skamania County, et al. (Skamania County Superior Court) Cause No. 03-2-00082-7
*(Economic damages)*

Talking Rain Beverage Company, Inc. v. Warrenton Products, Inc.
(Adversary Proceeding, United States Bankruptcy Court, Eastern District of Missouri, Eastern Division)
Cause No.: 02-4139 *(Business interruption damages)*

Martha Rogers v. Kids' Corps, Inc. (State of Alaska Superior Court) Case No.: 3AN-06-10576 CI
*(Commercial contract valuation)*

**DEPOSITION TESTIMONY:**

Columbia Grain, Inc. v. Hinrichs Trading, LLC (United States District Court for the District of Idaho)
Case No.: 3:14-CV-0015-CWD (*Business interruption and economic damages*)

Jorgensen Forge v. Warfab, et al. (King County Superior Court)
Cause No.: 10-2-02139-6 KNT *(Business interruption and economic losses (variety of types and analyses))*

Nautilus Insurance Company v. Iliamna Development Corporation and Iliamna Limited, LLC, et al.
(United States District Court – District Of Alaska)
Case No.: 3:10-CV-00008-HRH *(Remediation cost audit)*

Curriculum Vitae of Steve Roberts,
CPA/CFF, CFE, CFA, CCI, CGMA, FCPA, Principal
Page 6 of 13



First Sound Bank v. Larasco, Inc., et al.
(United States District Court – Western District of Washington at Seattle)
Case No.: C09-0056 TSZ (*Fraud and economic damages*)

Motiv Sports, Inc. v. Costco Wholesale Corp. (Arbitration)
Cause No.: 75 155 Y 00293 08 GLO (*Investigation & quantification of damages accounting review*)

Vance Vollstedt and Vollstedt Family, LLC v. DeYonne Tegman, as personal representative of the Estate of Charles Vollstedt (King County Superior Court)
Cause No.: 07-2-18777 4 SEA (*Trust dispute and economic damages*)

i³ DVR International, Inc. v. Robert Shawn Noecker, Patricia Noecker, & Noecker Enterprises, Inc. (King County Superior Court) Cause No.: 06-2-22608-9 SEA (*Economic damages*)

UAP Holding Corp, et al. v. Maitoza, et al. (Superior Court of Washington for King County)
Cause No.: 06-2-25492-9 KNT (*Economic damages*)

Martha Johnston, et al. v. American Income Life (Superior Court of Washington in and for the County of King) Cause No.: 0202021159 (*Economic damages*)

Allure Day Spa v. American Power Conversion Corp., et al. (Alaska Superior Court)
Cause No.: 3AN-05-7904 CI (*Economic damages*)

Puget Sound Energy v. Lloyd's of London, et al. (King County Superior Court) (*Economic damages*)

Chenega Management, LLC v. Alaska Railroad Corp. (*Economic damages*)

Derek Andrew v. Distribution Resources (U.S. District Court, Western District)
Cause No.: C03-3192L (*Theft claims*)

Puget Sound Power & Light v. Alba Insurance (King County Superior Court)
Cause No.: 97-2-29050-3 SEA (*Economic damages*)

State Farm Fire and Casualty v. Hy Van Nguyen (Pierce County Superior Court) (2005 testimony)
Cause No.: 97-2-17564-0 SEA (*Fraud examination*)

SELECTED SPECIAL MASTER/APPRAISAL/ARBITRATION TESTIMONY\*:

Bernard Estate – Cattle Ranching Economic Loss Review

LMD Logistics v. Mercer, Inc. – Federal Court appointed Special Master. Appointed to conduct a

Curriculum Vitae of Steve Roberts,
CPA/CFF, CFE, CFA, CCI, CGMA, FCPA, Principal
Page 7 of 13



forensic accounting of all the financial transactions between the parties.

Washington Square v. Zurich Insurance – Builder's Risk damages on $175 million condominium development project. Served as damages appraiser.

