# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ANDREWS, an individual, TIFFANI ANDREWS, an individual. BACIU FAMILY LLC, a California limited liability company, ROBERT BOYDSTON, an individual. CAPTAIN JACK'S SANTA BARBARA TOURS, LLC, a California limited liability company, MORGAN CASTAGNOLA, an individual, CRAB COWBOYS. LLC, a California limited liability company, THE EAGLE FLEET. LLC., a California limited liability company, ZACHARY FRAZIER, an individual, MIKE GANDALL, an individual, ALEXANDRA B. GEREMIA, as Trustee for the Alexandra Geremia Family Trust dated 8/5/1998, JIM GUELKER, an individual, JACQUES HABRA, an individual, ISURF, LLC, a California limited liability company, MARK KIRKHART, an individual, MARY KIRKHART, an individual, JAMIE KLEIN, an individual, RICHARD LILYGREN, an individual, HWA HONG MUH, an individual, OCEAN ANGEL IV, LLC, a California limited liability company, PACIFIC RIM FISHERIES. INC, a California corporation, SARAH RATHBONE, an individual, COMMUNITY SEAFOOD LLC, a | Case No. 2:15-cv-04113-PSG-JEM<br><br>[Consolidated with Case Nos. 2:15-cv-04573-PSG (JEMx), 2:15-cv-04759-PSG (JEMx), 2:15-cv-04989-PSG (JEMx), 2:15-cv-05118-PSG (JEMx), 2:15-cv-07051-PSG (JEMx)]<br><br>**CLASS ACTION**<br><br>**(~~PROPOSED~~) ORDER GRANTING STIPULATED PROTECTIVE ORDER**<br><br>[Discovery Document: Referred to Magistrate Judge John E. McDermott] |

| | |
|---|---|
| 1 | California limited liability company, SANTA BARBARA UNI, INC., a |
| 2 | California corporation, SOUTHERN CAL SEAFOOD, INC., a California |
| 3 | corporation, TRACTIDE MARINE CORP., a California corporation, WEI |
| 4 | INTERNATIONAL TRADING INC., a California corporation and |
| 5 | STEPHEN WILSON, an individual, individually and on behalf of others |
| 6 | similarly situated, |
| 7 | Plaintiffs, |
| 8 | v. |
| 9 | PLAINS ALL AMERICAN PIPELINE, L.P., a Delaware limited |
| 10 | partnership, and PLAINS PIPELINE, L.P., a Texas limited partnership, and |
| 11 | JOHN DOES 1 through 10, |
| 12 | Defendants. |
| 13 | AND CONSOLIDATED ACTIONS |

(PROPOSED) ORDER

The Court having considered Plaintiffs' and Defendants' Stipulated Protective Order, and for good cause shown, IT IS ORDERED:

The Stipulated Protective Order is GRANTED.

DATED: September 6, 2016

*/s/ John E. McDermott*

Hon. John E. McDermott
United States Magistrate Judge