Robert L. Lieff (CSB No. 037568)
Elizabeth J. Cabraser (CSB No. 083151)
Robert J. Nelson (CSB No. 132797)
Sarah R. London (CSB No. 267083)
Wilson M. Dunlavey (CSB No. 307719)
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415)956-1000
Facsimile:  (415) 956-1008

Lynn Lincoln Sarko
(*Admitted Pro Hac Vice*)
Gretchen Freeman Cappio
(*Admitted Pro Hac Vice*)
Daniel Mensher
(*Admitted Pro Hac Vice*)
**KELLER ROHRBACK L.L.P.**
1201 Third Ave., Suite 3200
Seattle, WA 98101
Telephone:  (206) 623-1900
Facsimile:  (206) 623-3384

A. Barry Cappello (CSB No. 037835)
Leila J. Noël (CSB No. 114307)
Lawrence J. Conlan (CSB No. 221350)
David L. Cousineau (CSB No. 298801)
**CAPPELLO & NOËL LLP**
831 State Street
Santa Barbara, CA 93101-3227
Telephone:  (805)564-2444
Facsimile:   (805)965-5950

*Lead Trial Counsel for Plaintiffs*

Juli Farris (CSB No. 141716)
Matthew J. Preusch (CSB No. 298144)
**KELLER ROHRBACK L.L.P.**
1129 State Street, Suite 8
Santa Barbara, CA 93101
Telephone:  (805) 456-1496
Facsimile:  (805) 456-1497

William M. Audet (CSB No. 117456)
**AUDET & PARTNERS, LLP**
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 568-2555
Facsimile: (415) 568-2556

*Interim Co-Lead Class Counsel for
Plaintiffs*

*Additional Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

KEITH ANDREWS, an individual,
TIFFANI ANDREWS, an individual.
BACIU FAMILY LLC, a California
limited liability company, ROBERT
BOYDSTON, an individual. CAPTAIN
JACK'S SANTA BARBARA TOURS,
LLC, a California limited liability
company, MORGAN CASTAGNOLA, an
individual, THE EAGLE FLEET. LLC., a
California limited liability company,
ZACHARY FRAZIER, an individual,
MIKE GANDALL, an individual,
ALEXANDRA B. GEREMIA, as Trustee
for the Alexandra Geremia Family Trust
dated 8/5/1998, JIM GUELKER, an
individual, JACQUES HABRA, an
individual, ISURF, LLC, a California

Case No.  **2:15-cv-04113-PSG-JEM**

[Consolidated with Case Nos. 2:15-CV-
04573 PSG (JEMx), 2:15-CV-4759 PSG
(JEMx), 2:15-CV-4989 PSG (JEMx),
2:15-CV-05118 PSG (JEMx), 2:15-CV-
07051- PSG (JEMx)]

**PLAINTIFFS' UNOPPOSED
APPLICATION TO FILE UNDER
SEAL CERTAIN PREVIOUSLY
FILED DECLARATIONS AND
EXHIBITS UNDER L.R. 79-5.2.2(a)**
Date:          December 5, 2016
Time:          1:30 p.m.
Location:   Courtroom 880
Judge:       Hon. Philip S. Gutierrez

PLAINTIFFS' UNOPPOSED APPLICATION
TO FILE UNDER SEAL

limited liability company, MARK KIRKHART, an individual, MARY KIRKHART, an individual, RICHARD LILYGREN, an individual, HWA HONG MUH, an individual, OCEAN ANGEL IV, LLC, a California limited liability company, PACIFIC RIM FISHERIES. INC, a California corporation, SARAH RATHBONE, an individual, COMMUNITY SEAFOOD LLC, a California limited liability company, SANTA BARBARA UNI, INC., a California corporation, SOUTHERN CAL SEAFOOD, INC., a California corporation, TRACTIDE MARINE CORP., a California corporation, WEI INTERNATIONAL TRADING INC., a California corporation and STEPHEN WILSON, an individual, individually and on behalf of others similarly situated,

                    Plaintiffs,

v.

PLAINS ALL AMERICAN PIPELINE, L.P., a Delaware limited partnership, PLAINS PIPELINE, L.P., a Texas limited partnership, and JOHN DOES 1 through 10,

                    Defendants.

PLEASE TAKE NOTICE THAT Plaintiffs Keith Andrews, Baciu Family LLC, Robert Boydston, Captain Jack's Santa Barbara Tours, LLC, Morgan Castagnola, the Eagle Fleet, LLC, Zachary Frazier, Mike Gandall, Alexandra B. Geremia, Jim Guelker, Jacques Habra, iSurf, LLC, Mark Kirkhart, Mary Kirkhart, Richard Lilygren, Hwa Hong Muh, Ocean Angel IV, LLC, Pacific Rim Fisheries, Inc., Sarah Rathbone, Community Seafood, LLC, Santa Barbara Uni, Inc., Southern Cal Seafood, Inc., Wei International Trading Inc., and Stephen Wilson, by and through their counsel of record, respectfully apply for permission to re-file under seal certain previously publicly filed declarations and exhibits. Concurrently with this Application, Plaintiffs will file their "Application Regarding Removal of Confidential Information." By these applications, Plaintiffs ask the Court to remove the existing unredacted images from the public record, to permit Plaintiffs to replace them with redacted versions and to refile the unredacted versions under seal.

