# EXHIBIT A

### Exhibit 14: Beach Segments Characterized Heavy, Moderate, or Light Oiling

| Division/ SCAT Segment* | Oiling Category | START Latitude | START Longitude | END Latitude | END Longitude |
|---|---|---|---|---|---|
| SBIS | | 34.4607857739 | -120.0732672820 | 34.4707655696 | -120.2287086870 |
| SBIS-IS-001 | Heavy | | | | |
| SBIS-IS-002 | Heavy | | | | |
| SBIS-IS-002 | Light | | | | |
| SBIS-IS-002 | Moderate | | | | |
| SBIS-IS-003 | Heavy | | | | |
| SBIS-IS-003 | Moderate | | | | |
| SBIS-IS-004 | Heavy | | | | |
| SBIS-IS-005 | Heavy | | | | |
| SBIS-IS-005 | Moderate | | | | |
| SBJS | | 34.4621698998 | -120.0472030950 | 34.4607857739 | -120.0732672820 |
| SBJS-JS-001 | Heavy | | | | |
| SBJS-JS-001 | Moderate | | | | |
| SBKS | | 34.4609701808 | -120.0113755610 | 34.4621698998 | -120.0472030950 |
| SBKS-KS-001 | Heavy | | | | |
| SBKS-KS-001 | Moderate | | | | |
| SBLS | | 34.4410686462 | -119.9645973530 | 34.4609701808 | -120.0113755610 |
| SBLS-LS-001 | Heavy | | | | |
| SBLS-LS-001 | Moderate | | | | |
| SBLS-LS-002 | Heavy | | | | |
| SBLS-LS-002 | Moderate | | | | |
| SBMS | | 34.4312790554 | -119.9166332130 | 34.4410686462 | -119.9645973530 |
| SBMS-MS-001 | Heavy | | | | |
| SBMS-MS-002 | Heavy | | | | |
| SBNS | | 34.4091771342 | -119.8646121630 | 34.4312790554 | -119.9166332130 |
| SBNS-NS-001 | Heavy | | | | |
| SBNS-NS-001 | Moderate | | | | |

| | | | | | |
|---|---|---|---|---|---|
| SBNS-NS-002 | Heavy | | | | |
| SBNS-NS-003 | Heavy | | | | |
| SBOS | | 34.4048251988 | -119.8444901950 | 34.4091771342 | -119.8646121630 |
| SBOS-OS-001 | Heavy | | | | |
| SBOS-OS-001 | Moderate | | | | |
| SBPS | | 34.4164738844 | -119.8118951050 | 34.4048251988 | -119.8444901950 |
| SBPS-PS-001 | Heavy | | | | |
| SBPS-PS-002 | Moderate | | | | |
| SBQS | | 34.3995030406 | -119.7022430150 | 34.4164738844 | -119.8118951050 |
| SBQS-QS-001 | Heavy | | | | |
| SBQS-QS-001 | Moderate | | | | |
| SBQS-QS-002 | Heavy | | | | |
| SBQS-QS-002 | Light | | | | |
| SBQS-QS-002 | Moderate | | | | |
| SBQS-QS-003 | Heavy | | | | |
| SBQS-QS-003 | Light | | | | |
| SBQS-QS-003 | Moderate | | | | |
| SBQS-QS-004 | Heavy | | | | |
| SBQS-QS-004 | Light | | | | |
| SBQS-QS-004 | Moderate | | | | |
| SBRS | | 34.4199711742 | -119.6050517510 | 34.3994982320 | -119.7022305590 |
| SBRS-RS-001 | Light | | | | |
| SBRS-RS-002 | Light | | | | |
| SBRS-RS-003 | Heavy | | | | |
| SBRS-RS-003 | Light | | | | |
| SBRS-RS-004 | Light | | | | |
| SBRS-RS-005 | Moderate | | | | |
| SBSS | | 34.4052763743 | -119.5479549640 | 34.4199711742 | -119.6050517510 |
| SBSS-SS-001 | Light | | | | |
| SBSS-SS-002 | Light | | | | |
| SBTS | | 34.3732227262 | -119.4768891550 | 34.3958446894 | -119.5317510530 |
| SBTS-TS-001 | Light | | | | |
| SBTS-TS-003 | Moderate | | | | |
| SBTS-TS-004 | Light | | | | |

