| | |
|---|---|
| 1 | Robert L. Lieff (CSB No. 037568) |
| | Elizabeth J. Cabraser (CSB No. 083151) |
| 2 | Robert J. Nelson (CSB No. 132797) |
| | Sarah R. London (CSB No. 267083) |
| 3 | Wilson M. Dunlavey (CSB No. 307719) |
| | **LIEFF CABRASER HEIMANN** |
| 4 | **& BERNSTEIN, LLP** |
| | 275 Battery Street, 29th Floor |
| 5 | San Francisco, CA  94111-3339 |
| | Telephone:  (415)956-1000 |
| 6 | Facsimile:   (415) 956-1008 |

| | | |
|---|---|---|
| 7 | Lynn Lincoln Sarko | A. Barry Cappello (CSB No. 037835) |
| | (*Admitted Pro Hac Vice*) | Leila J. Noël (CSB No. 114307) |
| 8 | Gretchen Freeman Cappio | Lawrence J. Conlan (CSB No. 221350) |
| | (*Admitted Pro Hac Vice*) | David L. Cousineau (CSB No. 298801) |
| 9 | Daniel Mensher | **CAPPELLO & NOËL LLP** |
| | (*Admitted Pro Hac Vice*) | 831 State Street |
| 10 | **KELLER ROHRBACK L.L.P.** | Santa Barbara, CA 93101-3227 |
| | 1201 Third Ave., Suite 3200 | Telephone:  (805)564-2444 |
| 11 | Seattle, WA 98101 | Facsimile:   (805)965-5950 |
| | Telephone:  (206) 623-1900 | |
| 12 | Facsimile:   (206) 623-3384 | *Lead Trial Counsel* |
| 13 | Juli Farris (CSB No. 141716) | William M. Audet (CSB No. 117456) |
| | Matthew J. Preusch (CSB No. 298144) | Ling Y. Kuang (CSB No. 296873) |
| 14 | **KELLER ROHRBACK L.L.P.** | **AUDET & PARTNERS, LLP** |
| | 801 Garden Street, Suite 301 | 711 Van Ness Avenue, Suite 500 |
| 15 | Santa Barbara, CA 93101 | San Francisco, CA 94102 |
| | Telephone:  (805) 456-1496 | Telephone:  (415) 568-2555 |
| 16 | Facsimile:   (805) 456-1497 | Facsimile:   (415) 568-2556 |

17                                          *Class Counsel*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 21 | | |
| 22 | KEITH ANDREWS, an individual, TIFFANI ANDREWS, an individual, BACIU FAMILY LLC, a California limited liability company, ROBERT BOYDSTON, an individual, CAPTAIN JACK'S SANTA BARBARA TOURS, LLC, a California limited liability company, MORGAN CASTAGNOLA, an individual, THE EAGLE FLEET, LLC, a California limited liability company, ZACHARY FRAZIER, an individual, MIKE GANDALL, an individual, ALEXANDRA B. GEREMIA, as Trustee for the Alexandra Geremia Family Trust dated 8/5/1998, JIM GUELKER, an individual, JACQUES HABRA, an individual, ISURF, LLC, a California limited liability company, MARK | **Case No.  2:15-cv-04113-PSG-JEM** (Consolidated with Case Nos. 2:15-CV-04573 PSG (JEMx), 2:15-CV-4759 PSG (JEMx), 2:15-CV-4989 PSG (JEMx), 2:15-CV-05118 PSG (JEMx), 2:15-CV- 07051-PSG (JEMx)) **PLAINTIFFS' PROPOSED PLAN OF NOTICE/FORMS OF NOTICE** The Honorable Philip S. Gutierrez |

| | |
|---|---|
| 1 | KIRKHART, an individual, MARY KIRKHART, an individual, RICHARD LILYGREN, an individual, HWA HONG MUH, an individual, OCEAN ANGEL IV, LLC, a California limited liability company, PACIFIC RIM FISHERIES, INC., a California corporation, SARAH RATHBONE, an individual, COMMUNITY SEAFOOD LLC, a California limited liability company, SANTA BARBARA UNI, INC., a California corporation, SOUTHERN CAL SEAFOOD, INC., a California corporation, TRACTIDE MARINE CORP., a California corporation, WEI INTERNATIONAL TRADING INC., a California corporation and STEPHEN WILSON, an individual, individually and on behalf of others similarly situated,

              Plaintiffs,

v.

