1201 Third Avenue, Suite 3200
Seattle, WA 98101
T: 206-623-1900

E-FILED
AUG 2 3 2019
Document # ~~Link #525~~

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Keith Andrews, an individual, et al.

Plaintiff(s)
v.

PLAINS ALL AMERICAN PIPELINE, L.P., a Delaware limited partnership, et al.

Defendant(s).

CASE NUMBER

2:15-cv-04113-PSG-JEM

(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Farrow, Raymond J.
*Applicant's Name (Last Name, First Name & Middle Initial)*

206-623-1900     206-623-3384
*Telephone Number   Fax Number*

rfarrow@kellerrohrback.com
*E-Mail Address*

of Keller Rohrback L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Keith Andrews, et al.

*Name(s) of Party(ies) Represented*    [x] Plaintiff(s)  [ ] Defendant(s)  [ ] Other:

and designating as Local Counsel

Farris, Juli E.
*Designee's Name (Last Name, First Name & Middle Initial)*

141716     805-456-1496     805-456-1497
*Designee's Cal. Bar No.   Telephone Number   Fax Number*

jfarris@kellerrohrback.com
*E-Mail Address*

of Keller Rohrback L.L.P.
801 Garden Street, Suite 301
Santa Barbara, CA 93101

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

[ ] GRANTED.
[x] DENIED: [ ] for failure to pay the required fee.
   [ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   [x] for failure to complete Application: **state and/or federal courts to which applicant admitted not listed.**
   [ ] pursuant to L.R. 83-2.1.3.2: [ ] Applicant resides in California; [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   [ ] pursuant to L.R. 83-2.1.3.4; Local Counsel: [ ] is not member of Bar of this Court; [ ] does not maintain office in District.
   [ ] because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: [x] be refunded ~~not be refunded~~

Dated  8/23/19

_____
U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1