# SUPERIOR COURT OF THE STATE OF CALIFORNIA
## FOR THE COUNTY OF SANTA BARBARA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>PLAINS ALL AMERICAN PIPELINE, L.P.,<br><br>　　　　　　　Defendant. | No. 1495091<br><br>**VERDICT**<br><br>COUNT 1<br><br>GUILTY |

**FILED**
SUPERIOR COURT of CALIFORNIA
COUNTY of SANTA BARBARA
SEP 07 2018
Darrel E. Parker, Executive Officer
BY _____
Trina Angel, Deputy Clerk

We, the jury in the above-entitled action, hereby find the defendant, PLAINS ALL AMERICAN PIPELINE L.P., GUILTY of the crime of KNOWINGLY DISCHARGING OIL, OR REASONABLY SHOULD HAVE KNOWN THAT ITS ACTIONS WOULD CAUSE THE DISCHARGE OF OIL, INTO THE WATERS OF THE STATE, a felony, in violation of Government Code section 8670.64(a)(3), as charged in Count 1 of the Felony Indictment.

DATED: 9 / 7 / 2018