1   Robert L. Lieff (CSB No. 037568)
    rlieff@lchb.com
2   Elizabeth J. Cabraser (CSB No. 083151)
    ecabraser@lchb.com
3   Robert J. Nelson (CSB No. 132797)
    rnelson@lchb.com
4   Nimish Desai (CSB No. 244953)
    ndesai@lchb.com
5   Wilson M. Dunlavey (CSB No. 307719)
    wdunlavey@lchb.com
6   Jacob H. Polin (CSB No. 311203)
7   **LIEFF CABRASER HEIMANN**
    **& BERNSTEIN, LLP**
8   275 Battery Street, 29th Floor
    San Francisco, CA  94111-3339
9   Telephone:   (415)956-1000
    Facsimile:   (415) 956-1008
10

11  Lynn Lincoln Sarko*                          A. Barry Cappello (CSB No. 037835)
    lsarko@kellerrohrback.com                    abc@cappellonoel.com
12  Gretchen Freeman Cappio*                     Leila J. Noël (CSB No. 114307)
    gcappio@kellerrohrback.com                   lnoel@cappellonoel.com
13  Michael D. Woerner*                          Lawrence J. Conlan (CSB No. 221350)
    mwoerner@kellerrohrback.com                  lconlan@cappellonoel.com
14  Raymond Farrow*                              David L. Cousineau (CSB No.  298801)
    rfarrow@kellerrohrback.com                   dcousineau@cappellonoel.com
15  **KELLER ROHRBACK L.L.P.**                   **CAPPELLO & NOËL LLP**
16  1201 Third Ave., Suite 3200                  831 State Street
    Seattle, WA 98101                            Santa Barbara, CA 93101-3227
17  Telephone:   (206) 623-1900                  Telephone:  (805)564-2444
    Facsimile:   (206) 623-3384                  Facsimile:   (805)965-5950
18  *(Admitted pro hac vice)*

19  Juli E. Farris (CSB No. 141716)              *Lead Trial Counsel*
    jfarris@kellerrohrback.com
20  Alison Chase (CSB No. 226976)                William M. Audet (CSB No.  117456)
    achase@kellerrohrback.com                    waudet@audetlaw.com
21  Matthew J. Preusch (CSB No. 298144)          Ling Y. Kuang (CSB No.  296873)
    mpreusch@kellerrohrback.com                  lkuang@audetlaw.com
22  **KELLER ROHRBACK L.L.P.**                   **AUDET & PARTNERS, LLP**
23  801 Garden Street, Suite 301                 711 Van Ness Avenue, Suite 500
    Santa Barbara, CA 93101                      San Francisco, CA 94102
24  Telephone:   (805) 456-1496                  Telephone:   (415) 568-2555
    Facsimile:   (805) 456-1497                  Facsimile:   (415) 568-2556
25

26                          *Class Counsel*

27

28

1

2

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

3

4   KEITH ANDREWS, an individual,
TIFFANI ANDREWS, an individual,
5   BACIU FAMILY LLC, a California
limited liability company, ROBERT
6   BOYDSTON, an individual, MORGAN
CASTAGNOLA, an individual, THE
7   EAGLE FLEET, LLC, a California limited
liability company, ZACHARY FRAZIER,
8   an individual, MIKE GANDALL, an
individual, ALEXANDRA B. GEREMIA,
9   as Trustee for the Alexandra Geremia
Family Trust dated 8/5/1998, JIM
10  GUELKER, an individual, JACQUES
HABRA, an individual, MARK
11  KIRKHART, an individual, MARY
KIRKHART, an individual, RICHARD
12  LILYGREN, an individual, HWA HONG
MUH, an individual, OCEAN ANGEL IV,
13  LLC, a California limited liability
company, PACIFIC RIM FISHERIES,
14  INC., a California corporation, SARAH
RATHBONE, an individual,
15  COMMUNITY SEAFOOD LLC, a
California limited liability company,
16  SANTA BARBARA UNI, INC., a
California corporation, SOUTHERN CAL
17  SEAFOOD, INC., a California
corporation, TRACTIDE MARINE
18  CORP., a California corporation, WEI
INTERNATIONAL TRADING INC., a
19  California corporation and STEPHEN
WILSON, an individual, individually and
20  on behalf of others similarly situated,

21

22                    Plaintiffs,

23  v.

