UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 29 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KEITH ANDREWS, an individual; et al., | No. 19-56519 |
| Plaintiffs-Appellants, | D.C. Nos. 2:15-cv-04113-PSG-JEM |
| v. | 2:15-cv-04573-PSG-JEM |
| | 2:15-cv-04759-PSG-JEM |
| PLAINS ALL AMERICAN PIPELINE, L.P., a Delaware limited partnership; et al., | 2:15-cv-04989-PSG-JEM |
| | 2:15-cv-05118-PSG-JEM |
| | 2:15-cv-07051-PSG-JEM |
| Defendants-Appellees. | Central District of California, Los Angeles |

ORDER

Before: THOMAS, Chief Judge, TASHIMA and MILLER, Circuit Judges.

A review of the record and the responses to this court's January 21, 2020 order demonstrates that this court lacks jurisdiction over this appeal because the order challenged in the appeal is not final or appealable. *See* Fed. R. Civ. P. 54(b); *Chacon v. Babcock*, 640 F.2d 221, 222 (9th Cir. 1981) (order is not appealable unless it disposes of all claims as to all parties or judgment is entered in compliance with rule). Consequently, this appeal is dismissed for lack of jurisdiction.

**DISMISSED.**

LAB/MOATT