FILED
CLERK, U.S. DISTRICT COURT
5/19/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: WH DEPUTY

link 697

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ANDREWS, an individual, TIFFANI ANDREWS, an individual, BACIU FAMILY LLC, a California limited liability company, ROBERT BOYDSTON, an individual, MORGAN CASTAGNOLA, an individual, THE EAGLE FLEET, LLC, a California limited liability company, ZACHARY FRAZIER, an individual, MIKE GANDALL, an individual, ALEXANDRA B. GEREMIA, as Trustee for the Alexandra Geremia Family Trust dated 8/5/1998, JIM GUELKER, an individual, JACQUES HABRA, an individual, MARK KIRKHART, an individual, MARY KIRKHART, an individual, RICHARD LILYGREN, an individual, HWA HONG MUH, an individual, OCEAN ANGEL IV, LLC, a California limited liability company, PACIFIC RIM FISHERIES, INC., a California corporation, SARAH RATHBONE, an individual, COMMUNITY SEAFOOD LLC, a California limited liability company, SANTA BARBARA UNI, INC., a California corporation, SOUTHERN CAL SEAFOOD, INC., a California corporation, TRACTIDE MARINE CORP., a California corporation, WEI INTERNATIONAL TRADING INC., a California corporation and STEPHEN WILSON, an individual, individually and on behalf of others similarly situated, | **Case No. 2:15-cv-04113-PSG-JEM**<br><br>[Consolidated with Case Nos. 2:15-CV-04573 PSG (JEMx), 2:15-CV-4759 PSG (JEMx), 2:15-CV-4989 PSG (JEMx), 2:15-CV-05118 PSG (JEMx), 2:15-CV-07051- PSG (JEMx)]<br><br>**[~~PROPOSED~~] ORDER APPROVING FISHER SUBCLASS PLAN OF NOTICE**<br><br>Judge: Hon. Philip S. Gutierrez |

|   |   |
|---|---|
| Plaintiffs, | |
| v. | |
| PLAINS ALL AMERICAN PIPELINE, L.P., a Delaware limited partnership, PLAINS PIPELINE, L.P., a Texas limited partnership, and JOHN DOES 1 through 10, | |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Upon presentation of the Parties' Stipulation to Approve Plan and Form of Fisher Subclass Notice (the "Stipulation"), it is hereby ORDERED:

1. The content of the Revised Long Form and Summary Notice submitted with Plaintiffs' Stipulation is adequate, satisfies Federal Rule of Civil Procedure 23(c), and is approved.

2. Plaintiffs' Method of Proposed Notice Plan and Form of Notice is approved.

3. Plaintiffs' are directed to issue notice according to the Plan of Notice.

**IT IS SO ORDERED.**

Dated: 5/19/2020

PHILIP S. GUTIERREZ

Honorable Philip S. Gutierrez