UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ANDREWS, an individual; TIFFANI ANDREWS, an individual; BACIU FAMILY LLC, a California limited Liability company, ROBERT BOYDSTON, an individual; CAPTAIN JACK'S SANTA BARBARA TOURS, LLC, a California limited liability company; MORGAN CASTAGNOLA an individual; CRAB COWBOYS. LLC, a California limited liability company; THE EAGLE FLEET. LLC. a California limited liability company; ZACHARY FRAZIER, an individual; MIKE GANDALL. an individual; ALEXANDRA B. GEREMIA as Trustee for the Geremia Family Trust dated 8/5/1998; JIM GUELKER. an individual; JACQUES HABRA, an individual; ISURF, LLC, a California limited liability company; MARK KIRKHART, an individual; MARY KIRKHART, an individual; RICHARD LILYGREN, an individual; HWA HONG MUH, an individual; OCEAN ANGEL IV, LLC, a California limited liability company; PACIFIC RIM FISHERIES. INC, a California corporation; SARAH RATHBONE, an individual; COMMUNITY SEAFOOD LLC, a California limited liability company; SANTA BARBARA UNI, INC., a California corporation; | Case No. 2:15-cv-04113-PSG-JEM<br><br>[Consolidated with Case Nos. 2:15-cv-04573-PSG (JEMx), 2:15-cv-04759-PSG (JEMx), 2:15-cv-04989-PSG (JEMx), 2:15-cv-05118-PSG (JEMx), 2:15-cv-07051-PSG (JEMx)]<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO AMEND THE STIPULATED PROTECTIVE ORDER**<br><br>Judge:     Hon. John E. McDermott<br>Location:  Courtroom 640 |

| | |
|---|---|
| 1 | SOUTHERN CAL SEAFOOD, INC., a California corporation; TRACTIDE MARINE CORP., a California corporation; WEI INTERNATIONAL TRADING INC., a California corporation and STEPHEN WILSON, an individual; individually and on behalf of others similarly situated, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | Plaintiffs, |
| 7 | vs. |
| 8 | |
| 9 | PLAINS ALL AMERICAN PIPELINE, L.P., a Delaware limited partnership, and PLAINS PIPELINE, L.P., a Texas limited partnership, and JOHN DOES 1 through 10, |
| 10 | |
| 11 | |
| 12 | Defendants. |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Case No. 2:15-cv-04113-PSG-JEM

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO AMEND THE STIPULATED PROTECTIVE ORDER

Having considered the briefs, arguments, and evidence in support of and opposition to Defendants' Motion to Amend the Stipulate Protective Order, and for good cause appearing therefore, **IT IS HEREBY ORDERED** that Defendants' Motion is **GRANTED**.

The first sentence of Section 8(1) of the Stipulated Protective Order (Dkt. 136) is amended to read: "A Receiving Party may use Protected Material that is disclosed or produced by another Party or by a Non-Party in connection with this Action only for prosecuting, defending, or attempting to settle: (1) this Action; and (2) *The People of the State of California v. Plains All Am. Pipeline, L.P.*, Case No. 1495091 (Cal. Superior Ct.), including but not limited to restitution claims submitted in that proceeding."

IT IS SO ORDERED.

Dated: _____    _____
                                   Hon. John E. McDermott