HENRY WEISSMANN (State Bar No. 132418)
henry.weissmann@mto.com
E. MARTIN ESTRADA (State Bar No. 223802)
martin.estrada@mto.com
DANIEL B. LEVIN (State Bar No. 226044)
daniel.levin@mto.com
GRANT A. DAVIS-DENNY (State Bar No. 229335)
grant.davis-denny@mto.com
COLIN A. DEVINE (State Bar No. 315801)
colin.devine@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone:   (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Defendants
PLAINS ALL AMERICAN PIPELINE,
L.P. and PLAINS PIPELINE, L.P.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ANDREWS, an individual, TIFFANI ANDREWS, an individual. BACIU FAMILY LLC, a California limited liability company, ROBERT BOYDSTON, an individual, MORGAN CASTAGNOLA, an individual, THE EAGLE FLEET, LLC, a California limited liability company, ZACHARY FRAZIER, an individual, MIKE GANDALL, an individual, ALEXANDRA B. GEREMIA, as Trustee for the Alexandra Geremia Family Trust dated 8/5/1998, JIM GUELKER, an individual, JACQUES HABRA, an individual, MARK KIRKHART, an individual, MARY KIRKHART, an individual, RICHARD LILYGREN, an individual, HWA HONG MUH, an individual, OCEAN ANGEL IV, LLC, a California limited liability company, PACIFIC RIM FISHERIES, INC, a California corporation, SARAH RATHBONE, an individual, COMMUNITY SEAFOOD LLC, a California limited liability company, SANTA BARBARA UNI, INC., a California corporation, SOUTHERN CAL SEAFOOD, INC., a California corporation, TRACTIDE | Case No. 2:15-cv-04113-PSG-JEM<br><br>[Consolidated with Case Nos. 2:15-cv-04573-PSG (JEMx), 2:15-cv-04759-PSG (JEMx), 2:15-cv-04989-PSG (JEMx), 2:15-cv-05118-PSG (JEMx), 2:15-cv-07051-PSG (JEMx)]<br><br>**NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715**<br><br>Judge:       Hon. Philip S. Gutierrez<br>Courtroom:   6A |

MARINE CORP., a California corporation, WEI INTERNATIONAL TRADING INC., a California corporation and STEPHEN WILSON, an individual, individually and on behalf of others similarly situated,

Plaintiffs,

vs.

PLAINS ALL AMERICAN PIPELINE, L.P., a Delaware limited partnership, and PLAINS PIPELINE, L.P., a Texas limited partnership, and JOHN DOES 1 through 10,

Defendants.

Pursuant to Article V.3 of the Settlement Agreement (Dkt. No. 944-1, Ex. 1 at 13), Defendants Plains All American Pipeline, L.P., and Plains Pipeline, L.P., hereby notify the Court that, on May 23, 2022, notice of the proposed class action settlement in this case was sent to the United States Attorney General and to the appropriate state officials pursuant to the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715.  Appended hereto as Exhibit 1 is the Declaration of Jennifer Keough Regarding Compliance with the Class Action Fairness Act, 28 U.S.C. § 1715.  That Declaration details the actions taken by JND Legal Administration LLC on behalf of Defendants to comply with the CAFA requirements, and attaches a true and correct copy of the CAFA notice.

DATED:  June 7, 2022                    MUNGER, TOLLES & OLSON LLP


                                        By:    _/s/ Colin A. Devine_
                                               COLIN A. DEVINE
                                        Attorneys for Defendants
                                        PLAINS ALL AMERICAN PIPELINE, L.P.
                                        and PLAINS PIPELINE, L.P.

<u>CERTIFICATE OF SERVICE</u>

I, the undersigned, hereby certify that on June 7, 2022, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court in the United States District Court for the Central District of California, using the CM/ECF system, which shall serve copies on all interested parties registered for electronic service.  Pursuant to Civil L.R. 5-3.2.1, the Notice of Electronic Filing constitutes proof of service.

*/s/ Colin A. Devine*
COLIN A. DEVINE