William M. Audet (CSB No. 117456)
Ling Y. Kuang (CSB No. 296873)
**AUDET & PARTNERS, LLP**
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102-3275
Telephone: (415) 568-2555
Facsimile: (415) 568-2556

*Class Counsel*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ANDREWS, an individual, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PLAINS ALL AMERICAN PIPELINE, L.P., a Delaware limited partnership, et al.,<br><br>Defendants. | Case No. 2:15-cv-04113-PSG-JEMx<br><br>**DECLARATION OF WILLIAM M. AUDET IN SUPPORT OF MOTIONS FOR FINAL SETTLEMENT APPROVAL, PLANS OF DISTRIBUTION, AND ATTORNEYS' FEES AND COSTS**<br><br>Date: September 16, 2022<br>Time: 1:30 p.m.<br>Judge: Hon. Philip S. Gutierrez<br>Courtroom: 6A |

I, William Audet, hereby declare as follows:

1. I am an attorney and the founding partner for the law firm AUDET & PARTNERS, LLP, and a member in good standing with the State Bar of California. I am one of the four Court-appointed class co-counsel in this action (*Andrews v. Plains All American Pipeline, LP*, Case No. 2:15-cv-04113). I have personal knowledge of the matters stated below based on my day-to-day involvement in this litigation, and if called as a witness, I could and would testify competently thereto under oath.

2. I submit this declaration in support of the Plaintiffs' motions for final approval of the settlement, for the Plans of Distribution, and for attorneys' fees and costs, and class representative service awards (hereafter "Plaintiffs' Motions").

3. My *curriculum vitae* ("CV") and my law firm's resume ("Resume"), demonstrate the significant experience and qualifications I brought to bear in this matter. Dkt. 33-5 at 7-25. The Resume summarizes AUDET & PARTNERS, LLP's experience in complex class litigation and other types of high-profile cases, including prior work and experience on another federal oil spill class case (lead counsel in the Bay Area's *Cosco Busan* oil spill), and class counsel in the first of its kind case representing a class of Mexican fishermen impacted by the Deepwater Horizon – BP Gulf of Mexico Oil Spill (the first Mexican class action under the country's new collective action statutory scheme).

4. My CV also highlights my professional career as an attorney, a law clerk in both federal district courts and the Ninth Circuit,[1] and as a clinical professor at the U.W. School of Law (Madison) providing free legal services to indigent individuals. It further details that in addition to receiving a Bachelor of Arts from the University of California (Davis), and a J.D. in 1984, three years later I was awarded a Master of

---

[1] I had the honor of clerking for the Ninth Circuit Court of Appeals, with two subsequent clerkships with the United States District Court Judge The Honorable Fern M. Smith (inaugural law clerk), and then with The Honorable Alphonso Zirpoli (final law clerk).

– 1 –

1  Law from the University of Wisconsin (Madison), School of Law. More recently, and
2  due to my financial, time, and academic contributions to the legal community, as well
3  as my pro bono work, I was awarded an LL.D (Doctorate of Law) from Golden Gate
4  University, School of Law and served as the guest speaker for the graduating law
5  class that same year.

6      5. On February 28, 2017, I was appointed as co-lead class counsel for the
7  plaintiffs and putative classes, along with other attorneys from the law firms: Lieff,
8  Cabraser, Heimann & Bernstein, LLP; Keller Rohrback L.L.P; and Cappello & Noel.

9      6. After I was appointed as co-lead class counsel, I and the attorneys and
10 staff at AUDET &PARTNERS, LLP directly worked on and/or indirectly assisted
11 other attorneys in other firms on a host of important pretrial activities. In coordination
12 with the other law firms, my office and I provided not only our time, but my office's
13 resources, staff, and technology capabilities. These activities are generally
14 summarized in the concurrently filed Declaration of Robert J. Nelson and will not be
15 repeated here except to note that based on my prior and current experience in oil spill
16 litigation (Dkt. 33-5), my firm was tasked with dealing with Oil Pollution Act related
17 issues, and based on my expertise on discovery matters (as exemplified in my
18 authorship of an annual treatise of federal discovery (entitled HANDLING FEDERAL
19 DISCOVERY (24th ed.)), I and my firm worked on key discovery matters throughout
20 the litigation.