Motiv Sports, Inc. v. Costco Wholesale Corp. Cause No.: 75 155 Y 00293 08 GLO
*(Investigation & quantification of damages accounting review)*

Kyle Peters v. American Forest Casualty Company *(Business interruption loss testimony)*

Inflation Systems, Inc. v. Yasuda Fire & Marine *(Business interruption loss testimony)*

Portac Lumber v. Factory Mutual Insurance Company *(Business interruption loss testimony)*

*\* Represents Partial Listing*

**SELECTED EXPERT REPORT SUBMITTAL\*:**

NYU Lutheran Hospital – *Superstorm Sandy business interruption losses*

Mutual Materials – *Business interruption loss measurement*

Banker's Hill Retirement Community – *Business interruption loss measurement*

Foe v. International Paper – *Several hundred individual economic loss calculations*

Columbia Grain, Inc. v. Hinrichs Trading, LLC (United States District Court for the District of Idaho) Case No.: 3:14-CV-0015-CWD – *Business interruption loss report*

Gulf of Mexico fishing industry – *Spill loss evaluation*

Ocean Beauty Seafoods - *Business interruption loss report*

Washington State Transit – *Compressed Natural Gas Explosion Business Interruption Loss Review*

Gerard Rock v. George Janssen, et al**.** - *(State of Alaska Superior Court) Case No.: 3AN-11-7823 CI*
*(Forensic accounting)*

B. Conely v. J. Godfrey Arbitration (*Commonly Owned Businesses - Forensic accounting*)

Dollar v. Badger State Western  & Schmidt (Pierce County) Cause No.: 11-2-11797-4
(*Forensic accounting analysis*)

Gateway Shell – *Gas Station Business Interruption* (*Economic loss measurement*)

Curriculum Vitae of Steve Roberts,
CPA/CFF, CFE, CFA, CCI, CGMA, FCPA, Principal
Page 8 of 13



Spaith v. Northwest Housing Development - Cause No.: 10-2-39518-1 SEA (*Investigative accounting review – Loss of earnings claim*)

Daryle Starnes v. SAIA Motor Freight Line, Inc. and Sabrina Ballard, et al. (Kitsap County Superior Court) Case No.: 10-2-01074-4 (*Income loss analysis*)

Blue Moon (*Business interruption loss*)

Express Concepts, Inc. (*Investigative accounting*)

Anthony Fonte v. Michael Beckman, et al. (King County Superior Court) Case No.: 11-2-07437-4 SEA (*Loss of earnings claim*)

Michael I. Guymon and Robert C. Lewis v. Northwest Door, Inc., et al. (King County Superior Court) Case No.: 11-2-18826-4 SEA (*Investigative accounting*))

Hawaii Pacific Plumbing Supply Company LLC (*Business interruption loss*)

Horizon Realty Advisors (*Fraud investigation*)

Kinedyne – *Superstorm Sandy manufacturing and transportation business interruption*

Lake Forest Park Water District – Employee Theft Loss (*Fraud examination*)
Michael Robinson, et al. al. v. Jerry L. Fabrizio (King County Superior Court) Case No.: 12-2-32437-9 SEA (*Forensic accounting review – Mining Operations - Breach of fiduciary duty*)

Nautilus Insurance Company v. Iliamna Development Corporation, et al. (United States District Court for the District of Alaska Anchorage) Civil Action No.: 3:10-CV-00008-HRH (*Remediation cost audit*)

On The Way Market – Convenience Store Business Interruption Loss (*Economic loss measurement*)

UIM Arbitration - Noah Orji (*Investigative accounting – Income loss*)

Terence Butler v. Image Source, Inc., Terence Sutherland, & Victor Zvirzdys (King County Superior Court) Case No.: 13-2-41133-4 SEA (*Forensic accounting review/fraud investigation*)

World Vision – *Business interruption /Values-at-Risk/Business continuity*

Visual Media Group – (Business interruption loss)

Curriculum Vitae of Steve Roberts,
CPA/CFF, CFE, CFA, CCI, CGMA, FCPA, Principal
Page 9 of 13



Jorgensen Forge v. Warfab, et al. (King County Superior Court)
Cause No.: 10-2-02139-6 KNT *(Business interruption lost profits and extraordinary costs)*

Gefco v. Cascade Drilling (King County Superior Court) Cause No.: 09-2-25097-9 SEA
(*Business valuation and economic damages review*)

First Sound Bank v. Larasco, Inc., et al. (United States District Court – Western District of Washington at Seattle) Case No.: C09-0056 TSZ *(Fraud examination, breach of contract & economic damage review - Benefit of the bargain, lost profits and out-of-pocket damages)*