In particular, Plaintiffs respectfully seek leave of Court to re-file portions of the following under seal:

1. Declaration of Keith Andrews in Support of Plaintiffs' Motion for Class Certification (Previous Dkt # 124-1).

2. Declaration of Morgan Castagnola in Support of Plaintiffs' Motion for Class Certification (Previous Dkt # 124-5).

3. Declaration of Mike Gandall in Support of Plaintiffs' Motion for Class Certification (Previous Dkt # 124-7).

4. Declaration of Hunter S. Lenihan, Ph.D., in Support of Plaintiffs' Motion for Class Certification (Previous Dkt # 127).

5. Declaration of Hunter S. Lenihan, Ph.D., in Support of Plaintiffs' Motion for Class Certification (Previous Dkt #131).

6. Corrected Declaration of Hunter S. Lenihan, Ph.D., in Support of Plaintiffs' Motion for Class Certification (Previous Dkt #146).

7. Plaintiffs' Notice of Errata (Previous Dkt #147).

PLAINTIFFS' APPLICATION TO
FILE UNDER SEAL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

8. Declaration of Hunter S. Lenihan, Ph.D., Regarding Notice of Errata (Previous Dkt # 147-1).

9. Exhibit 1 to Declaration of Hunter S. Lenihan, Ph.D., Regarding Notice of Errata (Previous Dkt # 147-2).

10. Exhibit 2 to Declaration of Hunter S. Lenihan, Ph.D., Regarding Notice of Errata (Previous Dkt. # 147-3).

This Application is made pursuant to Local Civil Rule 79-5.2.2(a) and supported by the attached Declaration of Juli Farris.

Dated: October 7, 2016                Respectfully submitted,

                                      KELLER ROHRBACK L.L.P.

                                      By: */s/Juli E. Farris*
                                             Juli E. Farris

                                      Juli Farris (CSB No. 141716)
                                      Matthew J. Preusch (CSB No. 298144)
                                      KELLER ROHRBACK L.L.P.
                                      1129 State Street, Suite 8
                                      Santa Barbara, CA 93101
                                      Telephone: (805) 456-1496
                                      Facsimile: (805) 456-1497

                                      Lynn Lincoln Sarko
                                      *(Admitted Pro Hac Vice)*
                                      Gretchen Freeman Cappio
                                      *(Admitted Pro Hac Vice)*
                                      Daniel Mensher
                                      *(Admitted Pro Hac Vice)*
                                      KELLER ROHRBACK L.L.P.
                                      1201 Third Ave, Suite 3200
                                      Seattle, WA 98101
                                      Telephone: (206) 623-1900
                                      Facsimile: (206) 623-3384

PLAINTIFFS' APPLICATION TO
FILE UNDER SEAL

Robert L. Lieff (CSB No. 037568)
Elizabeth J. Cabraser (CSB No. 083151)
Robert J. Nelson (CSB No. 132797)
Wilson M. Dunlavey (CSB No. 307719)
LIEFF CABRASER
HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

*Interim Co-Lead Class Counsel for Plaintiffs*

A. Barry Cappello (CSB No. 037835)
Leila J. Noël (CSB No. 114307)
Lawrence J. Conlan (CSB No. 221350)
CAPPELLO & NOËL LLP
831 State Street
Santa Barbara, CA 93101-3227
Telephone:  (805)564-2444
Facsimile:   (805)965-5950

*Lead Trial Counsel for Plaintiffs*

William M. Audet (CSB No. 117456)
AUDET & PARTNERS, LLP
711 Van Ness Avenue
Suite 500
San Francisco, CA  94102
Telephone:  (415) 568-2555
Facsimile:   (415) 568-2556

*Additional Counsel for Plaintiffs*

PLAINTIFFS' APPLICATION TO
FILE UNDER SEAL

**CERTIFICATE OF SERVICE**

I, Sarah Skaggs, hereby certify that on October 7, 2016, I electronically filed PLAINTIFFS' UNOPPOSED APPLICATION TO FILE UNDER SEAL CERTAIN PREVIOUSLY FILED DECLARATIONS AND EXHIBITS UNDER L.R. 79-5.2.2(A) with the Clerk of the United States District Court for the Central District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.


*/s/ Sarah Skaggs*
Sarah Skaggs

PLAINTIFFS' APPLICATION TO
FILE UNDER SEAL