| Site | Sub-ID | Level | Lat1 | Lon1 | Lat2 | Lon2 |
|---|---|---|---|---|---|---|
| VNAS | | | 34.3555465982 | -119.4429483840 | 34.3732227262 | -119.4768891550 |
| | VNAS-AS-001 | Heavy | | | | |
| | VNAS-AS-001 | Moderate | | | | |
| VNBS | | | 34.3179640729 | -119.3899335200 | 34.3551674854 | -119.4428475460 |
| | VNBS-BS-001 | Heavy | | | | |
| | VNBS-BS-001 | Light | | | | |
| | VNBS-BS-001 | Moderate | | | | |
| VNCS | | | 34.2756171300 | -119.3106334290 | 34.3179640729 | -119.3899335200 |
| | VNCS-CS-001 | Heavy | | | | |
| | VNCS-CS-001 | Light | | | | |
| | VNCS-CS-001 | Moderate | | | | |
| VNDS | | | 34.2503834394 | -119.2692209130 | 34.2744695330 | -119.3077399560 |
| | VNDS-DS-001 | Heavy | | | | |
| | VNDS-DS-001 | Light | | | | |
| | VNDS-DS-001 | Moderate | | | | |
| | VNDS-DS-002 | Heavy | | | | |
| | VNDS-DS-002 | Light | | | | |
| | VNDS-DS-003 | Light | | | | |
| VNES | | | 34.1577264779 | -119.2276149830 | 34.2482611347 | -119.2682821050 |
| | VNES-ES-001 | Light | | | | |
| | VNES-ES-002 | Light | | | | |
| | VNES-ES-002 | Moderate | | | | |
| | VNES-ES-003 | Heavy | | | | |
| | VNES-ES-003 | Light | | | | |
| | VNES-ES-003 | Moderate | | | | |
| VNFS | | | 34.1457568360 | -119.2131105060 | 34.1570414877 | -119.2255397290 |
| | VNFS-FS-005 | Heavy | | | | |
| | VNFS-FS-005 | Light | | | | |
| | VNFS-FS-005 | Moderate | | | | |
| | VNFS-FS-006 | Heavy | | | | |
| | VNFS-FS-006 | Moderate | | | | |
| VNGS | | | 34.1195461103 | -119.1598856670 | 34.1447451751 | -119.2098069910 |
| | VNGS-GS-002 | Light | | | | |
| VNHS | | | 34.1195461100 | -119.1598856670 | 34.1080563628 | -119.1424781230 |

| | | | | | |
|---|---|---|---|---|---|
| VNHS-HS-001 | Heavy | | | | |
| VNHS-HS-002 | Heavy | | | | |
| VNHS-HS-003 | Moderate | | | | |
| LA-A | | 34.0002678609 | -118.8069453140 | 34.0457794029 | -118.9447340090 |
| LA-A-S001 | Moderate | | | | |
| LA-A-S002 | Moderate | | | | |
| LA-A-S005 | Moderate | | | | |
| LA-A-S006 | Moderate | | | | |
| LA-A-S008 | Moderate | | | | |
| LA-A-S009 | Moderate | | | | |
| LA-A-S010 | Moderate | | | | |
| LA-A-S011 | Moderate | | | | |
| LA-A-S012 | Moderate | | | | |
| LA-B | | 34.0319557987 | -118.6981184630 | 34.0002678609 | -118.8069453140 |
| LA-B-S001 | Moderate | | | | |
| LA-B-S002 | Moderate | | | | |
| LA-B-S003 | Moderate | | | | |
| LA-B-S005 | Moderate | | | | |
| LA-B-S006 | Moderate | | | | |
| LA-B-S007 | Moderate | | | | |
| LA-B-S008 | Moderate | | | | |
| LA-C | | 34.0380204660 | -118.5559758240 | 34.0308728009 | -118.6825704140 |
| LA-C-S001 | Moderate | | | | |
| LA-C-S002 | Moderate | | | | |
| LA-C-S005 | Moderate | | | | |
| LA-C-S006 | Moderate | | | | |
| LA-C-S008 | Moderate | | | | |
| LA-C-S009 | Moderate | | | | |
| LA-D | | 33.9683869420 | -118.4465102110 | 34.0380204660 | -118.5559758240 |
| LA-D-S001 | Moderate | | | | |
| LA-D-S002 | Moderate | | | | |
| LA-D-S003 | Moderate | | | | |
| LA-D-S004 | Moderate | | | | |
| LA-D-S005 | Moderate | | | | |

| Segment | Oiling Category | Latitude | Longitude | Latitude | Longitude |
|---|---|---|---|---|---|
| LA-D-S006 | Moderate | | | | |
| LA-D-S007 | Moderate | | | | |
| LA-D-S008 | Moderate | | | | |
| LA-E | | 33.7534077553 | -118.2666355250 | 33.9683869420 | -118.4465102110 |
| LA-E-S001 | Moderate | | | | |
| LA-E-S002 | Moderate | | | | |
| LA-E-S003 | Moderate | | | | |
| LA-E-S004 | Moderate | | | | |
| LA-E-S005 | Moderate | | | | |
| LA-E-S006 | Heavy | | | | |
| LA-E-S007 | Heavy | | | | |
| LA-E-S010 | Moderate | | | | |

| Mezić Segment** | Oiling Category | Latitude | Longitude |
|---|---|---|---|
| M-2 | Light | 34.468799 | -120.246732 |
| M-2 | Light | 34.449933 | -120.430554 |
| M-3 | Moderate | 34.046950 | -118.957352 |
| M-3 | Moderate | 34.092746 | -119.080640 |
| M-4 | Moderate | 33.714085 | -118.317855 |
| M-4 | Moderate | 33.802416 | -118.404986 |
| M-5 | Light | 33.652583 | -118.000000 |
| M-5 | Light | 33.713709 | -118.316114 |

\*  Oiling Divisions and Segments Created by NOAA for Cleanup and Remediation; Latitude and Longitute endpoints available for Division level only.
\*\* Oiling Segments fof Missing SCAT Segments as Determined by Dr. Mezić