PLAINS ALL AMERICAN PIPELINE, L.P., a Delaware limited partnership, PLAINS PIPELINE, L.P., a Texas limited partnership, and JOHN DOES 1 through 10,

              Defendants. |

Pursuant to the February 19, 2018 Order granting class certification of an oil industry subclass (the "Oil Industry Subclass") (Dkt. 419) and the April 17, 2018 Order granting class certification of a real property subclass (the "Real Property Subclass") (Dkt. 454), under Rule 23(b)(3) of the Federal Rules of Civil Procedure, Plaintiffs submit the attached forms of notice as part of the Notice Program described in the accompanying Declaration of Shannon R. Wheatman, Ph.D. in Support of Plaintiffs' Proposed Notice Plan/Forms of Notice ("Wheatman Decl.") as the best practicable notice to the Class as required by Rule 23(c)(2)(B). In support of this submission, Plaintiffs state as follows:

1. To assist with the preparation of the proposed notice to the subclasses, Plaintiffs retained the services of Shannon R. Wheatman, Ph.D., President of Kinsella Media, LLC, an advertising and notification consulting firm specializing in the design and implementation of class action and bankruptcy notification programs. Dr. Wheatman's qualifications are more fully described in the Declaration of Shannon R. Wheatman, Ph.D., ISO Plaintiffs' Mot. for Class Cert. (Dkt. 130).

2. The proposed Long Form Notices are attached to the Wheatman Declaration as Exhibit B; the combined Summary Notice is attached to the Wheatman Declaration as Exhibit C.

3. The proposed Long Form Notices, different for each Subclass, use a question and answer format. These Notices will be sent by direct mail to all Subclass members with known addresses, as described below, and will be available at the website, www.PlainsOilSpill.com. Wheatman Decl., ¶¶ 9, 34-35, 42.

4. The proposed Summary Notice provides a summary of the information contained in the Long Form Notices. There will be a single Summary Notice applicable to both Subclasses that will appear in area newspapers and trade magazines, as set forth below and in the Wheatman Declaration.

5. All Notices will direct notice recipients to the website and toll-free number where they can obtain a Long Form Notice and additional information about

the litigation.

6. The Long Form Notice for the Real Property Subclass includes a reference to the website, which will identify all properties that are in the Subclass.

7. The proposed notices are tailored to explain the effect of this Court's recent Orders on class certification in plain English, consistent with Fed. R. Civ. P. 23(c)(2)(B). Wheatman Decl., ¶¶ 39-42.

8. The Short Form Notice, Long Form Notices and the Notice Plan have been reviewed by Plains and Plains does not object to the forms of Notice or the Notice Plan.[1]

9. The Notice Program includes: direct mailed notice; widely disseminated notice by publication in local newspapers, a local ethnic-language newspaper, and targeted oil industry trade publications; targeted Internet advertising; social media advertising; earned media, including a state-wide press release and media outreach; and a dedicated toll-free number and website. Wheatman Decl., ¶¶ 7, 35.

10. **Direct Mailed Notice.** Plaintiffs propose mailing the Long Form notices to all Subclass Members whose addresses are known to Class counsel.

As regards the Oil Industry Subclass, the direct mailed notice involves the following:

a. Plaintiffs have obtained the names of many Oil Industry Subclass members from informal communications as well as third-party subpoenas directed to Exxon, Freeport McMoRan, and Venoco, the owners and operators of the seven offshore platforms and three on-shore processing facilities shut down after the Santa Barbara oil spill. Each company has been subpoenaed to provide all records relating to company employees and contractors involved in the operation of the platforms and

---

[1] Plains' position is that the website must include sufficient information to inform an ordinary person as to whether or not they own or lease a property within the class. Plaintiffs have agreed to give Plains the opportunity to review and comment on the website after it has been developed. The parties will advise the Court whether they agree the website is adequate to provide notice, or if there is a dispute.

refineries. To the extent these companies provided only the names of the employees and not their mailing address, Plaintiffs have researched publicly available information, if reasonably available, to locate mailing addresses. Plaintiffs will send a Long Form notice to each of the persons for whom they have a mailing address.

  b. Plaintiffs have also instructed Exxon, Freeport McMoRan, and Venoco to provide a list of contracting entities. Upon their receipt of such information, Plaintiffs will request identifying information about employees for these contracting entities, and will also ask that these contracting entities disseminate notice to their workers. Plaintiffs will send a Long Form Notice to all of the current and former employees identified through this process.

  c. Kinsella Media will also purchase a mailing list of oil industry workers. These potential Subclass members will also receive a Summary Notice.

  As regards the Real Property Subclass, the direct mailed notice involves the following:

  d. All Real Property Subclass members are intended to receive individual direct notice through the mailing of the Long Form Notice. Plaintiffs' real property appraisal expert Randall Bell has advised that the address of each Real Property Subclass member is ascertainable, and his office is in the process of obtaining the names and addresses of all properties within the Real Property Subclass through publicly available sources. These names and addresses will represent the universe of records for direct notice for the Real Property Subclass. Plaintiffs will send a Long Form Notice to each of these identified properties. Wheatman Decl., ¶¶ 22-25.