24  PLAINS ALL AMERICAN PIPELINE,
L.P., a Delaware limited partnership,
25  PLAINS PIPELINE, L.P., a Texas limited
partnership, and JOHN DOES 1 through
26  10,

27                    Defendants.

28

**Case No.  2:15-cv-04113-PSG-JEM**

[Consolidated with Case Nos. 2:15-CV-04573 PSG (JEMx), 2:15-CV-4759 PSG (JEMx), 2:15-CV-4989 PSG (JEMx), 2:15-CV-05118 PSG (JEMx), 2:15-CV-07051- PSG (JEMx)]

**DECLARATION AND SUPPLEMENT TO AUGUST 30, 2019 REPORT OF HUNTER S. LENIHAN, Ph.D. RE: ADDITIONAL DOCUMENTS CONSIDERED**

Date:        May 18, 2020
Time:        1:30 p.m.
Location:   Courtroom 6A
Judge:      Hon. Philip S. Gutierrez

I, Hunter S. Lenihan, Ph.D., declare as follows:

1.      I am a Professor of Applied Marine and Fisheries Ecology at the Bren School of Environmental and Science Management at the University of California, Santa Barbara ("UCSB"). I am also the founder of the Sustainable Aquaculture Research Center. I have been retained by Class Counsel in this matter.

2.      The purpose of this declaration is to supplement my August 30, 2019 Amended and Supplemental Report to identify recently published research that I received and considered after completion of my August 2019 report. This new research relates to but does not alter my opinions in this matter. In particular, the additional research is consistent with and reinforces my opinions in Paragraphs 26 and 27 of my August 2019 report that "very low levels of PAHs can reduce demographic performance . . . ." and that "even PAH concentrations of less than 1 ppb are harmful to fish. . . ."

3.      The research appears in a paper published in March 2020, arising out of the Deepwater Horizon spill, which presents the results of recent analysis showing that PAH levels less than 1 ppb are lethal to a wide variety of marine organisms. Berenshtein, I., Paris, C.B., Perlin, N., Alloy, M.M., Joye, S.B. and Murawski, S., 2020. Invisible oil beyond the Deepwater Horizon satellite footprint. Science Advances, 6(7). The authors report that, once one takes account of photoinduced toxicity of PAHs (the process by which PAHs exposed to UV sunlight can become more toxic), toxicity exists at a concentration level of 0.5 ppb, and that low levels of toxic PAHs are "invisible to satellite/areal detection methods."  The paper also states that "recent studies revealed that toxicity to early-life-stage organisms may occur at much lower concentrations because of the combined effect of PAH and UV, which increases the toxicity by 10- to 200-fold compared to PAH alone, as well as due to cardiac toxicity and developmental abnormalities at similarly low PAH levels."  NRDA data cited by the authors (at note 4, table 4.3-4) shows a 50% mortality rate for bay anchovies at a UV-adjusted PAH level of 0.1 ppb and for other species in a range of 0.2 ppb to 2.9 ppb.

DECLARATION AND SUPPLEMENT TO AUGUST 30, 2019
REPORT OF HUNTER S. LENIHAN, Ph.D

4.     These findings are consistent with my report that there are no known "safe levels" of PAH toxicity for marine life and that availability of commercial marine species along the Central California coastline would be negatively impacted by the volumes of oil released into the channel as a result of the Refugio oil spill, particularly when the impact of photoinduction is taken into account.

DATED this  17th  day of April, 2020, at ___Santa Barbara, CA_____

_____
Hunter S. Lenihan, Ph.D.

**CERTIFICATE OF SERVICE**

I, Juli Farris, hereby certify that on April 20, 2020, I electronically filed the foregoing with the Clerk of the United States District Court for the Central District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

*/s/ Juli Farris*

DECLARATION AND SUPPLEMENT TO AUGUST 30, 2019
REPORT OF HUNTER S. LENIHAN, Ph.D