21     7. I and my Co-lead Counsel worked together at all times in an efficient
22 manner while avoiding redundant efforts and wasted hours by assigning tasks during
23 weekly calls. The case was extremely complex and we faced one of the best law
24 firms in the United States, hired by a party with nearly unlimited resources.

25     8. The entirety of this work was performed on a purely contingent basis
26 with no guarantee of success or payment. Neither my firm nor I have received any
27 compensation for our efforts during this litigation. Throughout the litigation, I
28 coordinated with members of my firm to divide up work efficiently and cost-

effectively thereby ensuring that all work was performed without duplication. All attorneys, paralegals, law clerks, and support staff at my firm are instructed to maintain and record in good faith time spent on this case (and all other cases) and to keep as best as practical contemporaneous time records of the firm reflecting the time spent on this and other matters.

9.  As noted in the preliminary approval papers, I believe that the settlement exceeds the criteria for final approval as outlined in Rule 23 and the applicable case law of this Circuit. Considering all relevant factors, the settlement is an excellent one that should be approved by the Court. As outlined in the submissions to this Court, the settlement provides real value to the class and in light of the risks associated with trial and likely appeals, warrants approval by this Court. Absent approval of the settlement, the class risks receiving nothing. Even if the Plaintiffs were to be successful at trial, the defendants would likely have appealed, dragging on the process for several years. In contrast, this settlement provides real value and real monetary and non-monetary consideration to the class. I recommend the Court approve the settlement, the plan of distribution, and the request for fees, expenses, and incentive awards.

**AUDET & PARTNERS, LLP's Summary of Lodestar & Costs Incurred**

10. Attached as **Exhibit A** is a true and correct summary lodestar chart which lists: (1) the name/role of each timekeeper who recorded time in this Action; (2) their rate; (3) the total number of hours they worked on the Action through and including July 22, 2022; and (5) their total lodestar. I have reviewed these hours and, like my Class Co-Counsel, the summary reflects work done in this matter for the Settlement Class(es).  For attorneys or support staff who no longer work with AUDET & PARTNERS, LLP, the current hourly rate represents the rate for that individual in his or her final year of work with the firm. As reflected in **Ex. A** AUDET & PARTNERS, LLP has expended approximately 7,044 total hours on this matter through July 22, 2022.

11. Further attached as **Exhibit B** is a summary of each timekeeper's years of experience compared with his or her hourly rate. The qualifications for several of the attorneys from AUDET & PARTNERS, LLP can also be found in the Audet Resume. Dkt. 33-5 at 7-23.

12. All of the rates outlined in the above Exhibits have been submitted and/or approved by a federal court in this or another jurisdiction or, as established by the Ninth Circuit, are in line with such prior approval and with the prevailing market rate where the court sits. For example, eleven of the fifteen listed attorneys have had their current or comparable rates approved in recent years in one or more class action matters.[2] Three attorneys have a billing rate here that is <u>lower</u> than what has previously been approved in other federal district courts. *See* fn. 2. This includes associate attorney Ling (David) Kuang, who has contributed far more hours than any other non-partner Audet attorney in this case.[3] For the remaining attorneys, their rates are in line with former approvals and/or supported by comparisons to indices like the 2021 Real Rate Report® by Wolters Kluwer. Mr. William M. Audet's rate of $995, for example, is $47/hour <u>lower</u> than the comparison to the Third-Quartile of Litigation Partners in the Los Angeles region for 2021, despite my significant experience in the class action realm and specifically about oil spill matters. Closer comparisons of the rates listed and the 2021 Real Rate Report® by Wolters Kluwer demonstrate also that ten of the Audet attorneys have rates that are $134 to $348 <u>lower</u> than the mean/average trend in 2021 for associate attorneys in the Los Angeles

---

[2] *See, e.g., Torch v. Windsor*, 3:17-cv-01868-AA (D. Or. June 28, 2022); *Morrison v. Ross*, 4:18-cv-02671 (N.D. Cal Feb. 16, 2022); *In re Navistar MaxxForce Engines Marketing, Sales Practices and Products Liability Litigation*, 1:14-cv-10318, (N.D. Ill. Jan. 21, 2020); *Bhatia v. 3M Co.*, 0:16-cv-01304-DWF-DTS (D. Minn. Sep. 11, 2019); *In re: Rust-Oleum Restore Mktg., Sales Practices and Prods. Liab. Litig.*, 1:15-cv-01364 (N.D. Ill. Mar. 6, 2017).