Peters v. Hudson Bay Insulation (Pierce County Superior Court)
Cause No.: 07-2-05979-8 *(Economic damages & investigation)*

Amy's Kitchen, Inc. v. Table Rock Group *(Economic damages)*

American Home Builders, Inc. & Tierra Pointe Apartment Association, LLC v. Underwriters at Lloyds of London *(Economic damages)*

Allure Day Spa v. American Power Conversion Corp., et al. (Alaska Superior Court)
Cause No.: 3AN-05-7904 CI *(Economic damages)*

Martha Rogers v. Kids' Corps, Inc. (Superior Court Of Alaska) Case No.: 3AN-06-10576 CI
*(Commercial dispute & economic damages)*

Vance Vollstedt and Vollstedt Family, LLC v. DeYonne Tegman, as personal representative of the Estate of Charles Vollstedt (King County Superior Court) Cause No.: 07-2-18777 4 SEA *(Trust dispute)*

Kyle Peters v. American Forest Casualty Co. (Pierce County Superior Court) Cause No.: 07-2-05979-8
*(Economic damages)*

Evergreen Hydroseeding, Inc. et al. v. Lawrence Huwe, et al. (Pierce County Superior Court)
*(Economic damages)*

Estate of Loren Pearson v. Barry Swanson Trucking, et al. (Clallam County Superior Court)
Case No.: 04-4-00075-1 *(Economic damages)*

Building Industry Association of Southwest Washington, et al. v. Clark County
(Cowlitz County Superior Court) Cause No.: 02-2-01116-1 *(Economic damages & investigation)*

Frontline Processing Corporation v. American Economy Insurance Company
(United States District Court for the District of Montana, Butte Division)
Cause No.: CV-03-41-BU-SHE *(Investigative accounting engagement)*

Curriculum Vitae of Steve Roberts,
CPA/CFF, CFE, CFA, CCI, CGMA, FCPA, Principal
Page 10 of 13



Worldmark/Trendwest Resorts v. Ramsay-Gerding (Superior Court of Oregon) *(Economic damages)*

Smith v. Sell (King County Superior Court) Cause No.: 03-2-26716-3 KNT
*(Investigative accounting engagement)*

K & M Holdings IV, LLC v. Ashton Development V. J. R. Hayes and Sons, Inc.
(King County Superior Court) Cause No.: 02-2-27348-3 KNT *(Investigative accounting engagement)*

State of Washington v. Daniel William Base (King County Superior Court) Cause No.: 01-1-04410-5 SEA
*(Investigative accounting engagement)*

Bitton Farms v. USF & G, et al. (Franklin County Superior Court) Cause No.: 01-2-50595-8

Superior Forklift v. Roberts, et al. (Pierce County District Court) Cause No.: 729626 *(Economic damages)*

Ringstad v. City of Bellingham (Whatcom County Superior Court) Cause No.: 04-2-02378-1
*(Economic damages)*

Coakley & Williams Hotel Management v. Westchester Fire Insurance Company AAA
Case No.: 75-195-Y-00365-04  *(Economic damages)*

Evergreen Cardiology v. Nordic & Western Professional *(Investigative accounting engagement)*

Rhein v. Boeing (Report used in arbitration) *(Economic damages)*
Valley Springs v. The Framing Group (King County Superior Court) Cause No.: 05-2-16210-4 SEA
*(Investigative accounting engagement)*

Torres v. Bennett Homes (Snohomish County Superior Court) Cause No.: 04-2-118121-1
*(Investigative accounting engagement)*

Chan v. Carollo and Barera (King County Superior Court) Cause No.: 04-2-38317-0 SEA

Curtiss v. Fanning (Spokane County Superior Court) Case No.: 3AN-04-9987 CI
*(Investigative accounting engagement)*

Yarmouth, L. C. v. Pointsure Insurance Services, et al. (King County Superior Court)
Cause No.: 05-2-14324-0 SEA

Jason v. Progressive Northwestern Insurance (King County Superior Court)
Cause No.: 06-3-049686-1 SEA *(Investigative accounting engagement)*