  11. **Paid Media Notice.** In addition to the notice being mailed to Subclass Members as set forth in Paragraph 10, *supra*, notice will be published in ten local newspapers, including a local Spanish-language newspaper, and three oil industry trade publications. Wheatman Decl. ¶¶ 26-28.

  Targeted advertising will also be used to reach potential Oil Industry Subclass

1 members through Internet Advertising and LinkedIn. Banner advertisements will appear for one month on the *Rig Zone* (www.rigzone.com) and *Oil and Gas People* (www.oilandgaspeople.com) websites. Advertising on LinkedIn will be targeted to reach individuals working in oil and energy; individuals who list related skills, such as offshore oil, offshore drilling, offshore operations, and offshore oil and gas; and individuals with related titles, such as offshore manager and offshore project manager. Wheatman Decl. ¶ 30-31.

12. **Earned Media Notice.** A state-wide press release will be issued in California (and to related microlists). Kinsella Media will reach out to bloggers, reporters, and online outlets and ask them to share news of the litigation. Wheatman Decl. ¶ 33.

13. The case website, www.PlainsOilSpill.com, will be updated to include information about the Oil Industry and Real Property Subclasses. Class members will also have access to the toll-free number and website from which updated information will be available and a Long Form Notice can be requested. They may also send inquiries directly to class counsel. Wheatman Decl. ¶¶ 34-37.

14. Mailed notice will take place within 90 days of an order approving Plaintiffs' Plan of Notice/Forms of Notice or as soon thereafter as the Real Property Subclass members are identified through the process described in Paragraph 10(d), above. All other forms of notice, including all publication notice, shall be completed within 120 days of an order approving the Plan of Notice. The opt out deadline will be 45 days from the completion of the publication notice, prior to any trial of the matter.

| | | |
|---|---|---|
| 1 | Dated: May 24, 2018 | Respectfully submitted, |
| 2 | | |
| 3 | | LIEFF CABRASER |
| 4 | | HEIMANN & BERNSTEIN, LLP |
| 5 | | By: */s/Robert J. Nelson* |
| | | Robert J. Nelson |
| 6 | | |
| 7 | | Robert L. Lieff (CSB No. 037568) |
| | | Elizabeth J. Cabraser (CSB No. 083151) |
| 8 | | Robert J. Nelson (CSB No. 132797) |
| 9 | | Wilson M. Dunlavey (CSB No. 307719) |
| | | LIEFF CABRASER |
| 10 | | HEIMANN & BERNSTEIN, LLP |
| 11 | | 275 Battery Street, 29th Floor |
| | | San Francisco, CA 94111-3339 |
| 12 | | Telephone: (415) 956.1000 |
| 13 | | Facsimile: (415) 956.1008 |
| 14 | | |
| 15 | | Juli Farris (CSB No. 141716) |
| | | Matthew J. Preusch (CSB No. 298144) |
| 16 | | KELLER ROHRBACK L.L.P. |
| 17 | | 801 Garden Street, Suite 301 |
| | | Santa Barbara, CA 93101 |
| 18 | | Telephone: (805) 456-1496 |
| | | Facsimile: (805) 456-1497 |
| 19 | | |
| 20 | | Lynn Lincoln Sarko |
| 21 | | *(Admitted Pro Hac Vice)* |
| | | Gretchen Freeman Cappio |
| 22 | | *(Admitted Pro Hac Vice)* |
| 23 | | Daniel Mensher |
| | | *(Admitted Pro Hac Vice)* |
| 24 | | KELLER ROHRBACK L.L.P. |
| 25 | | 1201 Third Ave, Suite 3200 |
| | | Seattle, WA 98101 |
| 26 | | Telephone: (206) 623-1900 |
| 27 | | Facsimile: (206) 623-3384 |
| 28 | | |

William M. Audet (CSB No. 117456)
Ling Y. Kuang (CSB No. 296873)
AUDET & PARTNERS, LLP
711 Van Ness Avenue
Suite 500
San Francisco, CA 94102
Telephone: (415) 568-2555
Facsimile: (415) 568-2556

A. Barry Cappello (CSB No. 037835)
Leila J. Noël (CSB No. 114307)
Lawrence J. Conlan (CSB No. 221350)
David L. Cousineau (CSB No. 298801)
CAPPELLO & NOËL LLP
831 State Street
Santa Barbara, CA 93101-3227
Telephone: (805) 564-2444
Facsimile: (805) 965-5950

*Class Counsel*