[3] Mr. Kuang, with a billing rate of $395 for this matter, previously had rates approved of for $450 (*Torch v. Windsor*, 3:17-cv-01868-AA (D. Or. June 28, 2022)) and $425 (*Morrison v. Ross*, 4:18-cv-02671 (N.D. Cal Feb. 16, 2022)).

region based on comparable years of experience. Finally, all rates listed for staff members are significantly lower (~30% to 40% lower) than the mean/average in 2021 for all paralegals (High-Level Data Cuts in 2021 Real Rate Report®).

13. The requested hourly rate for every attorney at my firm is more than justified when compared to the prevailing rate for similar-level attorneys and legal professionals. **Ex. B**. My hourly rate is listed at $995.00 per hour and is in line with the rates of lawyers in this prevailing market and commensurate with my level of experience (nearly 40 years of complex class litigation experience, with directly relevant experience litigating an oil spill, coupled with foundational experience clerking in the federal judiciary and authoring a treatise on discovery).

14. Like my Class Co-Counsel and wherever possible, to reduce duplication and ensure tasks were assigned to the appropriate level staff while ensuring minimal rates charged to the class(es), associate-level attorneys, and staff at my office did a significant portion of the work. **Ex. A.** The work done by non-partners equated to nearly two-thirds (~63%) of AUDET & PARTNERS, LLP's hours incurred.

15. My firm had held costs of $54,484.29 for this case. These expenses are presented in summary form in **Exhibit C** attached hereto. All expenses (including separate assessments) were reasonably and necessarily incurred in Class Counsel's efforts to prosecute the Plaintiffs' claims on behalf of the Class. The expenses here are in line with expenses AUDET & PARTNERS, LLP has incurred in the countless other complex class action lawsuits it has successfully prosecuted, and are the type typically billed by attorneys to clients. The costs and expenses are kept on the firm's electronic record-keeping software program, with a backup system.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my personal knowledge, and with respect to those matters stated on information and belief, believe them to be true and correct.

– 5 –

DECLARATION OF WILLIAM M. AUDET                        2:15-CV-04113-PSG-JEM

Executed in California, on Friday, July 29, 2022.

_____
William M. Audet

– 6 –
DECLARATION OF WILLIAM M. AUDET                    2:15-cv-04113-PSG-JEM

# EXHIBIT A



**AUDET & PARTNERS LLP**

711 Van Ness Avenue, Suite 500 • San Francisco, CA 94102
Telephone: 415.568.2555 • Facsimile: 415.568.2556 • Toll Free: 800.965.1461
www.audetlaw.com

## *Andrews, et al. v. Plains All American Pipeline, LP, et al.*
## Summary Lodestar - Inception through July 22, 2022

| Attorney: | Hours | Rate | Common Lodestar |
|---|---|---|---|
| William M. Audet (P) | 2,629.94 | $995.00 | $2,616,790.30 |
| S. Clinton Woods | 20.50 | $495.00 | $10,147.50 |
| Daniel Plotnick | 330.18 | $325.00 | $107,308.50 |
| Elvin Vu | 612.35 | $350.00 | $214,322.50 |
| Gwendolyn (Wendy) Giblin | 378.95 | $650.00 | $246,317.50 |
| Jonas Mann | 28.30 | $450.00 | $12,735.00 |
| Joshua Ezrin | 23.15 | $725.00 | $16,783.75 |
| Karly Roberson | 135.02 | $200.00 | $27,004.00 |
| Kurt Kessler | 281.02 | $350.00 | $98,357.00 |
| Ling (David) Kuang | 1,949.45 | $395.00 | $770,032.75 |
| Melanie Lawton | 62.25 | $250.00 | $15,562.50 |
| Rajiv Thairani | 51.45 | $325.00 | $16,721.25 |
| Steven Weinmann | 28.00 | $795.00 | $22,260.00 |
| Theodore Chase | 51.20 | $225.00 | $11,520.00 |
| Thom Smith | 66.50 | $650.00 | $43,225.00 |
| | | Total: | $4,229,087.55 |
| | | | |
| **Paralegal / Legal Assistant** | | | |
| Harold Darling | 147.90 | $150.00 | $22,185.00 |
| Ana Davila | 41.60 | $175.00 | $7,280.00 |
| Nick Perez | 206.85 | $165.00 | $34,130.25 |
| | | Total: | $63,595.25 |
| | | | |
| Total Hours: | 7,044.61 | Total Lodestar: | $4,292,682.80 |