Curriculum Vitae of Steve Roberts,
CPA/CFF, CFE, CFA, CCI, CGMA, FCPA, Principal
Page 11 of 13



Medawar v. State Farm (King County Superior Court)
Cause No.: 05-2-14586-2 SEA *(Investigative accounting engagement)*

Seattle Chocolates v. Royal Insurance (King County Superior Court)
Cause No.: 03-2-18628-7 SEA *(Economic damages)*

O'Neill v. Farmers (King County Superior Court)
Cause No.: 04-2-2367-9 KNT *(Investigative accounting engagement)*

Freeman v. Bureau Of Land Management *(Commercial contract valuation)*

McCraw v. C & C Logging (Lewis County Superior Court) Cause No.: 05-2-010126-4 *(Economic damages)*

School Fire (Franklin County Superior Court) Cause No.: 07-2-50204-4
U.S. District Court (Eastern District) Case No.: CV-07-101-JLQ *(Economic damages)*

UAP Holding Corp, et al. v. Maitoza, et al. (Superior Court of Washington for King County)
Cause No.: 06-2-25492-9 KNT *(Economic damages)*

U.S. District Court, Western District of Washington Case No.: CV-06-1332-JLR
*(Economic damages)*

BLR Aerospace, LLC v. CSC (King County Superior Court) Cause No.: 06-2-17783-5 SEA
*(Economic damages)*

Barry Swanson Trucking et al. (State of Washington Superior Court) Case No.: 04-4-00075-1

Friday Harbor Marine – Business interruption losses – Friday Harbor, WA

Mutual of Enumclaw v. Gregg Roofing, Inc. (Clark County Superior Court)
Case No.: 08-2-05023-1 (Business interruption and e*conomic damages*)

Top**Golf** – Business interruption losses – Dallas, TX

Water and Sewer Risk Management Pool – Business interruption losses – Des Moines, WA

Brovick v. Wade (Superior Court of Washington for King County)
Case No.: 14-2-13189-5 SEA

Smith v. United Financial Casualty Company (Superior Court of Washington for King County)
Case No.: 12-2-38526-2 SEA

Curriculum Vitae of Steve Roberts,
CPA/CFF, CFE, CFA, CCI, CGMA, FCPA, Principal
Page 12 of 13



Douglass CPO, Inc. v. Sanjay Perti, et al. (Superior Court of Washington for King County)
Case No.: 13-2-07853-8

Smith v. Clark Public Utilities (Clark County Superior Court)
Case No.: 08-2-03709-0

Vault Furnishings– Business interruption losses – Ketchum, ID

MacKay Sposito – Internal compliance audit & internal control review – Vancouver, WA

*\* Some Reports Pending. Represents partial listing.*

**MR. ROBERTS HAS AUTHORED AND CONDUCTED THE FOLLOWING CONTINUING EDUCATION COURSES:**

Webinar – (Fraud Examination Topic – Presentation regarding safeguarding of assets) – "Crooks You Work With"

Reasonable Damage Measurement Considerations In Personal Injury Cases

"How To Prove (And How Not To Prove) Lost Profits And Loss Of Earnings Damages"

"Helping The Court *(And Your Case!)*"

Claims Advocacy – Investigative Accounting & Claims Consulting

Cost Audits
*Keys To Accurate & Effective Audits*

What Would Never Happen Has - Making the Most of a Difficult Situation
*Investigative Accounting Keys To Measuring Catastrophic Loss*

Minimizing the Burden of a Catastrophic Event
*Accounting For Emergency Response Costs & Other Economic Loss*

Investigative Accounting Issues and Effective Use Of Forensic Accountants
*Continuing Legal Education*

Investigative Accounting
*Insurance Loss Investigation*

Curriculum Vitae of Steve Roberts,
CPA/CFF, CFE, CFA, CCI, CGMA, FCPA, Principal
Page 13 of 13



An Introduction to the Process of Managing Business Interruption Engagements and Calculating Business Income Losses

Streamlining Business Interruption Loss Resolution
*Measurement & Accounting for Income Losses*

Business Interruption Losses
*Tending to Business Needs*

Business Interruption Losses
*Protecting Business Income*

Business Interruption Losses
*Topics & Issues*

Business Interruption Losses
*2005 Hurricanes Katrina & Rita*