# EXHIBIT B

**A&P | AUDET & PARTNERS LLP**

711 VAN NESS AVENUE, SUITE 500 • SAN FRANCISCO, CA 94102
TELEPHONE: 415.568.2555 • FACSIMILE: 415.568.2556 • TOLL FREE: 800.965.1461
www.audetlaw.com

| NAME<br>P: Partner<br>A: Attorney or Associate<br>P/LA: Paralegal or Legal Assistant | RATE | EXPERIENCE<br>Years of Experience[1] &<br>Year Attorney Joined Bar |
|---|---|---|
| William M. Audet (P) | $995.00 | 37 Years (1985 CA) |
| S. Clinton Woods (A) | $495.00 | 13 Years (2006 CA) |
| Daniel Plotnick (A) | $325.00 | 3 Years (2014 CA) |
| Elvin Vu (A) | $350.00 | 5 Years (2015 CA) |
| Gwendolyn (Wendy) Giblin (A) | $650.00 | 23 Years (1996 CA) |
| Jonas Mann (A) | $450.00 | 7 Years (2009 CA) |
| Joshua Ezrin (A) | $725.00 | 14 Years (2002 CA) |
| Karly Roberson (A) | $200.00 | 1 Years (2017 CA) |
| Kurt Kessler (A) | $350.00 | 3 Years (2019 CA) |
| Ling (David) Kuang (A) | $395.00 | 8 Years (2014 CA) |
| Melanie Lawton (A) | $250.00 | 4 Years (2014 MA) |
| Rajiv Thairani (A) | $325.00 | 3 Years (2015 NY) |
| Steven Weinmann (A) | $795.00 | 22 Years (1997 CA) |
| Theodore Chase (A) | $225.00 | 2 Years (2014 CA) |
| Thom Smith (A) | $650.00 | 23 Years (1999 CA) |
| Harold Darling (P/LA) | $150.00 | - |
| Ana Davila (P/LA) | $175.00 | - |
| Nick Perez (P/LA) | $165.00 | - |

---

[1] Some attorneys are no longer associated with AUDET & PARTNERS, LLP ("the Firm"). For all such attorneys, the "**Years of Experience**" denotation has been lowered and based on the experience level of the attorney during the last year he or she was with the Firm. The Year he/she joined the State Bar has not been modified and listed for reference.

# EXHIBIT C

**A&P | AUDET & PARTNERS LLP**

711 VAN NESS AVENUE, SUITE 500 • SAN FRANCISCO, CA 94102
TELEPHONE: 415.568.2555 • FACSIMILE: 415.568.2556 • TOLL FREE: 800.965.1461
www.audetlaw.com

*Andrews, et al. v. Plains All American Pipeline, LP, et al.*
Summary of Held Costs - Inception through July 22, 2022

| AUDET & PARTNERS, LLP HELD COSTS ||
|---|---|
| Category: | Amount |
| Travel | $ 7,678.82 |
| Telephone/Facsimile | $ 3,640.15 |
| Postage/Express Delivery | $ 59.70 |
| Commercial Copy | $ 6,408.35 |
| Internal Copy | $ 2,843.00 |
| Court Fees | $ 1,864.47 |
| Computer Research | $ 31,989.80 |
|  |  |
| TOTAL | $ 54,484.29 |