Robert J. Nelson (CSB No. 132797)
rnelson@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone: (415)956-1000

Juli E. Farris (CSB No. 141716)
jfarris@kellerrohrback.com
KELLER ROHRBACK L.L.P.
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Telephone: (805) 456-1496
*Class Counsel*

A. Barry Cappello (CSB No. 037835)
abc@cappellonoel.com
CAPPELLO & NOËL LLP
831 State Street
Santa Barbara, CA 93101-3227
Telephone: (805)564-2444

*Lead Trial Counsel*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ANDREWS, an individual, et al., | Case No.  2:15-cv-04113-PSG-JEMx |
| Plaintiffs, | |
| v. | **DECLARATION OF JENNIFER M. KEOUGH REGARDING CLASS NOTICE** |
| PLAINS ALL AMERICAN PIPELINE, L.P., a Delaware limited partnership, et al., | |
| Defendants. | Location:  Courtroom 6A<br>Judge:    Hon. Philip S. Gutierrez |

I, Jennifer M. Keough, declare as follows:

1.      I am the Chief Executive Officer (CEO) and President of JND Legal Administration LLC ("JND"). This Declaration is based on my personal knowledge and information provided to me by Class Counsel and experienced JND employees and, if called upon to do so, I could and would testify competently thereto.

2.      I previously filed a Declaration in Support of Motion for Preliminary Approval of Class Action Settlement and Direction of Notice under Rule 23(E), filed May 13, 2022, Docket No. 944-2 ("Preliminary Approval Declaration") and a Declaration Regarding Compliance with the Class Action Fairness Act, 28 USC § 1715, filed June 7, 2022, Docket No. 950-1. This Declaration is being filed to update the Court regarding Class Notice per Section 8 of the Preliminary Approval Order.

## **DATA TRANSFER**

3.      On July 11, 2022, JND received from Class Counsel a data file for the Fisher Class containing the name, CDFW Commercial Fishing License, Fishing Business License, or Vessel ID number, and mailing address and/or email address for 842 individual Fishers, 991 Vessel contacts, and 317 Processor contacts. JND analyzed the data and removed 147 duplicates based on exact name, mailing address, and/or email address. Accordingly, 842 individual Fishers, 917 unique Vessel contacts, and 244 unique Processor contacts were identified based on exact name and address/email (the "Fisher Notice List").

4.      On June 28, 2022, JND received from Class Counsel a data file for the Property Class prepared by Plaintiffs' experts, containing the assessor's parcel number ("APN"), property address and/or mailing address, owner name, and loss of use value for 8,075 records ("Initial Property Class Data File"). Additionally, on June 30, 2022, JND received from Class Counsel a data file for the Property Class containing the APN, mailing address, and owner name for 20,259 records ("Supplemental Property Class Data File"). JND analyzed the data from the Initial and Supplemental Property Class Data Files and removed 14,993 duplicates based on exact owner name and property and/or mailing

address. Accordingly, 13,341 unique addresses were identified for 8,061 APNs (the "Property Notice List").

5.      JND updated the Fisher and Property Notice List mailing address information using data from the National Change of Address (NCOA) database. JND then loaded the Fisher and Property Notice List data into a dedicated database for this Settlement.

## EMAIL NOTICE

6.      Per Section 8.a. of the Preliminary Approval Order and Article V, Section 2 of the Settlement Agreement, on July 22, 2022, JND commenced dissemination by electronic mail of the Court-approved Fisher Class Short Form Notice ("Email Notice") to 1,112 valid Fisher Class Member email address(es) on the Fisher Notice List. A copy of the Email Notice is attached hereto as Exhibit A.

7.      Per Section 8.a. of the Preliminary Approval Order, the Email Notice dissemination was completed on July 25, 2022 (prior to July 26, 2022).

8.      Of the 1,122 Class Member email addresses sent Email Notice, 1,070 or 95% were deemed delivered and 52 or 5% were deemed undeliverable.

9.      Because email addresses for Property Class Members were not available, Notice to the Property Class was issued by mail as detailed in Paragraph 11 below.

## MAIL NOTICE

10.      Per Section 8.a. of the Preliminary Approval Order, on July 22, 2022, JND mailed the court-approved summary version of the Fisher Class Settlement Notice ("Fisher Class Short Form Notice") and the Fisher Class Claim Form by USPS First Class Mail, postage pre-paid, to 1,994 Fisher Class Members on the Fisher Notice List and 37 Fisher Organizations and Port Contacts identified by Class Counsel, consistent with Paragraph 38 of my Preliminary Approval Declaration. Mailing addresses for nine Fisher Class Members were not available, but these Class Members received the Email Notice. Copies of the Fisher Class Short Form Notice packet (including the Fisher Class Claim Form) and Long

Form Notice (posted to the Settlement website) are attached hereto as Exhibits B and C, respectively.

11. Per Section 8.a. of the Preliminary Approval Order, on July 22, 2022, JND mailed the summary version of the Property Class Settlement Notice ("Property Class Short Form Notice") and the Property Class Claim Form by USPS First Class Mail, postage pre-paid, to 13,341 addresses in total, including property addresses and available mailing addresses (if different from property addresses), of Property Class Members on the Property Notice List. Additionally, on July 26, 2022, JND mailed the Property Short Form Notice and Property Class Claim Form by USPS First Class Mail, postage pre-paid, to 14 current owners of Included Properties because information regarding Owners of those Included Properties as of May 19, 2015 was unavailable. Copies of the Property Class Short Form Notice packet (including the Property Class Claim Form) and Long Form Notice (posted to the Settlement website) are attached hereto as Exhibits D and E, respectively.

12. Per Paragraph 26 of my Preliminary Approval Declaration, JND will track all notices returned undeliverable by the USPS and will promptly re-mail notices that are returned with a forwarding address. In addition, JND will also take reasonable efforts to research and determine if it is possible to reach a Class Member for whom a notice is returned without a forwarding address, either by mailing to a more recent mailing address or using available advanced address search tools to identify a new mailing address by which the potential Class Member may be reached.

## PUBLICATION NOTICE

13. Pursuant to Section 8.b. of the Preliminary Approval Order, JND caused the Fisher/Property Class short-form Publication Notice to publish in the following local newspapers with a total circulation of approximately 377,000:

| PUBLICATION | ISSUE DATE | DIMENSIONS | INSERTIONS |
|---|---|---|---|
| *Lompoc Record* | Wednesday, 7/13/2022 | 9.889" x 10.5" | 1 |
| *Orange County Register* | Thursday, 7/14/2022 | 9.89" x 10.5" | 1 |
| *San Luis Obispo New Times* | Thursday, 7/14/2022 | 5" x 12.75" | 1 |
| *Santa Barbara Independent* | Thursday, 7/14/2022 | 9.375" x 12.5" | 1 |
| *Santa Maria Sun* | Thursday, 7/14/2022 | 5" x 12.75" | 1 |
| *Ventura County Reporter* | Thursday, 7/14/2022 | 9.81" x 8.85" | 1 |
| *El Latino (Spanish)* | Friday, 7/15/2022 | 10" x 12.5" | 1 |
| *Saigon Times (Vietnamese)* | Friday, 7/15/2022 | 10.5" x 11.5" | 1 |
| *La Opinion (Spanish)* | Monday, 7/18/2022 | 9.81" x 11" | 1 |
| *LA Daily News* | Monday, 7/18/2022 | 9.89" x 10.5" | 1 |
| *Santa Barbara News Press* | Monday, 7/18/2022 | 13" x 10.25" | 1 |
| *Bakersfield Californian* | Tuesday, 7/19/2022 | 9.88" x 10.75" | 1 |
| *Ventura County Star* | Tuesday, 7/19/2022 | 10" x 10" | 1 |
| *Zhong Guo Daily News (Chinese)* | Tuesday, 7/19/2022 | 11.5" x 10.4" | 1 |
| **Total:** | | | **14** |

14.     Per Class Counsel's request, on July 15, 2022, the business journal publication, *Pacific Business Times*, also published the Publication Notice.

15.     Copies of the Publication Notice as it appeared in each of the print publications are attached hereto as Exhibit F.

## DIGITAL NOTICE

16.     Per Class Counsel's request, from July 18, 2022 through July 24, 2022, JND caused 234,962 digital impressions to be served via Noozhawk.com and 144,576 ad views served via Noozhawk.com's daily e-newsletter. The digital ads directly linked to the Settlement website.

17.     Screenshots of the Digital Notice as it appeared on Noozhawk.com and in each e-newsletter are attached hereto as Exhibit G.

**PRESS RELEASE**

18.     On July 13, 2022, JND caused a press release to be distributed to approximately 900 English and Spanish media outlets through California and nationwide to journalists covering topics related to Fuel, Energy and Natural Resources, and Oil & Petroleum. An exact match of the press release was picked up 334 times with a potential audience of 62 million. A copy of the press release as distributed in English and Spanish is attached hereto as Exhibit H.

**SETTLEMENT WEBSITE AND EMAIL ADDRESS**

19.     Pursuant to Section 8.c. of the Preliminary Approval Order, on July 11, 2022, JND established an informational Settlement Website, www.PlainsOilSpillSettlement.com, that allows Class Members to learn more about the litigation and Settlement. The "Home" page provides a summary of the proposed Settlement, key dates, and an overview of legal rights and options. The "File a Claim" page allows Class Members to download, in PDF format, copies of the Fisher Class and Property Class Claim Forms and in coming weeks will also allow Class Members to file claims online through the October 31, 2022 claims deadline. An "Important Documents" page provides, in PDF format, copies of important Court documents including the operative Second Amended Complaint, Settlement Agreement, Order Granting Preliminary Approval of Proposed Settlement, and the [Proposed] Plans of Distribution for the Fisher Class and Property Class. The "FAQ" page provides answers to frequently asked questions. There is also a separate "Key Dates" page noting important Settlement deadlines and a "Contact Us" page detailing how JND can be reached by email, toll-free telephone, and mail. In addition, there are separate pages to download the Notice in Spanish, Vietnamese, and Chinese.

20.     As of July 26, 2022, there were 3,576 total views of the Settlement Website pages and documents and 1,426 unique visitors to the Settlement Website. JND will continue to maintain the Settlement Website throughout the Settlement administration process.

21.     JND also maintains an email address, info@PlainsOilSpillSettlement.com ("Settlement Email Address"), that permits Class Members and other individuals to submit e-mail inquiries to JND. As of July 26, 2022, JND has handled 31 email communications received to the Settlement Email Address. JND will continue to maintain the Settlement Email Address throughout the Settlement administration process.

## TOLL-FREE NUMBER

22.     On July 22, 2022, JND established a Settlement-specific dedicated toll-free Interactive Voice Response ("IVR") number, 1-844-202-9486, for Class Members and other individuals to call for additional information.

23.     As of July 26, 2022, JND has received 79 calls to the IVR and JND's Claimant Assistance Center team has handled 6 live calls. JND will continue to maintain the toll-free IVR number and assist Class Members throughout the Settlement administration process.

## OBJECTIONS

24.     The Email and Mail notices informed Class Members that anyone who wanted to object to the Settlement could do so by serving/filing their objections no later than August 19, 2022. The Email and Mail notices directed Class Members to the Settlement Website for details on how to object by mailing their written objections to the Court, Class Counsel, and Counsel for Defendants.

25.     As of July 26, 2022, JND is not aware of any Settlement objections.

## CONCLUSION

26.    JND is continuing to implement the Settlement pursuant to the Settlement Agreement and the Preliminary Approval order. JND will provide a supplemental declaration in advance of the Final Approval hearing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 29, 2022 in Seattle, Washington.

JENNIFER M. KEOUGH

# EXHIBIT A

**From:** info@plainsoilspillsettlement.com
**Sent:** Friday, July 22, 2022 11:48 PM
**To:** [REDACTED]
**Subject:** Notice of Plains Oil Spill Settlement

**Security Notice:** This email originated outside of JND. Use caution when clicking links or opening attachments.

**Unique Claimant ID:** [REDACTED]

Dear [REDACTED]:

## If you are a Commercial Fisher or Fish Processor that was in operation as of May 19, 2015, and fished or purchased fish from certain Southern California Fishing Blocks, you may be entitled to a payment from a class action settlement

A Settlement has been reached in the class action lawsuit claiming that Plains All American Pipeline L.P. and Plains Pipeline L.P. ("Plains" or "Defendants") caused an underground pipeline to rupture, resulting in an oil spill along the coast in Santa Barbara County on May 19, 2015. Plaintiffs allege the spill caused long term harm to commercial fishing in the affected class blocks, including significant financial losses. Plains denies any claims of wrongdoing and disputes Plaintiffs' claims. A Fisher Class was previously certified by this Court. This Notice provides information regarding the $184 million Fisher Class Settlement. A settlement has also been reached on behalf of certain property owners and lessees ("the Property Class Settlement"). The Fisher and Property Class Settlement, if approved by the Court, will resolve all remaining claims in the class action litigation pending in the United States District Court for the Central District of California.

You are a Fisher Class Member if you are a person or business who owned or worked on a vessel that was in operation as of May 19, 2015 and that: (1) landed any commercial seafood in California Department of Fish & Wildlife ("CDFW") fishing blocks 654, 655, or 656; or (2) landed any commercial seafood, except groundfish or highly migratory species (as defined by the CDFW and the Pacific Fishery Management Council), in CDFW fishing blocks 651-656, 664-670, 678-686, 701-707, 718-726, 739-746, 760-765, or 806 809; from May 19, 2010 to May 19, 2015, inclusive; or if you are a person or business in operation as of May 19, 2015 who purchased such commercial seafood directly from the Commercial Fishers and re-sold

it at the retail or wholesale level. You can find out if you are a Fisher Class Member by going to www.PlainsOilSpillSettlement.com.

## What does the Settlement provide?

The Fisher Class Settlement, if approved, will result in the creation of a cash settlement fund of $184,000,000 (the "Fisher Class Settlement Amount"). The Fisher Class Settlement Amount, together with any interest earned thereon, is the "Fisher Class Common Fund." The Fisher Class Common Fund less (a) any Taxes and Tax Expenses; (b) any Notice and Administration Expenses; and (c) any attorneys' fees and costs and any service awards to Class Representatives in connection with their representation of the Class, awarded by the Court (the "Net Settlement Fund"), will be distributed to eligible Class Members pursuant to a proposed plan of distribution ("Plan of Distribution"). If you are entitled to relief under the Fisher Class Settlement, the Settlement Administrator will determine the portion of the Fisher Class Net Settlement Fund payable to you pursuant to the Court-approved Plan of Distribution.

## What are the reasons for the Settlement?

The Court has not decided whether Plaintiffs or Defendants should win this Litigation. The Settling Parties do not agree on whether Plaintiffs would have prevailed on any of their claims against Plains, or the amount of damages, if any, that would be recoverable if the Class prevailed on the claims alleged. Instead, both sides agreed to the Settlement after years of contested litigation, including at the motion to dismiss, class certification, and summary judgment stages. The Parties had also completed substantial discovery and were preparing for trial to commence on June 2, 2022.

## Who represents the Class?

The Court has appointed Lieff Cabraser Heimann Bernstein LLP, Keller Rohrback L.L.P., Cappello & Noel LLP, and Audet & Partners, LLP ("Class Counsel") to be the attorneys representing the Class. You will not be charged for these lawyers. Class Counsel will apply to the Court for an award of attorneys' fees in an amount not to exceed 33% of the total amount of the Fisher Settlement (or $60,720,00), plus their litigation expenses (not to exceed $5.2 million). (Class Counsel's fee and litigation expenses application will also include a request for an equivalent percentage from the Property Class Settlement, plus additional litigation expenses.) If you want to be represented by your own lawyer, you may hire one at your own expense.

## What do I need to do to?

**If you are a Class Member and you wish to get money from the Settlement, you are required to submit a Claim Form** available at www.PlainsOilSpillSettlement.com, or by calling the toll-free number 1-844-202-9486 to request that a hard copy Claim Form be mailed to you. Your Claim Form and, if necessary, any required supporting documentation as set forth therein must be postmarked (if mailed) or submitted online **on or before October 31, 2022.**

Plains Oil Spill Settlement
c/o JND Legal Administration
P.O. Box 91450
Seattle, WA 98111
Email: info@PlainsOilSpillSettlement.com
www.PlainsOilSpillSettlement.com
Telephone: 1-844-202-9486

If you are a Class Member, you may object or tell the Court what you do not like about the Settlement. You will still be bound by the Settlement, and you may still file a Claim. Objections must be served/filed no later than **August 19, 2022.** Go to www.PlainsOilSpillSettlement.com for details on how to object to the Settlement.

If you are a Class Member and you did not previously opt out of the Fisher Class or enter a separate settlement with Plains for which you signed a full release, you are a member of the Class and you will be bound by the release of claims as part of the Settlement. The Fisher Class was first certified on February 28, 2017, and later amended on November 22, 2019, and you previously had an opportunity exclude yourself. If you did not exclude yourself then, you may not exclude yourself now.

## What happens next?

The Court will hold a Final Approval Hearing on **September 16, 2022, at 1:30 p.m. Pacific**, before the Honorable Phillip S. Gutierrez at the United States District Court for the Central District of California, First Street Courthouse, 350 West 1st Street, Courtroom 6A, 6th Floor, Los Angeles, California 90012-4565. At the hearing the Court will determine whether: (1) the Settlement as set forth in the Settlement Agreement for $184,000,000 in cash should be approved by the Court as fair, reasonable and adequate; (2) the Judgment as provided under the Settlement Agreement should be entered; (3) to award Class Counsel attorneys' fees and expenses out of the Fisher Class Common Fund and, if so, in what amount; (4) to award Plaintiffs' service awards (Class Counsel is requesting $15,000 for each Fisher Class Representative) in connection with their representation of the Class out of the Fisher Class Common Fund and, if so, in what amount; and (5) the Plan of Distribution should be approved by the Court.

### How do I get more information?

For more details and to print the Settlement Agreement go to www.PlainsOilSpillSettlement.com. You may also write with questions or notify the Settlement Administrator regarding address changes to *Plains Oil Spill Settlement* c/o JND Legal Administration, P.O. Box 91450, Seattle, WA 98111, email at info@PlainsOilSpillSettlement.com or call the Settlement Administrator at 1-844-202-9486.

To unsubscribe from this list, please click on the following link: unsubscribe



# **EXHIBIT B**

Unique Claimant ID: «NameNumber»

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA
*Andrews et al. v. Plains All American Pipeline, L.P. et al.*, No. 2:15-cv-04113 (PSG:JEM)

# If you are a Commercial Fisher or Fish Processor that was in operation as of May 19, 2015, and fished or purchased fish from certain Southern California Fishing Blocks, you may be entitled to a payment from a class action settlement

### *A Federal Court authorized this Notice.*

*Para una notificación en español, visite: www.PlainsOilSpillSettlement.com*
*Để nhận thông báo tiếng Việt, vui lòng truy cập: www.plainsoilspillsettlement.com*
如需中文通知，请访问：*www.plainsoilspillsettlement.com*

A Settlement has been reached in the class action lawsuit claiming that Plains All American Pipeline L.P. and Plains Pipeline L.P. ("Plains" or "Defendants") caused an underground pipeline to rupture, resulting in an oil spill along the coast in Santa Barbara County on May 19, 2015. Plaintiffs allege the spill caused long term harm to commercial fishing in the affected class blocks, including significant financial losses. Plains denies any claims of wrongdoing and disputes Plaintiffs' claims. A Fisher Class was previously certified by this Court. This Notice provides information regarding the $184 million Fisher Class Settlement. A settlement has also been reached on behalf of certain property owners and lessees ("the Property Class Settlement"). The Fisher and Property Class dSettlement, if approved by the Court, will resolve all remaining claims in the class action litigation pending in the United States District Court for the Central District of California.

You are a Fisher Class Member if you are a person or business who owned or worked on a vessel that was in operation as of May 19, 2015 and that: (1) landed any commercial seafood in California Department of Fish & Wildlife ("CDFW") fishing blocks 654, 655, or 656; or (2) landed any commercial seafood, except groundfish or highly migratory species (as defined by the CDFW and the Pacific Fishery Management Council), in CDFW fishing blocks 651-656, 664-670, 678-686, 701-707, 718-726, 739-746, 760-765, or 806-809; from May 19, 2010 to May 19, 2015, inclusive; or if you are a person or business in operation as of May 19, 2015 who purchased such commercial seafood directly from the Commercial Fishers and re-sold it at the retail or wholesale level. You can find out if you are a Fisher Class Member by going to www.PlainsOilSpillSettlement.com.

### What does the Settlement provide?

The Fisher Class Settlement, if approved, will result in the creation of a cash settlement fund of $184,000,000 (the "Fisher Class Settlement Amount". The Fisher Class Settlement Amount, together with any interest earned thereon, is the "Fisher Class Common Fund." The Fisher Class Common Fund less (a) any Taxes and Tax Expenses; (b) any Notice and Administration Expenses; and (c) any attorneys' fees and costs and any service awards to Class Representatives in connection with their representation of the Class, awarded by the Court (the "Net Settlement Fund"), will be distributed to eligible Class Members pursuant to a proposed plan of distribution ("Plan of Distribution"). If you are entitled to relief under the Fisher Class Settlement, the Settlement Administrator will determine the portion of the Fisher Class Net Settlement Fund payable to you pursuant to the Court-approved Plan of Distribution.

### What are the reasons for the Settlement?

The Court has not decided whether Plaintiffs or Defendants should win this Litigation. The Settling Parties do not agree on whether Plaintiffs would have prevailed on any of their claims against Plains, or the amount of damages, if any, that would be recoverable if the Class prevailed on the claims alleged. Instead, both sides agreed to the Settlement after years of contested litigation, including at the motion to dismiss, class certification, and summary judgment stages. The Parties had also completed substantial discovery and were preparing for trial to commence on June 2, 2022.

Questions? Please call 1-844-202-9486 or visit www.PlainsOilSpillSettlement.com

## Who represents the Class?

The Court has appointed Lieff Cabraser Heimann Bernstein LLP, Keller Rohrback L.L.P., Cappello & Noel LLP, and Audet & Partners, LLP ("Class Counsel") to be the attorneys representing the Class. You will not be charged for these lawyers. Class Counsel will apply to the Court for an award of attorneys' fees in an amount not to exceed 33% of the total amount of the Fisher Settlement (or $60,720,00), plus their litigation expenses (not to exceed $5.2 million). (Class Counsel's fee and litigation expenses application will also include a request for an equivalent percentage from the Property Class Settlement, plus additional litigation expenses.) If you want to be represented by your own lawyer, you may hire one at your own expense.

## What do I need to do to?

**If you are a Class Member and you wish to get money from the Settlement, you are required to submit a Claim Form** available at www.PlainsOilSpillSettlement.com, or by calling the toll-free number 1-844-202-9486 to request that a hard copy Claim Form be mailed to you. Your Claim Form and, if necessary, any required supporting documentation as set forth therein must be postmarked (if mailed) or submitted online **on or before October 31, 2022.**

*Plains Oil Spill Settlement*
c/o JND Legal Administration
P.O. Box 91450
Seattle, WA 98111
Email: info@PlainsOilSpillSettlement.com
www.PlainsOilSpillSettlement.com
Telephone: 1-844-202-9486

If you are a Class Member, you may object or tell the Court what you do not like about the Settlement. You will still be bound by the Settlement, and you may still file a Claim. Objections must be served/filed no later than **August 19, 2022.** Go to www.PlainsOilSpillSettlement.com for details on how to object to the Settlement.

If you are a Class Member and you did not previously opt out of the Fisher Class or enter a separate settlement with Plains for which you signed a full release, you are a member of the Class and you will be bound by the release of claims as part of the Settlement. The Fisher Class was first certified on February 28, 2017, and later amended on November 22, 2019, and you previously had an opportunity exclude yourself. If you did not exclude yourself then, you may not exclude yourself now.

## What happens next?

The Court will hold a Final Approval Hearing on **September 16, 2022, at 1:30 p.m. Pacific**, before the Honorable Phillip S. Gutierrez at the United States District Court for the Central District of California, First Street Courthouse, 350 West 1st Street, Courtroom 6A, 6th Floor, Los Angeles, California 90012-4565. At the hearing the Court will determine whether: (1) the Settlement as set forth in the Settlement Agreement for $184,000,000 in cash should be approved by the Court as fair, reasonable and adequate; (2) the Judgment as provided under the Settlement Agreement should be entered; (3) to award Class Counsel attorneys' fees and expenses out of the Fisher Class Common Fund and, if so, in what amount; (4) to award Plaintiffs' service awards (Class Counsel is requesting $15,000 for each Fisher Class Representative) in connection with their representation of the Class out of the Fisher Class Common Fund and, if so, in what amount; and (5) the Plan of Distribution should be approved by the Court.

## How do I get more information?

For more details and to print the Settlement Agreement go to www.PlainsOilSpillSettlement.com. You may also write with questions or notify the Settlement Administrator regarding address changes to *Plains Oil Spill Settlement* c/o JND Legal Administration, P.O. Box 91450, Seattle, WA 98111, email at info@PlainsOilSpillSettlement.com or call the Settlement Administrator at 1-844-202-9486.

PLAINS OIL SPILL SETTLEMENT
C/O JND LEGAL ADMINISTRATION
P.O. BOX 91450
SEATTLE, WA 98111
WWW.PLAINSOILSPILLSETTLEMENT.COM

**APO**

## Plains Oil Spill Settlement
## Fisher Class Claim Form

The Court has decided that everyone who fits either of the following descriptions is a member of the Fisher Class:

**Commercial Fishers:** All persons and businesses who owned or worked on a vessel that was in operation as of May 19, 2015 and that: (1) landed any commercial seafood in California Department of Fish & Wildlife ("CDFW") fishing blocks 654, 655, or 656; or (2) landed any commercial seafood, except groundfish or highly migratory species (as defined by the CDFW and the Pacific Fishery Management Council), in CDFW fishing blocks 651-656, 664-670, 678-686, 701-707, 718-726, 739-746, 760-765, or 806-809; from May 19, 2010 to May 19, 2015, inclusive; and

**Fish Processors:** All persons and businesses in operation as of May 19, 2015 who purchased such commercial seafood directly from the Commercial Fishers and re-sold it at the retail or wholesale level.

**You can find out if you are a Fisher Class Member by going to [www.PlainsOilSpillSettlement.com](www.PlainsOilSpillSettlement.com).**

**<u>You must submit a separate Fisher Class Claim Form for each CDFW vessel ID, fishing license, or (processor) fishing business license for which you are seeking a Settlement payment.</u>**

The Settlement Administrator will use CDFW Landing Records to determine your eligibility for a settlement payment and the amount of the payment. You are not required to submit individual landing records, proof of income, or financial records to obtain a payment unless it is necessary to verify identity, membership in the Class, to resolve disputes, or as otherwise requested by the Settlement Administrator. If you are not identified in CDFW Landing Records, you may still submit a Claim and provide documentation to the Settlement Administrator for evaluation, as set out below.

If you are eligible for a settlement payment, you are allowed to direct the Settlement Administrator to designate a portion of your payment to another person or entity. That recipient must also submit a Claim Form in order to receive funds directly from the Settlement Administrator. If the recipient does not claim the funds, the amount you designated for them will be distributed to you.

**Designated Recipients:** If you are a Designated Recipient of a portion of a Fisher Claimant's Award, please complete Section 1 of this Claim Form.

For more information and complete instructions, please review the **Plan of Distribution for the Fisher Class**, available at [www.PlainsOilSpillSettlement.com](www.PlainsOilSpillSettlement.com).

**Claims must be submitted online or postmarked by mail no later than October 31, 2022. Use the address at the top of this form for mailed claims.**

*Please note that the Settlement Administrator may contact you to request additional documents to process your claim.*

## SECTION 1: CLAIMANT NAME AND CONTACT INFORMATION

*We will use this information to contact you and process your Fisher Class claim.  It will not be used for any other purpose. If any of the following information changes, you must promptly notify us by emailing info@PlainsOilSpillSettlement.com.*

| | |
|---|---|
| **1. CLAIMANT NAME:** | |
| **2. ALTERNATIVE NAME(S) (IF ANY):** | |
| **3. MAILING ADDRESS:** | Street Address |
| | Apt. No. |
| | City |
| | State |
| | Zip |
| **4. PHONE NUMBERS:** | (\|___\|___\|___\|) – \|___\|___\|___\| – \|___\|___\|___\|___\| <br> (\|___\|___\|___\|) – \|___\|___\|___\| – \|___\|___\|___\|___\| <br> Area Code |
| **5. EMAIL ADDRESS:** | |
| **6. SSN, EIN, TAXPAYER ID OR FOREIGN ID NUMBER (IF NOT A U.S. CITIZEN):** | \|___\|___\|___\|___\|___\|___\|___\|___\|___\|___\|___\| |
| **7. DATE OF BIRTH (IF APPLICABLE):** | _____ Month   _____ Day   _____ Year |
| **8. CLAIMANT ID NUMBER (FOUND ON THE UPPER LEFT HAND SIDE OF THE NOTICE YOU RECEIVED*)** | \|___\|___\|___\|___\|___\|___\|___\|___\|___\|___\| |

**\*If you did not receive a Notice containing a Claimant ID number, you may request one by contacting the Settlement Administrator.**

## SECTION 2: ATTESTATION OF ECONOMIC IMPACT
### (ALL CLAIMANTS MUST COMPLETE THIS SECTION)

To be eligible to receive a settlement payment, you must, on penalty of perjury, identify each year for which you seek recovery for the license specified in the applicable Section below, and attest that you suffered economic harm in each year for which a claim is made, because of the Spill. If you suffered injury in some but not all years below, your Recovery will be calculated based on the number of years in which you were injured.

Those who did not suffer economic harm as a result of the Spill (for example, if you left the industry, or stopped fishing in the CDFW fishing blocks that are part of the Fisher Class Definition, for reasons unrelated to the Spill), or have already received reimbursement and fully released all claims against Plains through a prior individual settlement, are not entitled to a Recovery from this Settlement.  Amounts received as partial or interim payment, without a full release of claims, (for example through the OPA claims process, or as result of court-ordered restitution without settlement in *People v. Plains All American Pipeline, L.P.*, No. 1495091), will be treated as an offset to Recovery from this Settlement.

**I attest, on penalty of perjury, that I suffered economic harm because of the Spill in each year for which I am seeking recovery, as indicated by marking "yes" below.**

| YEAR | SEEKING RECOVERY |
|------|------------------|
| **2015** | Yes: ☐   No: ☐ |
| **2016** | Yes: ☐   No: ☐ |
| **2017** | Yes: ☐   No: ☐ |
| **2018** | Yes: ☐   No: ☐ |
| **2019** | Yes: ☐   No: ☐ |
| **2020** | Yes: ☐   No: ☐ |

*Check box below to attest:*

☐   **I attest that I have not executed a full release of all claims against Plains as a result of receiving a prior individual settlement payment.**

## SECTION 3: QUESTIONS FOR VESSEL CLAIMANTS
### (Complete this Section if you are a Vessel Claimant)

| 1. **CALIFORNIA DEPARTMENT OF FISH & WILDLIFE (CDFW) VESSEL ID\*** | |
|---|---|

**\*You must submit a separate claim form for each commercial fish business license (processor), vessel ID, or commercial fishing license for which you are seeking a Settlement payment.**

☐    **I affirm under penalty of perjury that the entity making this claim was in operation as of May 19, 2015 and owned a vessel that caught commercial seafood.**

2. **ATTESTATION OF OPERATIONS:** Claimants are presumed to be "in operation as of May 19, 2015" if landings data shows catch anywhere in California, for any species, within one year before or after the spill. If CDFW Landing Records do not reflect any catch or sales of catch from May 19, 2014 to May 19, 2016, you must submit alternate documentation to demonstrate that you were "in business" as of May 19, 2015. *Check the box above to attest.*

3. **DESIGNATED RECOVERY:** If you wish to designate a portion of the recovery for this claimant to another person or entity, please provide their information below. You may attach additional sheets if needed.

Any person who is identified as a Designated Recipient must submit a separate claim form to receive a payment from the Settlement.

| DESIGNATED RECIPIENT NAME | MAILING ADDRESS | PERCENTAGE (%) OF YOUR RECOVERY DESIGNATED |
|---|---|---|
| | | |
| | | |
| | | |

## SECTION 4: QUESTIONS FOR FISHER/CREW CLAIMANTS
### (Complete this Section if you are a Fisher/Crew Claimant)

| | |
|---|---|
| 1. **CALIFORNIA DEPARTMENT OF FISH & WILDLIFE (CDFW) LICENSE ID\*** | |

*\*You must submit a separate claim form for each commercial fish business license (processor), vessel ID, or commercial fishing license for which you are seeking a Settlement payment.*

☐ **I affirm under penalty of perjury that the entity making this claim was in operation as of May 19, 2015 and owned or worked on a vessel that caught commercial seafood.**

2. **ATTESTATION OF OPERATIONS:** Claimants are presumed to be "in operation as of May 19, 2015" if landings data shows catch anywhere in California, for any species, within one year before or after the spill. If CDFW Landing Records do not reflect any catch or sales of catch from May 19, 2014 to May 19, 2016, you must submit alternate documentation to demonstrate that you were "in business" as of May 19, 2015. *Check the box above to attest.*

3. **DESIGNATED RECOVERY:** If you wish to designate a portion of the recovery for this claimant to another person or entity, please provide their information below. You may attach additional sheets for if needed.

   The persons or entities listed below must also submit a separate claim form to receive a payment from the Settlement.

| DESIGNATED RECIPIENT NAME | MAILING ADDRESS | PERCENTAGE (%) OF YOUR RECOVERY DESIGNATED |
|---|---|---|
| | | |
| | | |
| | | |

## SECTION 5: QUESTIONS FOR PROCESSOR CLAIMANTS
### (Complete this Section if you are a Fish Processor Claimant)

| | |
|---|---|
| 1. **CALIFORNIA DEPARTMENT OF FISH & WILDLIFE (CDFW) COMMERCIAL FISH BUSINESS LICENSE ID*** | |

*You must submit a separate claim form for each commercial fish business (processor) license, vessel ID, or commercial fishing license for which you are seeking a Settlement payment.

☐   **I affirm under penalty of perjury that the entity making this claim was in operation as of May 19, 2015 and purchased commercial seafood directly from the Fishers and re-sold it at the retail or wholesale level.**

2. **ATTESTATION OF OPERATIONS:** Claimants are presumed to be "in operation as of May 19, 2015" if landings data shows catch anywhere in California, for any species, within one year before or after the spill. If CDFW Landing Records do not reflect any catch or sales of catch from May 19, 2014 to May 19, 2016, you must submit alternate documentation to demonstrate that you were "in business" as of May 19, 2015. *Check the box above to attest.*

3. **DESIGNATED RECOVERY:** If you wish to designate a portion of the recovery for this claimant to another person or entity, please provide their information below. You may attach additional sheets if needed.

The persons or entities listed below must submit a separate claim form to receive a payment from the Settlement Administrator.

| DESIGNATED RECIPIENT NAME | MAILING ADDRESS | PERCENTAGE (%) OF YOUR RECOVERY DESIGNATED |
|---|---|---|
| | | |
| | | |
| | | |

## SECTION 6: SIGNATURE

I affirm, on penalty of perjury, that I am the person, or entity representative, who is identified on the vessel ID, fishing license, or (processor) commercial fish business license for which recovery is sought, that I, and the persons I have designated, are entitled to the Recovery requested, and that all of the information contained in this claim form is true and correct to the best of my knowledge.

I understand that I may be asked to provide more information to the Settlement Administrator before my claim is complete.

| Signature: | Dated: |
|---|---|
| **Print Name:** | |

# EXHIBIT C

U<small>NITED</small> S<small>TATES</small> D<small>ISTRICT</small> C<small>OURT FOR THE</small> C<small>ENTRAL</small> D<small>ISTRICT OF</small> C<small>ALIFORNIA</small>
*Andrews et al. v. Plains All American Pipeline, L.P. et al.*, No. 2:15-cv-04113 (PSG:JEM)

# If you are a Commercial Fisher or Fish Processor that was in operation as of May 19, 2015, and fished or purchased fish from certain southern California fishing blocks, you may be entitled to a payment from a class action settlement.

*A Federal Court authorized this Notice. You are <u>not</u> being sued.*
*This is not a solicitation from a lawyer.*

*Para una notificación en español, visite: www.PlainsOilSpillSettlement.com*
*Để nhận thông báo tiếng Việt, vui lòng truy cập: www.plainsoilspillsettlement.com*
*如需中文通知，请访问：www.plainsoilspillsettlement.com*

- A Settlement has been reached in a class action lawsuit involving a coastal oil spill in 2015, near Santa Barbara.

- Plaintiffs claim that Plains All American Pipeline L.P. and Plains Pipeline L.P. ("Defendants") caused an underground pipeline to rupture, resulting in an oil spill along the coast in Santa Barbara County on May 19, 2015. Plaintiffs also claim that the oil spill caused damage to the fishing industry and caused residents of coastal homes to lose the use and enjoyment of their homes.

- A Fisher Class was previously certified by this Court. This Notice provides information regarding the $184 million Fisher Class Settlement. The Settlement is also on behalf of certain property owners and lessees ("the Property Class Settlement"). The Fisher and Property Class Settlement, if approved by the Court, will resolve all remaining claims in the class action litigation pending in the United States District Court for the Central District of California.

- You are a Fisher Class Member if you are a person or business who owned or worked on a vessel that was in operation as of May 19, 2015 and that: (1) landed any commercial seafood in California Department of Fish & Wildlife ("CDFW") fishing blocks 654, 655, or 656; or (2) landed any commercial seafood, except groundfish or highly migratory species (as defined by the CDFW and the Pacific Fishery Management Council), in CDFW fishing blocks 651-656, 664-670, 678-686, 701-707, 718-726, 739-746, 760-765, or 806-809; from May 19, 2010 to May 19, 2015, inclusive; or if you are a person or business in operation as of May 19, 2015 who purchased such commercial seafood directly from the Commercial Fishers and re-sold it at the retail or wholesale level. You can find out if you are a Fisher Class Member by going to www.PlainsOilSpillSettlement.com.

- You are no longer a Fisher Class Member if you previously excluded yourself from the Fisher Class during the initial notice period, or entered a separate settlement with Defendants for which you signed a full release.

**PLEASE READ THIS NOTICE CAREFULLY. THE SETTLEMENT WILL AFFECT YOUR RIGHTS IF YOU ARE A MEMBER OF THE FISHER CLASS.**

Questions? Please call 1-844-202-9486 or visit www.PlainsOilSpillSettlement.com

| YOUR LEGAL RIGHTS AND OPTIONS | | |
|---|---|---|
| **FILE A CLAIM** | • Receive a payment from the Settlement<br>• Be bound by the Settlement | Submit online or postmarked **on or before October 31, 2022** |
| **OBJECT** | • Tell the Court what you do not like about the Settlement<br>• You and any lawyer(s) representing, advising, or in any way assisting you in connection with your objection <u>must appear and speak</u> at the Final Approval Hearing<br>• You will still be bound by the Settlement, and you may still file a Claim | Served/Filed no later than **August 19, 2022** |
| **DO NOTHING** | • Receive no payment from the Settlement<br>• Be bound by the Settlement | |

- This Notice explains your rights and options **and the deadlines to exercise them**.

- The Court in charge of this case still has to decide whether to approve the Settlement. Payments will be distributed to all qualifying Class Members who timely submit a Claim Form, only if the Court approves the Settlement and after potential appeals are resolved.

Questions? Please call 1-844-202-9486 or visit www.PlainsOilSpillSettlement.com

2

## WHAT THIS NOTICE CONTAINS

**Basic Information**................................................................................................................ **4**

   1.   Why was this Notice issued? ........................................................................................ 4

   2.   What is this case about?................................................................................................ 4

   3.   Why is there a Settlement? .......................................................................................... 4

**Who's Included in the Settlement?** ...................................................................................... **5**

   4.   How do I know if I am in the Class? ........................................................................... 5

**The Settlement Benefits** ...................................................................................................... **6**

   5.   What does the Settlement provide?.............................................................................. 6

   6.   How will the lawyers be paid?..................................................................................... 6

   7.   What are the reasons for the Settlement?.................................................................... 6

**How to Get Benefits** ........................................................................................................... **7**

   8.   How will I find out how much money I am personally getting? .................................. 7

   9.   How can I get a payment?............................................................................................ 8

   10.  Am I definitely going to get money from this Settlement? ......................................... 8

**The Lawyers Representing You** .......................................................................................... **9**

   11.  Do I have a lawyer in the Litigation?........................................................................... 9

**Exclusions** ........................................................................................................................... **9**

   12.  Can I exclude myself from this Settlement? ................................................................ 9

**Objecting to the Settlement** ................................................................................................. **9**

   13.  How do I object to the Settlement?.............................................................................. 9

**Obligations and Released Claims** ...................................................................................... **11**

   14.  What are my rights and obligations under the Settlement? ....................................... 11

   15.  What claims will be released by the Settlement?....................................................... 11

**Final Approval Hearing** ................................................................................................... **11**

   16.  May I attend the Final Approval Hearing? ................................................................ 11

   17.  Do I have to come to the Final Approval Hearing? ................................................... 11

**Getting More Information** ................................................................................................. **12**

   18.  How can I get more information? ............................................................................... 12

Questions? Please call 1-844-202-9486 or visit www.PlainsOilSpillSettlement.com

3

## BASIC INFORMATION

| **1.** | **Why was this Notice issued?** |
|---|---|

A Federal Court authorized this Notice because you have a right to know about this proposed Settlement and about all of your options, before the Court decides whether to give final approval to the Settlement. This Notice explains the lawsuit, the proposed Fisher Class Settlement Amount of $184,000,000, your legal rights, and the hearing ("Final Approval Hearing") to be held by the Court to consider the fairness, reasonableness, and adequacy of the Settlement between the certified Fisher Class (as defined above) and Defendants.

The Honorable Chief Judge Philip S. Gutierrez of the United States District Court for the Central District of California is overseeing this case. The case is called *Andrews et al. v. Plains All American Pipeline, L.P. et al.*, Case No. 2:15-cv-04113. The persons who have filed the class action suit and were appointed by the Court as Fisher Class Representatives are Keith Andrews, Tiffani Andrews, Morgan Castagnola, Mike Gandall, Hwa Hong Muh, Ocean Angel IV LLC, Pacific Rim Fisheries, Inc., Sarah Rathbone, Community Seafood LLC, Santa Barbara Uni, Inc., Southern Cal Seafood, Inc., and Wei International Trading, Inc. (The Court appointed additional Class Representatives to represent the Property Class.) As explained above, the Defendants in the lawsuit are Plains All American Pipeline, L.P. and Plains Pipeline, L.P. ("Plains").

| **2.** | **What is this case about?** |
|---|---|

On May 19, 2015, an underground pipeline known as Line 901 ruptured, resulting in a discharge of crude oil along the coast near Refugio State Beach in Santa Barbara County. As a result, the CDFW closed a 138-square-mile zone from Canada de Alegria by Gaviota State Beach to Coal Oil Point in Isla Vista to fishing for 41 days. Plaintiffs allege the spill also caused long-term harm to commercial fishing in the affected class blocks.

Plaintiffs allege that the oil spill caused reduced catch for certain species of seafood and an impact on all fishing in the affected class blocks after the spill resulting in commercial fishers and fish processors suffering significant financial losses. See Question 7 below. The lawsuit is not about personal injuries or other claims, such as damage to fishing equipment or other types of business losses. Plains denies any claims of wrongdoing and disputes Plaintiffs' claims.

Plaintiffs filed this case in 2015, and this case has been actively litigated since then. Trial was set to begin on June 2, 2022.

| **3.** | **Why is there a Settlement?** |
|---|---|

The Court has not decided whether Plaintiffs or Defendants should win this litigation. Plaintiffs and Defendants do not agree on whether Plaintiffs would have prevailed on any of their claims against Plains at trial. They also do not agree on the amount of damages, if any, that would be recoverable if the Class prevailed on the claims alleged at trial. Instead, both sides agreed to the Settlement. That way, they avoid the uncertainties and expenses associated with continuing the litigation, and Class Members will get compensation sooner rather than later, if at all. Here, the $184 million Fisher Class Settlement represents nearly 100 percent of the claimed damages through 2017 and more than one-third of the total amount of claimed compensatory damages once the damages period was extended to 2020. Counsel appointed by the Court to represent the Fisher Class believe that this is an exceptionally strong Settlement given the claims and defenses at issue in this long-fought litigation. For more information, please see Question 7, below.

Questions? Please call 1-844-202-9486 or visit www.PlainsOilSpillSettlement.com

4

## WHO'S INCLUDED IN THE SETTLEMENT?

| 4. | How do I know if I am in the Class? |
|---|---|

The Court has decided that everyone who fits either of the following descriptions is a member of the Fisher Class:

- **Commercial Fishers**: All persons and businesses who owned or worked on a vessel that was in operation as of May 19, 2015 and that: (1) landed any commercial seafood in California Department of Fish & Wildlife ("CDFW") fishing blocks 654, 655, or 656; or (2) landed any commercial seafood, except groundfish or highly migratory species (as defined by the CDFW and the Pacific Fishery Management Council), in CDFW fishing blocks 651-656, 664-670, 678-686, 701-707, 718-726, 739-746, 760-765, or 806-809; from May 19, 2010 to May 19, 2015, inclusive; and

- **Fish Processors**: All persons and businesses in operation as of May 19, 2015 who purchased such commercial seafood directly from the Commercial Fishers and re-sold it at the retail or wholesale level.

You can find out if you are a Fisher Class Member by going to www.PlainsOilSpillSettlement.com.

The fishing blocks included in the Fisher Class are highlighted in this diagram below:

**Map of Fishing Blocks: Amended Definition**



As described in the Settlement Agreement, those excluded from the Fisher Class are Defendants, any entity or division in which Defendants have a controlling interest, and their legal representatives, officers, directors, employees, assigns and successors; the judge to whom this case is assigned, the judge's staff, and any members of the judge's immediate family; and businesses that contract directly with Plains for use of the Pipeline.

In addition, you are no longer a Fisher Class Member if you previously excluded yourself from the Fisher Class during the initial notice period, or entered a separate settlement with Plains for which you signed a full release.

The proposed Settlement, if approved by the Court, will settle all claims of the Fisher Class against Plains.

**PLEASE NOTE:** Receipt of this Notice does not mean that you are a Class Member or that you will be entitled to receive a payment from the Settlement. **If you are a Class Member and you wish to participate in the**

Questions? Please call 1-844-202-9486 or visit www.PlainsOilSpillSettlement.com

5

**distribution of proceeds from the Settlement, you are required to submit a Claim Form** available at www.PlainsOilSpillSettlement.com, or by calling the toll-free number 1-844-202-9486 to request that a hard copy Claim Form be mailed to you. Your Claim Form and, if necessary, any required supporting documentation as set forth therein must be postmarked (if mailed) or submitted online on or before **October 31, 2022.** See Question 10 for more information.

## THE SETTLEMENT BENEFITS

| 5. | What does the Settlement provide? |
|---|---|

The Fisher Class Settlement, if approved, will result in the creation of a cash settlement fund of $184,000,000 (the "Fisher Class Settlement Amount"). The Fisher Class Settlement Amount, together with any interest earned thereon, is the "Fisher Class Common Fund." The Fisher Class Common Fund less (a) any Taxes and Tax Expenses; (b) any Notice and Administration Expenses; and (c) any attorneys' fees and costs and any service awards to Class Representatives in connection with their representation of the Class, awarded by the Court (the "Net Settlement Fund"), will be distributed to eligible Class Members pursuant to a proposed plan of distribution ("Plan of Distribution") that is described in the next section of this Notice.

If you are entitled to relief under the Fisher Class Settlement, the Settlement Administrator will determine the portion of the Net Settlement Fund payable to you pursuant to the Court-approved Plan of Distribution.

A more detailed description of the Fisher Class Settlement can be found in the Settlement Agreement at www.PlainsOilSpillSettlement.com.

| 6. | How will the lawyers be paid? |
|---|---|

Class Counsel (see Question 12 below) will apply to the Court for an award of attorneys' fees in an amount not to exceed 33% of the total amount of the Fisher Class Settlement, (or $60,720,000), plus their litigation expenses (not to exceed $5.2 million from the Fisher Settlement), and interest earned on these amounts, at the same rate as earned by the Fisher Class Common Fund. (Class Counsel's fee and litigation expenses application will also include a request for an equivalent percentage from the Property Class Settlement, plus additional litigation expenses.) Since the first case was filed in June 2015, Class Counsel have expended considerable time and effort prosecuting this case, including preparing for trial, retaining and working with specialized experts on a variety of issues, including the pipeline's integrity, how much oil spilled, where the oil traveled, how the spill reduced fish catch, the impact of oil spills on fisheries and ecosystems, and how much damage the spill caused. These specialized experts included scientists, engineers, an economist, and a marine biologist. Class Counsel have advanced all of the expenses incurred during the litigation of this case, with the expectation that they would be reimbursed if they succeeded in obtaining a recovery for the Class. Class Counsel will also ask the Court to award up to $15,000 to each Class Representative as a service award, in recognition of their considerable time and effort spent on behalf of the Class in achieving this Settlement. Each Class Representative assisted Class Counsel with building the factual record and case strategy, cooperated with discovery, including the production of records, submitted to depositions and travel to the district in which the lawsuit was filed.

The Court may award less than the amount requested by Class Counsel. Under the Settlement Agreement, any amount awarded to Class Counsel or Class Representatives will be paid out of the Fisher Class Common Fund.

Class Counsel will file their motion for attorneys' fees and expenses no later than July 29, 2022 and a copy of the motion will also be available at www.PlainsOilSpillSettlement.com.

| 7. | What are the reasons for the Settlement? |
|---|---|

The Settlement was reached after years of contested litigation, including at the motion to dismiss, class certification, and summary judgment stages. The Parties also completed fact and expert discovery and were

Questions? Please call 1-844-202-9486 or visit www.PlainsOilSpillSettlement.com

6

preparing for trial to commence on June 2, 2022. Nevertheless, a jury has not rendered any verdict in connection with Plaintiffs' claims against Plains. Instead, Plaintiffs and Plains have agreed to this Settlement to avoid the cost, delay, and uncertainty of further litigation.

As in any litigation, Plaintiffs and the Class would face an uncertain outcome if they did not agree to a Settlement. If Plaintiffs succeeded at trial, Plains would likely file appeals that would postpone final resolution of the case for years. Continuation of the litigation against Plains could result in a judgment greater than this Settlement. Conversely, continuing the case could result in no recovery at all or a recovery that is less than the amount of the Settlement.

Plaintiffs' principal reason for entering into the Settlement with Plains is the substantial benefit to the Class now, without further risk or the delays inherent in continued litigation. The $184 million Fisher Class Settlement Amount must be considered against the significant risk that a smaller recovery—or, indeed, no recovery at all— might be achieved after trial, and likely appeals, a process that could last several years into the future. The Settlement provides a substantial award for Class Members, without protracted delay.

Plaintiffs and Class Counsel believe that this Settlement is fair and reasonable to the Class for several reasons. First, Plaintiffs and Class Counsel believe that $184 million is a significant recovery. Second, if the Settlement becomes final, the Class will receive a certain and prompt monetary recovery. Third, Class Counsel believe that the significant and immediate benefits of the Settlement, when weighed against the significant risk, delay, and uncertainty of continued litigation, are a very favorable result for the Class.

Plains has denied and continues to deny the claims alleged by Plaintiffs. Plains admits that oil leaked from Line 901, and that some of that oil reached the Pacific Ocean, but disputes the amount of oiling and the amount of damage that the oiling caused. For Plains, the principal reason for the Settlement is to eliminate the burden, expense, uncertainty and risks inherent in any litigation, especially in complex cases such as this. Plains has determined that it is desirable and beneficial that the lawsuit be settled in the manner and upon the terms and conditions set forth in the Settlement Agreement.

**THE COURT HAS NOT RULED AS TO WHETHER PLAINS PIPELINE IS LIABLE TO PLAINTIFFS OR TO THE CLASS. THIS NOTICE IS NOT INTENDED TO BE AN EXPRESSION OF ANY OPINION BY THE COURT WITH RESPECT TO THE TRUTH OF THE ALLEGATIONS IN THE LAWSUIT OR THE MERITS OF THE CLAIMS OR DEFENSES ASSERTED. THIS NOTICE IS SOLELY TO ADVISE YOU OF THE PROPOSED SETTLEMENT OF THIS LAWSUIT AS TO PLAINS PIPELINE AND YOUR RIGHTS IN CONNECTION WITH THAT SETTLEMENT.**

## HOW TO GET BENEFITS

| 8. | How will I find out how much money I am personally getting? |
|---|---|

Class Counsel will submit the proposed Plan of Distribution to the Court by no later than June 26, 2022 and post it at www.PlainsOilSpillSettlement.com.

The Plan of Distribution is based upon the pro rata share and value of catch attributable to each vessel and each fishing license, based on landing records obtained from the CDFW. The Fisher Class Net Settlement Fund will be distributed among the Fisher Class Members proportionately, based on these landing records. The Plan also provides for the distribution of the Net Settlement Fund to fish processor Class Members based on the proportional share and value of fish purchased by each processor, based upon CDFW landing records.

If the Settlement is approved by the Court, the Net Settlement Fund will be distributed to eligible Class Members who timely submit valid Claim Forms, in accordance with a Court-approved Plan of Distribution. Class Members who do not timely submit valid Claim Forms will not share in the Net Settlement Fund, but will otherwise be bound by the Settlement. The Court may approve the proposed Plan of Distribution, or modify it, without additional notice to the Class. The Plan of Distribution will be made available at

www.PlainsOilSpillSettlement.com, and any order modifying the Plan of Distribution will be posted on that website. The Plan of Distribution is intended to compensate Fisher Class Members who lost income as a result of the 2015 Line 901 oil spill.

The Settlement Administrator will determine your qualifications to receive money from the Fisher Class Settlement and will also determine the amount of any distribution you will receive from the Settlement based upon your Claim Form and other available information, including data available from CDFW. Distributions will be made to Fisher Class Members after all claims have been processed, after the Court has finally approved the Settlement, and after any appeals are resolved.

If you are dissatisfied with the distribution determinations, you may ask the Court, which retains jurisdiction over all Fisher Class Members and the claims administration process, to decide the issue by submitting a written request. The Court has reserved jurisdiction to allow, disallow, or adjust the claim of any Class Member on equitable grounds.

| 9. | How can I get a payment? |
|---|---|

In order to get a payment from the Settlement, Class Members must timely complete and return a Claim Form. Claim Forms are available at www.PlainsOilSpillSettlement.com, or by calling the toll-free number 1-844-202-9486 to request that a hard copy Claim Form be mailed to you by the Settlement Administrator. Read the instructions carefully; fill out the Claim Form; sign it; and mail or submit it online so that it is postmarked (if mailed) to the address below or received (if submitted online) **on or before October 31, 2022**. You do not need to contact Class Counsel.

*Plains Oil Spill Settlement*
c/o JND Legal Administration
P.O. Box 91450
Seattle, WA 98111
Email: info@PlainsOilSpillSettlement.com
www.PlainsOilSpillSettlement.com
Telephone: 1-844-202-9486

If you do not submit a timely Claim Form with all of the required information, you will not receive a payment, but you will still be bound in all other respects by the Settlement, the Judgment, and the release contained in them.

| 10. | Am I definitely going to get money from this Settlement? |
|---|---|

No. There will be no payments if the Settlement Agreement is not approved by the trial court and the appellate court, if it is appealed. If the Settlement Agreement is not approved, the lawsuit will proceed against Plains as if the Settlement Agreement had not been entered. If the Settlement is approved, you might not get money because you might not be a Class Member.

Questions? Please call 1-844-202-9486 or visit www.PlainsOilSpillSettlement.com

8

## THE LAWYERS REPRESENTING YOU

| **11.**  **Do I have a lawyer in the Litigation?** |
|---|

The Court has appointed Lieff Cabraser Heimann Bernstein LLP, Keller Rohrback L.L.P., Cappello & Noël LLP, and Audet & Partners, LLP ("Class Counsel") to be the attorneys representing the Fisher Class and Property Class. Class Counsel believe, after conducting an extensive investigation, that the Settlement Agreement is fair, reasonable, and in the best interests of the Class. You will not be charged for these lawyers. If you want to be represented by your own lawyer in this Litigation, you may hire one at your own expense. If you wish to contact your Court-appointed lawyers, their contact information is below.

<table>
<tr>
<td align="center">Robert J. Nelson<br>LIEFF CABRASER HEIMANN BERNSTEIN LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>(415) 956-1000</td>
<td align="center">Juli E. Farris<br>KELLER ROHRBACK L.L.P.<br>801 Garden Street<br>Santa Barbara, CA  93101<br>(805) 456-1497</td>
</tr>
<tr>
<td align="center">A. Barry Cappello<br>CAPPELLO & NOËL LLP<br>831 State Street<br>Santa Barbara, CA 93101<br>(805) 564-2444</td>
<td align="center">William M. Audet<br>AUDET & PARTNERS, LLP.<br>711 Van Ness Ave, Suite 500<br>San Francisco, CA 94102<br>(415) 568-2555</td>
</tr>
</table>

## EXCLUSIONS

| **12.**  **Can I exclude myself from this Settlement?** |
|---|

No. If you are a Class Member because you satisfy the Fisher Class definition and you did not previously opt out of the Class, or enter a separate settlement with Plains for which you signed a full release, you are a member of the Class and you will be bound by the release of claims as part of the Settlement. The Fisher Class was first certified on February 28, 2017, and later amended on November 22, 2019 to conform to finalized evidence, and you previously had an opportunity exclude yourself. If you did not exclude yourself then, you may not exclude yourself now.

## OBJECTING TO THE SETTLEMENT

| **13.**  **How do I object to the Settlement?** |
|---|

If you are a Class Member, you can object to the Settlement in writing if you do not like any part of it. You can give reasons why you think the Court should not approve it. The Court will consider your views. To object, you must file your letter or brief with the Clerk of the Court, at United States District Court for the Central District of California, First Street Courthouse, 350 West 1st Street, Los Angeles, California 90012-4565, stating that you object to the Settlement in *Andrews et al. v. Plains All American Pipeline, L.P. et al.*, No. 15-4113 (PSG) and identify all your reasons for your objections. You should include citations and supporting evidence and attach any materials that you rely on for your objections.

If you have a lawyer, they must file an appearance and submit your objection through the Court's e-filing system. Your letter or brief must also include:

    (1) Your name, current address, and telephone number;

    (2) Proof of class membership including documents such as fish landing records;

Questions? Please call 1-844-202-9486 or visit www.PlainsOilSpillSettlement.com

9

(3) A statement indicating whether the objection is to the proposed Settlement, the Plan of Distribution, the application for attorneys' fees and expenses, and/or the Class Representative service award;

(4) A statement of the factual and legal reasons for your objection and whether it applies only to you, to a subset of the Fisher Class, or to the entire Fisher Class;

(5) Identify all class action settlements by name, date, and court to which you have previously objected;

(6) The name and contact information of any and all lawyers representing, advising, or in any way assisting you in connection with your objection;

(7) Copies of all documents that you wish to submit in support of your position; and

(8) Your signature.

You must also file your objection with the Court and mail or deliver a copy of your letter or brief to Class Counsel and Plains' Counsel listed below by certified mail postmarked no later than **August 19, 2022.** Finally, for an objection to be valid, you and any lawyer(s) representing, advising, or in any way assisting you in connection with your objection must appear and speak at the Final Approval Hearing. If you hire an attorney (at your own expense) to represent you for purposes of objecting, your attorney must serve a notice of appearance on counsel listed below and file it with the Court (at the address set out above) by no later than **August 19, 2022.**

| Class Counsel | Counsel for Defendants |
|---|---|
| Robert J. Nelson<br>LIEFF CABRASER HEIMANN BERNSTEIN LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA  94111-3339<br>(415) 956-1000 | Henry Weissmann<br>MUNGER TOLLES & OLSON LLP<br>350 S. Grand Avenue, 50th Floor, Los Angeles, CA 90071<br>(213) 683-9150 |
| Juli E. Farris<br>KELLER ROHRBACK L.L.P.<br>801 Garden Street<br>Santa Barbara, CA  93101<br>(805) 456-1497 | |

Any Class Member who does not make their objection in the manner provided above will be deemed to have waived such objection and will forever be foreclosed from making any objection to the fairness or adequacy of the proposed Settlement as set forth in the Settlement Agreement, to the Plan of Distribution, or to the award of fees and expenses to Class Counsel or any service awards to Plaintiffs, unless otherwise ordered by the Court.

Class Members do not need to appear at the Final Approval Hearing or take any other action to indicate their approval.

## OBLIGATIONS AND RELEASED CLAIMS

**14.     What are my rights and obligations under the Settlement?**

If you are a Fisher Class Member and did not exclude yourself from the Fisher Class during the initial notice period, you may receive the benefit of the Settlement by submitting a Claim Form, and you will be bound by, the terms of the Settlement described in this Notice and the Settlement Agreement, upon final approval by the Court.

**15.     What claims will be released by the Settlement?**

If the Settlement is approved by the Court, the Court will enter a Judgment. If the Judgment becomes Final pursuant to the terms of the Settlement Agreement, all Class Members will be deemed to have, and by operation of the Final Judgment will have, fully, finally, and forever released, relinquished, and discharged any and all claims of any kind or nature whatsoever for any property damage or any economic losses of any kind or nature whatsoever against Plains arising from the May 19, 2015 Oil Spill, including claims for victims' restitution. The specific claims you are giving up against Plains are described in the Settlement Agreement at www.PlainsOilSpillSettlement.com. The Settlement Agreement describes the released claims with specific descriptions, so read it carefully. If you have any questions you can talk to the lawyers listed in Question 12 for free or you can, of course, talk to your own lawyer if you have questions about what this means.

## FINAL APPROVAL HEARING

**16.     May I attend the Final Approval Hearing?**

Yes. The Court will hold a Final Approval Hearing on **September 16, 2022, at 1:30 p.m. Pacific**, before the Honorable Phillip S. Gutierrez at the United States District Court for the Central District of California, First Street Courthouse, 350 West 1st Street, Courtroom 6A, 6th Floor, Los Angeles, California 90012-4565. At the hearing the Court will determine whether: (1) the Settlement as set forth in the Settlement Agreement for $184,000,000 in cash should be approved by the Court as fair, reasonable and adequate; (2) the Judgment as provided under the Settlement Agreement should be entered; (3) to award Class Counsel attorneys' fees and expenses out of the Fisher Class Common Fund and, if so, in what amount; (4) to award Plaintiffs service awards in connection with their representation of the Class out of the Fisher Class Common Fund and, if so, in what amount; and (5) the Plan of Distribution should be approved by the Court. The Court may adjourn or continue the Final Approval Hearing without further notice to Members of the Class.

Any Class Member may appear at the Final Approval Hearing, provided they have complied with the procedures described in Question 14, above.

Unless directed by the Court, any Class Member who does not object in the manner provided will be deemed to have waived all objections to this Settlement and will be barred from raising (in this or any other proceeding or on any appeal) any objection and any untimely objection will be barred.

**17.     Do I have to come to the Final Approval Hearing?**

No.  Class Counsel will answer any questions the Court may have, but you are welcome to come at your own expense. If you send a comment, you do not have to come to Court to talk about it. However, if you object to the Settlement, you do have to come to the hearing, along with any lawyer who has represented or otherwise advised you. See Question 14.

Questions? Please call 1-844-202-9486 or visit www.PlainsOilSpillSettlement.com

11

**GETTING MORE INFORMATION**

| | |
|---|---|
| **18.** | **How can I get more information?** |

This Notice summarizes the Settlement. You can get more details and print the Settlement Agreement at www.PlainsOilSpillSettlement.com. You may also write with questions or notify the Settlement Administrator regarding address changes to *Plains Oil Spill Settlement* c/o JND Legal Administration, P.O. Box 91450, Seattle, WA 98111, email at info@PlainsOilSpillSettlement.com or call the Settlement Administrator at 1-844-202-9486. Before doing so however, please read this full Notice carefully. You may also call Class Counsel listed in response to Question 12.

**Please do not call the Court or the Court Clerk's Office to inquire about this Settlement as they cannot answer your questions.**

DATED:  MAY 25, 2022                    BY ORDER OF THE COURT
                                        HON. PHILIP S. GUTIERREZ
                                        UNITED STATES DISTRICT COURT
                                        CENTRAL DISTRICT OF CALIFORNIA

Questions? Please call 1-844-202-9486 or visit www.PlainsOilSpillSettlement.com

12

# EXHIBIT D

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA
*Andrews et al. v. Plains All American Pipeline, L.P. et al.*, No. 2:15-cv-04113 (PSG:JEM)

# If you owned or leased Residential Beachfront Property or had a Private Easement to a Beach affected by the 2015 Santa Barbara Oil Spill, you may be entitled to a payment from a class action settlement

### *A Federal Court authorized this Notice.*

*Para una notificación en español, visite: www.PlainsOilSpillSettlement.com*
*Để nhận thông báo tiếng Việt, vui lòng truy cập: www.plainsoilspillsettlement.com*
如需中文通知，请访问 : www.plainsoilspillsettlement.com

A Settlement has been reached in the class action lawsuit claiming that Plains All American Pipeline L.P. and Plains Pipeline L.P. ("Plains" or "Defendants") caused an underground pipeline to rupture, resulting in an oil spill along the coast in Santa Barbara County on May 19, 2015. Plaintiffs allege that owners and lessees were unable to use and enjoy their properties as a result of the spill because oil washed up onto their properties and onto beaches adjacent to their properties. Plains denies any claims of wrongdoing and disputes Plaintiffs' claims. A Property Class was previously certified by this Court. This Notice provides information regarding the $46 million Property Class Settlement. A settlement has also been reached on behalf of commercial fishers and fish processors ("the Fisher Class Settlement"). The Fisher and Property Class Settlement, if approved by the Court, will resolve all remaining claims in the class action litigation pending in the United States District Court for the Central District of California.

You are a Property Class Member if you owned or leased residential beachfront property or property with a private easement to a beach where oil from the 2015 Santa Barbara oil spill washed up and the oiling was categorized as heavy, moderate, or light. You can find out if your property is included by going to www.PlainsOilSpillSettlement.com, where a list of properties Plaintiffs claim were impacted is posted.

### What does the Settlement provide?

The Property Class Settlement, if approved, will result in the creation of a cash settlement fund of $46,000,000 (the "Property Class Settlement Amount"). The Property Class Settlement Amount, together with any interest earned thereon, is the "Property Class Common Fund." The Property Class Common Fund less (a) any Taxes and Tax Expenses; (b) any Notice and Administration Expenses; and (c) any attorneys' fees and costs and any service awards to Class Representatives in connection with their representation of the Class, awarded by the Court (the "Net Settlement Fund"), will be distributed to eligible Class Members pursuant to a proposed plan of distribution ("Plan of Distribution"). If you are entitled to relief under the Property Class Settlement, the Settlement Administrator will determine the portion of the Property Class Net Settlement Fund payable to you pursuant to the Court-approved Plan of Distribution.

### What are the reasons for the Settlement?

The Court has not decided whether Plaintiffs or Defendants should win this Litigation. The Settling Parties do not agree on whether Plaintiffs would have prevailed on any of their claims against Plains, or the amount of damages, if any, that would be recoverable if the Class prevailed on the claims alleged. Instead, both sides agreed to the Settlement after years of contested litigation, including at the motion to dismiss, class certification, and summary judgment stages. The Parties had also completed substantial discovery and were preparing for trial to commence on June 2, 2022.

### Who represents the Class?

The Court has appointed Lieff Cabraser Heimann Bernstein LLP, Keller Rohrback L.L.P., Cappello & Noel LLP, and Audet & Partners, LLP ("Class Counsel") to be the attorneys representing the Class. You will not be charged for these lawyers. Class Counsel will apply to the Court for an award of attorneys' fees in an amount not to exceed 33% of the total amount of the Property Class Settlement (or $15,180,00), plus their litigation expenses (not to exceed $1.3 million). (Class Counsel's fee and litigation expenses application will also include a request for an equivalent percentage from the Fisher Class Settlement, plus additional litigation expenses.) If you want to be represented by your own lawyer, you may hire one at your own expense.

### What do I need to do to?

**If you are a Class Member and you wish to get money from the Settlement, you are required to submit a Claim Form** available at www.PlainsOilSpillSettlement.com, or by calling the toll-free number 1-844-202-9486 to request that a hard copy Claim Form be mailed to you. Your Claim Form and if necessary, any required supporting documentation as set forth therein must be postmarked (if mailed) or submitted online **on or before  October 31, 2022.**

*Plains Oil Spill Settlement*
c/o JND Legal Administration
P.O. Box 91450
Seattle, WA 98111
Email: info@PlainsOilSpillSettlement.com
www.PlainsOilSpillSettlement.com
Telephone: 1-844-202-9486

If you are a Class Member you may object or tell the Court what you do not like about the Settlement. You will still be bound by the Settlement, and you may still file a Claim. Objections must be served/filed no later than **August 19, 2022.** Go to www.PlainsOilSpillSettlement.com for details on how to object to the Settlement.

If you are a Class Member and you did not previously opt out of the Property Class or enter a separate settlement with Plains for which you signed a full release, you are a member of the Class and you will be bound by the release of claims as part of the Settlement. The Property Class was first certified on April 17, 2018, and you previously had an opportunity exclude yourself. If you did not exclude yourself then, you may not exclude yourself now.

### What happens next?

The Court will hold a Final Approval Hearing on **September 16, 2022, at 1:30 p.m. Pacific**, before the Honorable Phillip S. Gutierrez at the United States District Court for the Central District of California, First Street Courthouse, 350 West 1st Street, Courtroom 6A, 6th Floor, Los Angeles, California 90012-4565. At the hearing the Court will determine whether: (1) the Settlement as set forth in the Settlement Agreement for $46,000,000 in cash should be approved by the Court as fair, reasonable and adequate; (2) the Judgment as provided under the Settlement Agreement should be entered; (3) to award Class Counsel attorneys' fees and expenses out of the Property Class Common Fund and, if so, in what amount; (4) to award Plaintiffs' service awards (Class Counsel is requesting $15,000 for each Property Class Representative) in connection with their representation of the Class out of the Property Class Common Fund and, if so, in what amount; and (5) the Plan of Distribution should be approved by the Court.

### How do I get more information?

For more details and to print the Settlement Agreement go to www.PlainsOilSpillSettlement.com. You may also write with questions or notify the Settlement Administrator regarding address changes to *Plains Oil Spill Settlement* c/o JND Legal Administration, P.O. Box 91450, Seattle, WA 98111, email at Info@PlainsOilSpillSettlement.com or call the Settlement Administrator at 1-844-202-9486.

**Must be postmarked or submitted online <u>no later than</u> October 31, 2022**

PLAINS OIL SPILL SETTLEMENT
C/O JND LEGAL ADMINISTRATION
P.O. BOX 91450
SEATTLE, WA 98111
WWW.PLAINSOILSPILLSETTLEMENT.COM

**APO**

## Plains Oil Spill Settlement
## Property Class Claim Form

You are a Property Class Member if you owned or leased residential beachfront property or property with a private easement to a beach where oil from the 2015 Santa Barbara oil spill washed up and the oiling was categorized as heavy, moderate, or light.

**You can find out if you are a Property Class Member by going to <u>www.PlainsOilSpillSettlement.com</u>.**

**<u>You must submit a separate Property Class Claim Form for each Assessor's Parcel Number ("APN") or property address for which you are seeking a Settlement payment.</u>**

The Settlement Administrator relies on the analyses of Plaintiffs' experts to identify Property Class members and determine settlement payment amounts.  You are not required to submit individual property records, appraisals or other valuation documentation to obtain a payment unless it is necessary to verify identity, membership in the Class, to resolve disputes, or as otherwise requested by the Settlement Administrator.

If you are eligible for a settlement payment, you are allowed to direct the Settlement Administrator to designate a portion of your payment to another person or entity. That recipient must also submit a Claim Form in order to receive funds directly from the Settlement Administrator. If the recipient does not claim the funds, the amount you designated for them will be distributed to you.

**Designated Recipients:** If you are a Designated Recipient of a portion of a Property Claimant's Award, please complete Section 1 of this Claim Form.

For more information and complete instructions, please review the **Plan of Distribution for the Property Class**, available at www.PlainsOilSpillSettlement.com.

**Claims must be submitted online or postmarked by mail no later than October 31, 2022.
Use the address at the top of this form for mailed claims.**

*Please note that the Settlement Administrator may contact you to request additional documents to process your claim.*

## SECTION 1: CLAIMANT NAME AND CONTACT INFORMATION

*We will use this information to contact you and process your Property Class claim.  It will not be used for any other purpose.*
*If any of the following information changes, you must promptly notify us by emailing info@PlainsOilSpillSettlement.com.*

| | |
|---|---|
| **1. CLAIMANT NAME:** | |
| **2. ALTERNATIVE NAME(S) (IF ANY):** | |
| **3. MAILING ADDRESS:** | Street Address |
| | Apt. No. |
| | City |
| | State |
| | Zip |
| **4. PHONE NUMBERS:** | (\|___\|___\|___\|) – \|___\|___\|___\| – \|___\|___\|___\|___\| <br> (\|___\|___\|___\|) – \|___\|___\|___\| – \|___\|___\|___\|___\| <br> Area Code |
| **5. EMAIL ADDRESS:** | |
| **6. SSN, EIN, TAXPAYER ID OR FOREIGN ID NUMBER (IF NOT A U.S. CITIZEN):** | \|___\|___\|___\|___\|___\|___\|___\|___\|___\| |
| **7. DATE OF BIRTH (IF APPLICABLE):** | _____  _____  _____ <br> Month          Day          Year |
| **8. CLAIMANT ID NUMBER (FOUND ON THE UPPER LEFT HAND SIDE OF THE NOTICE YOU RECEIVED\*)** | \|___\|___\|___\|___\|___\|___\|___\|___\| |

**\*If you did not receive a Notice containing a Claimant ID number, you may request one by contacting the Settlement Administrator.**

Questions? Visit www.PlainsOilSpillSettlement.com or call 1-844-202-9486
To view JND's privacy policy, please visit https://www.jndla.com/privacy-policy

## SECTION 2: PROPERTY INFORMATION

You must submit a separate claim form for each APN or property address for which you are seeking a Settlement payment.

| | |
|---|---|
| **1. ASSESSOR PARCEL NUMBER (APN) AS OF MAY 19, 2015 (IF AVAILABLE)** | |
| **2. PROPERTY ADDRESS AS OF MAY 19, 2015 (IF APPLICABLE)** | Street Address |
| | Apt. No. |
| | City |
| | State |
| | Zip |

## SECTION 3: DESIGNATED RECOVERY

**DESIGNATED RECOVERY:** If you wish to designate a portion of the recovery for this claimant to another person or entity, please provide their information below. You may attach additional sheets if needed.

The persons or entities listed below must also submit a separate claim form to receive a payment from the Settlement.

| DESIGNATED RECIPIENT NAME | MAILING ADDRESS | PERCENTAGE (%) OF YOUR RECOVERY DESIGNATED |
|---|---|---|
| | | |
| | | |
| | | |

## SECTION 4: ATTESTATION AND SIGNATURE

To be eligible to receive a settlement payment, you must have not already received reimbursement and fully released all claims against Plains through a prior individual settlement.  Amounts received as partial or interim payment, without a full release of claims, (for example through the OPA claims process, or as result of court-ordered restitution without settlement in *People v. Plains All American Pipeline, L.P.*, No. 1495091), will be treated as an offset to Recovery from this Settlement.

*Check box below to attest:*

☐   **I attest that I have not executed a full release of all claims against Plains as a result of receiving a prior individual settlement payment.**

I affirm, on penalty of perjury, that I am the person, or entity representative, who is identified on the property records as of May 19, 2015, for which recovery is sought, that I, and the persons I have designated, are entitled to the Recovery requested, and that all of the information contained in this claim form is true and correct to the best of my knowledge.

I understand that I may be asked to provide more information to the Settlement Administrator before my claim is complete.

| Signature: | Dated: |
|---|---|
| **Print Name:** | |

# EXHIBIT E

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA
*Andrews et al. v. Plains All American Pipeline, L.P. et al.*, No. 2:15-cv-04113 (PSG:JEM)

# If you owned or leased Residential Beachfront Property or had a Private Easement to a Beach affected by the 2015 Santa Barbara Oil Spill, you may be entitled to a payment from a class action settlement

*A Federal Court authorized this Notice. You are <u>not</u> being sued.*
*This is not a solicitation from a lawyer.*

*Para una notificación en español, visite: www.PlainsOilSpillSettlement.com*
*Để nhận thông báo tiếng Việt, vui lòng truy cập: www.plainsoilspillsettlement.com*
如需中文通知，请访问 : www.plainsoilspillsettlement.com

- A Settlement has been reached in a class action lawsuit involving a coastal oil spill in 2015, near Santa Barbara.

- Plaintiffs claim that Plains All American Pipeline L.P. and Plains Pipeline L.P. ("Defendants") caused an underground pipeline to rupture, resulting in an oil spill along the coast in Santa Barbara County on May 19, 2015 that washed up onto coastal properties and beaches. Plaintiffs also claim that the oil spill caused the residents of coastal homes to lose the use and enjoyment of their homes, and caused damage to the fishing industry.

- A Property Class was previously certified by this Court. This Notice provides information regarding the $46 million Property Class Settlement. The Settlement is also on behalf of certain commercial fishers and fish processors ("the Fisher Class Settlement"). The Fisher and Property Class Settlement, if approved by the Court, will resolve all remaining claims in the class action litigation pending in the United States District Court for the Central District of California.

- You are a Property Class Member if you owned or leased residential beachfront property or property with a private easement to a beach where oil from the 2015 Santa Barbara oil spill washed up and the oiling was categorized as heavy, moderate, or light. You can find out if your property is included by going to www.PlainsOilSpillSettlement.com, where a list of properties Plaintiffs claim were impacted is posted.

- If your property was leased as of May 19, 2015 (the date of the oil spill), you are requested to forward this Notice to the leaseholder.

- You are no longer a Property Class Member if you previously excluded yourself from the Property Class during the initial notice period, or entered a separate settlement with Defendants for which you signed a full release.

**PLEASE READ THIS NOTICE CAREFULLY. THE SETTLEMENT WILL AFFECT YOUR RIGHTS IF YOU ARE A MEMBER OF THE PROPERTY CLASS.**

| YOUR LEGAL RIGHTS AND OPTIONS | | |
|---|---|---|
| **FILE A CLAIM** | • Receive a payment from the Settlement<br>• Be bound by the Settlement | Submit online or postmarked **on or before October 31, 2022** |
| **OBJECT** | • Tell the Court what you do not like about the Settlement<br>• You and any lawyer(s) representing, advising, or in any way assisting you in connection with your objection <u>must appear and speak</u> at the Final Approval Hearing<br>• You will still be bound by the Settlement, and you may still file a Claim | Served/Filed no later than **August 19, 2022** |
| **DO NOTHING** | • Receive no payment from the Settlement<br>• Be bound by the Settlement | |

- This Notice explains your rights and options **and the deadlines to exercise them**.

- The Court in charge of this case still has to decide whether to approve the Settlement. Payments will be distributed to all qualifying Class Members who timely submit a Claim Form, only if the Court approves the Settlement and after potential appeals are resolved.

Questions? Please call 1-844-202-9486 or visit www.PlainsOilSpillSettlement.com

2

## WHAT THIS NOTICE CONTAINS

**Basic Information** ........................................................................................................................... **4**

    1.   Why was this Notice issued? ...................................................................................... 4

    2.   What is this case about? .............................................................................................. 4

    3.   Why is there a Settlement? .......................................................**Error! Bookmark not defined.**

**Who's Included In The Settlement?** ............................................................................................... **4**

    4.   How do I know if I am in the Class? ......................................................................... 4

**The Settlement Benefits** ................................................................................................................. **5**

    5.   What does the Settlement provide? ........................................................................... 5

    6.   How will the lawyers be paid? .................................................................................. 5

    7.   What are the reasons for the Settlement? .................................................................. 6

**How To Get Benefits** ...................................................................................................................... **7**

    8.   How will I find out how much money I am personally getting? ............................... 7

    9.   How can I get a payment? .......................................................................................... 7

    10.   Am I definitely going to get money from this Settlement? ....................................... 8

**The Lawyers Representing You** ..................................................................................................... **8**

    11.   Do I have a lawyer in the litigation? ......................................................................... 8

**Exclusions** ....................................................................................................................................... **8**

    12.   Can I exclude myself from this Settlement? ............................................................. 8

**Objecting To The Settlement** ........................................................................................................ **8**

    13.   How do I object to the Settlement? ........................................................................... 8

**Obligations and Released Claims** ............................................................................................... **10**

    14.   What are my rights and obligations under the Settlement? ..................................... 10

    15.   What claims will be released by the Settlement? .................................................... 10

**Final Approval Hearing** .............................................................................................................. **10**

    16.   May I attend the Final Approval Hearing? ............................................................. 10

    17.   Do I have to come to the Final Approval Hearing? ................................................ 10

**Getting More Information** ........................................................................................................... **11**

    18.   How can I get more information? ............................................................................. 11

Questions? Please call 1-844-202-9486 or visit www.PlainsOilSpillSettlement.com

3

## BASIC INFORMATION

| 1. | Why was this Notice issued? |
|---|---|

A Federal Court authorized this Notice because you have a right to know about this proposed Settlement and about all of your options before the Court decides whether to give final approval to the Settlement. This Notice explains the lawsuit, the proposed Property Class Settlement Amount of $46,000,000, your legal rights, and the hearing ("Final Approval Hearing") to be held by the Court to consider the fairness, reasonableness, and adequacy of the Settlement between the certified Property Class (as defined above) and Defendants.

The Honorable Chief Judge Philip S. Gutierrez of the United States District Court for the Central District of California is overseeing this case. The case is called *Andrews et al. v. Plains All American Pipeline, L.P. et al.*, Case No. 2:15-cv-04113. The persons who have filed the class action lawsuit and were appointed by the Court as Property Class Representatives are Baciu Family LLC, Alexandra Geremia, Jacques Habra, and Mark and Mary Kirkhart. (The Court appointed additional Class Representatives to represent the Fisher Class.) As explained above, the Defendants in the lawsuit are Plains All American Pipeline, L.P. and Plains Pipeline, L.P. ("Plains").

| 2. | What is this case about? |
|---|---|

On May 19, 2015, an underground pipeline known as Line 901 ruptured, resulting in a discharge of crude oil along the coast near Refugio State Beach in Santa Barbara County.

Plaintiffs allege that owners and lessors of certain residential beachfront property or property with a private easement to beaches were unable to fully use and enjoy their properties as a result of the spill, because oil from the spill washed up onto their properties or onto neighboring beaches. See Question 7 below. Plains denies any claims of wrongdoing and disputes Plaintiffs' claims.

Plaintiffs filed this case in 2015, and this case has been actively litigated since then. Trial was set to begin on June 2, 2022.

| 3. | Why is there a Settlement? |
|---|---|

The Court has not decided whether Plaintiffs or Defendants should win this litigation. Plaintiffs and Defendants do not agree on whether Plaintiffs would have prevailed on any of their claims against Plains at trial. They also do not agree on the amount of damages, if any, that would be recoverable if the Class prevailed on the claims alleged at trial. Instead, both sides agreed to the Settlement. That way, they avoid the uncertainties and expenses associated with continuing the litigation, and Class Members will get compensation sooner rather than later, if at all. Here, the $46 million Property Class Settlement represents over half of claimed compensatory damages. Counsel appointed by the Court to represent the Property Class believe that this is an exceptionally strong Settlement given the claims and defenses at issue in this long-fought litigation and that the Property Class Settlement represents a substantial portion of the damages alleged on behalf of the Property Class. For more information, please see Question 7, below.

## WHO'S INCLUDED IN THE SETTLEMENT?

| 4. | How do I know if I am in the Class? |
|---|---|

The Court has decided that everyone who owned or leased a property that fits the following description is a member of the Property Class:

- Residential beachfront properties on a beach and residential properties with a private easement to a beach (collectively "Included Properties") where oil from the 2015 Santa Barbara oil spill washed up, and where

Questions? Please call 1-844-202-9486 or visit www.PlainsOilSpillSettlement.com

the oiling was categorized as Heavy, Moderate or Light, as identified in Exhibit A to Plaintiffs' renewed motion [ECF 300-3, Ex. 14 of the Action].

Exhibit A and the properties referred to in this exhibit are located at www.PlainsOilSpillSettlement.com, under the tab "Important Documents".

As described in the Settlement Agreement, those excluded from the Property Class are Defendants, any entity or division in which Defendants have a controlling interest, and their legal representatives, officers, directors, employees, assigns and successors; and the judge to whom this case is assigned, the judge's staff, and any members of the judge's immediate family.

In addition, you are no longer a Property Class Member if you previously excluded yourself from the Property Class during the initial notice period, or entered a separate settlement with Plains for which you signed a full release.

The proposed Settlement, if approved by the Court, will settle all claims of the Property Class against Plains.

**PLEASE NOTE:** Receipt of this Notice does not mean that you are a Class Member or that you will be entitled to receive a payment from the Settlement. **If you are a Class Member and you wish to participate in the distribution of proceeds from the Settlement, you are required to submit a Claim Form** available at www.PlainsOilSpillSettlement.com, or by calling the toll-free number 1-844-202-9486 to request that a hard copy Claim Form be mailed to you. Your Claim Form and, if necessary, any required supporting documentation as set forth therein must be postmarked (if mailed) or submitted online on or before **on or before October 31, 2022.** See Question 9 for more information.

## THE SETTLEMENT BENEFITS

| 5. | What does the Settlement provide? |
|---|---|

The Property Class Settlement, if approved, will result in the creation of a cash settlement fund of $46,000,000 (the "Property Class Settlement Amount"). The Property Class Settlement Amount, together with any interest earned thereon, is the "Property Class Common Fund." The Property Class Common Fund less (a) any Taxes and Tax Expenses; (b) any Notice and Administration Expenses; and (c) any attorneys' fees and costs and any service awards to Class Representatives in connection with their representation of the Class, awarded by the Court (the "Net Settlement Fund"), will be distributed to eligible Class Members pursuant to a proposed plan of distribution ("Plan of Distribution") that is described in the next section of this Notice.

If you are entitled to relief under the Property Class Settlement, the Settlement Administrator will determine the portion of the Property Class Common Fund payable to you pursuant to the Court-approved Plan of Distribution.

A more detailed description of the Property Class Settlement can also be found in the Settlement Agreement at www.PlainsOilSpillSettlement.com.

| 6. | How will the lawyers be paid? |
|---|---|

Class Counsel (see Question 11 below) will apply to the Court for an award of attorneys' fees in an amount not to exceed 33% of the total amount of the Property Class Settlement (or $15,180,000), plus their litigation expenses (not to exceed $1.3 million from the Property Settlement), and interest earned on these amounts, at the same rate as earned by the Property Class Common Fund. (Class Counsel's fee and litigation expenses application will also include a request for an equivalent percentage from the Fisher Class Settlement, plus additional litigation expenses.) Since the first case was filed in June 2015, Class Counsel have expended considerable time and effort prosecuting this case, including preparing for trial, retaining and working with specialized experts on a variety of issues, including the pipeline's integrity, how much oil spilled, where the oil traveled, and how much damage the spill caused. These specialized experts included scientists, engineers, an economist, and a property appraiser. Class Counsel have advanced all of the expenses incurred during the litigation of this case, with the expectation

Questions? Please call 1-844-202-9486 or visit www.PlainsOilSpillSettlement.com

5

that they would be reimbursed if they succeeded in obtaining a recovery for the Class. Class Counsel will also ask the Court to award up to $15,000 to each Class Representative as a service award, in recognition of their considerable time and effort spent on behalf of the Class in achieving this Settlement. Each Class Representative assisted Class Counsel with building the factual record and case strategy, cooperated with discovery including the production of records, submitted to depositions and travel to the district in which the lawsuit was filed.

The Court may award less than the amount requested by Class Counsel. Under the Settlement Agreement, any amount awarded to Class Counsel or Class Representatives will be paid out of the Property Class Common Fund.

Class Counsel will file their motion for attorneys' fees and expenses no later than July 29, 2022 and a copy of the motion will also be available at www.PlainsOilSpillSettlement.com.

| 7. | What are the reasons for the Settlement? |
|---|---|

The Settlement was reached after years of contested litigation, including at the motion to dismiss, class certification, and summary judgment stages. The Parties also completed fact and expert discovery and were preparing for trial to commence on June 2, 2022. Nevertheless, a jury has not rendered any verdict in connection with Plaintiffs' claims against Plains. Instead, Plaintiffs and Plains have agreed to this Settlement to avoid the cost, delay, and uncertainty of further litigation.

As in any litigation, Plaintiffs and the Class would face an uncertain outcome if they did not agree to a Settlement. If Plaintiffs succeeded at trial, Plains would likely file appeals that would postpone final resolution of the case for years. Continuation of the litigation against Plains could result in a judgment greater than this Settlement. Conversely, continuing the case could result in no recovery at all or a recovery that is less than the amount of the Settlement.

Plaintiffs' principal reason for entering into the Settlement with Plains is the substantial benefit to the Class now, without further risk or the delays inherent in continued litigation. The $46 million Property Class Settlement Amount must be considered against the significant risk that a smaller recovery—or, indeed, no recovery at all— might be achieved after trial, and likely appeals, a process that could last several years into the future. The Settlement provides a substantial award for Class Members, without protracted delay.

Plaintiffs and Class Counsel believe that this Settlement is fair and reasonable to the Class for several reasons. First, Plaintiffs and Class Counsel believe that $46 million is a significant recovery. Second, if the Settlement becomes final, the Class will receive a certain and prompt monetary recovery. Third, Class Counsel believe that the significant and immediate benefits of the Settlement, when weighed against the significant risk, delay, and uncertainty of continued litigation, are a very favorable result for the Class.

Plains has denied and continues to deny the claims alleged by Plaintiffs. Plains admits that oil leaked from Line 901, and that some of that oil reached the Pacific Ocean, but disputes the amount of oiling and the amount of damage that the oiling caused. For Plains, the principal reason for the Settlement is to eliminate the burden, expense, uncertainty and risks inherent in any litigation, especially in complex cases such as this. Plains has determined that it is desirable and beneficial that the lawsuit be settled in the manner and upon the terms and conditions set forth in the Settlement Agreement.

**THE COURT HAS NOT RULED AS TO WHETHER PLAINS PIPELINE IS LIABLE TO PLAINTIFFS OR TO THE CLASS. THIS NOTICE IS NOT INTENDED TO BE AN EXPRESSION OF ANY OPINION BY THE COURT WITH RESPECT TO THE TRUTH OF THE ALLEGATIONS IN THE LAWSUIT OR THE MERITS OF THE CLAIMS OR DEFENSES ASSERTED. THIS NOTICE IS SOLELY TO ADVISE YOU OF THE PROPOSED SETTLEMENT OF THIS LAWSUIT AS TO PLAINS PIPELINE AND YOUR RIGHTS IN CONNECTION WITH THAT SETTLEMENT.**

Questions? Please call 1-844-202-9486 or visit www.PlainsOilSpillSettlement.com

6

**HOW TO GET BENEFITS**

| | |
|---|---|
| **8.** | **How will I find out how much money I am personally getting?** |

Class Counsel will submit the proposed Plan of Distribution to the Court by no later than June 26, 2022 and post it at www.PlainsOilSpillSettlement.com.

The Plan of Distribution for each class property is based upon both Plaintiffs' expert Dr. Igor Mezić's oil transport model showing the extent to which coastal properties and beaches experienced oiling and Plaintiffs' damages expert Dr. Randall Bell's determination of the value of the premium paid to live on the beach that was lost as a result of the oiling. The Plan of Distribution for the Property Class will consider the above factors—the value of the property's beachfront premium and the number of days and the level of oiling in allocating the award to each Class Member.

If the Settlement is approved by the Court, the Net Settlement Fund will be distributed to eligible Class Members who timely submit valid Claim Forms in accordance with a Court-approved Plan of Distribution. Class Members who do not timely submit valid Claim Forms will not share in the Net Settlement Fund, but will otherwise be bound by the Settlement. The Court may approve the proposed Plan of Distribution, or modify it, without additional notice to the Class. The Plan of Distribution will be made available at www.PlainsOilSpillSettlement.com, and any order modifying the Plan of Distribution will be posted on that website. The Plan of Distribution is intended to compensate Property Class Members who lost the value of their property's beachfront premium as a result of the 2015 Line 901 oil spill.

The Settlement Administrator will determine your qualifications to receive money from the Property Class Settlement and will also determine the amount of any distribution you will receive from the Settlement based upon your Claim Form and other available information, including available property data. Distributions will be made to Property Class Members after all claims have been processed, after the Court has finally approved the Settlement, and after any appeals are resolved.

If you are dissatisfied with the distribution determinations, you may ask the Court, which retains jurisdiction over all Property Class Members and the claims administration process, to decide the issue by submitting a written request. The Court has reserved jurisdiction to allow, disallow, or adjust the claim of any Class Member on equitable grounds.

| | |
|---|---|
| **9.** | **How can I get a payment?** |

In order to get a payment from the Settlement, Class Members must timely  complete and return a Claim Form. Claim Forms are available at www.PlainsOilSpillSettlement.com, or by calling the toll-free number 1-844-202-9486 to request that a hard copy Claim Form be mailed to you by the Settlement Administrator. Read the instructions carefully; fill out the Claim Form; sign it; and mail or submit it online so that it is postmarked (if mailed) to the address below or received (if submitted online) **on or before October 31, 2022**. You do not need to contact Class Counsel.

*Plains Oil Spill Settlement*
c/o JND Legal Administration
P.O. Box 91450
Seattle, WA 98111
Email: info@PlainsOilSpillSettlement.com
www.PlainsOilSpillSettlement.com
Telephone: 1-844-202-9486

If you do not submit a timely Claim Form with all of the required information, you will not receive a payment, but you will still be bound in all other respects by the Settlement, the Judgment, and the release contained in them.

Questions? Please call 1-844-202-9486 or visit www.PlainsOilSpillSettlement.com

**10.    Am I definitely going to get money from this Settlement?**

No. There will be no payments if the Settlement Agreement is not approved by the trial court and the appellate court, if it is appealed. If the Settlement Agreement is not approved, the lawsuit will proceed against Plains as if the Settlement Agreement had not been entered. If the Settlement is approved, you might not get money because you might not be a Class Member.

## THE LAWYERS REPRESENTING YOU

**11.    Do I have a lawyer in the litigation?**

Yes. The Court has appointed Lieff Cabraser Heimann Bernstein LLP, Keller Rohrback L.L.P., and Cappello & Noel LLP, and Audet & Partners, LLP ("Class Counsel") to be the attorneys representing the Property Class and Fisher Class. Class Counsel believe, after conducting an extensive investigation, that the Settlement Agreement is fair, reasonable, and in the best interests of the Class. You will not be charged for these lawyers. If you want to be represented by your own lawyer, you may hire one at your own expense. If you wish to contact your Court-appointed lawyers, their contact information is below.

Robert J. Nelson
LIEFF CABRASER HEIMANN BERNSTEIN LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
(415) 956-1000

Juli E. Farris
KELLER ROHRBACK L.L.P.
801 Garden Street
Santa Barbara, CA 93101
(805) 456-1497

A. Barry Cappello
CAPPELLO & NOËL LLP
831 State Street
Santa Barbara, CA 93101
(805) 564-2444

William M. Audet
AUDET & PARTNERS, LLP.
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
(415) 568-2555

## EXCLUSIONS

**12.    Can I exclude myself from this Settlement?**

No. If you are a Class Member because you satisfy the Class definition, and you did not previously opt out of the Class or enter a separate settlement with Plains for which you signed a full release, you are a member of the Class and you will be bound by the release of claims as part of the Settlement. The Property Class was first certified on April 17, 2018, and you previously had an opportunity exclude yourself. If you did not exclude yourself then, you may not exclude yourself now.

## OBJECTING TO THE SETTLEMENT

**13.    How do I object to the Settlement?**

If you are a Class Member, you can object to the Settlement in writing if you do not like any part of it. You can give reasons why you think the Court should not approve it. The Court will consider your views. To object, you must file your letter or brief with the Clerk of the Court, at United States District Court for the Central District of California, First Street Courthouse, 350 West 1st Street, Los Angeles, California 90012-4565, stating that you object to the Settlement in *Andrews et al. v. Plains All American Pipeline, L.P. et al.*, No. 2:15-04113 (PSG) and identify all your reasons for your objections. You should include citations and supporting evidence and attach any materials that you rely on for your objections.

Questions? Please call 1-844-202-9486 or visit www.PlainsOilSpillSettlement.com

If you have your own lawyer, they must file an appearance in this case and submit your objection through the Court's e-filing system. Your letter or brief must also include:

    (1) Your name, current address, and telephone number;

    (2) Proof of class membership including documents such as property records;

    (3) A statement indicating whether the objection is to the proposed Settlement, the Plan of Distribution, the application for attorneys' fees and expenses, and/or the Class Representative service award;

    (4) A statement of the factual and legal reasons for your objection and whether it applies only to you, to a subset of the Property Class, or to the entire Property Class;

    (5) Identify all class action settlements by name, date, and court to which you have previously objected;

    (6) The name and contact information of any and all lawyers representing, advising, or in any way assisting you in connection with your objection;

    (7) Copies of all documents that you wish to submit in support of your position; and

    (8) Your signature.

You must also file your objection with the Court and mail or deliver a copy of your letter or brief to Class Counsel and Plains' Counsel listed below by certified mail postmarked no later than **August 19, 2022**. Finally, for an objection to be valid, you and any lawyer(s) representing, advising, or in any way assisting you in connection with your objection must appear and speak at the Final Approval Hearing. If you hire an attorney (at your own expense) to represent you for purposes of objecting, your attorney must serve a notice of appearance on counsel listed below and file it with the Court (at the address set out above) by no later than **August 19, 2022**.

| Class Counsel | Counsel for Defendants |
|---|---|
| Robert J. Nelson<br>LIEFF CABRASER HEIMANN BERNSTEIN LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>(415) 956-1000 | Henry Weissmann<br>MUNGER TOLLES & OLSON LLP<br>350 S. Grand Avenue, 50th Floor, Los Angeles, CA 90071<br>(213) 683-9150 |
| Juli E. Farris<br>KELLER ROHRBACK L.L.P.<br>801 Garden Street<br>Santa Barbara, CA 93101<br>(805) 456-1497 | |

Any Class Member who does not make their objection in the manner provided above will be deemed to have waived such objection and will forever be foreclosed from making any objection to the fairness or adequacy of the proposed Settlement as set forth in the Settlement Agreement, to the Plan of Distribution, or to the award of fees and expenses to Class Counsel or any service awards to Plaintiffs, unless otherwise ordered by the Court.

Class Members do not need to appear at the Final Approval Hearing or take any other action to indicate their approval.

Questions? Please call 1-844-202-9486 or visit www.PlainsOilSpillSettlement.com

9

## OBLIGATIONS AND RELEASED CLAIMS

| **14.** | **What are my rights and obligations under the Settlement?** |
|---|---|

If you are a Property Class Member and did not exclude yourself from the Property Class during the initial notice period, you may receive the benefit of the Settlement by submitting a Claim Form, and you will be bound by the terms of the Settlement described in this Notice and the Settlement Agreement, upon final approval by the Court.

| **15.** | **What claims will be released by the Settlement?** |
|---|---|

If the Settlement is approved by the Court, the Court will enter a Judgment. If the Judgment becomes Final pursuant to the terms of the Settlement Agreement, all Class Members will be deemed to have, and by operation of the Final Judgment will have, fully, finally, and forever released, relinquished, and discharged any and all claims of any kind or nature whatsoever for any property damage or any economic losses of any kind or nature whatsoever against Plains arising from the May 19, 2015 Oil Spill, including claims for victims' restitution. The specific claims you are giving up against Plains are described in the Settlement Agreement at www.PlainsOilSpillSettlement.com. The Settlement Agreement describes the released claims with specific descriptions, so read it carefully. If you have any questions you can talk to the lawyers listed in Question 11 for free or you can, of course, talk to your own lawyer if you have questions about what this means.

## FINAL APPROVAL HEARING

| **16.** | **May I attend the Final Approval Hearing?** |
|---|---|

Yes. The Court will hold a Final Approval Hearing on **September 16, 2022**, at **1:30 p.m. Pacific Time**, before the Honorable Phillip S. Gutierrez at the United States District Court for the Central District of California, First Street Courthouse, 350 West 1st Street, Courtroom 6A, 6th Floor, Los Angeles, California 90012-4565. At the hearing the Court will determine whether: (1) the Settlement as set forth in the Settlement Agreement for $46,000,000 in cash should be approved by the Court as fair, reasonable and adequate; (2) the Judgment as provided under the Settlement Agreement should be entered; (3) to award Class Counsel attorneys' fees and expenses out of the Property Class Common Fund and, if so, in what amount; (4) to award Plaintiffs' service awards in connection with their representation of the Class out of the Property Class Common Fund and, if so, in what amount; and (5) the Plan of Distribution should be approved by the Court. The Court may adjourn or continue the Final Approval Hearing without further notice to Members of the Class.

Any Class Member may appear at the Final Approval Hearing, provided they have complied with the procedures described in Question 13, above.

Unless otherwise directed by the Court, any Class Member who does not object in the manner provided will be deemed to have waived all objections to this Settlement and will be barred from raising (in this or any other proceeding or on any appeal) any objection and any untimely objection will be barred.

| **17.** | **Do I have to come to the Final Approval Hearing?** |
|---|---|

No. Class Counsel will answer any questions the Court may have, but you are welcome to come at your own expense. If you send a comment, you do not have to come to Court to talk about it. However, if you object to the Settlement, you do have to come to the hearing, along with any lawyer who has represented or otherwise advised you. See Question 13.

Questions? Please call 1-844-202-9486 or visit www.PlainsOilSpillSettlement.com

10

## GETTING MORE INFORMATION

| 18. | How can I get more information? |
|---|---|

This Notice summarizes the Settlement. You can get more details and print the Settlement Agreement at www.PlainsOilSpillSettlement.com. You may also write with questions or notify the Settlement Administrator regarding address changes to *Plains Oil Spill Settlement* c/o JND Legal Administration, P.O. Box 91450, Seattle, WA 98111, email at Info@PlainsOilSpillSettlement.com or call the Settlement Administrator at 1-844-202-9486. Before doing so however, please read this full Notice carefully. You may also call Class Counsel listed in response to Question 11.

**Please do not call the Court or the Court Clerk's Office to inquire about this Settlement as they cannot answer your questions.**

DATED: MAY 25, 2022                    BY ORDER OF THE COURT
                                       HON. PHILIP S. GUTIERREZ
                                       UNITED STATES DISTRICT COURT
                                       CENTRAL DISTRICT OF CALIFORNIA

Questions? Please call 1-844-202-9486 or visit www.PlainsOilSpillSettlement.com

11

# EXHIBIT F

**FICTITIOUS BUSINESS NAME STATEMENT**
20226636941
The following person(s) is (are) doing business as:
BABIES TOP STORE
7290 EDINGER AVE APT#3032
HUNTINGTON BEACH CA. 92647
Full Name of Registrant(s)
1) AB Stores LLC
7290 EDINGER AVE APT#3032
HUNTINGTON BEACH CA. 92647
This business is conducted by
A CA Limited Liability Company
The registrant commenced to transact business under the fictitious business name or names listed above on: N/A.
MB Stores LLC
S/ BASSEM KHALIL MANAGING MEMBER/ MANAGER
This statement was filed with the County Clerk of Orange County on June 10th, 2022.
**The Orange County Register**
Published: 6/23, 6/30, 7/7, 7/14/22

**FICTITIOUS BUSINESS NAME STATEMENT**
20226638435
The following person(s) is (are) doing business as:
AMALGAM SOLUTIONS
2400 BARRANCA PARKWAY, #1701
IRVINE, CA 92606
Full Name of Registrant(s)
1) AMALGAM SOLUTIONS
2400 BARRANCA PARKWAY, #1701
IRVINE, CA 92606
This business is conducted by
A CA Limited Liability Company
The registrant commenced to transact business under the fictitious business name or names listed above on: N/A.
Amalgam Solutions
S/ JENNIFER GOLDBERG MANAGING MEMBER/ MANAGER
This statement was filed with the County Clerk of Orange County on June 30th, 2022.
**The Orange County Register**
Published: 7/14, 7/21, 7/28, 8/4/22

**FICTITIOUS BUSINESS NAME STATEMENT**
20226638987
The following person(s) is (are) doing business as:
CONFLUENCIA COFFEE COMPANY
7322 RAMPART LANE
LA PALMA, CA 90623
Full Name of Registrant(s)
1) CONFLUENCIA COFFEE COMPANY
7322 RAMPART LANE
LA PALMA, CA 90623
This business is conducted by
A CA Limited Liability Company
The registrant commenced to transact business under the fictitious business name or names listed above on: N/A.
CONFLUENCIA COFFEE COMPANY
S/HERNAN ALONSO ESPINOSA HERRERA
CHIEF EXECUTIVE OFFICER
This statement was filed with the County Clerk of Orange County on July 11th, 2022.
**The Orange County Register**
Published: 7/14, 7/21, 7/28, 8/4/22

**FICTITIOUS BUSINESS NAME STATEMENT**
20226636947
The following person(s) is (are) doing business as:
MOBILE TINT ONE
6142 DUXMAN AVE
GARDEN GROVE, CA 92845
Full Name of Registrant(s)
SANDRO GUSTAVO ARDUZ
6142 DUXMAN AVE
GARDEN GROVE, CA 92845
This business is conducted by an Individual
Have you started doing business yet? Yes
The registrant commenced to transact business name or names listed above on: 06/09/2017
/S/ SANDRO ARDUZ, OWNER
This statement was filed with the County Clerk of Orange County on 07/11/2022
Published: OC Register July 14, 21, 28, Aug. 4, 2022
11548085

**BSC 221901**
NOTICE OF PETITION TO ADMINISTER ESTATE OF:
FRANCES JAMISON
CASE#30-2021-01226739-PR-PW-CJC
To all heirs, beneficiaries, creditors, contingent creditors, and persons who may otherwise be interested in the will or estate, or both, of: FRANCES JAMISON.
A PETITION FOR PROBATE has been filed by Frederick Matthew Flemming, aka Matthew Flemming in the Superior Court of California, County of ORANGE.
THE PETITION FOR PROBATE requests Frederick Matthew Flemming, aka Matthew Flemming be appointed as personal representative to administer the estate of the decedent.
THE PETITION requests the decedent's will and codicils, if any, be admitted to probate. The will and any codicils are available for examination in the file kept by the court.
THE PETITION requests authority to administer the estate under the Independent Administration of Estates Act. (This Authority will allow the personal representative to take many actions without obtaining court approval. Before taking certain very important actions, however, the personal representative will be required to give notice to interested persons unless they have waived notice or consented to the proposed action.) The independent administration authority will be granted unless an interested person files an objection to the petition and shows good cause why the court should not grant the authority.
A HEARING on the petition will be held in this court as follows: Aug. 31, 2022 at 1:30 p.m., in Dept. C6 located at 700 Civic Center Drive West, Santa Ana, CA 92701.
The court is providing the convenience to appear for hearing by video using the court's designated video platform. This is a no cost service to the public. Go to the Court's website of The Superior Court of California - County of Orange (occourts.org) to appear remotely for Probate hearings and for remote hearing instructions. If you have difficulty connecting or are unable to connect to your remote hearing, call 657-622-8278 for assistance. If you prefer to appear in-person, you can appear in the department on the day/time set for your hearing.
IF YOU OBJECT to the granting of the petition, you should appear at the hearing and state your objections or file written objections with the court before the hearing. Your appearance may be in person or by your attorney.
IF YOU ARE A CREDITOR or contingent creditor of the decedent, you must file your claim with the court and mail a copy to the personal representative appointed by the court within the later of either (1) four months from the date of first issuance of letters to a general personal representative, as defined in section 58(b) of the California Probate Code, or (2) 60 days from the date of mailing or personal delivery to you of a notice under section 9052 of the California Probate Code.
Other California statutes and legal authority may affect your rights as a creditor. You may want to consult with an attorney knowledgeable in California law.
YOU MAY EXAMINE the file kept by the court. If you are a person interested in the estate, you may file with the court a Request for Special Notice (form DE-154) of the filing of an inventory and appraisal of estate assets or of any petition or account as provided in Probate Code section 1250. A Request for Special Notice form is available from the court clerk.
Attorney for Petitioner:
KAYLEE K. SAUVEY, ESQ.
SAUVEY LAW GROUP, APC
16300 BAKE PARKWAY, FIRST FLOOR
IRVINE, CA 92618
Published OC Register July 6, 14, 15, 2022 11546678

**FICTITIOUS BUSINESS NAME STATEMENT**
20226634941
The following person(s) is (are) doing business as:
1) AB Stores LLC
7290 EDINGER AVE APT#3032
HUNTINGTON BEACH CA. 92647
Full Name of Registrant(s)
1) AB Stores LLC
7290 EDINGER AVE APT#3032
HUNTINGTON BEACH CA. 92647
This business is conducted by
A CA Limited Liability Company
The registrant commenced to transact business under the fictitious business name or names listed above on: N/A.
MB Stores LLC
S/ BASSEM KHALIL MANAGING MEMBER/ MANAGER
This statement was filed with the County Clerk of Orange County on June 10th, 2022.
**The Orange County Register**
Published: 6/23, 6/30, 7/7, 7/14/22

**ORDER TO SHOW CAUSE FOR CHANGE OF NAME**
CASE NUMBER: 01266777
TO ALL INTERESTED PERSONS:
Petitioner: Syria Claudia Sanchez filed a petition with this court for a decree changing names as follows:
Present name:
Syria Claudia Sanchez
Proposed name:
Syria Claudio Castellon Sanchez
THE COURT ORDERS that all persons interested in this matter shall appear before this court at the hearing indicated below to show cause, if any, why the petition for change of name should not be granted. Any person objecting to the name changes described above must file a written objection that includes at least two court days before the matter is scheduled to be heard and must appear at the hearing to show cause why the petition should not be granted. If not written objection is timely filed, the court may grant the petition without a hearing.
NOTICE OF HEARING Date:
Date: Aug 31 2022
Time: 8:30 a.m.
Dept: D100
The address of the court is:
700 Civic Center Drive West
Santa Ana, California 92701
A copy of this Order to Show Cause shall be published at least once in each week for four successive weeks prior to the date set for hearing on the petition in the following newspaper of general circulation, printed in this county:
Orange
Date: Jun 27 2022
Judge Layne H. Melzer
JUDGE OF THE SUPERIOR COURT
**The Orange County Register**
Published: 7/7, 7/14, 7/21, 7/28/22

**BSC 221912**
NOTICE OF PETITION TO ADMINISTER ESTATE OF:
SEAN CHRISTOPHER KELLEY, aka SEAN C. KELLEY, aka SEAN KELLEY
CASE#30-2022-01267433-PR-PW-CJC
To all heirs, beneficiaries, creditors, contingent creditors, and persons who may otherwise be interested in the will or estate, or both, of: SEAN CHRISTOPHER KELLEY, aka SEAN C. KELLEY, aka SEAN KELLEY.
A PETITION FOR PROBATE has been filed by MARIA CARMELA KELLEY in the Superior Court of California, County of ORANGE.
THE PETITION FOR PROBATE requests MARIA CARMELA KELLEY be appointed as personal representative to administer the estate of the decedent.
THE PETITION requests the decedent's will and codicils, if any, be admitted to probate. The will and any codicils are available for examination in the file kept by the court.
THE PETITION requests authority to administer the estate under the Independent Administration of Estates Act. (This Authority will allow the personal representative to take many actions without obtaining court approval. Before taking certain very important actions, however, the personal representative will be required to give notice to interested persons unless they have waived notice or consented to the proposed action.) The independent administration authority will be granted unless an interested person files an objection to the petition and shows good cause why the court should not grant the authority.
A HEARING on the petition will be held in this court as follows: Sept. 01, 2022 at 1:30 p.m. in Dept. C8 located at 700 Civic Center Drive West, Santa Ana, CA 92701.
The court is providing the convenience to appear for hearing by video using the court's designated video platform. This is a no cost service to the public. Go to the Court's website of The Superior Court of California - County of Orange (occourts.org) to appear remotely for Probate hearings and for remote hearing instructions. If you have difficulty connecting or are unable to connect to your remote hearing, call 657-622-8278 for assistance. If you prefer to appear in-person, you can appear in the department on the day/time set for your hearing.
IF YOU OBJECT to the granting of the petition, you should appear at the hearing and state your objections or file written objections with the court before the hearing. Your appearance may be in person or by your attorney.
IF YOU ARE A CREDITOR or contingent creditor of the decedent, you must file your claim with the court and mail a copy to the personal representative appointed by the court within the later of either (1) four months from the date of first issuance of letters to a general personal representative, as defined in section 58(b) of the California Probate Code, or (2) 60 days from the date of mailing or personal delivery to you of a notice under section 9052 of the California Probate Code.
Other California statutes and legal authority may affect your rights as a creditor. You may want to consult with an attorney knowledgeable in California law.
YOU MAY EXAMINE the file kept by the court. If you are a person interested in the estate, you may file with the court a Request for Special Notice (form DE-154) of the filing of an inventory and appraisal of estate assets or of any petition or account as provided in Probate Code section 1250. A Request for Special Notice form is available from the court clerk.
Attorney for Petitioner:
LESLIE P. DUFF, ESQ.
ESTATE PLAN, INC.
101 WESTWARD Y, STE. 301
LAGUNA BEACH, CA 92651
Published OC Register July 8, 14, 15, 2022 11546663

**Notice of Public Hearing Postponements**
Placentia Library District
411 E. Chapman Avenue
Placentia, CA

The Public Hearing for the Impact Fee Nexus Study Update has been postponed to August 15th, 2022.

The Public Hearing to discuss the implementation of a district-based electoral system for the election of representatives to the Board of Trustees has also been postponed to August 15th, 2022.
**The Orange County Register**
Published: 7/14/22

**Nobody Beats Our Coverage.**
THE ORANGE COUNTY REGISTER

PLACE YOUR LEGAL NOTICE 24/7
at publicnotices.scng.com

**BEST DELIVERY IN THE GAME!**
Turn to the Sports section for outstanding coverage of the Dodgers, Angels and ALL local baseball action.

## LEGAL NOTICE

# If you were affected by the 2015 Santa Barbara Oil Spill, you may be entitled to a payment from a class action settlement

*A Federal Court authorized this Notice.*

Para una notificación en español, visite: *www.PlainsOilSpillSettlement.com*

Để nhận thông báo tiếng Việt, vui lòng truy cập: *www.PlainsOilSpillSettlement.com*

如需中文通知，请访问：*www.PlainsOilSpillSettlement.com*



A Settlement has been reached in the class action lawsuit called *Andrews et al. v. Plains All American Pipeline, L.P. et al.,* No. 2:15-cv-04113 (PSG-JEM) (C.D. Cal.).

**What is this about?**

The lawsuit claims that Plains All American Pipeline L.P. and Plains Pipeline L.P. ("Plains" or "Defendants") caused an underground pipeline to rupture, resulting in an oil spill along the coast in Santa Barbara County on May 19, 2015. The Settlement is on behalf of members of the Fisher Class and Property Class previously certified by this Court. Plaintiffs for the Fisher Class allege the spill caused long term harm to commercial fishing in the affected class blocks, including significant financial losses. Plaintiffs for the Property Class allege that owners and lessees were unable to use and enjoy their properties as a result of the spill because oil washed up onto their properties and onto beaches adjacent to their properties. Plains denies any claims of wrongdoing and disputes all claims. The Settlement, if approved by the Court, will resolve all remaining claims in the class action litigation pending in the United States District Court for the Central District of California. The Fisher Class Settlement is $184 million, and the Property Class Settlement is $46 million, inclusive of attorneys' fees and costs.

The Court has not decided whether Plaintiffs or Defendants should win this Litigation. The Settling Parties do not agree on whether Plaintiffs would have prevailed on any of their claims against Plains, or the amount of damages, if any, that would be recoverable if the Class prevailed on the claims alleged. Instead, both sides agreed to the Settlement after years of contested litigation, including at the motion to dismiss, class certification, and summary judgment stages. The Parties had also completed substantial discovery and were preparing for trial to commence on June 2, 2022.

**Who is affected?**

You are a Fisher Class Member if you are a person or business who owned or worked on a vessel that was in operation as of May 19, 2015 and that: (1) landed any commercial seafood in California Department of Fish & Wildlife ("CDFW") fishing blocks 654, 655, or 656; or (2) landed any commercial seafood, except groundfish or highly migratory species (as defined by the CDFW and the Pacific Fishery Management Council), in CDFW fishing blocks 651-656, 664-670, 678-686, 701-707, 718-726, 739-746, 760-765, or 806-809; from May 19, 2010 to May 19, 2015, inclusive; or if you are a person or business in operation as of May 19, 2015 who purchased such commercial seafood directly from the Commercial Fishers and re-sold it at the retail or wholesale level. You can find out if you are a Fisher Class Member by going to www.PlainsOilSpillSettlement.com.

You are a Property Class Member if you owned or leased residential beachfront property or property with a private easement to a beach where oil from the 2015 Santa Barbara oil spill washed up and the oiling was categorized as heavy, moderate, or light. You can find out if your property is included by going to www.PlainsOilSpillSettlement.com, where a list of properties Plaintiffs claim were impacted is posted.

**What does the Settlement provide?**

The Settlement, if approved, will result in the creation of two cash settlement funds of $184,000,000 (the "Fisher Class Settlement Amount") and $46,000,000 (the "Property Class Settlement Amount"), together with any interest earned thereon, the "Fisher Class Common Fund" and "Property Class Common Fund," respectively. Each of the common funds less (a) any Taxes and Tax Expenses; (b) any Notice and Administration Expenses; and (c) any attorneys' fees and costs and any service awards to Class Representatives in connection with their representation of the Class, awarded by the Court (the "Net Settlement Funds"), will be distributed to eligible Class Members pursuant to a proposed plan of distribution ("Plan of Distribution"). If you are entitled to relief under the Settlement, the Settlement Administrator will determine your portion of the Net Settlement Fund payable to you pursuant to the Court-approved Plan of Distribution.

**Who represents the Class?**

The Court has appointed Lieff Cabraser Heimann Bernstein LLP, Keller Rohrback L.L.P., Cappello & Noel LLP, and Audet & Partners, LLP ("Class Counsel") to be the attorneys representing the Class. You will not be charged for these lawyers. Class Counsel will apply to the Court for an award of attorneys' fees in an amount not to exceed 33% of the total Settlement Amount (no more than $60,720,000 from the Fisher Class Settlement Amount and $15,180,000 from the Property Class Settlement Amount). In addition, Class Counsel will apply to the Court for reimbursement of their litigation expenses (in an amount not to exceed $5.2 million from the Fisher Class Settlement Amount and $1.3 million from the Property Class Settlement Amount). If you want to be represented by your own lawyer, you may hire one at your own expense.

**What do I need to do to?**

If you are a Class Member and you wish to get money from the Settlement, you are required to submit a Claim Form available at www.PlainsOilSpillSettlement.com, or by calling the toll-free number 1-844-202-9486 to request that a hard copy Claim Form be mailed to you. Your Claim Form and, if necessary, any required supporting documentation as set forth therein must be postmarked (if mailed) or submitted online to the address below **on or before October 31, 2022**.



Plains Oil Spill Settlement
c/o JND Legal Administration
P.O. Box 91450
Seattle, WA 98111
Email: info@PlainsOilSpillSettlement.com
www.PlainsOilSpillSettlement.com
Telephone: 1-844-202-9486

If you are a Class Member you may object or tell the Court what you do not like about the Settlement. You will still be bound by the Settlement, and you may still file a claim. Objections must be served/filed no later than **August 19, 2022**. Go to www.PlainsOilSpillSettlement.com for details on how to object to the Settlement. If you are a Class Member and you did not previously opt out of the Class or enter a separate settlement with Plains for which you signed a full release, you are a member of the Class and you will be bound by the release of claims as part of the Settlement. The Fisher Class was first certified on February 28, 2017, and later amended on November 22, 2019. The Property Class was certified on April 17, 2018. You previously had an opportunity to exclude yourself from the Fisher Class and the Property Class. If you did not exclude yourself then, you may not exclude yourself now.

**What happens next?**

The Court will hold a Final Approval Hearing on **September 16, 2022, at 1:30 p.m. Pacific,** before the Honorable Phillip S. Gutierrez at the United States District Court for the Central District of California, First Street Courthouse, 350 West 1st Street, Courtroom 6A, 6th Floor, Los Angeles, California 90012-4565. At the hearing the Court will determine whether: (1) the Settlement of $184,000,000 for the Fisher Class and $46,000,000 for the Property Class should be approved by the Court as fair, reasonable and adequate; (2) the Judgment as provided under the Settlement Agreement should be entered; (3) to award Class Counsel attorneys' fees and expenses out of the Fisher and Property Class Common Funds and, if so, in what amount; (4) to award Plaintiffs' service awards (Class Counsel is requesting $15,000 for each of the 14 Class Representatives) in connection with their representation of the Classes out of the Fisher and Property Class Common Funds and, if so, in what amount; and (5) the Plans of Distribution should be approved by the Court.

**How do I get more information?**

For more details and to print the Settlement Agreement, go to www.PlainsOilSpillSettlement.com. You may also write with questions or notify the Settlement Administrator regarding address changes to *Plains Oil Spill Settlement* c/o JND Legal Administration, P.O. Box 91450, Seattle, WA 98111, email at info@PlainsOilSpillSettlement.com or call the Settlement Administrator at 1-844-202-9486.

**LEGAL NOTICE**

**If you were affected by the 2015 Santa Barbara Oil Spill, you may be entitled to a payment from a class action settlement**

*A Federal Court authorized this Notice.*

*Para una notificación en español, visite: www.PlainsOilSpillSettlement.com*
*Để nhận thông báo tiếng Việt, vui lòng truy cập: www.PlainsOilSpillSettlement.com*
*如需中文通知，请访问：www.PlainsOilSpillSettlement.com*

A Settlement has been reached in the class action lawsuit called *Andrews et al. v. Plains All American Pipeline, L.P. et al.*, No. 2:15-cv-04113 (PSG;JEM) (C.D. Cal.).

**What is this about?**

The lawsuit claims that Plains All American Pipeline L.P. and Plains Pipeline L.P. ("Plains" or "Defendants") caused an underground pipeline to rupture, resulting in an oil spill along the coast in Santa Barbara County on May 19, 2015. The Settlement is on behalf of members of the Fisher Class and Property Class previously certified by this Court. Plaintiffs for the Fisher Class allege the spill caused long term harm to commercial fishing in the affected class blocks, including significant financial losses. Plaintiffs for the Property Class allege that owners and lessees were unable to use and enjoy their properties as a result of the spill because oil washed up onto their properties and onto beaches adjacent to their properties. Plains denies any claims of wrongdoing and disputes all claims. The Settlement, if approved by the Court, will resolve all remaining claims in the class action litigation pending in the United States District Court for the Central District of California. The Fisher Class Settlement is $184 million, and the Property Class Settlement is $46 million, inclusive of attorneys' fees and costs.

The Court has not decided whether Plaintiffs or Defendants should win this Litigation. The Settling Parties do not agree on whether Plaintiffs would have prevailed on any of their claims against Plains, or the amount of damages, if any, that would be recoverable if the Class prevailed on the claims alleged. Instead, both sides agreed to the Settlement after years of contested litigation, including at the motion to dismiss, class certification, and summary judgment stages. The Parties had also completed substantial discovery and were preparing for trial to commence on June 2, 2022.

**Who is affected?**

You are a Fisher Class Member if you are a person or business who owned or worked on a vessel that was in operation as of May 19, 2015 and that: (1) landed any commercial seafood in California Department of Fish & Wildlife ("CDFW") fishing blocks 654, 655, or 656; or (2) landed any commercial seafood, except groundfish or highly migratory species (as defined by the CDFW and the Pacific Fishery Management Council), in CDFW fishing blocks 651-656, 664-670, 678-686, 701-707, 718-726, 739-746, 760-765, or 806-809; from May 19, 2010 to May 19, 2015, inclusive; or if you are a person or business in operation as of May 19, 2015 who purchased such commercial seafood directly from the Commercial Fishers and re-sold it at the retail or wholesale level. You can find out if you are a Fisher Class Member by going to www.PlainsOilSpillSettlement.com.

You are a Property Class Member if you owned or leased residential beachfront property or property with a private easement to a beach where oil from the 2015 Santa Barbara oil spill washed up and the oiling was categorized as heavy, moderate, or light. You can find out if your property is included by going to www.PlainsOilSpillSettlement.com, where a list of properties Plaintiffs claim were impacted is posted.

**What does the Settlement provide?**

The Settlement, if approved, will result in the creation of two cash settlement funds of $184,000,000 (the "Fisher Class Settlement Amount") and $46,000,000 ("the Property Class Settlement Amount"), together with any interest earned thereon, the "Fisher Class Common Fund" and "Property Class Common Fund," respectively. Each of the common funds less (a) any Taxes and Tax Expenses; (b) any Notice and Administration Expenses; and (c) any attorneys' fees and costs and any service awards to Class Representatives in connection with their representation of the Class, awarded by the Court (the "Net Settlement Funds"), will be distributed to eligible Class Members pursuant to a proposed plan of distribution ("Plan of Distribution"). If you are entitled to relief under the Settlement, the Settlement Administrator will determine your portion of the Net Settlement Fund payable to you pursuant to the Court-approved Plan of Distribution.

**Who represents the Class?**

The Court has appointed Lieff Cabraser Heimann Bernstein LLP, Keller Rohrback L.L.P., Cappello & Noel LLP, and Audet & Partners, LLP ("Class Counsel") to be the attorneys representing the Class. You will not be charged for these lawyers. Class Counsel will apply to the Court for an award of attorneys' fees in an amount not to exceed 33% of the total Settlement Amount (no more than $60,720,000 from the Fisher Class Settlement Amount and $15,180,000 from the Property Class Settlement Amount). In addition, Class Counsel will apply to the Court for reimbursement of their litigation expenses (in an amount not to exceed $5.2 million from the Fisher Class Settlement Amount and $1.3 million from the Property Class Settlement Amount). If you want to be represented by your own lawyer, you may hire one at your own expense.

**What do I need to do to?**

If you are a Class Member and you wish to get money from the Settlement, you are required to submit a Claim Form available at www.PlainsOilSpillSettlement.com, or by calling the toll-free number 1-844-202-9486 to request that a hard copy Claim Form be mailed to you. Your Claim Form and, if necessary, any required supporting documentation as set forth therein must be postmarked (if mailed) or submitted online to the address below **on or before October 31, 2022**.

Plains Oil Spill Settlement
c/o JND Legal Administration
P.O. Box 91450
Seattle, WA 98111
Email: info@PlainsOilSpillSettlement.com
www.PlainsOilSpillSettlement.com
Telephone: 1-844-202-9486

If you are a Class Member you may object or tell the Court what you do not like about the Settlement. You will still be bound by the Settlement, and you may still file a claim. Objections must be served/filed no later than **August 19, 2022**. Go to www.PlainsOilSpillSettlement.com for details on how to object to the Settlement. If you are a Class Member and you did not previously opt out of the Class or enter a separate settlement with Plains for which you signed a full release, you are a member of the Class and you will be bound by the release of claims as part of the Settlement. The Fisher Class was first certified on February 28, 2017, and later amended on November 22, 2019. The Property Class was certified on April 17, 2018. You previously had an opportunity exclude yourself from the Fisher Class and the Property Class. If you did not exclude yourself then, you may not exclude yourself now.

**What happens next?**

The Court will hold a Final Approval Hearing on **September 16, 2022, at 1:30 p.m.** Pacific, before the Honorable Phillip S. Gutierrez at the United States District Court for the Central District of California, First Street Courthouse, 350 West 1st Street, Courtroom 6A, 6th Floor, Los Angeles, California 90012-4565. At the hearing the Court will determine whether: (1) the Settlement of $184,000,000 for the Fisher Class and $46,000,000 for the Property Class should be approved by the Court as fair, reasonable and adequate; (2) the Judgment as provided under the Settlement Agreement should be entered; (3) to award Class Counsel attorneys' fees and expenses out of the Fisher and Property Class Common Funds and, if so, in what amount; (4) to award Plaintiffs' service awards (Class Counsel is requesting $15,000 for each of the 14 Class Representatives) in connection with their representation of the Classes out of the Fisher and Property Class Common Funds and, if so, in what amount; and (5) the Plans of Distribution should be approved by the Court.

**How do I get more information?**

For more details and to print the Settlement Agreement, go to www.PlainsOilSpillSettlement.com. You may also write with questions or notify the Settlement Administrator regarding address changes to *Plains Oil Spill Settlement*, c/o JND Legal Administration, P.O. Box 91450, Seattle, WA 98111, email at info@PlainsOilSpillSettlement.com or call the Settlement Administrator at 1-844-202-9486.

www.PlainsOilSpillSettlement.com                    1-844-202-9486

---

**News**                                                             **Strokes&Plugs**

BY CAMILLIA LANHAM

# Conservation education

Retired biological sciences professor Julie Haugsness first learned about elephant seals during a visit to Año Nuevo in the 1980s. As part of a Scripps College course on coastal environments, she traveled down the coast of California with her classmates, camping and studying near shore habitats, including at Año Nuevo.

"It's just the most unusual [animal]," said Haugsness, who now chairs both the new visitor center planning committee and the docent training committee for the San Simeon-based **Friends of the Elephant Seal**, a nonprofit dedicated to elephant seal stewardship, education, and interpretation.

Her background as a biological oceanographer was evident as she described the educational displays that the nonprofit's new 1,000-square-foot visitors center enables them to have. These include a collection of elephant seal skulls ranging from adult male to pup, a giant flat-screen that livestreams video from cameras set up at the Point Piedras Blancas rookery, and a display about the primary food sources for female elephant seals.

Haugsness said their food sources are thousands of miles away, and the fish they eat live in the "twilight zone" of the ocean—deep, dark water—and "migrate up to the surface at night and down away from the predators by day." Elephant seal females feed "on this deep sea scattering layer of this primarily bioluminescent lantern fish," she added.

The new center has been open since May 25, and Haugsness said it averages about 50 visitors a day now, whereas it might have been five or fewer at the old visitors center, which is much smaller and doubled as an office space for the nonprofit. Friends is planning to use the larger space to host speakers, bring in book authors, and provide an educational space for big groups.

"It provides us with more ability to educate the public," Haugsness said. "It expands our interpretive and viewing area."

On July 16 between 11 a.m. and 4 p.m., Friends is hosting a grand opening celebration at the center, located at the

Plaza del Cavalier in San Simeon. The day will include educational activities, guided interpretive walks, and a ribbon cutting ceremony, as well as sips of Champagne and coffee. The organization will also offer special prize drawings that day for visitors and for those who decide to become members.

Friends of the Elephant Seal formed in 1997 as the beaches near the Piedras Blancas lighthouse began to fill with elephant seals giving birth to their young. Now, those beaches support an estimated 25,000 elephant seals throughout the year.

"We are now the largest mainland rookery," Haugsness said, adding that approximately 1 million visitors from all over the world find their way to the colony every year.

Working in collaboration with California State Parks, Friends of the Elephant Seal trains volunteer docents to man the viewing area just south of the lighthouse, about 7.8 miles from San Simeon. With about 100 trained docents, the nonprofit helps educate visitors about how to view wildlife safely (from a distance) and interprets elephant seal behavior. Haugsness started her volunteer work with Friends as a docent in 2019.

"We have a very large and dedicated group of volunteers because it is just so fun to go to the beach and meet people from all over the world," Haugsness said.

She joined the board in 2021, and is the board liaison for education in addition to the committees she participates on.

Traveling up from San Diego five or six times a year, she stays in the area for a week at a time to do what she needs to do for the nonprofit. Haugsness will be in San Simeon on July 16 for the new visitors center's grand opening.

"We are really looking at this as a celebratory event. We are hoping to reach a lot of people," she said, adding that it expands the nonprofit's opportunities to reach people and hopefully provide education. "The health of the rookery and the importance of a safe breeding and molting beach. ... It's essential to the survival of this species."


Promote! Send business and nonprofit information to strokes@newtimesslo.com.

PHOTO COURTESY OF FRIENDS OF THE ELEPHANT SEAL



**NEW DIGS** On July 16, from 11 a.m. to 4 p.m., Friends of the Elephant Seal will celebrate the grand opening of the nonprofit's new visitor center—which is now open from 10 a.m. to 4 p.m. daily—with research and educational presentations, children's story time, a seal science exhibit, prize drawings, and more.

### Fast fact

• The **SLO County Public Health Department** wants input from the more than 50,000 county residents who tested positive for COVID-19. Reaching out to them via text message, the county is asking questions that will help health officials better understand the long-term health impacts of the virus, according to a press release. Those who tested positive via at-home tests can answer questions at slopublichealth.org/longcovid. All response are confidential. ∆

*Reach Editor Camillia Lanham at clanham@ newtimesslo.com.*

| Legal Notice | Legal Notice | Legal Notice | Legal Notice | Legal Notice | Legal Notice | Legal Notice | Legal Notice | Legal Notice | Legal Notice |

**LEGAL NOTICE**

# If you were affected by the 2015 Santa Barbara Oil Spill, you may be entitled to a payment from a class action settlement

*A Federal Court authorized this Notice.*

*Para una notificación en español, visite: www.PlainsOilSpillSettlement.com*

*Để nhận thông báo tiếng Việt, vui lòng truy cập: www.PlainsOilSpillSettlement.com*

*如需中文通知，请访问：www.PlainsOilSpillSettlement.com*

A Settlement has been reached in the class action lawsuit called *Andrews et al. v. Plains All American Pipeline, L.P. et al.*, No. 2:15-cv-04113 (PSG-JEM) (C.D. Cal.).

**What is this about?**

The lawsuit claims that Plains All American Pipeline L.P. and Plains Pipeline L.P. ("Plains" or "Defendants") caused an underground pipeline to rupture, resulting in an oil spill along the coast in Santa Barbara County on May 19, 2015. The Settlement is on behalf of members of the Fisher Class and Property Class previously certified by this Court. Plaintiffs for the Fisher Class allege the spill caused long term harm to commercial fishing in the affected class blocks, including significant financial losses. Plaintiffs for the Property Class allege that owners and lessees were unable to use and enjoy their properties as a result of the spill because oil washed up onto their properties and onto beaches adjacent to their properties. Plains denies any claims of wrongdoing and disputes all claims. The Settlement, if approved by the Court, will resolve all remaining claims in the class action litigation pending in the United States District Court for the Central District of California. The Fisher Class Settlement is $184 million, and the Property Class Settlement is $46 million, inclusive of attorneys' fees and costs.

The Court has not decided whether Plaintiffs or Defendants should win this Litigation. The Settling Parties do not agree on whether Plaintiffs would have prevailed on any of their claims against Plains, or the amount of damages, if any, that would be recoverable if the Class prevailed on the claims alleged. Instead, both sides agreed to the Settlement after years of contested litigation, including at the motion to dismiss, class certification, and summary judgment stages. The Parties had also completed substantial discovery and were preparing for trial to commence on June 2, 2022.

**Who is affected?**

You are a Fisher Class Member if you are a person or business who owned or worked on a vessel that was in operation as of May 19, 2015 and that: (1) landed any commercial seafood in California Department of Fish & Wildlife ("CDFW") fishing blocks 654, 655, or 656; or (2) landed any commercial seafood, except groundfish or highly migratory species (as defined by the CDFW and the Pacific Fishery Management Council), in CDFW fishing blocks 651-656, 664-670, 678-686, 701-707, 718-726, 739-746, 760-765, or 806-809; from May 19, 2010 to May 19, 2015, inclusive; or if you are a person or business in operation as of May 19, 2015 who purchased such commercial seafood directly from the Commercial Fishers and re-sold it at the retail or wholesale level. You can find out if you are a Fisher Class Member by going to www.PlainsOilSpillSettlement.com.

You are a Property Class Member if you owned or leased residential beachfront property or property with a private easement to a beach where oil from the 2015 Santa Barbara oil spill washed up and the oiling was categorized as heavy, moderate, or light. You can find out if your property is included by going to www.PlainsOilSpillSettlement.com, where a list of properties Plaintiffs claim were impacted is posted.

**What does the Settlement provide?**

The Settlement, if approved, will result in the creation of two cash settlement funds of $184,000,000 (the "Fisher Class Settlement Amount") and $46,000,000 ("the Property Class Settlement Amount"), together with any interest earned thereon, the "Fisher Class Common Fund" and "Property Class Common Fund," respectively. Each of the common funds less (a) any Taxes and Tax Expenses; (b) any Notice and Administration Expenses; and (c) any attorneys' fees and costs and any service awards to Class Representatives in connection with their representation of the Class, awarded by the Court (the "Net Settlement Funds"), will be distributed to eligible Class Members pursuant to a proposed plan of distribution ("Plan of Distribution"). If you are entitled to relief under the Settlement, the Settlement Administrator will determine your portion of the Net Settlement Fund payable to you pursuant to the Court-approved Plan of Distribution.

**Who represents the Class?**

The Court has appointed Lieff Cabraser Heimann Bernstein LLP, Keller Rohrback L.L.P., Cappello & Noel LLP, and Audet & Partners, LLP ("Class Counsel") to be the attorneys representing the Class. You will not be charged for these lawyers. Class Counsel will apply to the Court for an award of attorneys' fees in an amount not to exceed 33% of the total Settlement Amount (no more than $60,720,000 from the Fisher Class Settlement Amount and $15,180,000 from the Property Class Settlement Amount). In addition, Class Counsel will apply to the Court for reimbursement of their litigation expenses (in an amount not to exceed $5.2 million from the Fisher Class Settlement Amount and $1.3 million from the Property Class Settlement Amount). If you want to be represented by your own lawyer, you may hire one at your own expense.

**What do I need to do to?**

If you are a Class Member and you wish to get money from the Settlement, you are required to submit a Claim Form available at www.PlainsOilSpillSettlement.com, or by calling the toll-free number 1-844-202-9486 to request that a hard copy Claim Form be mailed to you. Your Claim Form and, if necessary, any required supporting documentation as set forth therein must be postmarked (if mailed) or submitted online to the address below on or before October 31, 2022.

*Plains Oil Spill Settlement*
c/o JND Legal Administration
P.O. Box 91450
Seattle, WA 98111
Email: info@PlainsOilSpillSettlement.com
www.PlainsOilSpillSettlement.com
Telephone: 1-844-202-9486

If you are a Class Member you may object or tell the Court what you do not like about the Settlement. You will still be bound by the Settlement, and you may still file a claim. Objections must be served/filed no later than August 19, 2022. Go to www.PlainsOilSpillSettlement.com for details on how to object to the Settlement. If you are a Class Member and you did not previously opt out of the Class or enter a separate settlement with Plains for which you signed a full release, you are a member of the Class and you will be bound by the release of claims as part of the Settlement. The Fisher Class was first certified on February 28, 2017, and later amended on November 22, 2019. The Property Class was certified on April 17, 2019. You previously had an opportunity exclude yourself from the Fisher Class and the Property Class. If you did not exclude yourself then, you may not exclude yourself now.

**What happens next?**

The Court will hold a Final Approval Hearing on September 16, 2022, at 1:30 p.m. Pacific, before the Honorable Phillip S. Gutierrez at the United States District Court for the Central District of California, First Street Courthouse, 350 West 1st Street, Courtroom 6A, 6th Floor, Los Angeles, California 90012-4565. At the hearing the Court will determine whether: (1) the Settlement of $184,000,000 for the Fisher Class and $46,000,000 for the Property Class should be approved by the Court as fair, reasonable and adequate; (2) the Judgment as provided under the Settlement Agreement should be entered; (3) to award Class Counsel attorneys' fees and expenses out of the Fisher and Property Class Common Funds and, if so, in what amount; (4) to award Plaintiffs' service awards (Class Counsel is requesting $15,000 for each of the 14 Class Representatives) in connection with their representation of the Classes out of the Fisher and Property Class Common Funds and, if so, in what amount; and (5) the Plans of Distribution should be approved by the Court.

**How do I get more information?**

For more details and to obtain the Settlement Agreement, go to www.PlainsOilSpillSettlement.com. You may also write with questions or notify the Settlement Administrator regarding address changes to *Plains Oil Spill Settlement* c/o JND Legal Administration, P.O. Box 91450, Seattle, WA 98111, email at info@PlainsOilSpillSettlement.com or call the Settlement Administrator at 1-844-202-9486.

www.PlainsOilSpillSettlement.com    1-844-202-9486

---

Notice of Completion and Availability and Public Meeting

**Draft Supplemental Environmental Impact Report (DSEIR)**

**2005 Trade Tech College Facilities Master Plan Grand Theater Demolition**

The Los Angeles Trade-Technical College (LATTC) is located at 400 West Washington Boulevard; the Magnolia Hall and the Grand Theater are located at the northern end of the campus. A Final Environmental Impact Report was certified in 2005 for the Trade-Technical College Facilities Master Plan, State Clearinghouse No. 2004121007. The 2005 FEIR included demolition of Redwood Hall (which is not currently proposed for demolition) but not the Grand Theater. The project site is not identified on any list compiled pursuant to Government Code Section 65962.5. The Los Angeles Community College District (LACCD) now proposes to demolish the Grand Theater, also known as the Magnolia Hall Auditorium (29,976 sf, constructed in 1934). A DSEIR has been prepared to address demolition. Rehabilitation of the Grand Theater was found to be infeasible and inconsistent with LACCD's programming and educational goals for the campus. The Supplemental EIR identifies significant impacts to historic resources as a result of demolition of the Grand Theater. The Draft SEIR identifies alternatives to demolition and reasonable mitigation measures that could reduce the impacts.

The document is available for review on-line at: https://www.lattc.edu/about/governance/committees#plans, under "For the Public" and "Committee Plans". Print copies of the Draft SEIR and the documents referenced in the Draft SEIR, are available for review during office hours 8 am to 5 pm at the LACCD downtown offices located at LACCD, 770 Wilshire Boulevard, Los Angeles, CA 90017 and Trade-Tech Campus Library (2nd Floor Mariposa Hall). The Draft EIR comment period extends from July 18, 2022, to September 1, 2022. Comments should be addressed to: Duy Doan, College Project Director, LACCD, 770 Wilshire Boulevard, Los Angeles, CA 90017; or sent by e-mail to Duy.Doan@build-LACCD.org. A public meeting will be held on August 23, 2022, at 3:30 pm in Room 101 of Building F5 (Liberal Arts Building), on the Trade-Tech Campus.

**Los Angeles Daily News**
Published: 7/18/22



## Something to SELL?

We're waiting for your call!
**888.883.7355**

Los Angeles Daily News
www.dailynews.com    **Classifieds**



# GO
## Inside the
# Dodgers
with MLB reporter J.P. Hoornstra

# Sign up for our FREE email newsletter.

Get the latest inside stuff from Dodgers beat writer J.P. Hoornstra, along with links to more team-related stories and coverage.

**Sign up now!**

**scng.com/newsletter**

No cost or obligation, unsubscribe at any time



SOUTHERN CALIFORNIA NEWS GROUP

Los Angeles Daily News ■ The Orange County Register ■ The Press-Enterprise
Press-Telegram (Long Beach) ■ Daily Breeze (Torrance) ■ Pasadena Star-News
San Gabriel Valley Tribune ■ Whittier Daily News ■ Inland Valley Daily Bulletin
The Sun (San Bernardino) ■ The Facts (Redlands)

# NEWS

vcreporter.com

*"Sierra Northern moves to Santa Paula" Continued from page 6*

"We're really not interested in the freight operation that they plan to bring," Royas said.

Sierra Northern Ventura Division Manager Matt Blackburn said the building leased as a temporary base of operations will be used for things like offices and storing trucks, but not ticket sales and boarding for excursion trains. The 1.5-acre property has a 4,000-square-foot building. While there are train tracks next to the property, for the long term,

company officials are looking for a property where they can build new rails for their base of operations, Blackburn explained.

While it's still unclear where the excursion trains will board, Blackburn said they hope to have them running by the end of the year. The tourist train will be operated by a sister company, Mendocino Railroad, which runs the popular Skunk Train in Fort Bragg that takes passengers through scenic forested

mountains.

Blackburn said railbike tours are offered along the Skunk Train line as well as a route near Sacramento where the River Fox Train also carries sightseers. The railbike rentals on those lines are a big hit with people who've tried them out, he said. Railbikes have pedals as well as an electric motor for an added boost.

"They like it because it's something fun and different. It's a different way to get out and explore. It's a very nice and relaxing ride. You get to see different things you don't get

to see. For example you may be able to see a little more wildlife because they're not as loud as a train," he said.

Blackburn said they also want to bring back holiday-themed excursion trains like ones that took people to a Christmas tree farm to cut down trees when the branch line was previously leased by Fillmore and Western Railway.

While Sierra Northern is in the process of moving off property owned by the city of Fillmore, the company will continue to have a

presence in Fillmore. Tracks the company is leasing from the VCTC in Fillmore will continue to be used for storing trains, Blackburn said.

The VCReporter asked Fillmore City Manager David Rowlands of Fillmore: residents are disappointed that negotiations to keep the excursion train operation in Fillmore did not pan out with Sierra Northern.

"I think the residents trusted the city and did what was best for the city," Rowlands said. "We wish them well in Santa Paula." ♦

---

**LEGAL NOTICE**

## If you were affected by the 2015 Santa Barbara Oil Spill, you may be entitled to a payment from a class action settlement

*A Federal Court authorized this Notice.*

*Para una notificación en español, visite: www.PlainsOilSpillSettlement.com*
*Để nhận thông báo bằng tiếng Việt, vui lòng truy cập: www.PlainsOilSpillSettlement.com*
*如需中文通知，请访问：www.PlainsOilSpillSettlement.com*

A Settlement has been reached in the class action lawsuit called *Andrews et al. v. Plains All American Pipeline, L.P. et al.*, No. 2:15-cv-04113 (PSG-JEM) (C.D. Cal.).

**What is this about?**

The lawsuit claims that Plains All American Pipeline L.P. and Plains Pipeline L.P. ("Plains" or "Defendants") caused an underground pipeline to rupture, resulting in an oil spill along the coast in Santa Barbara County on May 19, 2015. The Settlement is on behalf of members of the Fisher Class and Property Class previously certified by this Court. Plaintiffs for the Fisher Class allege the spill caused long term harm to commercial fishing in the affected class blocks, including significant financial losses. Plaintiffs for the Property Class allege that owners and lessees were unable to use and enjoy their properties as a result of the spill because oil washed up onto their properties and onto beaches adjacent to their properties. Plains denies any claims of wrongdoing and disputes all claims. The Settlement, if approved by the Court, will resolve all remaining claims in the class action litigation pending in the United States District Court for the Central District of California. The Fisher Class Settlement is $184 million, and the Property Class Settlement is $46 million, inclusive of attorneys' fees and costs.

The Court has not decided whether Plaintiffs or Defendants should win this Litigation. The Settling Parties do not agree on whether Plaintiffs would have prevailed on any of their claims against Plains, or the amount of damages, if any, that would be recoverable if the Class prevailed on the claims alleged. Instead, both sides agreed to the Settlement after years of contested litigation, including at the motion to dismiss, class certification, and summary judgment stages. The Parties had also completed substantial discovery and were preparing for trial to commence on June 2, 2022.

**Who is affected?**

You are a Fisher Class Member if you are a person or business who owned or worked on a vessel that was in operation as of May 19, 2015 and that: (1) landed any commercial seafood in California Department of Fish & Wildlife ("CDFW") fishing blocks 651-656, 664-670, 678-686, 701-707, 718-726, 739-746, 760-765, or 806-809; from May 19, 2010 to May 19, 2015, inclusive; or if you are a person or business in operation as of May 19, 2015 who purchased such commercial seafood directly from the Commercial Fishers and re-sold it at the retail or wholesale level. You can find out if you are a Fisher Class Member by going to www.PlainsOilSpillSettlement.com.

You are a Property Class Member if you owned or leased residential beachfront property or property with a private easement to a beach where oil from the 2015 Santa Barbara oil spill washed up and the oiling was categorized as heavy, moderate, or light. You can find out if your property is included by going to www.PlainsOilSpillSettlement.com, where a list of properties Plaintiffs claim were impacted is posted.

**What does the Settlement provide?**

The Settlement, if approved, will result in the creation of two cash settlement funds of $184,000,000 (the "Fisher Class Settlement Amount") and $46,000,000 (the "Property Class Settlement Amount"), together with any interest earned thereon, the "Fisher Class Common Fund" and "Property Class Common Fund," respectively. Each of the common funds less (i) any Taxes and Tax Expenses; (b) any Notice and Administration Expenses; and (c) any attorneys' fees and costs and any service awards to Class Representatives in connection with their representation of the Class, awarded by the Court (the "Net Settlement Funds"), will be distributed to eligible Class Members pursuant to a proposed plan of distribution ("Plan of Distribution"). If you are entitled to relief under the Settlement, the Settlement Administrator will determine your portion of the Net Settlement Fund payable to you pursuant to the Court-approved Plan of Distribution.

**Who represents the Class?**

The Court has appointed Lieff Cabraser Heimann Bernstein LLP, Keller Rohrback L.L.P., Cappello & Noel LLP, and Audet & Partners, LLP ("Class Counsel") to be the attorneys representing the Class. You will not be charged for these lawyers. Class Counsel will apply to the Court for an award of attorneys' fees in an amount not to exceed 33% of the total Settlement Amount (no more than $60,720,000 from the Fisher Class Settlement Amount and $15,180,000 from the Property Class Settlement Amount). In addition, Class Counsel will apply to the Court for reimbursement of their litigation expenses (in an amount not to exceed $5.2 million from the Fisher Class Settlement Amount and $1.3 million from the Property Class Settlement Amount). If you want to be represented by your own lawyer, you may hire one at your own expense.

**What do I need to do?**

If you are a Class Member and you wish to get money from the Settlement, you are required to submit a Claim Form available at www.PlainsOilSpillSettlement.com, or by calling the toll-free number 1-844-202-9486 to request that a hard copy Claim Form be mailed to you. Your Claim Form and, if necessary, any required supporting documentation as set forth therein must be postmarked (if mailed) or submitted online to the address below on or before October 31, 2022.

*Plains Oil Spill Settlement*
*c/o JND Legal Administration*
*P.O. Box 91450*
*Seattle, WA 98111*
*Email: info@PlainsOilSpillSettlement.com*
*www.PlainsOilSpillSettlement.com*
*Telephone: 1-844-202-9486*

If you are a Class Member you may object or tell the Court what you do not like about the Settlement. You will still be bound by the Settlement, and you may still file a claim. Objections must be served filed no later than August 19, 2022. Go to www.PlainsOilSpillSettlement.com for details on how to object to the Settlement. If you are a Class Member and you did not previously opt out of the Class or enter a separate settlement with Plains for which you signed a full release, you are a member of the Class and you will be bound by the release of claims as part of the Settlement. The Fisher Class was first certified on February 28, 2017, and later amended on November 22, 2019. The Property Class was certified on April 17, 2018. You previously had an opportunity to exclude yourself from the Fisher Class and the Property Class. If you did not exclude yourself then, you may not exclude yourself now.

**What happens next?**

The Court will hold a Final Approval Hearing on September 16, 2022, at 1:30 p.m. Pacific, before the Honorable Phillip S. Gutierrez at the United States District Court for the Central District of California, First Street Courthouse, 350 West 1st Street, Courtroom 6A, 6th Floor, Los Angeles, California 90012-4565. At the hearing the Court will determine whether: (1) the Settlement of $184,000,000 for the Fisher Class and $46,000,000 for the Property Class should be approved by the Court as fair, reasonable and adequate; (2) the Judgment as provided under the Settlement Agreement should be entered; (3) to award Class Counsel attorneys' fees and expenses out of the Fisher and Property Class Common Funds and, if so, in what amount; (4) to award Plaintiffs' service awards (Class Counsel is requesting $15,000 for each of the 14 Class Representatives) in connection with their representation of the Classes out of the Fisher and Property Class Common Funds and, if so, in what amount; and (5) the Plans of Distribution should be approved by the Court.

**How do I get more information?**

For more details and to print the Settlement Agreement, go to www.PlainsOilSpillSettlement.com. You may also write with questions or notify the Settlement Administrator regarding address changes to *Plains Oil Spill Settlement* c/o JND Legal Administration, P.O. Box 91450, Seattle, WA 98111, email at info@PlainsOilSpillSettlement.com or call the Settlement Administrator at 1-844-202-9486.

www.PlainsOilSpillSettlement.com

1-844-202-9486

LEGAL NOTICE

# If you were affected by the 2015 Santa Barbara Oil Spill, you may be entitled to a payment from a class action settlement

*A Federal Court authorized this Notice.*

*Para una notificación en español, visite: www.PlainsOilSpillSettlement.com*
*Để nhận thông báo tiếng Việt, vui lòng truy cập: www.PlainsOilSpillSettlement.com*
如需中文通知，请访问：www.PlainsOilSpillSettlement.com

A Settlement has been reached in the class action lawsuit called *Andrews et al. v. Plains All American Pipeline, L.P. et al.*, No. 2:15-cv-04113 (PSG:JEM) (C.D. Cal.).

## What is this about?

The lawsuit claims that Plains All American Pipeline L.P. and Plains Pipeline L.P. ("Plains" or "Defendants") caused an underground pipeline to rupture, resulting in an oil spill along the coast in Santa Barbara County on May 19, 2015. The Settlement is on behalf of members of the Fisher Class and Property Class previously certified by this Court. Plaintiffs for the Fisher Class allege the spill caused long term harm to commercial fishing in the affected class blocks, including significant financial losses. Plaintiffs for the Property Class allege that owners and lessees were unable to use and enjoy their properties as a result of the spill because oil washed up onto their properties and onto beaches adjacent to their properties. Plains denies any claims of wrongdoing and disputes all claims. The Settlement, if approved by the Court, will resolve all remaining claims in the class action litigation pending in the United States District Court for the Central District of California. The Fisher Class Settlement is $184 million, and the Property Class Settlement is $46 million, inclusive of attorneys' fees and costs.

The Court has not decided whether Plaintiffs or Defendants should win this Litigation. The Settling Parties do not agree on whether Plaintiffs would have prevailed on any of their claims against Plains, or the amount of damages, if any, that would be recoverable if the Class prevailed on the claims alleged. Instead, both sides agreed to the Settlement after years of contested litigation, including at the motion to dismiss, class certification, and summary judgment stages. The Parties had also completed substantial discovery and were preparing for trial to commence on June 2, 2022.

## Who is affected?

You are a Fisher Class Member if you are a person or business who owned or worked on a vessel that was in operation as of May 19, 2015 and that: (1) landed any commercial seafood in California Department of Fish & Wildlife ("CDFW") fishing blocks 654, 655, or 656; or (2) landed any commercial seafood, except groundfish or highly migratory species (as defined by the CDFW and the Pacific Fishery Management Council), in CDFW fishing blocks 651-656, 664-670, 678-686, 701-707, 718-726, 739-746, 760-765, or 806-809; from May 19, 2010 to May 19, 2015, inclusive; or if you are a person or business in operation as of May 19, 2015 who purchased such commercial seafood directly from the Commercial Fishers and re-sold it at the retail or wholesale level. You can find out if you are a Fisher Class Member by going to www.PlainsOilSpillSettlement.com.

You are a Property Class Member if you owned or leased residential beachfront property or property with a private easement to a beach where oil from the 2015 Santa Barbara oil spill washed up and the oiling was categorized as heavy, moderate, or light. You can find out if your property is included by going to www.PlainsOilSpillSettlement.com, where a list of properties Plaintiffs claim were impacted is posted.

## What does the Settlement provide?

The Settlement, if approved, will result in the creation of two cash settlement funds of $184,000,000 (the "Fisher Class Settlement Amount") and $46,000,000 ("the Property Class Settlement Amount"), together with any interest earned thereon, the "Fisher Class Common Fund" and "Property Class Common Fund," respectively. Each of the common funds less (a) any Taxes and Tax Expenses; (b) any Notice and Administration Expenses; and (c) any attorneys' fees and costs and any service awards to Class Representatives in connection with their representation of the Class, awarded by the Court (the "Net Settlement Funds"), will be distributed to eligible Class Members pursuant to a proposed plan of distribution ("Plan of Distribution"). If you are entitled to relief under the Settlement, the Settlement Administrator will determine your portion of the Net Settlement Fund payable to you pursuant to the Court-approved Plan of Distribution.

## Who represents the Class?

The Court has appointed Lieff Cabraser Heimann Bernstein LLP, Keller Rohrback L.L.P., Cappello & Noel LLP, and Audet & Partners, LLP ("Class Counsel") to be the attorneys representing the Class. You will not be charged for these lawyers. Class Counsel will apply to the Court for an award of attorneys' fees in an amount not to exceed 33% of the total Settlement Amount (no more than $60,720,000 from the Fisher Class Settlement Amount and $15,180,000 from the Property Class Settlement Amount). In addition, Class Counsel will apply to the Court for reimbursement of their litigation expenses (in an amount not to exceed $5.2 million from the Fisher Class Settlement Amount and $1.3 million from the Property Class Settlement Amount). If you want to be represented by your own lawyer, you may hire one at your own expense.

## What do I need to do?

If you are a Class Member and you wish to get money from the Settlement, you are required to submit a Claim Form available at www.PlainsOilSpillSettlement.com, or by calling the toll-free number 1-844-202-9486 to request that a hard copy Claim Form be mailed to you. Your Claim Form and, if necessary, any required supporting documentation as set forth therein must be postmarked (if mailed) or submitted online to the address below **on or before October 31, 2022**.

*Plains Oil Spill Settlement*
c/o JND Legal Administration
P.O. Box 91450
Seattle, WA 98111
Email: info@PlainsOilSpillSettlement.com
www.PlainsOilSpillSettlement.com
Telephone: 1-844-202-9486

If you are a Class Member you may object or tell the Court what you do not like about the Settlement. You will still be bound by the Settlement, and you may still file a claim. Objections must be served/filed no later than **August 19, 2022**. Go to www.PlainsOilSpillSettlement.com for details on how to object to the Settlement. If you are a Class Member and you did not previously opt out of the Class or enter a separate settlement with Plains for which you signed a full release, you are a member of the Class and you will be bound by the release of claims as part of the Settlement. The Fisher Class was first certified on February 28, 2017, and later amended on November 22, 2019. The Property Class was certified on April 17, 2018. You previously had an opportunity exclude yourself from the Fisher Class and the Property Class. If you did not exclude yourself then, you may not exclude yourself now.

## What happens next?

The Court will hold a Final Approval Hearing on **September 16, 2022, at 1:30 p.m. Pacific**, before the Honorable Phillip S. Gutierrez at the United States District Court for the Central District of California, First Street Courthouse, 350 West 1st Street, Courtroom 6A, 6th Floor, Los Angeles, California 90012-4565. At the hearing the Court will determine whether: (1) the Settlement of $184,000,000 for the Fisher Class and $46,000,000 for the Property Class should be approved by the Court as fair, reasonable and adequate; (2) the Judgment as provided under the Settlement Agreement should be entered; (3) to award Class Counsel attorneys' fees and expenses out of the Fisher and Property Class Common Funds and, if so, in what amount; (4) to award Plaintiffs' service awards (Class Counsel is requesting $15,000 for each of the 14 Class Representatives) in connection with their representation of the Classes out of the Fisher and Property Class Common Funds and, if so, in what amount; and (5) the Plans of Distribution should be approved by the Court.

## How do I get more information?

For more details and to print the Settlement Agreement, go to www.PlainsOilSpillSettlement.com. You may also write with questions or notify the Settlement Administrator regarding address changes to *Plains Oil Spill Settlement* c/o JND Legal Administration, P.O. Box 91450, Seattle, WA 98111, email at info@PlainsOilSpillSettlement.com or call the Settlement Administrator at 1-844-202-9486.

Case 2:15-cv-04113-PSG-JEM　Document 959　Filed 07/29/22　Page 62 of 110　Page ID #:45802

# 宁德时代闯北美 拟在墨国设厂



△ 市场 18 日传出：宁德时代北美战略蓝图有新变化。
考虑墨西哥边城、邻近德州华雷斯城或萨尔蒂约设厂。

（综合报导）全球动力电池龙头宁德时代此前一直有意赴北美设厂，最新消息称，墨西哥或为宁德时代考虑投资的地点，或在当地厂商设立 50 亿美元建设电池工厂，供应特斯拉、福特等客户。

宁德时代 18 日股价开低走高，早盘在平盘上下震荡、涨跌互现，近午时股价拉升逾 3%，午后继续涨幅 3% 以上逾收盘前，股价逾 3% 报人民币（下同）581.66 元，成交额 78 亿元。

2022 年宁德时代股价呈现 V 字型起涨，该股在 2021 年 12 月达到 692 元高点后不断滑落，2022 年初已逼近 680 元至今，4 月初至 5 月初一个月的时间内，股价狂泻 500 元滑落至 353 元低点，但宁德时代自 5 月初以来收复失地，股价逼近 1 月时的年内高点。

综合媒体报导，市场 18 日传出，宁德时代北美战略蓝图有新变化，汽车产业链和锂电池都需要成该公司设厂考量据点之一，宁德时代考虑墨西哥边境、邻近德州华雷斯城或萨尔蒂约设厂一...

知情人士表示，德州从 4 月起加强打击毒品与移民，对商用运输车辆，进行物品进行严查增，因此影响到宁德时代投资在当地设厂的意愿，并开始考虑在墨西哥设厂，从美国新墨西哥州通行进入。知情人士指出，宁德时代尚未做出最终决定，同时在美墨两地设厂也有可能。据宁德时代此前规划，将会在北美建设产能规模 80GW 的厂房。

对于宁德时代来说，赴美设厂需要考虑诸多层面因素，包括中美之间紧张关系下宁德时代、比亚迪等中国大厂遭政策针对美政府、另一方面，美国政府也有意扶持本地动力电池供应链，希望更多企业能够对中企的依赖。另外，宁德时代的竞争对手 LG 新能源、松下、三星 SDI 等会引进前积极与车企接触，有意先赴美国设厂，扩大在美国布局电池供应链中的地位。

对于宁德时代而言，距离工厂建厂、量产等关仍有诸多变数需克服。同时亦面临墨西哥中企，要回本地劳动供应链中的技术和应对。

截至 2022 年 7 月 12 日，宁德指数受到国联盟会货币政策紧缩带动影响人民币走贬 13% ，主要亚美货币都普遍承压较强，菲律宾（- 11.9%）、日元（- 16.1%）、英镑（- 12.6%）；CFETS 人民币汇率指数小幅上扬、汇率表基本稳定。

# 中美利差扩大 外资热钱急撤

（综合报导）随着中美经济周期和货币政策分化，2022 年以来中美利差快速收敛甚至倒挂、美债殖利率攀高，陆媒统计，光是 2022 年 2 月～5 月短短四个月的时间，人民币外资债市净流流出境外投资金额过千亿美元，其偏离速度之快、规模之大相当惊人。

大陆官媒经济日报报导，2022 年以来，大陆外汇市场遇到了国际内资净撤去。其中，外资投入人民币债券飙涨引发市场关注，据呼点出，今年 2 月 5 月四个月内，外资净流出逾 38 个月的境内人民币债券。而这人 2 月份份，部份外资开始连续减持人民币债券，引发了部分市场人士的担忧。

报导点出，2 月～5 月短短四个月的时间，证券投资项下跨境资金净流出累计超过千亿美元，而外资减持境内人民币债券资产，是无对大陆扩大对外复出加快的一大变化。

外资之所以快速撤出，主要原因是中美货币分化，中美利差快速收敛至倒挂影响一。今年的人民币兑美元汇率全面回调一，今年 2 月以来人民币兑美元汇率持续贬值，截至 6 月 22 元，1 到 7 月 18 日中间价报 6.7447 元来看，累计跌幅约 6.26% 。

21 世纪经济报导其引述中银证券分析报告预测，今年兑美元净额，外资多利空以及流出一些无形压力影响的一之一，预计下半年人民币可望温和反升，全年中枢 6.7345 元。

大陆新台币 6.7 人民币对美元的长情况下，外资收益 6 月下旬、外资人民币债券余持有占比 2.63% ，较 1 月底回落 0.39 个百分点。这次外资减持而主力品种是国债、政策性银行债和地方政府一债，外资分别卖出人民币（下同）3762 元、1836 亿和 299 亿元、贡献了总净额 34.9% 、44.7% 和 7.3% ；但国内货币政策的宽松了升值态的负缓冲；部份外资持有的国债收益率较境外高，仍能维持不超过 7.5% 。管理者管理者的管理外市场价高动续增、在全球的投资景况。

# TikTok 传重组全球业务 裁减欧美员工

（综合报导）外媒报导，字节跳动旗下短影音平台传将调整重组、裁减部分职位、涉及美国、欧洲与英国的员工，同时停止再招聘新员工，涉及领域包括一来如营销、公共政策和内容战略等部门的员工。

有外国员工被警告，一些部门可能裁员。

有英国员工被警告了，一些部门可能裁员。美国或有员工收到通知，显示其职位将被取掉，TikTok 在中以员工被裁员的另一位高层 David Ortiz 在领英（LinkedIn）上写了，他将离开公司，因为其职位在一个大规模重组汇中被移除。

报导指出，TikTok 正式裁员是针对高层、为公司近期业务规模而做出裁员的反应，公司向这些员工表示，重组后将会内部将会有职位空缺，并表示鼓励员工申请。

# 陆财经恶化 今年迄今债券违约近 6,000 亿

（综合报导）因规模达 2 兆 7,000 亿美元的中国房地产市场所引发的债务危机日益加剧，并伴随至其他经济部门，今年迄今中国债券违约金额已达 3,200 亿美元，倍增逾去年的违约总额。

南华早报报导，工银国际债券香港的研究副主管 Angus To 说，今年截至目前，中国房地产开发商的债券违约占中国 200 亿美元，占去年总额 90 亿美元了美元的数据。

澳盛银行的资深固定研究部分析师 Meng Ting 则说，今年迄今、陆人境外市场债券违约的约 19 家中国企业当中，18 家是地产开发商，已逾宣布今年迄今近 21 家，地产业约占今年的总约 93% ，陆境内外约占中国债券违约率的峰值达 93% ，其中违约将从 1.9% 增至 2.2% 或 2.3% 、境外还有待精确估计。

上述部份正值偿的全球第 2 大经济体中国的经济或长超过全国、债券违约率将近一步攀升。

# 法律声明

## 如果您受到 2015 年发生的圣巴巴拉石油泄漏的影响，则您可能有权获得集体诉讼和解提供的付款

一家联邦法院授权发布本通知。

Para una notificación en español, visite: www.PlainsOilSpillSettlement.com

Để nhận thông báo tiếng Việt, vui lòng truy cập: www.PlainsOilSpillSettlement.com

**在名为 Andrews 等诉 Plains All American Pipeline,L.P 等（编号：2:15-cv-04113）(PSG.JEM)（C.D. Cal.）的集体诉讼中达成**

**本诉讼与何事项相关？**

该诉讼声称 2015 年 5 月 19 日 Plains All American Pipeline L.P 和 Plains Pipeline L.P.（"Plains" 或 "被告"）致使地下管道破裂，导致圣巴巴拉县海岸发生石油泄漏。本和解是代表之前已经注册认证的渔民和房产集体成员达成的。渔民集体的原告声称，此次泄漏对受影响集体捕捞区的商业捕捞造成了长期损害，包括重大经济损失。房产集体的原告声称、业主和承租人无法使用和享用其房产，因为不动产因泄漏而遭了破坏与剥夺。Plains 否认违反任何行为或义务，并且愿作和解条件了本项目。

**涉及人员**

如果您是拥有船只或在船只（截至 2015 年 5 月 19 日）停泊渔民）上作业的个人或企业，并且该船只在 2010 年 5 月 19 日至 2015 年 5 月 19 日（含）期间 (1) 在圣托城 或 656 号捕捞区捕捞任何商业海产品，或 (2) 在 CDFW 的 651-656、664-670、678-686、701-707、718-726、739-746、760-765 或 806-809 号捕捞区捕捞任何商业海产品、但虚捕鱼或离鱼源海鲜产品 (CDFW 和太平洋渔业管理委员会定义) 除外；或者，如果您是作为拥有商业渔民处购买此类商业海产品并通过零售或批发方式转售的个人或企业（截至 2015 年 5 月 19 日为止营状况）。

- 则您属于渔集集体成员。您可以访问 www.PlainsOilSpillSettlement.com 查看您是否属于渔民集体成员。

如果您受到 2015 年圣巴巴拉石油泄漏并导的海滩并海域无私使用房产：您就属于房产集体成员，其中泄漏域分为重度、中度或轻度。您可以访问 www.PlainsOilSpillSettlement.com 来查看您的房产是否在范围内、具有划分的份额是多少。

**和解提供什么？**

该诉讼和解后将创建两个现金和解基金：分别为 184,000,000 美元（下称"渔民集体和解基金"）和 46,000,000 万美元（下称"房产集体和解基金"）。连同此产生的任何利息款扣为"渔民集体和解基金"和"房产集体共同基金"。每个共同基金减去 (a) 任何税款和税费费用；(b) 任何诸如支管理费用；和 (c) 任何律师费和成本以及法院向集体诉讼代表颁发奖励支付的任何费用（"服务奖励"）。剩余额将用于向集体成员支付（"分配计划"）分配给符合资格的集体成员。如果您被识别或有解释下的款项，则和解基金提供一个实际对其中部分可能的款。

**谁是该集体的代表？**

法院已指定 Lieff Cabraser Heimann ＆ Bernstein LLP、Keller Rohrback L.L.P、Cappello ＆ Noel LLP 和 Audet ＆ Partners, LLP（"集体诉讼律师"）为该集体的代表律师。不会向您收取律师费，集体诉讼律师将向法院申请在协议提供资金的基础上支付和解基金的 33% 即诉讼集体和解基金中最多扣除 60,720,000 美元、从房产集体和解金额中最多扣除 15,180,000 美元。此外，集体诉讼律师将向法院申请报销诉讼开支（从渔民集体和解金额中最多扣除 5,200,000 美元、从房产集体和解金额中最多扣除 1,300,000 美元）。如果您想自己的律师并费用代表、您可以自费聘用一名律师。

**我需要做什么？**

如果您是集体诉讼成员、并且您希望获得和解金、您需要在一个索赔期间。如果您想获得和解付款，您必须在 2022 年 10 月 31 日或之前邮寄（邮戳）或在线提交您的索赔表以及其中规定的任何必要支持文件至以下地址：

Plains 石油泄漏和解
转交人 JND Legal Administration
P.O. Box 91450
Seattle, WA 98111
电子邮件地址：
info@PlainsOilSpillSettlement.com
网址：www.PlainsOilSpillSettlement.com
电话：1-844-202-9486

如果您是集体成员、您可以提出异议或告诉法院您不满意和解，您仍将留在集体之中，仍可参与和解。如果您想从 2022 年 8 月 19 日前退出、您将保留自己索赔以及任何可能。详细了解如何对和解提出异议。如果您是集体成员，并且您之前未选择退出集体，您将受到法院制定的决定。

（并就此签署完全豁免书）、则您就是本集体的成员，且您受作为和解协议一部分的索赔豁免的约束。渔民集体于 2017 年 2 月 28 日前约定获得认证；之后于 2019 年 11 月 22 日进行了修改。房产集体于 2018 年 4 月 12 日获得认证。您之前曾有机会将退出渔民集体或房产集体。如果您那时没有退出，则您现在无能退出。

**接下来会发生什么？**

法官 Phillip S. Gutierrez 将于 2022 年 9 月 16 日下午 1:30（太平洋时间）在美国加利福尼亚州中区地方法院（地址：First Street Courthouse, 350 West 1st Street, Courtroom 6A, 6th Floor, Los Angeles, California 90012-4565）主持进行最终批准审议会。在听证会上、法院将判定：(1) 法院是否批准 18,400 万美元的渔民集体和解和 4,600 万美元的房产集体和解是公平、合理和充分的；(2) 是否应从渔民和房产集体共同基金中扣除房产集体诉讼律师的律师费和服务奖励（如上所述）是合理的；(3) 是否应从渔民和房产集体共同基金中向集体诉讼代表向服务奖励（集体诉讼律师为每位集体代表申请最多 15,000 美元、共 14 位集体代表）。如果予以扣除、金额是多少；(5) 分配计划是否应获得法院的批准。

**如何获得更多信息？**

如需了解更多详情和打印和解协议、请访问 www.PlainsOilSpillSettlement.com。您也可以以寄到直接写信至 Plains石油泄漏和解转交人 JND Legal Administration，地址：P.O. Box 91450, Seattle, WA 98111；电子邮件：info@PlainsOilSpillSettlement.com；电话：1-844-202-9486）。

www.PlainsOilSpillSettlement.com　　　　　　　　　　　　　　　1-844-202-9486

FRIDAY, JULY 15, 2022

**LEGAL NOTICE**

## Nếu quý vị bị ảnh hưởng bởi Sự cố Tràn dầu ở Santa Barbara năm 2015, quý vị có thể được hưởng thanh toán từ thỏa thuận dàn xếp vụ kiện tập thể

*Một Tòa án Liên bang đã ủy quyền đưa ra Thông báo này.*

Para una notificación en español, visite: *www.PlainsOilSpillSettlement.com*
如需中文通知，请访问：*www.PlainsOilSpillSettlement.com*

**Vụ kiện này là về vấn đề gì?**

**Thỏa thuận Dàn xếp đơn lại những gì?**

**Ai đại diện cho Tập thể?**

**Tôi cần phải làm gì?**

**Ai bị ảnh hưởng?**

Plains Oil Spill Settlement
c/o JND Legal Administration
P.O. Box 91450
Seattle, WA 98111
Email: info@PlainsOilSpillSettlement.com
www.PlainsOilSpillSettlement.com
Điện thoại: 1-844-202-9486

www.PlainsOilSpillSettlement.com                                   1-844-202-9486





# PHÂN ƯU

### Vô cùng xúc động khi hay tin

# Anh PHẠM PHÚ HAY

### Đã mãn phần ngày 29 tháng 6, 2022 tại Garden Grove, CA - USA

## Hưởng đại thọ 86 tuổi

Xin chia sẻ nỗi mất mát lớn lao của **Chị HAY** và các cháu cùng tang quyến.

Xin Thành Tâm nguyện cầu linh hồn **Anh PHẠM PHÚ HAY**

sớm được thanh thản về **Nước Chúa**.

### Các bạn hội Thân Hữu Quảng Đà miền Đông Bắc Hoa Kỳ
### Lê Hữu Em, vợ và các con các cháu (MD)
### Lê Tông Mộng Hoa, chồng và các con các cháu (VA)
### Tống Vương Thịnh và vợ (VA)

# ĐỒNG THÀNH KÍNH PHÂN ƯU

**AVISO LEGAL**

# Si se vio afectado por el Derrame de petróleo de Santa Bárbara de 2015, es posible que tenga derecho a recibir un pago de un acuerdo de demanda colectiva.

### *Un tribunal federal autorizó este Aviso.*

*Để nhận thông báo tiếng Việt, vui lòng truy cập: www.PlainsOilSpillSettlement.com*

如需中文通知，请访问：www.PlainsOilSpillSettlement.com

---

Se ha llegado a un Acuerdo en la demanda colectiva denominada *Andrews et al. v. Plains All American Pipeline, L.P. et al.*, N.º 2:15-cv-04113 (PSG;JEM) (C.D. Cal.).

**¿De qué se trata esto?**

En la demanda colectiva, se alega que Plains All American Pipeline L.P. y Plains Pipeline L.P. ("Plains" o los "Demandados") causaron la ruptura de un ducto subterráneo, lo que ocasionó un derrame de petróleo a lo largo de la costa en el condado de Santa Bárbara el 19 de mayo de 2015. El Acuerdo se hace en nombre de los miembros del Grupo de pescadores y del Grupo de propiedades que fueron previamente certificados por este Tribunal. Los Demandantes del Grupo de pescadores alegan que el derrame causó daños a largo plazo a la pesca comercial en los bloques del área afectados, incluida pérdidas financieras significativas. Los Demandantes del Grupo de propiedades alegan que los propietarios y arrendatarios no pudieron usar ni disfrutar de sus propiedades como resultado del derrame, porque el petróleo fue arrastrado hasta sus propiedades y las playas adyacentes a sus propiedades. Plains niega cualquier reclamación de irregularidades y refuta todas las reclamaciones. Si el Acuerdo es aprobado por el Tribunal, resolverá todas las reclamaciones restantes del litigio de demanda colectiva pendiente ante el Tribunal de Distrito de los Estados Unidos para el Distrito Central de California. El Acuerdo del Grupo de pescadores es por $184 millones, y el Acuerdo del Grupo de propiedades es por $46 millones, incluidos los honorarios de abogados y costas.

El Tribunal no ha decidido quién debe ganar este litigio, si los Demandantes o Demandados. Las Partes conciliadoras no concuerdan en cuanto a si las reclamaciones de los Demandantes hubieran sido reconocidas frente a Plains, o al monto de los daños y perjuicios, si los hubiera, que serían recuperables si el Grupo prevaleciera respecto de las reclamaciones alegadas. Por tanto, después de años de litigio, que incluyeron una moción de desestimación, certificación de grupo y etapas de juicio sumario, ambas partes celebraron un Acuerdo. Las Partes también culminaron una etapa de descubrimiento sustancial y se estaban preparando para que el juicio comenzara el 2 de junio de 2022.

**¿Quién se ve afectado?**

Usted es miembro del Grupo de pescadores si es una persona o empresa que era propietaria o trabajaba en una embarcación que estaba operativa al 19 de mayo de 2015 y que: (1) desembarcó mariscos comerciales en los bloques de pesca del Departamento de Pesca y Vida Silvestre de California (California Department of Fish & Wildlife, "CDFW") 654, 655 o 656, o (2) desembarcó mariscos comerciales, excepto peces de fondo o especies altamente migratorias (según lo definido por el CDFW y el Consejo de Gestión de Pesca del Pacífico), en los bloques de pesca del CDFW 651-656, 664-670, 678-686, 701-707, 718-726, 739-746, 760-765 u 806-809, del 19 de mayo de 2010 al 19 de mayo de 2015, inclusive, o si usted era una persona o empresa en funcionamiento al 19 de mayo de 2015 que compró dichos mariscos comerciales directamente de los pescadores comerciales y los revendió a nivel minorista o mayorista. Puede averiguar si es miembro del Grupo de pescadores visitando www.PlainsOilSpillSettlement.com.

Usted es miembro del Grupo de propiedades si era propietario o arrendatario de una propiedad residencial frente a la playa o de una propiedad con una servidumbre privada a una playa donde llegó el petróleo del derrame de Santa Bárbara de 2015 y este fue clasificado como pesado, moderado o ligero. Puede averiguar si su propiedad está incluida en la página www.PlainsOilSpillSettlement.com, donde se publica una lista de las propiedades que, según los Demandantes, se vieron afectadas.

**¿Qué dispone el Acuerdo?**

Si se aprueba el Acuerdo, se crearán dos fondos en efectivo, uno de $184,000,000 (el "Monto del Acuerdo del Grupo de pescadores") y otro de $46,000,000 (el "Monto del Acuerdo del Grupo de propiedades") que conformarán, junto con cualquier interés devengado, el "Fondo común del Grupo de pescadores" y el "Fondo común del Grupo de propiedades", respectivamente. Cada uno de los fondos comunes menos (a) los impuestos y gastos fiscales; (b) gastos administrativos y de notificaciones, y (c) honorarios de abogados y costas, y toda compensación por servicios a los Representantes del Grupo por su trabajo de representación que otorgue el Tribunal (los "Fondos neto del Acuerdo"), se distribuirá entre los miembros del Grupo elegibles de conformidad con un plan de distribución propuesto (el "Plan de distribución"). Si usted tiene derecho a una reparación en virtud del Acuerdo, el Administrador del Acuerdo determinará la parte del Fondo neto que se le pagará conforme al Plan de distribución que apruebe el Tribunal.

**¿Quién representa al Grupo?**

El Tribunal ha designado a Lieff Cabraser Heimann Bernstein LLP, Keller Rohrback L.L.P. y Cappello & Noel LLP, y a Audet & Partners, LLP ("Abogados del Grupo") como los abogados que representan al Grupo. No se le cobrará por los servicios de estos abogados. Los Abogados del Grupo solicitarán al Tribunal una adjudicación de honorarios de abogados por un monto que no excederá el 33% del Monto total del Acuerdo (no más de $60,720,000 del Monto del Acuerdo del Grupo de pescadores y $15,180,000 del Monto del Acuerdo del Grupo de propiedades). Además, los Abogados del Grupo solicitarán al Tribunal el reembolso de sus gastos de litigio (por un monto que no excederá los $5.2 millones del Monto del Acuerdo del Grupo de pescadores y $1.3 millones del Monto del Acuerdo del Grupo de propiedades). Si desea que lo representase su propio abogado, podrá contratar uno y asumir el cargo.

**¿Qué debo hacer?**

**Si usted es miembro del Grupo y desea obtener dinero del Acuerdo, debe presentar un Formulario de reclamación,** disponible en www.PlainsOilSpillSettlement.com, o bien llamar al número gratuito 1-844-202-9486 para solicitar que se le envíe por correo postal una copia impresa del Formulario de reclamación. Su Formulario de reclamación y, si es necesario, cualquier documentación de respaldo requerida, deben tener sello postal (si se envía por correo) o enviarse en línea a la siguiente dirección, **a más tardar el 31 de octubre de 2022, o antes** de dicha fecha.

*Plains Oil Spill Settlement*
c/o JND Legal Administration
P.O. Box 91450
Seattle, WA 98111
Correo electrónico: info@PlainsOilSpillSettlement.com
www.PlainsOilSpillSettlement.com
Número de teléfono: 1-844-202-9486

Si usted es miembro del Grupo, puede objetar o decirle al Tribunal lo que no le gusta del Acuerdo. Seguirá estando obligado por el Acuerdo y aún podrá presentar un Reclamo. Las objeciones deben notificarse/presentarse a más tardar el **19 de agosto de 2022.** Visite www.PlainsOilSpillSettlement.com para obtener detalles sobre cómo objetar el Acuerdo. Si usted es miembro del Grupo y no optó previamente por excluirse del Grupo en virtud de un acuerdo por separado con Plains para el cual firmó una renuncia completa, usted es miembro del Grupo y estará obligado por la renuncia de reclamaciones como parte del Acuerdo. El Grupo de pescadores se certificó por primera vez el 28 de febrero de 2017 y luego se modificó el 22 de noviembre de 2019. El Grupo de propiedades fue certificado el 17 de abril de 2018. Anteriormente, usted tuvo la oportunidad de excluirse del Grupo de pescadores y del Grupo de propiedades. Si no se excluyó entonces, no puede excluirse ahora.

**¿Qué ocurrirá después?**

El Tribunal celebrará la Audiencia de aprobación definitiva el **16 de septiembre de 2022 a la 1:30 p. m. hora del Pacífico,** ante el Honorable Juez Phillip S. Gutiérrez en el Tribunal de Distrito de los Estados Unidos para el Distrito Central de California: First Street Courthouse, 350 West 1st Street, Courtroom 6A, 6th Floor, Los Ángeles, California 90012-4565. En la audiencia, el Tribunal determinará lo siguiente: (1) si el Acuerdo por $184,000,000 para el Grupo de pescadores y por $46,000,000 para el Grupo de propiedades es justo, razonable y adecuado, y por tanto, debe ser aprobado por el Tribunal; (2) si la Sentencia, según lo dispuesto en el Acuerdo de conciliación, debe ser registrada; (3) si adjudica honorarios y gastos al Abogado del Grupo a partir de los Fondos comunes del Grupo de propiedades y de pescadores y, si es así, qué cantidad; (4) si adjudica compensaciones por servicios a los Demandantes (el Abogado del Grupo está solicitando $15,000 para cada uno de los 14 Representantes del Grupo) en relación con la representación de los Grupos a partir de los Fondos comunes del Grupo de propiedades y de pescadores y, si es así, qué cantidad, y (5) si el Plan de distribución debe ser aprobado por el Tribunal.

**¿Cómo obtengo más información?**

Para obtener más detalles e imprimir el Acuerdo de conciliación, visite www.PlainsOilSpillSettlement.com. También puede escribir si tiene preguntas o notificar al Administrador del Acuerdo con respecto a los cambios de domicilio a: P*lains Oil Spill Settlement* c/o JND Legal Administration, P.O. Box 91450, Seattle, WA 98111, enviar un correo electrónico a info@PlainsOilSpillSettlement.com o llamar al Administrador del Acuerdo al 1-844-202-9486.

Case 2:15-cv-04113-PSG-JEM   Document 952   Filed 07/20/22   Page 65 of 110   Page ID #:35609

## AVISO LEGAL

# Si se vio afectado por el Derrame de petróleo de Santa Bárbara de 2015, es posible que tenga derecho a recibir un pago de un acuerdo de demanda colectiva.

### *Un tribunal federal autorizó este Aviso.*

*Để nhận thông báo tiếng Việt, vui lòng truy cập: www.PlainsOilSpillSettlement.com*

如需中文通知，请访问：*www.PlainsOilSpillSettlement.com*

---

Se ha llegado a un Acuerdo en la demanda colectiva denominada *Andrews et al. v. Plains All American Pipeline, L.P. et al.*, N.º 2:15-cv-04113 (PSG;JEM) (C.D. Cal.).

### ¿De qué se trata esto?

En la demanda colectiva, se alega que Plains All American Pipeline L.P. y Plains Pipeline L.P. ("Plains" o los "Demandados") causaron la ruptura de un ducto subterráneo, lo que ocasionó un derrame de petróleo a lo largo de la costa en el condado de Santa Bárbara el 19 de mayo de 2015. El Acuerdo se hace en nombre de los miembros del Grupo de pescadores y del Grupo de propiedades que fueron previamente certificados por este Tribunal. Los Demandantes del Grupo de pescadores alegan que el derrame causó daños a largo plazo a la pesca comercial en los bloques del grupo afectados, incluidas pérdidas financieras significativas. Los Demandantes del Grupo de propiedades alegan que los propietarios y arrendatarios no pudieron usar ni disfrutar de sus propiedades como resultado del derrame, porque el petróleo fue arrastrado hasta sus propiedades y las playas adyacentes a sus propiedades. Plains niega cualquier reclamación de irregularidades y refuta todas las reclamaciones. Si el Acuerdo es aprobado por el Tribunal, resolverá todas las reclamaciones restantes del litigio de demanda colectiva pendiente ante el Tribunal de Distrito de los Estados Unidos para el Distrito Central de California. El Acuerdo del Grupo de pescadores es por $184 millones, y el Acuerdo del Grupo de propiedades es por $46 millones, incluidos los honorarios de abogados y costas.

El Tribunal no ha decidido quién debe ganar este litigio, si los Demandantes o Demandados. Las Partes conciliadoras no concuerdan en cuanto a si las reclamaciones de los Demandantes hubieran sido reconocidas frente a Plains, o al monto de los daños y perjuicios, si los hubiera, que serían recuperables si el Grupo prevaleciera respecto de las reclamaciones alegadas. Por tanto, después de años de litigio, que incluyeron una moción de desestimación, certificación de grupo y etapas de juicio sumario, ambas partes celebraron un Acuerdo. Las Partes también culminaron una etapa de descubrimiento sustancial y se estaban preparando para que el juicio comenzara el 2 de junio de 2022.

### ¿Quién se ve afectado?

Usted es miembro del Grupo de pescadores si es una persona o empresa que era propietaria o trabajaba en una embarcación que estaba operativa al 19 de mayo de 2015 y que: (1) desembarcó mariscos comerciales en los bloques de pesca del Departamento de Pesca y Vida Silvestre de California (California Department of Fish & Wildlife, "CDFW") 654, 655 o 656, o (2) desembarcó mariscos comerciales, excepto peces de fondo o especies altamente migratorias (según lo definido por el CDFW y el Consejo de Gestión de Pesca del Pacífico), en los bloques de pesca del CDFW 651-656, 664-670, 678-686, 701-707, 718-726, 739-746, 760-765 u 806-809, del 19 de mayo del 2014 al 19 de mayo de 2015, inclusive, o si usted era una persona o empresa en funcionamiento al 19 de mayo de 2015 que compró dichos mariscos comerciales directamente de los pescadores comerciales o los revendió a nivel minorista o mayorista. Puede averiguar si es miembro del Grupo de pescadores visitando www.PlainsOilSpillSettlement.com.

Usted es miembro del Grupo de propiedades si era propietario o arrendatario de una propiedad residencial frente a la playa o de una propiedad con una servidumbre privada a una playa donde llegó el petróleo del derrame de Santa Bárbara de 2015 y este fue clasificado como pesado, moderado o ligero. Puede averiguar si su propiedad está incluida en la página www.PlainsOilSpillSettlement.com, donde se publica una lista de las propiedades que, según los Demandantes, se vieron afectadas.

### ¿Qué dispone el Acuerdo?

Si se aprueba el Acuerdo, se crearán dos fondos en efectivo, uno de $184,000,000 (el "Monto del Acuerdo del Grupo de pescadores") y otro de $46,000,000 (el "Monto del Acuerdo del Grupo de propiedades") que conformarán, junto con cualquier interés devengado, el "Fondo común del Grupo de pescadores" y el "Fondo común del Grupo de propiedades", respectivamente. Cada uno de los fondos comunes menos (a) los impuestos y gastos fiscales; (b) gastos administrativos y de notificaciones, y (c) honorarios de abogados y costas, y toda compensación por servicios a los Representantes del Grupo por su trabajo de representación que otorgue el Tribunal (los "Fondos neto del Acuerdo"), se distribuirá entre los miembros del Grupo elegibles de conformidad con un plan de distribución propuesto (el "Plan de distribución"). Si usted tiene derecho a una reparación en virtud del Acuerdo, el Administrador del Acuerdo determinará la parte del Fondo neto que se le pagará conforme al Plan de distribución que apruebe el Tribunal.

### ¿Quién representa al Grupo?

El Tribunal ha designado a Lieff Cabraser Heimann Bernstein LLP, Keller Rohrback L.L.P. y Cappello & Noel LLP, y a Audet & Partners, LLP ("Abogados del Grupo") como los abogados que representan al Grupo. No se le cobrará por los servicios de estos abogados. Los Abogados del Grupo solicitarán al Tribunal una adjudicación de honorarios de abogados por un monto que no excederá el 33% del Monto total del Acuerdo (no más de $60,720,000 del Monto del Acuerdo del Grupo de pescadores y $15,180,000 del Monto del Acuerdo del Grupo de propiedades). Además, los Abogados del Grupo solicitarán al Tribunal el reembolso de sus gastos de litigio (por un monto que no excederá los $5.2 millones del Monto del Acuerdo del Grupo de pescadores y $1.3 millones del Monto del Acuerdo del Grupo de propiedades). Si desea que lo represente su propio abogado, podrá contratar uno y asumir el cargo.

### ¿Qué debo hacer?

**Si usted es miembro del Grupo y desea obtener dinero del Acuerdo, debe presentar un Formulario de reclamación**, disponible en www.PlainsOilSpillSettlement.com, o bien llamar al número gratuito 1-844-202-9486 para solicitar que se le envíe por correo postal una copia impresa del Formulario de reclamación. Su Formulario de reclamación y, si es necesario, cualquier documentación de respaldo requerida, deben tener sello postal (si se envía por correo) o enviarse en línea a la siguiente dirección, **a más tardar el 31 de octubre de 2022, o antes** de dicha fecha.

*Plains Oil Spill Settlement*
c/o JND Legal Administration
P.O. Box 91450
Seattle, WA 98111
Correo electrónico: info@PlainsOilSpillSettlement.com
www.PlainsOilSpillSettlement.com
Número de teléfono: 1-844-202-9486

Si usted es miembro del Grupo, puede objetar o decirle al Tribunal lo que no le gusta del Acuerdo. Seguirá estando obligado por el Acuerdo y aún podrá presentar un Reclamo. Las objeciones deben notificarse/presentarse a más tardar el **19 de agosto de 2022**. Visite www.PlainsOilSpillSettlement.com para obtener detalles sobre cómo objetar el Acuerdo. Si usted es miembro del Grupo y no optó previamente por excluirse del Grupo ni celebró un acuerdo por separado con Plains para el cual firmó una renuncia completa, usted es miembro del Grupo y estará obligado por la renuncia de reclamaciones como parte del Acuerdo. El Grupo de pescadores se certificó por primera vez el 28 de febrero de 2017 y luego se modificó el 22 de noviembre de 2019. El Grupo de propiedades fue certificado el 17 de abril de 2018. Anteriormente, usted tuvo la oportunidad de excluirse del Grupo de pescadores y del Grupo de propiedades. Si no se excluyó entonces, no puede excluirse ahora.

### ¿Qué ocurrirá después?

El Tribunal celebrará la Audiencia de aprobación definitiva el **16 de septiembre de 2022 a la 1:30 p. m. hora del Pacífico**, ante el Honorable Juez Phillip S. Gutiérrez en el Tribunal de Distrito de los Estados Unidos para el Distrito Central de California: First Street Courthouse, 350 West 1st Street, Courtroom 6A, 6th Floor, Los Ángeles, California 90012-4565. En la audiencia, el Tribunal determinará lo siguiente: (1) si el Acuerdo por $184,000,000 para el Grupo de pescadores y por $46,000,000 para el Grupo de propiedades es justo, razonable y adecuado, y por tanto, debe ser aprobado por el Tribunal; (2) si la Sentencia, según lo dispuesto en el Acuerdo de conciliación, debe ser registrada; (3) si adjudica honorarios y gastos al Abogado del Grupo a partir de los Fondos comunes del Grupo de propiedades y de pescadores y, si es así, qué cantidad; (4) si adjudica compensaciones por servicios a los Demandantes (el Abogado del Grupo está solicitando $15,000 para cada uno de los 14 Representantes del Grupo) en relación con su representación de los Grupos a partir de los Fondos comunes del Grupo de propiedades y de pescadores y, si es así, qué cantidad, y (5) si el Plan de distribución debe ser aprobado por el Tribunal.

### ¿Cómo obtengo más información?

Para obtener más detalles e imprimir el Acuerdo de conciliación, visite www.PlainsOilSpillSettlement.com. También puede escribir si tiene preguntas o notificar al Administrador del Acuerdo con respecto a los cambios de domicilio a: *Plains Oil Spill Settlement* c/o JND Legal Administration, P.O. Box 91450, Seattle, WA 98111, enviar un correo electrónico a info@PlainsOilSpillSettlement.com o llamar al Administrador del Acuerdo al 1-844-202-9486.

---

B8 The Bakersfield Californian Tuesday, July 19, 2022



# Get your
# News & More
## from The Bakersfield Californian



**Subscribe to The Californian and you will get**
- Daily e-Edition
- All of your local news, sports and entertainment
- Money-saving coupons
- Bakersfield Life™, our monthly lifestyle magazine

**The Bakersfield Californian**

To subscribe call
**661-392-5777**
or visit www.bakersfield.com
Facebook.com/BakersfieldCalifornian

---

**LEGAL NOTICE**

## If you were affected by the 2015 Santa Barbara Oil Spill, you may be entitled to a payment from a class action settlement

*A Federal Court authorized this Notice.*

Para una notificación en español, visite: www.PlainsOilSpillSettlement.com
Để nhận thông báo tiếng Việt, vui lòng truy cập: www.PlainsOilSpillSettlement.com
如需中文通知，请访问：www.PlainsOilSpillSettlement.com

**What is this about?**

The lawsuit claims that Plains All American Pipeline, L.P. and Plains Pipeline L.P. ("Plains" or "Defendants") caused an underground pipeline to rupture, resulting in an oil spill along the coast in Santa Barbara County on May 19, 2015. The Settlement is on behalf of members of the Fisher Class and Property Class previously certified by this Court. Plaintiffs for the Fisher Class allege the spill caused long term harm to commercial fishing in the affected class blocks, including significant financial losses. Plaintiffs for the Property Class allege that owners and lessees were unable to use and enjoy their properties as a result of the spill because oil washed up onto their properties and onto beaches adjacent to their properties. Plains denies any claims of wrongdoing and disputes all claims. The Settlement, if approved by the Court, will resolve all remaining claims in the class action litigation pending in the United States District Court for the Central District of California. The Fisher Class Settlement is $184 million, and the Property Class Settlement is $46 million, inclusive of attorneys' fees and costs.

The Court has not decided whether Plaintiffs or Defendants should win this Litigation. The Settling Parties do not agree on whether Plaintiffs would have prevailed on any of their claims against Plains, or the amount of damages, if any, that would be recoverable if the Class prevailed on the claims alleged. Instead, both sides agreed to the Settlement after years of contested litigation, including at the motion to dismiss, class certification, and summary judgment stages. The Parties had also completed substantial discovery and were preparing for trial to commence on June 2, 2022.

**Who is affected?**

You are a Fisher Class Member if you are a person or business who owned or worked on a vessel that was in operation as of May 19, 2015 and that: (1) landed any commercial seafood in California Department of Fish & Wildlife ("CDFW") fishing blocks 654, 655, or 656; or (2) landed any commercial seafood, except groundfish or highly migratory species (as defined by the CDFW and the Pacific Fishery Management Council), in CDFW fishing blocks 651-656, 664-670, 678-686, 701-707, 718-726, 739-746, 760-765, or 806-809; from May 19, 2010 to May 19, 2015, inclusive, or if you are a person or business in operation as of May 19, 2015 who purchased such commercial seafood directly from the Commercial Fishers and re-sold it at the retail or wholesale level. You can find out if you are a Fisher Class Member by going to www.PlainsOilSpillSettlement.com.

You are a Property Class Member if you owned or leased residential beachfront property or property with a private easement to a beach where oil from the 2015 Santa Barbara oil spill washed up and the oilrap was categorized as heavy, moderate, or light. You can find out if your property is included by going to www.PlainsOilSpillSettlement.com, where a list of properties Plaintiffs claim were impacted is posted.

**What does the Settlement provide?**

The Settlement, if approved, will result in the creation of two cash settlement funds of $184,000,000 (the "Fisher Class Settlement Amount") and $46,000,000 ("the Property Class Settlement Amount"), together with any interest earned thereon, the "Fisher Class Common Fund" and "Property Class Common Fund," respectively. Each of the common funds less (a) any Taxes and Tax Expenses; (b) any Notice and Administration Expenses; and (c) any attorneys' fees and costs and any service awards to Class Representatives in connection with their representation of the Class, awarded by the Court (the "Net Settlement Funds"), will be distributed to eligible Class Members pursuant to a proposed plan of distribution ("Plan of Distribution"). If you are entitled to relief under the Settlement, the Settlement Administrator will determine your portion of the Net Settlement Fund payable to you pursuant to the Court-approved Plan of Distribution.

**Who represents the Class?**

The Court has appointed Lieff Cabraser Heimann Bernstein LLP, Keller Rohrback L.L.P., Cappello & Noel LLP, and Audet & Partners, LLP ("Class Counsel") to be the attorneys representing the Class. You will not be charged for these lawyers. Class Counsel will apply to the Court for an award of attorneys' fees in an amount not to exceed 33% of the total Settlement Amount (no more than $60,720,000 from the Fisher Class Settlement Amount and $15,180,000 from the Property Class Settlement Amount). In addition, Class Counsel will apply to the Court for reimbursement of their litigation expenses (in an amount not to exceed $5.2 million from the Fisher Class Settlement Amount and $1.3 million from the Property Class Settlement Amount). If you want to be represented by your own lawyer, you may hire one at your own expense.

**What do I need to do to?**

If you are a Class Member and you wish to get money from the Settlement, you are required to submit a Claim Form available at www.PlainsOilSpillSettlement.com, or by calling the toll-free number 1-844-202-9486 to request that a hard copy Claim Form be mailed to you. Your Claim Form and, if necessary, any required supporting documentation as set forth therein must be postmarked (if mailed) or submitted online to the address below on or before October 31, 2022.

*Plains Oil Spill Settlement*
c/o JND Legal Administration
P.O. Box 91450
Seattle, WA 98111
Email: info@PlainsOilSpillSettlement.com
www.PlainsOilSpillSettlement.com
Telephone: 1-844-202-9486

If you are a Class Member you may object or tell the Court what you do not like about the Settlement. You will still be bound by the Settlement, and you may still file a claim. Objections must be served/filed no later than August 19, 2022. Go to www.PlainsOilSpillSettlement.com for details on how to object to the Settlement. If you are a Class Member and you did not previously opt out of the Class or enter a separate settlement with Plains for which you signed a full release, you are a member of the Class and you will be bound by the release of claims as part of the Settlement. The Fisher Class was first certified on February 28, 2017, and later amended on November 22, 2019. The Property Class was certified on April 17, 2018. You previously had an opportunity exclude yourself from the Fisher Class and the Property Class. If you did not exclude yourself then, you may not exclude yourself now.

**What happens next?**

The Court will hold a Final Approval Hearing on September 16, 2022, at 1:30 p.m. Pacific, before the Honorable Phillip S. Gutierrez at the United States District Court for the Central District of California, First Street Courthouse, 350 West 1st Street, Courtroom 6A, 6th Floor, Los Angeles, California 90012-4565. At the hearing the Court will determine whether: (1) the Settlement of $184,000,000 for the Fisher Class and $46,000,000 for the Property Class should be approved by the Court as fair, reasonable and adequate; (2) the Judgment as provided under the Settlement Agreement should be entered; (3) to award Class Counsel attorneys' fees and expenses out of the Fisher and Property Class Common Funds and, if so, in what amount; (4) to award Plaintiffs' service awards (Class Counsel is requesting $15,000 for each of the 14 Class Representatives) in connection with their representations of the Classes out of the Fisher and Property Class Common Funds and, if so, in what amount; and (5) the Plans of Distribution should be approved by the Court.

**How do I get more information?**

For more details and to print the Settlement Agreement, go to www.PlainsOilSpillSettlement.com, or by calling the toll-free number 1-844-202-9486. You may also write with questions or notify the Settlement Administrator regarding address changes to Plains Oil Spill Settlement c/o JND Legal Administration, P.O. Box 91450, Seattle, WA 98111, email at info@PlainsOilSpillSettlement.com or call the Settlement Administrator at 1-844-202-9486.

www.PlainsOilSpillSettlement.com      1-844-202-9486*

A8 | WEDNESDAY, JULY 13, 2022

LOMPOC RECORD

## Plan

From A5

Indians and the Economic Alliance Foundation, an EconAlliance spokeswoman said.

The majority of the grant will be used to hire a telecom consultant to identify and assess two viable routes for a fiber ring that will address the need for what's known as the "middle mile" of broadband service to five North County cities and several unincorporated communities.

In the telecommunications industry, the "middle mile" is the physical fiber optic infrastructure that connects an internet service provider's network center to a local hub, from which the "last mile" connections are made to customers.

It consists of high-capacity fiber-optic lines that carry large amounts of data at high speeds over long distances, thus enabling high-speed service to individual homes and businesses.

Assessment work will include a market analysis and business plan analyzing route construction, operations and governance options that will result in recommendations for the fiber ring.

Grant-funded work is expected to start later this summer, according to the Economic Development Administration's startup timeline.

The effort builds on work the Chumash previously performed to develop a plan to bring broadband service to the Chumash Reservation in Santa Ynez.

"The Chumash have already provided the model for the rest of us to follow," said Bill Simmons, coordinator of the Broadband Task Force. "From the development of an initial strategy to the application to the state for a technical assistance grant, followed by this funding request for design and engineering, they've been a trailblazer for what is now occurring across the region."

The Santa Ynez Chumash and EconAlliance, both part of the tri-county Broadband Consortium Pacific Coast for several years, helped launch study and analysis efforts in North County with informational forums, the Chumash broadband strategic plan and development of the North County fiber ring concept.

"Partnering with EconAlliance on this project and receiving this federal grant brings us closer to improving internet access throughout northern Santa Barbara County," said Kenneth Kahn, tribal chairman for the Santa Ynez Band.

The Chumash and EconAlliance also are part of the Santa Barbara County Broadband Strategy Project team working with the Santa Barbara County Association of Governments and REACH as well as the Broadband Consortium Pacific Coast to integrate countywide broadband planning and development.

"This is great news for efforts to increase affordable access to high-performing internet access in areas where it matters the most," said Marjie Kirn, executive director of SBCAG. "Funding like this strengthens the partnerships we have in place to make our communities better and improve lives.

"We commend the Santa Ynez Band of Chumash Indians and EconAlliance for looking beyond what's next for our region," Kirn said. "Together, we remain committed to finish the countywide vision for broadband by this fall."

Joe Halsell, past president and board member of the EconAlliance, was an early supporter of the organization's broadband efforts.

Halsell said EconAlliance identified broadband as critical for economic development back in 2013, and he credited Chris Chirgwin, chairman of the organization's Broadband Advisory Group, with developing the North County fiber ring concept.

## Fair

From A1

and "just about any sugar sweetness" deep fried, Barks said.

"For the concerts, we're doing something a little different this year," she said. "We're doing all tributes this year, which should be really fun."

The free Michelob Ultra Concert Series will open Wednesday with Kings of Queen, a Queen tribute band.

Opening Day will also offer 5 Before 5 specials, when from 3 to 5 p.m. all admissions will be $5, which will be repeated Thursday.

Santa Maria Regional Transit will provide free trolley rides from the Vallarta/Harbor Freight bus stop on Broadway to the admission gate on Thornburg Street from 2 to 11 p.m. Wednesday and Thursday and 11 a.m. to 11 p.m. Friday and Saturday.

The trolley will make pickups about every 15 or 20 minutes, a city spokesman said.

Thursday's evening concert will feature Garth Guy and Shades of Shania playing tributes to country music stars Garth Brooks and Shania Twain.

Friday is Agriculture & Cattleman's Day, sponsored by Gold Coast Toyota Dealers, and the start of the Junior Livestock Show and Auction, when youths ages 6 to 11 will be admitted free all day.

Probably because many youths didn't raise fair animals during the pandemic, the fair has seen fewer entries than in previous years.

"We have had as many as 1,200 exhibitors [and] animals," Barks said. "This year we are closer to 600."

But the quality of the livestock is expected to be just as high as in the past.

"These kids truly are in it [for] the love of it and wanting to participate for more than just financial gain," she added.

Motocross exhibitions will be staged Friday and Saturday night in the Michelob Ultra Minetti Arena, and the Friday evening concert will feature performances by Journey Revisited and Def Leppard Revisited on the Main Stage.

Saturday is Military and Law Enforcement Appreciation Day, sponsored by Mechanics Banks, when all military and law enforcement personnel with valid IDs will be admitted free.

The Junior Livestock Auction will conclude Saturday, when the Main Stage show will be a "date-night concert" featuring tributes to Luke Bryan and Kenny Chesney.

Sunday, the fair will wrap up with Fiesta Day, highlighted by the Hispanic concert starting at 2 p.m. in the Michelob Ultra Minetti Arena.

Kiddie Kave, the RAHA Freestyle Motocross Shows and the Hispanic concert all require separate tickets.

### What's it cost?

Santa Barbara County Fair admission tickets for adults, listed as ages 12 to 61, are $15; youths, ages 6 to 11, and seniors, age 62 and older, are $12; and kids, ages 5 and younger, are admitted free every day.

Advance tickets are available at the Santa Maria Fairpark box office, 937 S. Thornburg St., and Farm Supply and La Miramar Western Wear & Feed locations. Tickets also will be available online 24 hours a day at www.santamaria-afairpark.com.

Carnival wristbands are $40 each.

Tickets for the RAHA FMX Motocross Show are $15 for adults, ages 12 and older, and $10 for youths, ages 6 to 11. The show's general admission tickets can be upgraded to box seats at $5 per ticket.

Parking at the Fairpark will cost $10 per day.

Gates are open from 3 to 10 p.m. Wednesday and Thursday and noon to 10 p.m. Friday, Saturday and Sunday. Carnival rides may stay open later.

The Santa Maria Fairpark is located at 937 S. Thornburg St. For more information, visit www.santamariafairpark.com or call 805-925-8824.

## Town

From A1

sign project, checks annotated with "Santa Rita Wine Sign" can be made payable to: Lompoc Valley Chamber of Commerce Community Development Foundation and mailed to P.O. Box 626, Lompoc, CA 93438.

## Final screening for Movies in the Park set for July 23

The Lompoc Parks & Recreation Division is offering Movies in the Park summer programming at Ryon Memorial Park

through July 23.

The outdoor family-friendly event is free and open to the public.

Movies are shown on a giant inflatable screen in the old section of Ryon Park starting at dusk, or 8 p.m.

The last show of the season will be "Clifford the Big Red Dog" on Saturday, July 23.

Families are invited to

bring low-back chairs, blankets and snacks, though some movie snacks will be available for purchase at the event.

No vaping, smoking or consumption of alcohol is permitted, and pets are not allowed.

For more information, contact the Lompoc Parks & Recreation Division at 805-875-8100.

## Identified

From A5

intersection of Highway 46 and Golden Hill Road in Paso Robles, where SLO sheriff's deputies saw the suspect vehicle, described as a blue 2011 BMW, according to officials.

Deputies lost sight of the vehicle, but spotted it at about 5:50 p.m. traveling east on Highway 46, near Mill Road in Paso Robles. A

California Highway Patrol helicopter was called to assist with tracking the vehicle.

Deputies tried stopping the vehicle, but the driver accelerated and a high-speed pursuit ensued eastbound from San Luis Obispo County to Kern County, according to sheriff's officials.

Kern County sheriff's officials pursued the vehicle until it reached a location near Kecks Road, where the two occupants abandoned

the vehicle and ran into an orchard. Several additional police personnel responded to the scene, including a Kern County sheriff's K-9, air unit and SWAT team.

A perimeter was established around the orchard and a homeowner reported that he was missing an ATV. A witness reported to deputies that two men were seen running northbound from Highway 46, east of the orchard, and had possibly left behind an ATV, which was

located by K-9 handlers in the area a short time later, according to officials.

Later, officials said two males were seen running northbound away from Highway 46 and the ATV as they attempted to hide in a canal. A juvenile suspect was located and arrested without incident, while Kuanboonchan was found deceased at the scene with a gun located nearby, according to Kern County Sheriff's officials.

**LEGAL NOTICE**

# If you were affected by the 2015 Santa Barbara Oil Spill, you may be entitled to a payment from a class action settlement

*A Federal Court authorized this Notice.*

*Para una notificación en español, visite: www.PlainsOilSpillSettlement.com*

*Để nhận thông báo tiếng Việt, vui lòng truy cập: www.PlainsOilSpillSettlement.com*

*如需中文通知，请访问：www.PlainsOilSpillSettlement.com*

A Settlement has been reached in the class action lawsuit called *Andrews et al. v. Plains All American Pipeline, L.P. et al.*, No. 2:15-cv-04113 (PSG-JEM) (C.D. Cal.).

**What is this about?**

The lawsuit claims that Plains All American Pipeline L.P. and Plains Pipeline L.P. ("Plains" or "Defendants") caused an underground pipeline to rupture, resulting in an oil spill along the coast in Santa Barbara County on May 19, 2015. The Settlement is on behalf of members of the Fisher Class and Property Class previously certified by this Court. Plaintiffs for the Fisher Class allege the spill caused long term harm to commercial fishing in the affected class blocks, including significant financial losses. Plaintiffs for the Property Class allege that owners and lessees were unable to use and enjoy their properties as a result of the spill because oil washed up onto their properties and onto beaches adjacent to their properties. Plains denies any claims of wrongdoing and disputes all claims. The Settlement, if approved by the Court, will resolve all remaining claims in the class action litigation pending in the United States District Court for the Central District of California. The Fisher Class Settlement is $184 million, and the Property Class Settlement is $46 million, inclusive of attorneys' fees and costs.

The Court has not decided whether Plaintiffs or Defendants should win this Litigation. The Settling Parties do not agree on whether Plaintiffs would have prevailed on any of their claims against Plains, or the amount of damages, if any, that would be recoverable if the Class prevailed on the claims alleged. Instead, both sides agreed to the Settlement after years of contested litigation, including at the motion to dismiss, class certification, and summary judgment stages. The Parties had also completed substantial discovery and were preparing for trial to commence on June 2, 2022.

**Who is affected?**

You are a Fisher Class Member if you are a person or business who owned or worked on a vessel that was in operation as of May 19, 2015 and that: (1) landed any commercial seafood in California Department of Fish & Wildlife ("CDFW") fishing blocks 654, 655, or 656; or (2) landed any commercial seafood, except groundfish or highly migratory species (as defined by the CDFW and the Pacific Fishery Management Council), in CDFW fishing blocks 651-656, 664-670, 678-686, 701-707, 718-726, 739-746, 760-765, or 806-809; from May 19, 2010 to May 19, 2015, inclusive; or if you are a person or business in operation as of May 19, 2015 who purchased such commercial seafood direct from the Commercial Fishers and re-sold it at the retail or wholesale level. You can find out if you are a Fisher Class Member by going to www.PlainsOilSpillSettlement.com.

You are a Property Class Member if you owned or leased residential beachfront property or property with a private easement to a beach where oil from the 2015 Santa Barbara oil spill washed up and the oiling was categorized as heavy, moderate, or light. You can find out if your property is included by going to www.PlainsOilSpillSettlement.com, where a list of properties Plaintiffs claim were impacted is posted.

**What does the Settlement provide?**

The Settlement, if approved, will result in the creation of two cash settlement funds of $184,000,000 (the "Fisher Class Settlement Amount") and $46,000,000 ("the Property Class Settlement Amount"), together with any interest earned thereon, the "Fisher Class Common Fund" and "Property Class Common Fund," respectively. Each of the common funds less (a) any Taxes and Tax Expenses; (b) any Notice and Administration Expenses; and (c) any attorneys' fees and costs and any service awards to Class Representatives in connection with their representation of the Class, awarded by the Court (the "Net Settlement Funds"), will be distributed to eligible Class Members pursuant to a proposed plan of distribution ("Plan of Distribution"). If you are entitled to relief under the Settlement, the Settlement Administrator will determine your portion of the Net Settlement Fund payable to you pursuant to the Court-approved Plan of Distribution.

**Who represents the Class?**

The Court has appointed Lieff Cabraser Heimann Bernstein LLP, Keller Rohrback L.L.P., Cappello & Noel LLP, and Audet & Partners, LLP ("Class Counsel") to be the attorneys representing the Class. You will not be charged for these lawyers. Class Counsel will apply to the Court for an award of attorneys' fees in an amount not to exceed 33% of the total Settlement Amount (no more than $60,720,000 from the Fisher Class Settlement Amount and $15,180,000 from the Property Class Settlement Amount). In addition, Class Counsel will apply to the Court for reimbursement of their litigation expenses (in an amount not to exceed $5.2 million from the Fisher Class Settlement Amount and $1.3 million from the Property Class Settlement Amount). If you want to be represented by your own lawyer, you may hire one at your own expense.

**What do I need to do?**

If you are a Class Member and you wish to get money from the Settlement, you are required to submit a Claim Form available at www.PlainsOilSpillSettlement.com, or by calling the toll-free number 1-844-202-9486 to request that a hard copy Claim Form be mailed to you. Your Claim Form and, if necessary, any required supporting documentation as set forth therein must be postmarked (if mailed) or submitted online to the address below on or before October 31, 2022.

*Plains Oil Spill Settlement*
c/o JND Legal Administration
P.O. Box 91450
Seattle, WA 98111
Email: info@PlainsOilSpillSettlement.com
www.PlainsOilSpillSettlement.com
Telephone: 1-844-202-9486

If you are a Class Member you may object or tell the Court what you do not like about the Settlement. You will still be bound by the Settlement, and you may still file a claim. Objections must be served/filed no later than August 19, 2022. Go to www.PlainsOilSpillSettlement.com for details on how to object to the Settlement. If you are a Class Member and you did not previously opt out of the Class or enter a separate settlement with Plains for which you signed a full release, you are a member of the Class and you will be bound by the release of claims as part of the Settlement. The Fisher Class was first certified on February 28, 2017, and later amended on November 22, 2019. The Property Class was certified on April 17, 2018. You previously had an opportunity exclude yourself from the Fisher Class and the Property Class. If you did not exclude yourself then, you may not exclude yourself now.

**What happens next?**

The Court will hold a Final Approval Hearing on September 16, 2022, at 1:30 p.m. Pacific, before the Honorable Phillip S. Gutierrez at the United States District Court for the Central District of California, First Street Courthouse, 350 West 1st Street, Courtroom 6A, 6th Floor, Los Angeles, California 90012-4565. At the hearing the Court will determine whether: (1) the Settlement of $184,000,000 for the Fisher Class and $46,000,000 for the Property Class should be approved by the Court as fair, reasonable and adequate; (2) the Judgment as provided under the Settlement Agreement should be entered; (3) to award Class Counsel attorneys' fees and expenses out of the Fisher and Property Class Common Funds and, if so, in what amount; (4) to award Plaintiffs' service awards (Class Counsel is requesting $15,000 for each of the 14 Class Representatives) in connection with their representation of the Classes out of the Fisher and Property Class Common Funds and, if so, in what amount; and (5) the Plans of Distribution should be approved by the Court.

**How do I get more information?**

For more details and to print the Settlement Agreement, go to www.PlainsOilSpillSettlement.com. You may also write with questions or notify the Settlement Administrator regarding address changes to *Plains Oil Spill Settlement* c/o JND Legal Administration, P.O. Box 91450, Seattle, WA 98111, email at info@PlainsOilSpillSettlement.com or call the Settlement Administrator at 1-844-202-9486.

# SANTA BARBARA NEWS-PRESS



# Classified

**To place an ad please call (805) 963-4391 or email to classad@newspress.com**

## REAL ESTATE

| | |
|---|---|
| Business | 30 |
| R.E. General | 40 |
| Condos | 50 |
| P.U.D. | 60 |
| Houses | 70 |
| Shared Equity | 80 |
| Ballard | 90 |
| Buellton | 100 |
| Goleta | 115 |
| Goleta | 120 |
| Hope Ranch | 130 |
| Lompoc | 140 |
| Los Alamos | 150 |
| Los Olivos | 160 |
| Montecito | 170 |
| Mesa North | 180 |
| More Mesa | 190 |
| Rancho Embarcadero | 195 |
| Santa Ynez | 200 |
| Solvang | 210 |
| Summerland | 220 |
| Other SB County Prop | 230 |
| Manufactured Homes | 240 |
| S.L.O. County | 250 |
| Ventura County | 260 |
| Out of County | 270 |
| Out of State | 280 |
| Beach Homes | 290 |
| Beach Property | 300 |
| Desert | 310 |
| Mountain Property | 320 |

### HOUSES 70

**RANDY GLICK**

GLICK REAL ESTATE ASSOCIATES
Honest, Caring, Proven
**805-689-7167**
RandyRandyglick.com
RandyGlick.com

Top 1/2%
Berkshire Hathaway
Agents Nationwide.
#9 residential agent for the
Santa Barbara MLS for 2019.

BERKSHIRE HATHAWAY
HomeServices
California Properties

## MERCHANDISE

Antiques
Appliances
Art
Auctions
Audio/Stereo
Auto Parts
Bicycles
Building Materials
Collectible
Communications
Computers
Farm Equipment
Feed/Fuel
Furniture
Garage Sales
Health Services/ Supplies
Hobbies
Jewelry
Livestock
Machinery
Miscellaneous
Misc. Wanted
Musical

## BICYCLE

### New/Used/Rentals
(Dav Wk Mo)
LOW PRICES!
Isla Vista Bikes • 805-968-3338

### FURNITURE

**CUSTOM SOFA SPECIALIST LOCAL**
Affordable custom made & sized sofas & sectionals for far less than retail store prices. Styles inspired by Pottery Barn, Rest. Hardware & Sofas U Love. Buy FACTORY DIRECT & save 30-50%. Quality leather, stains/pet & upholstered styles. Call 805-566-2989 to visit Carp. showroom.

## LEGAL AD DEADLINES

Publication Day: Sat.-Mon.
Due: Thursday 9 a.m.

Publication Day: Tuesday
Due: Friday 9 a.m.

Publication Day: Wednesday
Due: Monday 9 a.m.

Publication Day: Thursday
Due: Tuesday 9 a.m.

Publication Day: Friday
Due: Wednesday 9 a.m.

For additional information, please email legals@newspress.com or call (805) 564-5218.

---

## Service Directory

Advertise Here
For As Low as
**$5.97**
Per-Day!
*Rate Based on
30 day consecutive
run.

### GARDENING

**J.W.'s Landscape & Gardening Services**
We fulfil all gardening & landscape needs! Commercial & Residential 805-448-7177

### HAULING

**Express Hauling**
FREE EST., ANY DAY, JUNK, BRUSH, CLEAN YARD & GARAGE, TRIM TREES, CEMENT, METAL, DIRT, JACUZZI, LIFT GATE, HANDYMAN 805-685-3649

### LANDSCAPING

**Casa Landscape Maint.**
Weekly/Bi-Weekly/Monthly
Sod, Sprinkler Systems, New
Gardens, Hauling. Lic & Ins
**805-680-8580**

**Call 805 963-4391 to place your home or business service listing.**

---

### Bringing Buyers & Sellers Together
SANTA BARBARA NEWS-PRESS
Classified Section

Are you selling a vehicle, boat, motorcycle or more?
Call 805-963-4391
To place your classified ad.

---

# PUBLIC NOTICES

**FICTITIOUS BUSINESS NAME STATEMENT** File No. FBN 2022-0001640 ...

**NOTICE OF PETITION TO ADMINISTER ESTATE OF: JULIE DREFKE** Case Number: 22PR00229 ...

---

## LEGAL NOTICE

# If you were affected by the 2015 Santa Barbara Oil Spill, you may be entitled to a payment from a class action settlement

*A Federal Court authorized this Notice.*

*Para una notificación en español, visite: www.PlainsOilSpillSettlement.com*

*Để nhận thông báo tiếng Việt, vui lòng truy cập: www.PlainsOilSpillSettlement.com*

*如需中文通知，请访问：www.PlainsOilSpillSettlement.com*

A Settlement has been reached in the class action lawsuit called *Andrews et al. v. Plains All American Pipeline, L.P. et al.*, No. 2:15-cv-04113 (PSG:JEM) (C.D. Cal.).

**What is this about?**

The lawsuit claims that Plains All American Pipeline L.P. and Plains Pipeline L.P. ("Plains" or "Defendants") caused an underground pipeline to rupture, resulting in an oil spill along the coast in Santa Barbara County on May 19, 2015. The Settlement is on behalf of members of the Fisher Class and Property Class previously certified by this Court. Plaintiffs for the Fisher Class allege the spill caused long term harm to commercial fishing in the affected class blocks, including significant financial losses. Plaintiffs for the Property Class allege that owners and lessees were unable to use and enjoy their properties as a result of the spill because oil washed up onto their properties and onto beaches adjacent to their properties. Plains denies any claims of wrongdoing and disputes all claims. The Settlement, if approved by the Court, will resolve all remaining claims in the class action litigation pending in the United States District Court for the Central District of California. The Fisher Class Settlement is $184 million, and the Property Class Settlement is $46 million, inclusive of attorneys' fees and costs.

The Court has not decided whether Plaintiffs or Defendants should win this Litigation. The Settling Parties do not agree on whether Plaintiffs would have prevailed on any of their claims against Plains, or the amount of damages, if any, that would be recoverable if the Class prevailed on the claims alleged. Instead, both sides agreed to the Settlement after years of contested litigation, including at the motion to dismiss, class certification, and summary judgment stages. The Parties had also completed substantial discovery and were preparing for trial to commence on June 2, 2022.

**Who is affected?**

You are a Fisher Class Member if you are a person or business who owned or worked on a vessel that was in operation as of May 19, 2015 and that: (1) landed any commercial seafood in California Department of Fish & Wildlife ("CDFW") fishing blocks 654, 655, or 656; or (2) landed any commercial seafood, except groundfish or highly migratory species (as defined by the CDFW and the Pacific Fishery Management Council), in CDFW fishing blocks 651-656, 664-670, 678-686, 701-707, 718-726, 739-746, 760-765, or 806-809; from May 19, 2010 to May 19, 2015, inclusive; or if you are a person or business in operation as of May 19, 2015 who purchased such commercial seafood directly from the Commercial Fishers and re-sold it at the retail or wholesale level. You can find out if you are a Fisher Class Member by going to www.PlainsOilSpillSettlement.com.

You are a Property Class Member if you owned or leased residential beachfront property or property with a private easement to a beach when oil from the 2015 Santa Barbara oil spill washed up and the oiling was categorized as heavy, moderate, or light. You can find out if your property is included by going to www.PlainsOilSpillSettlement.com, where a list of properties Plaintiffs claim were impacted is posted.

**What does the Settlement provide?**

The Settlement, if approved, will result in the creation of two cash settlement funds of $184,000,000 (the "Fisher Class Settlement Amount") and $46,000,000 (the "Property Class Settlement Amount"), together with any interest earned thereon, the "Fisher Class Common Fund" and "Property Class Common Fund," respectively. Each of the common funds less (a) any Taxes and Tax Expenses; (b) any Notice and Administration Expenses; and (c) any attorneys' fees and costs and any service awards to Class Representatives in connection with their representation of the Class, awarded by the Court (the "Net Settlement Funds"), will be distributed to eligible Class Members pursuant to a proposed plan of distribution ("Plan of Distribution"). If you are entitled to relief under the Settlement, the Settlement Administrator will determine your portion of the Net Settlement Fund payable to you pursuant to the Court-approved Plan of Distribution.

**Who represents the Class?**

The Court has appointed Lieff Cabraser Heimann Bernstein LLP, Keller Rohrback L.L.P., Cappello & Noel LLP, and Audet & Partners, LLP ("Class Counsel") to be the attorneys representing the Class. You will not be charged for these lawyers. Class Counsel will apply to the Court for an award of attorneys' fees in an amount not to exceed 33% of the total Settlement Amount (no more than $60,720,000 from the Fisher Class Settlement Amount and $15,180,000 from the Property Class Settlement Amount). In addition, Class Counsel will apply to the Court for reimbursement of their litigation expenses (in an amount not to exceed $5.2 million from the Fisher Class Settlement Amount and $1.3 million from the Property Class Settlement Amount). If you want to be represented by your own lawyer, you may hire one at your own expense.

**What do I need to do?**

**If you are a Class Member and you wish to get money from the Settlement, you are required to submit a Claim Form** available at www.PlainsOilSpillSettlement.com, or by calling the toll-free number 1-844-202-9486 to request that a hard copy Claim Form be mailed to you. Your Claim Form and, if necessary, any required supporting documentation as set forth therein must be postmarked (if mailed) or submitted online to the address below **on or before October 31, 2022.**

*Plains Oil Spill Settlement*
c/o JND Legal Administration
P.O. Box 91450
Seattle, WA 98111
Email: info@PlainsOilSpillSettlement.com
www.PlainsOilSpillSettlement.com
Telephone: 1-844-202-9486

If you are a Class Member you may object or tell the Court what you do not like about the Settlement. You will still be bound by the Settlement, and you may still file a claim. Objections must be served/filed no later than **August 19, 2022.** Go to www.PlainsOilSpillSettlement.com for details on how to object to the Settlement. If you are a Class Member and you did not previously opt out of the Class or enter a separate settlement with Plains for which you signed a full release, you are a member of the Class and you will be bound by the release of claims as part of the Settlement. The Fisher Class was first certified on February 28, 2017, and later amended on November 22, 2019. The Property Class was certified on April 17, 2018. You previously had an opportunity exclude yourself from the Fisher Class and the Property Class. If you did not exclude yourself then, you may not exclude yourself now.

**What happens next?**

The Court will hold a Final Approval Hearing on **September 16, 2022, at 1:30 p.m. Pacific,** before the Honorable Phillip S. Gutierrez at the United States District Court for the Central District of California, First Street Courthouse, 350 West 1st Street, Courtroom 6A, 6th Floor, Los Angeles, California 90012-4565. At the hearing the Court will determine whether: (1) the Settlement of $184,000,000 for the Fisher Class and $46,000,000 for the Property Class should be approved by the Court as fair, reasonable and adequate; (2) the Judgment as provided under the Settlement Agreement should be entered; (3) to award Class Counsel attorneys' fees and expenses out of the Fisher and Property Class Common Funds and, if so, in what amount; (4) to award Plaintiffs' service awards (Class Counsel is requesting $15,000 for each of the 14 Class Representatives) in connection with their representation of the Classes out of the Fisher and Property Class Common Funds and, if so, in what amount; and (5) the Plans of Distribution should be approved by the Court.

**How do I get more information?**

For more details and to print the Settlement Agreement, go to www.PlainsOilSpillSettlement.com. You may also write with questions or notify the Settlement Administrator regarding address changes to *Plains Oil Spill Settlement* c/o JND Legal Administration, P.O. Box 91450, Seattle, WA 98111, email at info@PlainsOilSpillSettlement.com or call the Settlement Administrator at 1-844-202-9486.

JUL 18 / 2022 — 5875

www.PlainsOilSpillSettlement.com      1-844-202-9486

# EMPLOYMENT
# ARTS WRITER

*New Times*

## Join Our Team!

*New Times* in San Luis Obispo is looking for its next freelance arts writer, but we're not looking for just any art-ogling, content-wrangling someone.

Can you find the unassuming local artist who's about to blow a hole in the status quo? Do you know what it means to find the culture that matters to a community—the stuff that gives a population its heartbeat, its soul? That sweet spot where culture, politics, art, and society collide into a massive chaotic hurricane of beautiful expression?

If so, then that's exactly who we're looking for: an arts writer who can wrestle a story to the ground and fill it with the things that matter to San Luis Obispo County. It's not all about vineyards, rolling hills, and pounding surf brushed with light, ethereal watercolors (although that's definitely here). It's about that human element and where creativity lives. Can you find it?

Let us know if you've got what it takes. We dare you. Send résumé and clips to Camillia Lanham at clanham@newtimesslo.com.

*New Times* is proud to be an equal opportunity employer.

**NEW TIMES MEDIA GROUP**

 

NEW TIMES • Sun

1010 Marsh Street, San Luis Obispo • NewTimesSLO.com   |   2646 Industrial Parkway, Santa Maria • SantaMariaSun.com

# MY 805 TIX   ON SALE NOW!





AVOCADO MARGARITA
FOOD & DRINK FESTIVAL
MORRO BAY

**36th Annual Central Coast Renaissance Festival**
SAT & SUN, JULY 16 & 17
Laguna Lake Park, SLO

**Central Coast Ska Festival: Western Standard Time Ska Orchestra, Upside Ska & Los Hooligans**
FRI, JULY 29
The Siren El Chorro, SLO

**Avocado & Margarita Food & Drink Festival**
FRI, SAT, SUN, SEPT 9–11
Tidelands Park, Morro Bay

# TICKETS AVAILABLE AT MY805TIX.COM

## What's Your Take?

We know you've got an opinion. Everybody's got one!

This week's online poll
7/14 – 7/21

**What do you think about the new proposed Nipomo housing development?**
○ It's a great use of space and is definitely needed to increase housing in the area.
○ It's terrible; I can't believe they want to cut down roughly 4,000 oak trees!
○ We do need the housing, but I wish it were in a different area.
○ I don't live in Nipomo, so I don't care.

Enter your choice online at:
SantaMariaSun.com

Sun

**LEGAL NOTICE**

**If you were affected by the 2015 Santa Barbara Oil Spill, you may be entitled to a payment from a class action settlement**

*A Federal Court authorized this Notice.*

*Para una notificación en español, visite: www.PlainsOilSpillSettlement.com*
*Để nhận thông báo tiếng Việt, vui lòng truy cập: www.PlainsOilSpillSettlement.com*
如需中文通知，请访问：www.PlainsOilSpillSettlement.com

A Settlement has been reached in the class action lawsuit called *Andrews et al. v. Plains All American Pipeline, L.P., et al.*, No. 2:15-cv-04113 (PSG:JEM) (C.D. Cal.).

**What is this about?**

The lawsuit claims that Plains All American Pipeline L.P. and Plains Pipeline L.P. ("Plains" or "Defendants") caused an underground pipeline to rupture, resulting in an oil spill along the coast in Santa Barbara County on May 19, 2015. The Settlement is on behalf of members of the Fisher Class and Property Class previously certified by this Court. Plaintiffs for the Fisher Class allege the spill caused long term harm to commercial fishing in the affected class blocks, including significant financial losses. Plaintiffs for the Property Class allege that owners and lessees were unable to use and enjoy their properties as a result of the spill because oil washed up onto their properties and onto beaches adjacent to their properties. Plains denies any claims of wrongdoing and disputes all claims. The Settlement, if approved by the Court, will resolve all remaining claims in the class action litigation pending in the United States District Court for the Central District of California. The Fisher Class Settlement is $184 million, and the Property Class Settlement is $46 million, inclusive of attorneys' fees and costs.

The Court has not decided whether Plaintiffs or Defendants should win this Litigation. The Settling Parties do not agree on whether Plaintiffs would have prevailed on any of their claims against Plains, or the amount of damages, if any, that would be recoverable if the Class prevailed on the claims alleged. Instead, both sides agreed to the Settlement after years of contested litigation, including at the motion to dismiss, class certification, and summary judgment stages. The Parties had also completed substantial discovery and were preparing for trial to commence on June 2, 2022.

**Who is affected?**

You are a Fisher Class Member if you are a person or business who owned or worked on a vessel that was in operation as of May 19, 2015 and that: (1) landed any commercial seafood in California Department of Fish & Wildlife ("CDFW") fishing blocks 654, 655, or 656; or (2) landed any commercial seafood, except groundfish or highly migratory species (as defined by the CDFW and the Pacific Fishery Management Council), in CDFW fishing blocks 651-656, 664-670, 678-686, 701-707, 718-726, 739-746, 760-765, or 806-809; from May 19, 2010 to May 19, 2015, inclusive; or if you are a person or business in operation as of May 19, 2015 who purchased such commercial seafood directly from the Commercial Fishers and re-sold it at the retail or wholesale level. You can find out if you are a Fisher Class Member by going to www.PlainsOilSpillSettlement.com.

You are a Property Class Member if you owned or leased residential beachfront property or property with a private easement to a beach where oil from the 2015 Santa Barbara oil spill washed up and the oiling was categorized as heavy, moderate, or light. You can find out if your property is included by going to www.PlainsOilSpillSettlement.com, where a list of properties Plaintiffs claim were impacted is posted.

**What does the Settlement provide?**

The Settlement, if approved, will result in the creation of two cash settlement funds of $184,000,000 (the "Fisher Class Settlement Amount") and $46,000,000 ("the Property Class Settlement Amount"), together with any interest earned thereon, the "Fisher Class Common Fund" and "Property Class Common Fund," respectively. Each of the common funds less (a) any Taxes and Tax Expenses; (b) any Notice and Administration Expenses; and (c) any attorneys' fees and costs and any service awards to Class Representatives in connection with their representation of the Class, awarded by the Court (the "Net Settlement Funds"), will be distributed to eligible Class Members pursuant to a proposed plan of distribution ("Plan of Distribution"). If you are entitled to relief under the Settlement, the Settlement Administrator will determine your portion of the Net Settlement Fund payable to you pursuant to the Court-approved Plan of Distribution.

**Who represents the Class?**

The Court has appointed Lieff Cabraser Heimann Bernstein LLP, Keller Rohrback L.L.P., Cappello & Noel LLP, and Audet & Partners, LLP ("Class Counsel") to be the attorneys representing the Class. You will not be charged for these lawyers. Class Counsel will apply to the Court for an award of attorneys' fees in an amount not to exceed 33% of the total Settlement Amount (no more than $60,720,000 from the Fisher Class Settlement Amount and $15,180,000 from the Property Class Settlement Amount). In addition, Class Counsel will apply to the Court for reimbursement of their litigation expenses (in an amount not to exceed $5.2 million from the Fisher Class Settlement Amount and $1.3 million from the Property Class Settlement Amount). If you want to be represented by your own lawyer, you may hire one at your own expense.

**What do I need to do?**

If you are a Class Member and you wish to get money from the Settlement, you are required to submit a Claim Form available at www.PlainsOilSpillSettlement.com, or by calling the toll-free number 1-844-202-9486 to request that a hard copy Claim Form be mailed to you. Your Claim Form and, if necessary, any required supporting documentation as set forth therein must be postmarked (if mailed) or submitted online to the address below on or before October 31, 2022.

Plains Oil Spill Settlement
c/o JND Legal Administration
P.O. Box 91450
Seattle, WA 98111
Email: info@PlainsOilSpillSettlement.com
www.PlainsOilSpillSettlement.com
Telephone: 1-844-202-9486

If you are a Class Member you may object or tell the Court what you do not like about the Settlement. You will still be bound by the Settlement, and you may still file a claim. Objections must be served/filed no later than August 19, 2022. Go to www.PlainsOilSpillSettlement.com for details on how to object to the Settlement. If you are a Class Member and you did not previously opt out of the Class or enter a separate settlement with Plains for which you signed a full release, you are a member of the Class and you will be bound by the release of claims as part of the Settlement. The Fisher Class was first certified on February 28, 2017, and later amended on November 22, 2019. The Property Class was certified on April 17, 2018. You previously had an opportunity exclude yourself from the Fisher Class and the Property Class. If you did not exclude yourself then, you may not exclude yourself now.

**What happens next?**

The Court will hold a Final Approval Hearing on September 16, 2022, at 1:30 p.m. Pacific, before the Honorable Phillip S. Gutierrez at the United States District Court for the Central District of California, First Street Courthouse, 350 West 1st Street, Courtroom 6A, 6th Floor, Los Angeles, California 90012-4565. At the hearing the Court will determine whether: (1) the Settlement of $184,000,000 for the Fisher Class and $46,000,000 for the Property Class should be approved by the Court as fair, reasonable and adequate; (2) the Judgment as provided under the Settlement Agreement should be entered; (3) to award Class Counsel attorneys' fees and expenses out of the Fisher and Property Class Common Funds and, if so, in what amount; (4) to award Plaintiffs' service awards (Class Counsel is requesting $15,000 for each of the 134 Class Representatives) in connection with their representation of the Classes out of the Fisher and Property Class Common Funds and, if so, in what amount; and (5) the Plans of Distribution should be approved by the Court.

**How do I get more information?**

For more details and to print the Settlement Agreement, go to www.PlainsOilSpillSettlement.com. You may also write with questions or notify the Settlement Administrator regarding address changes to *Plains Oil Spill Settlement c/o JND Legal Administration*, P.O. Box 91450, Seattle, WA 98111, email at info@PlainsOilSpillSettlement.com or call the Settlement Administrator at 1-844-202-9486.

www.PlainsOilSpillSettlement.com                1-844-202-9486

# If you were affected by the 2015 Santa Barbara Oil Spill, you may be entitled to a payment from a class action settlement

*A Federal Court authorized this Notice.*

*Para una notificación en español, visite: www.PlainsOilSpillSettlement.com*
*Để nhận thông báo tiếng Việt, vui lòng truy cập: www.PlainsOilSpillSettlement.com*
如需中文通知，请访问：www.PlainsOilSpillSettlement.com

A Settlement has been reached in the class action lawsuit called *Andrews et al. v. Plains All American Pipeline, L.P. et al.*, No. 2:15-cv-04113 (PSG-JEM) (C.D. Cal.).

**What is this about?**

The lawsuit claims that Plains All American Pipeline L.P. and Plains Pipeline L.P. ("Plains" or "Defendants") caused an underground pipeline to rupture, resulting in an oil spill along the coast in Santa Barbara County on May 19, 2015. The Settlement is on behalf of members of the Fisher Class and Property Class previously certified by this Court. Plaintiffs for the Fisher Class allege the spill caused long term harm to commercial fishing in the affected class blocks, including significant financial losses. Plaintiffs for the Property Class allege that owners and lessees were unable to use and enjoy their properties as a result of the spill because oil washed up onto their properties and onto beaches adjacent to their properties. Plains denies any claims of wrongdoing and disputes all claims. The Settlement, if approved by the Court, will resolve all remaining claims in the class action litigation pending in the United States District Court for the Central District of California. The Fisher Class Settlement is $184 million, and the Property Class Settlement is $46 million, inclusive of attorneys' fees and costs.

The Court has not decided whether Plaintiffs or Defendants should win this Litigation. The Settling Parties do not agree on whether Plaintiffs would have prevailed on any of their claims against Plains, or the amount of damages, if any, that would be recoverable if the Class prevailed on the claims. Instead, both sides agreed to the Settlement after years of contested litigation, including at the motion to dismiss, class certification, and summary judgment stages. The Parties had also completed substantial discovery and were preparing for trial to commence on June 2, 2022.

**Who is affected?**

You are a <u>Fisher Class Member</u> if you are a person or business who owned or worked on a vessel that was in operation as of May 19, 2015 and that: (1) landed any commercial seafood in California Department of Fish & Wildlife ("CDFW") fishing blocks 654, 655, or 656; or (2) landed any commercial seafood, except groundfish or highly migratory species (as defined by the CDFW and the Pacific Fishery Management Council), in CDFW fishing blocks 651-656, 664-670, 678-686, 701-707, 718-726, 739-746, 760-765, or 806-809; from May 19, 2010 to May 19, 2015, inclusive; or if you are a person or business in operation as of May 19, 2015 who purchased such commercial seafood directly from the Commercial Fishers and re-sold it at the retail or wholesale level. You can find out if you are a Fisher Class Member by going to www.PlainsOilSpillSettlement.com.

You are a <u>Property Class Member</u> if you owned or leased residential beachfront property or property with a private easement to a beach where oil from the 2015 Santa Barbara oil spill washed up and the oiling was categorized as heavy, moderate, or light. You can find out if your property is included by going to www.PlainsOilSpillSettlement.com, where a list of properties Plaintiffs claim were impacted is posted.

**What does the Settlement provide?**

The Settlement, if approved, will result in the creation of two cash settlement funds of $184,000,000 (the "Fisher Class Settlement Amount") and $46,000,000 ("the Property Class Settlement Amount"), together with any interest earned thereon, the "Fisher Class Common Fund" and "Property Class Common Fund," respectively. Each of the common funds less (a) any Taxes and Tax Expenses; (b) any Notice and Administration Expenses; and (c) any attorneys' fees and costs and any service awards to Class Representatives in connection with their representation of the Class, awarded by the Court (the "Net Settlement Funds"), will be distributed to eligible Class Members pursuant to a proposed plan of distribution ("Plan of Distribution"). If you are entitled to relief under the Settlement, the Settlement Administrator will determine your portion of the Net Settlement Fund payable to you pursuant to the Court-approved Plan of Distribution.

**Who represents the Class?**

The Court has appointed Lieff Cabraser Heimann Bernstein LLP, Keller Rohrback L.L.P., Cappello & Noel LLP, and Audet & Partners, LLP ("Class Counsel") to be the attorneys representing the Class. You will not be charged for these lawyers. Class Counsel will apply to the Court for an award of attorneys' fees in an amount not to exceed 33% of the Fisher Class Settlement Amount (no more than $60,720,000 from the Fisher Class Settlement Amount and $15,180,000 from the Property Class Settlement Amount). In addition, Class Counsel will apply to the Court for reimbursement of their litigation expenses (in an amount not to exceed $5.2 million from the Fisher Class Settlement Amount and $1.3 million from the Property Class Settlement Amount). If you want to be represented by your own lawyer, you may hire one at your own expense.

**What do I need to do?**

**If you are a Class Member and you wish to get money from the Settlement, you are required to submit a Claim Form** available at www.PlainsOilSpillSettlement.com, or by calling the toll-free number 1-844-202-9486 to request that a hard copy Claim Form be mailed to you. Your Claim Form and, if necessary, any required supporting documentation as set forth therein must be postmarked (if mailed) or submitted online to the address below **on or before October 31, 2022.**

Plains Oil Spill Settlement
c/o JND Legal Administration
P.O. Box 91450
Seattle, WA 98111
Email: info@PlainsOilSpillSettlement.com
www.PlainsOilSpillSettlement.com
Telephone: 1-844-202-9486

If you are a Class Member you may object or tell the Court what you do not like about the Settlement. You will still be bound by the Settlement, and you may still file a claim. Objections must be served/filed no later than **August 19, 2022.** Go to www.PlainsOilSpillSettlement.com for details on how to object to the Settlement. If you are a Class Member and you did not previously opt out of the Class or enter a separate settlement with Plains for which you signed a full release, you are a member of the Class and you will be bound by the release of claims as part of the Settlement. The Fisher Class was first certified on February 28, 2017, and later amended on November 22, 2019. The Property Class was certified on April 17, 2018. You previously had an opportunity exclude yourself from the Fisher Class and the Property Class. If you did not exclude yourself then, you may not exclude yourself now.

**What happens next?**

The Court will hold a Final Approval Hearing on **September 16, 2022, at 1:30 p.m.** Pacific, before the Honorable Philip S. Gutierrez at the United States District Court for the Central District of California, First Street Courthouse, 350 West 1st Street, Courtroom 6A, 6th Floor, Los Angeles, California 90012-4565. At the hearing the Court will determine whether: (1) the Settlement of $184,000,000 for the Fisher Class and $46,000,000 for the Property Class should be approved by the Court as fair, reasonable and adequate; (2) Judgment as provided under the Settlement Agreement should be entered; (3) to award Class Counsel attorneys' fees and expenses out of the Fisher and Property Class Common Funds and, if so, in what amount; (4) to award Plaintiffs' service awards (Class Counsel is requesting $15,000 for each of the 14 Class Representatives) in connection with their representation of the Classes out of the Fisher and Property Class Common Funds and, if so, in what amount; and (5) the Plans of Distribution should be approved by the Court.

**How do I get more information?**

For more details and to print the Settlement Agreement, go to www.PlainsOilSpillSettlement.com. You may also write with questions or notify the Settlement Administrator regarding address changes to *Plains Oil Spill Settlement* c/o JND Legal Administration, P.O. Box 91450, Seattle, WA 98111, email at info@PlainsOilSpillSettlement.com or call the Settlement Administrator at 1-844-202-9486.

# Bell's win dimmed by teammates' woes

**Dan Gelston**
ASSOCIATED PRESS



Christopher Bell celebrates after winning a NASCAR Cup Series race Sunday at New Hampshire Motor Speedway. Bell became the 14th driver to clinch a spot in the 16-driver playoff field. CHARLES KRUPA/AP

LOUDON, N.H. – Joe Gibbs had a New Hampshire race victory to celebrate – and a future dinner to fill his belly courtesy of the 22-pound lobster awarded to winner Christopher Bell – but some things still didn't feel right to the Hall of Fame team owner.

No. 1, star driver Martin Truex Jr. had the dominant car most of Sunday's race but faded to fourth, meaning the winless driver is suddenly on the NASCAR playoff bubble with six races left before the 16-driver field is set.

No. 2, two-time Cup champion Kyle Busch is unhappy. Sure, that's not a new feeling for the notoriously prickly driver, but the circumstances bother him more than a run-in with another driver. Busch doesn't have a new contract for 2023 and the process is moving along at such a slow pace, the driver said this weekend he has shopped himself to other teams.

"Turmoil is not a good word for it," Gibbs said, laughing at a reporter's suggestion. "Give me a better word. Maybe struggle or something right now. I think that happens in pro sports. I think that's the reason why we all like it so much. It's hard, it takes a lot up here. The thing that is probably the hardest is to get four teams going in the right direction."

At least Bell pointed his No. 20 Toyota in the right direction – the one headed to NASCAR's playoffs. Bell clinched his spot with a strong run late Sunday at New Hampshire Motor Speedway and won his second career Cup race.

Bell was the 14th driver to earn a spot in the 16-driver playoff field. With six races left in the regular season, it leaves open the possibility that more than 16 drivers could win a race and the final playoff spot so spots would be decided on points.

Bell will race for the championship over the final 10 races of the season. Busch has one win, so that secured him a spot in the field. Penny Hamlin has hastened running a race team with Michael Jordan – and signing drivers to his 23XI Racing stable for 2024 – with winning two races this season to lock himself into the field.

That leaves only Truex among the four-car JGR flock without an automatic

spot.

The 2017 NASCAR champion with Furniture Row Racing, Truex is fourth overall in the current points standings – essentially meaningless when the field is reset for the postseason. He's 16th out of 16 qualified drivers and knows that as parity has shot through the field in the wake of the introduction of the NASCAR's new Next Gen stock car, he can't coast on points.

Truex won the New Hampshire pole, won the first two-stages and led a race-high 172 laps. But he couldn't rebound from a two-tire pit stop late in the race that dropped him from contention.

"We just didn't have anything to go forward on two tires," Truex said. "The car absolutely hated it. It was nothing like it had been all day long. Couldn't go anywhere. Just had to ride it out and get what we could out of it."

Truex said the two-tire call was

"wrong" and shrugged "what are you going to do?"

Truex can forget about points racing with a win next week at Pocono. He has wins on the tri-oval track in 2015 and 2018, though the new car has made old results largely unreliable as a predictor of future success. Truex, though, admits the odds are against him if even one more driver wins and he is still winless after six more races.

"If another guy wins, then we're out. That's just the way it is," Truex said. "We race every week, do the best we can, try to win races and, obviously, lately we've been capable. We've had parts capable of winning this year."

Gibbs said he was surprised Truex hasn't cracked the playoff bracket yet – and just as surprised that his race team has yet to sign Busch to a new contract.

Busch faced an uncertain future after M&M Mars announced it would end its

marketing spend at the end of this season. The company had sponsored Busch since he joined Joe Gibbs Racing in 2008.

The search for a new sponsor has dragged on and Busch has clearly been irked he doesn't have a new deal. Busch said Saturday a new contract "would be nice, sooner than later."

Busch did not offer specifics but said he has shopped himself to other teams, though championship-caliber rides are scarce.

"You've got to put it in place to make things work out, Gibbs said. "We're working as hard as we can. We're going after a number of different directions. So yeah, I'm surprised at this point that we haven't been able to get that finished."

The 81-year-old Gibbs still has plenty on his plate this season.

After delicately handling Loudon the Lobster, as does Bell: "Anyone have any butter sauce?" he tweeted.

---

**LEGAL NOTICE**

## If you were affected by the 2015 Santa Barbara Oil Spill, you may be entitled to a payment from a class action settlement

*A Federal Court authorized this Notice.*

Para una notificación en español, visite: **www.PlainsOilSpillSettlement.com**
Để nhận thông báo bằng tiếng Việt, vui lòng truy cập: **www.PlainsOilSpillSettlement.com**
如要中文通知　请访问：**www.PlainsOilSpillSettlement.com**

www.PlainsOilSpillSettlement.com                                                 1-844-202-9486

---

**LEGAL NOTICE**

## If you were affected by the 2015 Santa Barbara Oil Spill, you may be entitled to a payment from a class action settlement

*A Federal Court authorized this Notice.*

*Para una notificación en español, visite: www.PlainsOilSpillSettlement.com*
*Để nhận thông báo tiếng Việt, vui lòng truy cập: www.PlainsOilSpillSettlement.com*
*如需中文通知，請訪問: www.PlainsOilSpillSettlement.com*

A Settlement has been reached in the class action lawsuit called *Andrews et al. v. Plains All American Pipeline, L.P. et al.*, No. 2:15-cv-04113 (PSG.JEM) (C.D. Cal.).

**What is this about?**

The lawsuit claims that Plains All American Pipeline L.P. and Plains Pipeline L.P. ("Plains" or "Defendants") caused an underground pipeline to rupture, resulting in an oil spill along the coast in Santa Barbara County on May 19, 2015. The Settlement is on behalf of members of the Fisher Class and Property Class previously certified by this Court. Plaintiffs for the Fisher Class allege the spill caused long term harm to commercial fishing in the affected class blocks, including significant financial losses. Plaintiffs for the Property Class allege that owners and lessees were unable to use and enjoy their properties as a result of the spill because oil washed up onto their properties and onto beaches adjacent to their properties. Plains denies any claims of wrongdoing and disputes all claims. The Settlement, if approved by the Court, will resolve all remaining claims in the class action litigation pending in the United States District Court for the Central District of California. The Fisher Class Settlement is $184 million, and the Property Class Settlement is $46 million, inclusive of attorneys' fees and costs.

The Court has not decided whether Plaintiffs or Defendants should win this Litigation. The Settling Parties do not agree on whether Plaintiffs would have prevailed on any of their claims against Plains, or the amount of damages, if any, that would be recoverable if the Class prevailed on the claims alleged. Instead, both sides agreed to the Settlement after years of contested litigation, including at the motion to dismiss, class certification, and summary judgment stages. The Parties had also completed substantial discovery and were preparing for trial to commence on June 2, 2022.

**Who is affected?**

You are a Fisher Class Member if you are a person or business who owned or worked on a vessel that was in operation as of May 19, 2015 and that: (1) landed any commercial seafood in California Department of Fish & Wildlife ("CDFW") fishing blocks 654, 655, or 656; or (2) landed any commercial seafood, except groundfish or highly migratory species (as defined by the CDFW and the Pacific Fishery Management Council), in CDFW fishing blocks 651-656, 664-670, 678-686, 701-707, 718-726, 739-746, 760-765, or 806-809; from May 19, 2010 to May 19, 2015, inclusive; or if you are a person or business in operation as of May 19, 2015 who purchased such commercial seafood directly from the Commercial Fishers and re-sold it at the retail or wholesale level. You can find out if you are a Fisher Class Member by going to www.PlainsOilSpillSettlement.com.

You are a Property Class Member if you owned or leased residential beachfront property or property with a private easement to a beach where oil from the 2015 Santa Barbara oil spill washed up and the oiling was categorized as heavy, moderate, or light. You can find out if your property is included by going to www.PlainsOilSpillSettlement.com, where a list of properties Plaintiffs claim were impacted is posted.

**What does the Settlement provide?**

The Settlement, if approved, will result in the creation of two cash settlement funds of $184,000,000 (the "Fisher Class Settlement Amount") and $46,000,000 ("the Property Class Settlement Amount"), together with any interest earned thereon, the "Fisher Class Common Fund" and "Property Class Common Fund," respectively. Each of the common funds less (a) any Taxes and Tax Expenses; (b) any Notice and Administration Expenses; and (c) any attorneys' fees and costs and any service awards to Class Representatives in connection with their representation of the Class, awarded by the Court (the "Net Settlement Funds"), will be distributed to eligible Class Members pursuant to a proposed plan of distribution ("Plan of Distribution"). If you are entitled to relief under the Settlement, the Settlement Administrator will determine your portion of the Net Settlement Fund payable to you pursuant to the Court-approved Plan of Distribution.

**Who represents the Class?**

The Court has appointed Lieff Cabraser Heimann Bernstein LLP, Keller Rohrback L.L.P., Cappello & Noel LLP, and Audet & Partners, LLP ("Class Counsel") to be the attorneys representing the Class. You will not be charged for these lawyers. Class Counsel will apply to the Court for an award of attorneys' fees in an amount not to exceed 33% of the total Settlement Amount (so more than $60,720,000 from the Fisher Class Settlement Amount and $15,180,000 from the Property Class Settlement Amount). In addition, Class Counsel will apply to the Court for reimbursement of their litigation expenses (in an amount not to exceed $5.2 million from the Fisher Class Settlement Amount and $1.3 million from the Property Class Settlement Amount). If you want to be represented by your own lawyer, you may hire one at your own expense.

**What do I need to do to?**

If you are a Class Member and you wish to get money from the Settlement, you are required to submit a Claim Form available at www.PlainsOilSpillSettlement.com, or by calling the toll-free number 1-844-202-9486 to request that a hard copy Claim Form be mailed to you. Your Claim Form and, if necessary, any required supporting documentation as set forth therein must be postmarked (if mailed) or submitted online to the address below **on or before October 31, 2022**.

Plains Oil Spill Settlement
c/o JND Legal Administration
P.O. Box 91450
Seattle, WA 98111
Email: info@PlainsOilSpillSettlement.com
www.PlainsOilSpillSettlement.com
Telephone: 1-844-202-9486

If you are a Class Member you may object or tell the Court what you do not like about the Settlement. You will still be bound by the Settlement, and you may still file a claim. Objections must be served/filed no later than **August 19, 2022**. Go to www.PlainsOilSpillSettlement.com for details on how to object to the Settlement. If you are a Class Member and you did not previously opt out of the Class or enter a separate settlement with Plains for which you signed a full release, you are a member of the Class and you will be bound by the release of claims as part of the Settlement. The Fisher Class was first certified on February 28, 2017, and later amended on November 22, 2019. The Property Class was certified on April 17, 2018. You previously had an opportunity exclude yourself from the Fisher Class and the Property Class. If you did not exclude yourself then, you may not exclude yourself now.

**What happens next?**

The Court will hold a Final Approval Hearing on **September 16, 2022, at 1:30 p.m. Pacific**, before the Honorable Phillip S. Gutierrez at the United States District Court for the Central District of California, First Street Courthouse, 350 West 1st Street, Courtroom 6A, 6th Floor, Los Angeles, California 90012-4565. At the hearing the Court will determine whether: (1) the Settlement of $184,000,000 for the Fisher Class and $46,000,000 for the Property Class should be approved by the Court as fair, reasonable and adequate; (2) the Judgment as provided under the Settlement Agreement should be entered; (3) to award Class Counsel attorneys' fees and expenses out of the Fisher and Property Class Common Funds and, if so, in what amount; (4) to award Plaintiffs' service awards (Class Counsel is requesting $15,000 for each of the 14 Class Representatives) in connection with their representation of the Classes out of the Fisher and Property Class Common Funds and, if so, in what amount; and (5) the Plans of Distribution should be approved by the Court.

**How do I get more information?**

For more details and to print the Settlement Agreement, go to www.PlainsOilSpillSettlement.com. You may also write with questions or notify the Settlement Administrator regarding address changes to *Plains Oil Spill Settlement* c/o JND Legal Administration, P.O. Box 91450, Seattle, WA 98111, email at info@PlainsOilSpillSettlement.com or call the Settlement Administrator at 1-844-202-9486.

www.PlainsOilSpillSettlement.com      1-844-202-9486

---

# Negative thinking will not produce positive results

One Sunday afternoon, a cranky grandfather was visiting his family. As he lay down to take a nap, his mischievous grandson decided to have a little fun by putting Limburger cheese on Grandpa's mustache. Soon, Grandpa awoke with a snort and charged out of the bedroom saying, "This room stinks." Through the house he went, finding every room smelling the same. Desperately he made his way outside only to exclaim "The whole world stinks!"

So it is when we fill our minds with negativity. Everything we experience and everyone we encounter will carry the scent we hold in our mind. Maya Angelou, one of my favorite poets and authors, said: "I am convinced that the negative has power, and if you allow it to perch in your house, in your mind, in your life, it can take you over."

We all have negative thoughts from time to time. But studies show constant negativity can lead to depression, anxiety, personality disorders and even mental illness.

That's why I don't recommend hanging around with negative people, because they bring you down. A negative person sees the difficulty in every opportunity, while a positive person sees the opportunity in every difficulty. It's better to surround yourself with positive people who support each other when the urge to be negative threatens.

According to the website Power of Positivity, there are three leading causes of negative thoughts:

• Fear of the future: People often fear the unknown and are unsure what the future might bring. This often leads to predicting failure and disaster. Worrying about the future is a waste of time and energy. Accept that there is a limit to what you can change in the future and strive to focus on the present instead.

• Anxiety about the present: Anxiety about the present is understandable. Many of us worry about what people think of us, whether we're doing a good job at work and what the traffic will be like on the way home. Negative thinkers often come up with the worst-case scenario. Organization and routine can help with banishing negative thoughts.



HARVEY MACKAY
*Mackay's Moral*

• Shame about the past: Have you ever stayed awake worrying about something you did last week, or even last year? Everyone does and says things they feel embarrassed about, but negative thinkers tend to dwell on past mistakes and failures more than others. Just accept that the event happened and consider how you can prevent it from happening again in the future.

Author Emma-Marie Smith suggests asking yourself these five questions when you feel negative thoughts creeping in:

• Is the thought true? Is there a basis for this negative belief?

• Is the thought giving you power, or is it taking your power away?

• Can you put a positive spin on this thought or learn from it?

• What would your life look like if you didn't have these negative beliefs?

• Is the thought glossing over an issue that needs addressing?

The famous inventor Thomas Edison used to say his deafness was his greatest blessing — a blessing because it saved him from having to listen to reasons why things couldn't be done.

I love that thought. In fact, I would suggest that practicing "selective hearing" is a positive step toward filtering the negativity that discourages you from trying new things. It's OK to let folks share their opinions, but you are not obligated to let them make decisions for you.

Think about the famous story of David and Goliath. A small boy with only a slingshot and a few stones was facing a fierce giant who could crush him with one hand. David could have looked at his formidable foe and thought, "He's really big. And mean. And scary. And I am none of those things. I'm outta here."

But he turned his thoughts toward what he could do. Looking at the giant towering over him, he said instead, "That guy is so big. There's no way I can miss him."

**Mackay's Moral:** Negative thinking will not produce positive results.

*• Harvey Mackay is the author of "Swim With the Sharks Without Being Eaten Alive." He can be reached at harvey@mackay.com.*

PACIFIC COAST BUSINESS TIMES

**LOCAL, BREAKING NEWS SUBSCRIBE TODAY!**
pacbiztimes.com @pacbiztimes

# EXHIBIT G

Monday, July 18 , 2022, 1:00 pm | Fair 71°

SUPPORT NOOZHAWK | FREE NEWSLETTER



☰ MENU   Home | Local News | Coronavirus | Calendar | Schools | Sports | Business | Good for SB | Arts | Homes & Lifestyle | Your Health



SBCC — HERE, TO GET YOU THERE. APPLY AND REGISTER TODAY!





LEGAL NOTICE

If you were affected by the 2015 Santa Barbara Oil Spill, you may be entitled to a payment from a class action settlement

FILE A CLAIM



**Want Breaking News Text Alerts** to your phone?
Become a member of the Hawks Club today!

### CLICK HERE FOR ALL NOOZHAWK NEWS



Get even *more* news in your inbox. Sign up for Noozhawk's free P.M. Report, delivered weekdays at 4:15 p.m.

Subscribe to the P.M. Report

*Monday, July 18, 2022*



### Second Chances a Hallmark of Frann Wageneck's Career in Santa Barbara School District

Newly retired assistant superintendent points to personal experience as driving empathy for and inclusion of alternative school students, LGBTQ+ issues and equity policies

**READ THIS**

Subscribe          Past Issues                                                                    Translate ▾

Wed. July 27 • 11:30 am & 12:30 pm    TICKETS

## TOP STORIES



**Motorcyclist Airlifted to Santa Barbara Hospital After Crash on Highway 101 in Santa Maria**
**READ THIS**



**Mark Patton: Santa Barbara History of Pro Sports Is Splotched with Red Ink**
**READ THIS**



**Dan McCaslin: Step Back in Time with Hike to Historic Manzana Schoolhouse**
**READ THIS**



**County Could Significantly Reduce Jail Population with Policy Changes, Program Expansions**
**READ THIS**



CLICK CONNECT CARE for allergies
cottagehealth.org/virtualcare
Treatment in minutes. 24/7.    Cottage Virtual Care



LEGAL NOTICE
If you were affected by the 2015 Santa Barbara Oil Spill, you may be entitled to a payment from a class action settlement
FILE A CLAIM



## MORE NEWS

**Bill Macfadyen: Lompoc Couple's Cross-Country Vacation Ends in Abrupt Tragedy**
**READ THIS**

ASTRONOMY
**Dennis Mammana: Desperately Seeing Pluto in Our Solar System**
**READ THIS**

**Hiker with Medical Emergency Rescued from Tunnel Trail Near Santa Barbara**
**READ THIS**



ParentNooz
AFTER SCHOOL ACTIVITIES GUIDE
PUBLISHING AUGUST 8TH
Reserve your ad & listing today!
Deadline: August 3rd

READ THIS

**Longtime Buellton City Councilmember Ed Andrisek Resigns**

READ THIS

**From Our Inbox: Letters to the Editor for the Week Ending July 15, 2022**

READ THIS

**Castula Aguirre of Santa Barbara**

READ THIS

**Robert Gary Allbright of Santa Barbara, 1933-2022**

READ THIS

**Mary Esther Hague of Santa Barbara, 1941-2022**

READ THIS



PHOTO OF THE DAY

Submitted by Noozhawk reader Sean Best
VIEW THIS

## We're happy to come to you ...

But don't you think our daily A.M. Report in your inbox is worth at least $10 a month?

Yes! I'll start a monthly donation right now!

---

### LOCAL SPORTS

---

YOUTH SPORTS
**Dos Pueblos LL 12U All-Stars Fall 8-7 to Orcutt National LL in Section 1 Tournament**

READ THIS

BASEBALL
**Foresters See Winning Streak Snapped in 3-2 Loss to SLO Blues**

READ THIS

## CLICK HERE FOR ALL NOOZHAWK NEWS



**ABOUT    CONTACT    ADVERTISE    HAWKS CLUB    UNSUBSCRIBE    MANAGE E-BULLETINS**

**Noozhawk** has sent you this e-Bulletin because you are a Noozhawk subscriber. You may cancel
your subscription at any time. Click here to read our Privacy Policy.

© Malamute Ventures LLC 2007-2022 | ISSN No. 1947-6086

This email was sent by Noozhawk
Noozhawk
P.O. Box 101
Santa Barbara, California 93102

**Add us to your address book**

Subscribe          Past Issues

Translate ▾

**Want Breaking News Text Alerts** to your phone?
Become a member of the Hawks Club today!

## CLICK HERE FOR ALL NOOZHAWK NEWS



*Tuesday, July 19, 2022*



### Santa Barbara's $92 Million Police Station Project Moving Ahead

City Council to vote Tuesday on a design services contract for the facility to be built at the corner of Cota and Santa Barbara streets

**READ THIS**



— TOP STORIES —

Subscribe          Past Issues                                                          Translate ▼



**Opening Statements**
READ THIS



**Laurie Jervis: Santa Barbara Vintners Foundation Wine Auction Returns in November**
READ THIS


CONNECT
CARE for allergies
cottagehealth.org/virtualcare
Treatment in minutes. 24/7.
Cottage Virtual Care



**Man Injured When Vehicle Crashes Over Side of Tepusquet Road Near Santa Maria**
READ THIS



**Second Chances a Hallmark of Frann Wageneck's Career in Santa Barbara School District**
READ THIS


LEGAL NOTICE
If you were affected by the 2015 Santa Barbara Oil Spill, you may be entitled to a payment from a class action settlement
FILE A CLAIM



## MORE NEWS

**Santa Maria Man Killed in ATV Crash Near Nipomo**
READ THIS

**Santa Barbara Talks: Singer Neil Erickson on Songwriting, Musical Journey, Jack Johnson**
READ THIS

**Dr. Hilary Quinn: Drawing Back the Curtain at a Veterinarian Hospital**
READ THIS

**Karen Telleen-Lawton: The Writing Life**
READ THIS

**Dan McCaslin: Step Back in Time with Hike to Historic Manzana Schoolhouse**
READ THIS


ParentNooz
AFTER SCHOOL ACTIVITIES GUIDE
PUBLISHING AUGUST 8TH
Reserve your ad & listing today!
Deadline: August 3rd


NOOZHAWK
the freshest news in Santa Barbara
PHOTO OF THE DAY

Subscribe       Past Issues                                                    Translate ▾

## come to you ...

But don't you think our daily A.M. Report in your inbox is worth at least $10 a month?

**Yes! I'll start a monthly donation right now!**



Submitted by Noozhawk reader Steve Leckie
**VIEW THIS**

---

### LOCAL SPORTS

BASEBALL
**Sprinkle Heads List of Three Gauchos Picked in MLB Draft**
**READ THIS**

YOUTH SPORTS
**Goleta Thunder 10U Softball All-Stars Win Encino Sherman Oaks Summer Slam**
**READ THIS**

YOUTH SPORTS
**Goleta Thunder 14U Softball All-Stars Dominate in Sixth Championship of Summer**
**READ THIS**

**Mark Patton: Santa Barbara History of Pro Sports Is Splotched with Red Ink**
**READ THIS**

## CLICK HERE FOR ALL NOOZHAWK NEWS

   

**ABOUT      CONTACT      ADVERTISE      HAWKS CLUB      UNSUBSCRIBE      MANAGE E-BULLETINS**

**Noozhawk** has sent you this e-Bulletin because you are a Noozhawk subscriber. You may cancel your subscription at any time. Click here to read our Privacy Policy.

© Malamute Ventures LLC 2007-2022 | ISSN No. 1947-6086

This email was sent by Noozhawk
Noozhawk
P.O. Box 101
Santa Barbara, California 93102

Subscribe    Past Issues    Translate ▾

Subscribe        Past Issues        Translate ▼

**Want Breaking News Text Alerts** to your phone?
Become a member of the Hawks Club today!

## CLICK HERE FOR ALL NOOZHAWK NEWS

 

*Wednesday, July 20, 2022*



### Santa Barbara Agrees to Exclusive Negotiations with MarBorg on $400M Trash-Hauling Contract

Council also votes to award a $4.5 million design services contract to the Cearnal Collective for the city's $92 million police station project

**READ THIS**



─── **TOP STORIES** ───



**Robert Nisbet as New City Manager**

READ THIS



**Santa Barbara Wastewater Gives Researchers Key Data on COVID-19 Rates**

READ THIS





BASEBALL

**Oakland Athletics Draft Former Santa Barbara High Pitcher Derek True**

READ THIS



RUNNING

**How Sebastian Salsbury Finds Freedom In Trail Running Through Santa Barbara**

READ THIS



LEGAL NOTICE

If you were affected by the 2015 Santa Barbara Oil Spill, you may be entitled to a payment from a class action settlement

FILE A CLAIM



## MORE NEWS

**Kristin Smart Murder Trial Starts With Opening Statements**

READ THIS

**Ron Fink: Animal Control Services; No Shelter in Lompoc Valley**

READ THIS

**Robert Sulnick: Dangerous Diablo Canyon Should Be Shut Down, On Schedule**

READ THIS

**Santa Barbara Talks: Singer Neil Erickson on Songwriting, Musical Journey, Jack Johnson**

READ THIS

**Danny Tyree: Does Your Body Hate You?**

READ THIS



ParentNooz

AFTER SCHOOL ACTIVITIES GUIDE

PUBLISHING AUGUST 8TH

Reserve your ad & listing today!

Deadline: August 3rd



NOOZHAWK
the freshest news in Santa Barbara

PHOTO OF THE DAY

## come to you ...

But don't you think our daily A.M. Report in your inbox is worth at least $10 a month?

**Yes! I'll start a monthly donation right now!**



Submitted by Noozhawk reader Kimberly Dellaca Badgett
**VIEW THIS**

---

### LOCAL SPORTS

YOUTH SPORTS
**Dos Pueblos Little League 10U All-Stars Clinch Spot in Section 1 Championship**

**READ THIS**

BASEBALL
**Sprinkle Heads List of Three Gauchos Picked in MLB Draft**

**READ THIS**

**Joe Guzzardi: The All-Star Game Few Saw, and Fewer Remember**

**READ THIS**

## <u>CLICK HERE FOR ALL</u> NOOZHAWK NEWS

   

ABOUT   CONTACT   ADVERTISE   HAWKS CLUB   UNSUBSCRIBE   MANAGE E-BULLETINS

**Noozhawk** has sent you this e-Bulletin because you are a Noozhawk subscriber. You may cancel your subscription at any time. <u>Click here</u> to read our Privacy Policy.

© Malamute Ventures LLC 2007-2022 | ISSN No. 1947-6086

This email was sent by Noozhawk
Noozhawk
P.O. Box 101
Santa Barbara, California 93102

**Add us to your address book**

Subscribe | Past Issues | Translate ▼

**Want Breaking News Text Alerts** to your phone?
Become a member of the Hawks Club today!

## CLICK HERE FOR ALL NOOZHAWK NEWS

 

*Thursday, July 21, 2022*



### Proposed Santa Barbara Courthouse Project Remains Paused with More Funding Needed

Judicial Council plans to ask the state for additional money for the new eight-courtroom complex that would replace the Figueroa building at its current site

**READ THIS**



Subscribe        Past Issues                                                Translate ▼



### SpaceX Plans Month's Second Starlink Launch from Vandenberg SFB

**READ THIS**





### Santa Barbara MTD Keeping Routes to UCSB, SBCC Off Its Schedule for the Fall

**READ THIS**



### Santa Barbara Wastewater Gives Researchers Key Data on COVID-19 Rates

**READ THIS**





### Santa Barbara Agrees to Exclusive Negotiations with MarBorg on $400M Trash-Hauling Contract

**READ THIS**



---

## MORE NEWS

**Santa Maria Programs Picked for State Grants to End Violence**

**READ THIS**

**Former Santa Maria Newspaper Publisher Cynthia Schur Remembered**

**READ THIS**

**Goleta Council Approves Contract for Robert Nisbet as New City Manager**

**READ THIS**

**Barbara Greenleaf: I Think I'll Chain Myself to a Tree**

**READ THIS**

ADVICE

**Dear Annie: Which Is Worse for Me? My Controlling Wife or My Affair?**





PHOTO OF THE DAY

# We're happy to come to you ...

But don't you think our daily A.M. Report in your inbox is worth at least $10 a month?

**Yes! I'll start a monthly donation right now!**



Submitted by Noozhawk reader Amelie Dalporto

**VIEW THIS**

---

## LOCAL SPORTS

BASEBALL

### Oakland Athletics Draft Former Santa Barbara High Pitcher Derek True

**READ THIS**

RUNNING

### How Sebastian Salsbury Finds Freedom In Trail Running Through Santa Barbara

**READ THIS**

## CLICK HERE FOR ALL NOOZHAWK NEWS

   

**ABOUT    CONTACT    ADVERTISE    HAWKS CLUB    UNSUBSCRIBE    MANAGE E-BULLETINS**

**Noozhawk** has sent you this e-Bulletin because you are a Noozhawk subscriber. You may cancel your subscription at any time. Click here to read our Privacy Policy.

© Malamute Ventures LLC 2007-2022 | ISSN No. 1947-6086

This email was sent by Noozhawk
Noozhawk
P.O. Box 101
Santa Barbara, California 93102

**Add us to your address book**

Subscribe        Past Issues        Translate ▼

**Want Breaking News Text Alerts** to your phone?
Become a member of the Hawks Club today!

**CLICK HERE FOR ALL** NOOZHAWK NEWS

 

*Friday, July 22, 2022*



## BizHawk: Xanadu Skate Boutique Rolling Into Santa Barbara's Paseo Nuevo

Aloha Fun Center is set to open next month, See's Candies moves to the Camino Real Shopping Center, and Helen Zajic is named a partner at Egan Law

**READ THIS**



─── **TOP STORIES** ───



### Another in Los Alamos
**READ THIS**



### Local Woman and Crew Expect to Break Rowing Record to Hawai'i by Sunday Night
**READ THIS**



WATER POLO



### San Marcos Water Polo Standout Ava Stryker Scores MVP at Pan American Tournament
**READ THIS**





### Proposed Santa Barbara Courthouse Project Remains Paused with More Funding Needed
**READ THIS**



## MORE NEWS

**Motorcyclist Seriously Injured in Collision with Truck in Santa Barbara**
**READ THIS**

**SpaceX Rocket Launch Scrubbed at Vandenberg SFB, Next Try Friday**
**READ THIS**

**Noozhawk's COVID-19 Update 7.20.2022**
**READ THIS**

**Captain's Log: The Difference Between a White Shark Encounter and an Attack**
**READ THIS**

FAITH
**D.C. Collier: There Are Two Human Races, and One Is Doomed**
**READ THIS**





PHOTO OF THE DAY

Subscribe | Past Issues | Translate ▼

## We're happy to come to you ...

But don't you think our daily A.M. Report in your inbox is worth at least $10 a month?

**Yes! I'll start a monthly donation right now!**



Submitted by Noozhawk reader Veronica Pincheira
**VIEW THIS**

---

## LOCAL SPORTS

SBART

**Character Shows: Thomas Couvillion is Laguna Blanca's Womble Award Winner**

**READ THIS**

---

## CLICK HERE FOR ALL NOOZHAWK NEWS

   

ABOUT    CONTACT    ADVERTISE    HAWKS CLUB    UNSUBSCRIBE    MANAGE E-BULLETINS

**Noozhawk** has sent you this e-Bulletin because you are a Noozhawk subscriber. You may cancel your subscription at any time. Click here to read our Privacy Policy.

© Malamute Ventures LLC 2007-2022 | ISSN No. 1947-6086

This email was sent by Noozhawk
Noozhawk
P.O. Box 101
Santa Barbara, California 93102

Add us to your address book

Subscribe          Past Issues                                                                    Translate ▼

Want Breaking News Text Alerts to your phone?
Become a member of the Hawks Club today!

## CLICK HERE FOR ALL NOOZHAWK NEWS

 

*Saturday, July 23, 2022*



**Pedal the Pacific Riders Bring Human Trafficking Awareness to Lompoc**

Eleven riders traveling from Seattle to San Diego have several stops in Santa Barbara County
**READ THIS**


LOMPOC EMPTY BOWLS
Wed. July 27 • 11:30 am & 12:30 pm    TICKETS

──────── **TOP STORIES** ────────



**SFB for Starlink Mission**

READ THIS



**SBCC Board Shares Excitement, Concerns About Pro Soccer Club's Plans to Play at Stadium**

READ THIS



**Heading to the Mid-State Fair? From Food to Rides, Here's How to Make the Most of Your Visit**

READ THIS



**BizHawk: Xanadu Skate Boutique Rolling Into Santa Barbara's Paseo Nuevo**

READ THIS







## MORE NEWS

**Bill Macfadyen: COVID-19 Pops Up Again on Readers' Radar**

READ THIS

**Sheriff's Office Releases Name of Montecito Homicide Victim**

READ THIS

**Public Health Reports Increase in Weekly Average of New COVID-19 Cases, Continued High Transmission**

READ THIS

**From Our Inbox: Letters to the Editor for the Week Ending July 22, 2022**

READ THIS

**Superior Court Judge Timothy J. Staffel to Retire**





PHOTO OF THE DAY

Subscribe          Past Issues                                                    Translate ▼

## We're happy to come to you ...

But don't you think our daily A.M. Report in your inbox is worth at least $10 a month?

**Yes! I'll start a monthly donation right now!**



Submitted by Noozhawk reader Michael Diamant
**VIEW THIS**

---

### LOCAL SPORTS

FOOTBALL
**Santa Barbara High, SBCC Football Great Booker Brown Passes Away at Age 69**

**READ THIS**

YOUTH SPORTS
**Dos Pueblos LL 10U All-Stars Capture Section 1 Championship, Advance to State Tournament**

**READ THIS**

YOUTH SPORTS
**Goleta Thunder 12U Softball All-Stars Come Out on Top in Encino Sherman Oaks Summer Slam**

**READ THIS**

SBART
**Character Shows: Thomas Couvillion is Laguna Blanca's Womble Award Winner**

**READ THIS**

WATER POLO
**San Marcos Water Polo Standout Ava Stryker Scores MVP at Pan American Tournament**

**READ THIS**

---

## CLICK HERE FOR ALL NOOZHAWK NEWS

     NOOZHAWK
the freshest news in Santa Barbara

Subscribe | Past Issues | Translate ▼

ABOUT    CONTACT    ADVERTISE    HAWKS CLUB    UNSUBSCRIBE    MANAGE E-BULLETINS

**Noozhawk** has sent you this e-Bulletin because you are a Noozhawk subscriber. You may cancel your subscription at any time. Click here to read our Privacy Policy.

© Malamute Ventures LLC 2007-2022 | ISSN No. 1947-6086

This email was sent by Noozhawk
Noozhawk
P.O. Box 101
Santa Barbara, California 93102

**Add us to your address book**

Subscribe     Past Issues     Translate ▼

**Want Breaking News Text Alerts** to your phone?
Become a member of the Hawks Club today!

**CLICK HERE FOR ALL** NOOZHAWK NEWS

 

*Sunday, July 24, 2022*



**Santa Barbara Planning Commission Backs Apartment Project But Wants More Rental Units**

The plan for the development at 222 E. Canon Perdido St. is scaled back from four stories to three and 34 units to 27

**READ THIS**



— TOP STORIES —



### Battle Wildfires Near Yosemite National Park

**READ THIS**





### Pedal the Pacific Cyclists Stop in Santa Barbara to Raise Awareness About Sex Trafficking

**READ THIS**



### More Than $16M in Federal Funding in the Works for Community Projects in Santa Barbara County

**READ THIS**





### SBCC Board Shares Excitement, Concerns About Pro Soccer Club's Plans to Play at Stadium

**READ THIS**



## MORE NEWS

**Bill Macfadyen: COVID-19 Pops Up Again on Readers' Radar**

**READ THIS**

**SpaceX Rocket Sails Away from Vandenberg SFB for Starlink Mission**

**READ THIS**

**Public Health Reports Increase in Weekly Average of New COVID-19 Cases, Continued High Transmission**

**READ THIS**

FAITH
**Jim Langley: Life Can Be Bittersweet**

**READ THIS**

**From Our Inbox: Letters to the Editor for the Week Ending July 22, 2022**





PHOTO OF THE DAY

Subscribe          Past Issues                                                                      Translate ▼

## We're happy to come to you ...

But don't you think our daily A.M. Report in your inbox is worth at least $10 a month?

Yes! I'll start a monthly donation right now!



Submitted by Noozhawk reader Lorraine DarConte
**VIEW THIS**

---

## LOCAL SPORTS

FOOTBALL
**Santa Barbara High, SBCC Football Great Booker Brown Passes Away at Age 69**

**READ THIS**

BASEBALL
**Kevin Bazzell Walks it Off Against Academy Barons to Give Foresters CCL South Title**

**READ THIS**

---

## <u>CLICK HERE FOR ALL</u> NOOZHAWK NEWS

   

ABOUT      CONTACT      ADVERTISE      HAWKS CLUB      UNSUBSCRIBE      MANAGE E-BULLETINS

**Noozhawk** has sent you this e-Bulletin because you are a Noozhawk subscriber. You may cancel your subscription at any time. <u>Click here</u> to read our Privacy Policy.

© Malamute Ventures LLC 2007-2022 | ISSN No. 1947-6086

This email was sent by Noozhawk
Noozhawk
P.O. Box 101
Santa Barbara, California 93102

**Add us to your address book**

# EXHIBIT H

# If you were affected by the 2015 Santa Barbara Oil Spill, you may be entitled to a payment from a class action settlement



---

NEWS PROVIDED BY

**JND Legal Administration →**
Jul 13, 2022, 09:18 ET

---

SEATTLE, July 13, 2022 /PRNewswire/ -- JND Legal Administration -- A Settlement has been reached in the class action lawsuit called *Andrews et al. v. Plains All American Pipeline, L.P. et al.*, No. 2:15-cv-04113 (PSG:JEM) (C.D. Cal.).

**What is this about?**
The lawsuit claims that Plains All American Pipeline L.P. and Plains Pipeline L.P. ("Plains" or "Defendants") caused an underground pipeline to rupture, resulting in an oil spill along the coast in Santa Barbara County on May 19, 2015. The Settlement is on behalf of members of the Fisher Class and Property Class previously certified by this Court. Plaintiffs for the Fisher Class allege the spill caused long term harm to commercial fishing in the affected class blocks, including significant financial losses. Plaintiffs for the Property Class allege that owners and lessees were unable to use and enjoy their properties as a result of the spill because oil washed up onto their properties and onto beaches adjacent to their properties. Plains

denies any claims of wrongdoing and disputes all claims. The settlement, if approved by the Court, will resolve all remaining claims in the class action litigation pending in the United States District Court for the Central District of California. The Fisher Class Settlement is $184 million, and the Property Class Settlement is $46 million, inclusive of attorneys' fees and costs.

The Court has not decided whether Plaintiffs or Defendants should win this Litigation. The Settling Parties do not agree on whether Plaintiffs would have prevailed on any of their claims against Plains, or the amount of damages, if any, that would be recoverable if the Class prevailed on the claims alleged. Instead, both sides agreed to the Settlement after years of contested litigation, including at the motion to dismiss, class certification, and summary judgment stages. The Parties had also completed substantial discovery and were preparing for trial to commence on June 2, 2022.

**Who is affected?**

You are a <u>Fisher Class Member</u> if you are a person or business who owned or worked on a vessel that was in operation as of May 19, 2015 and that: (1) landed any commercial seafood in California Department of Fish & Wildlife ("CDFW") fishing blocks 654, 655, or 656; or (2) landed any commercial seafood, except groundfish or highly migratory species (as defined by the CDFW and the Pacific Fishery Management Council), in CDFW fishing blocks 651-656, 664-670, 678-686, 701-707, 718-726, 739-746, 760-765, or 806-809; from May 19, 2010 to May 19, 2015, inclusive; or if you are a person or business in operation as of May 19, 2015 who purchased such commercial seafood directly from the Commercial Fishers and re-sold it at the retail or wholesale level. You can find out if you are a Fisher Class Member by going to www.PlainsOilSpillSettlement.com.

You are a <u>Property Class Member</u> if you owned or leased residential beachfront property or property with a private easement to a beach where oil from the 2015 Santa Barbara oil spill washed up and the oiling was categorized as heavy, moderate, or light. You can find out if your property is included by going to www.PlainsOilSpillSettlement.com, where a list of properties Plaintiffs claim were impacted is posted.

**What does the Settlement provide?**

The Settlement, if approved, will result in the creation of two cash settlement funds of $184,000,000 (the "Fisher Class Settlement Amount") and $46,000,000 ("the Property Class Settlement Amount"), together with any interest earned thereon, the "Fisher Class Common Fund" and "Property Class Common Fund," respectively. Each of the common funds less (a) any Taxes and Tax Expenses; (b) any Notice and Administration Expenses; and (c) any attorneys' fees and costs and any service awards to Class Representatives in connection with their representation of the Class, awarded by the Court (the "Net Settlement Funds"), will be distributed to eligible Class Members pursuant to a proposed plan of distribution ("Plan of Distribution"). If you are entitled to relief under the Settlement, the Settlement Administrator will determine your portion of the Net Settlement Fund payable to you pursuant to the Court-approved Plan of Distribution.

## Who represents the Class?

The Court has appointed Lieff Cabraser Heimann Bernstein LLP, Keller Rohrback L.L.P., Cappello & Noel LLP, and Audet & Partners, LLP ("Class Counsel") to be the attorneys representing the Class. You will not be charged for these lawyers. Class Counsel will apply to the Court for an award of attorneys' fees in an amount not to exceed 33% of the total Settlement Amount (no more than $60,720,000 from the Fisher Class Settlement Amount and $15,180,000 from the Property Class Settlement Amount). In addition, Class Counsel will apply to the Court for reimbursement of their litigation expenses (in an amount not to exceed $5.2 million from the Fisher Class Settlement Amount and $1.3 million from the Property Class Settlement Amount). If you want to be represented by your own lawyer, you may hire one at your own expense.

## What do I need to do to?

**If you are a Class Member and you wish to get money from the Settlement, you are required to submit a Claim Form** available at www.PlainsOilSpillSettlement.com, or by calling the toll-free number 1-844-202-9486 to request that a hard copy Claim Form be mailed to you. Your Claim Form

and, if necessary, any required supporting documentation as set forth therein must be

postmarked (if mailed) or submitted online to the address below **on or before October 31, 2022**.

*Plains Oil Spill Settlement*

c/o JND Legal Administration

P.O. Box 91450

Seattle, WA 98111

Email: info@PlainsOilSpillSettlement.com

www.PlainsOilSpillSettlement.com

Telephone: 1-844-202-9486


If you are a Class Member you may object or tell the Court what you do not like about the Settlement. You will still be bound by the Settlement, and you may still file a claim. Objections must be served/filed no later than **August 19, 2022.** Go to www.PlainsOilSpillSettlement.com for details on how to object to the Settlement. If you are a Class Member and you did not previously opt out of the Class or enter a separate settlement with Plains for which you signed a full release, you are a member of the Class and you will be bound by the release of claims as part of the Settlement. The Fisher Class was first certified on February 28, 2017, and later amended on November 22, 2019. The Property Class was certified on April 17, 2018. You previously had an opportunity exclude yourself from the Fisher Class and the Property Class. If you did not exclude yourself then, you may not exclude yourself now.


**What happens next?**

The Court will hold a Final Approval Hearing on **September 16, 2022, at 1:30 p.m. Pacific**, before the Honorable Phillip S. Gutierrez at the United States District Court for the Central District of California, First Street Courthouse, 350 West 1st Street, Courtroom 6A, 6th Floor, Los Angeles, California 90012-4565. At the hearing the Court will determine whether: (1) the Settlement of $184,000,000 for the Fisher Class and $46,000,000 for the Property Class should be approved by the Court as fair, reasonable and adequate; (2) the Judgment as provided under the Settlement Agreement should be entered; (3) to award Class Counsel attorneys' fees and expenses out of the Fisher and Property Class Common Funds and, if so, in what

amount; (4) to award Plaintiffs service awards (Class Counsel is requesting $15,000 for each of the 14 Class Representatives) in connection with their representation of the Classes out of the Fisher and Property Class Common Funds and, if so, in what amount; and (5) the Plans of Distribution should be approved by the Court.

**How do I get more information?**

For more details and to print the Settlement Agreement, go to www.PlainsOilSpillSettlement.com. You may also write with questions or notify the Settlement Administrator regarding address changes to *Plains Oil Spill Settlement* c/o JND Legal Administration, P.O. Box 91450, Seattle, WA 98111, email at info@PlainsOilSpillSettlement.com or call the Settlement Administrator at 1-844-202-9486.

SOURCE JND Legal Administration

# Si usted se vio afectado por el derrame de petróleo en Santa Bárbara en 2015, puede tener derecho a pago por un acuerdo de demanda colectiva

USA - español ▾

NEWS PROVIDED BY

**JND Legal Administration** ➔
Jul 13, 2022, 09:18 ET

SEATTLE, 13 de julio de 2021 /PRNewswire-HISPANIC PR WIRE/ -- JND Legal Administration -- Se ha llegado a un Acuerdo en la demanda colectiva denominada *Andrews et al. versus Plains All American Pipeline, L.P. et al.*, N˚. 2:15-cv-04113 (PSG:JEM) (C.D. Cal.).

**¿De qué se trata?**

La demanda alega que Plains All American Pipeline L.P. y Plains Pipeline L.P. ("Plains" o el "Demandado") causaron la ruptura de un oleoducto subterráneo, lo que provocó un derrame de petróleo a lo largo de la costa en el condado de Santa Bárbara el 19 de mayo de 2015. El Acuerdo es en nombre de los miembros de la Demanda Colectiva de los Pescadores y de la Demanda Colectiva de los Propietarios, previamente certificados por este Tribunal. La parte querellante de la Demanda Colectiva de los Pescadores alega que el derrame causó daños a largo plazo en las actividades de pesca comercial en los bloques del colectivo

afectado, lo que provocó importantes pérdidas financieras. La parte querellante de la Demanda Colectiva de los Propietarios alega que los propietarios y los arrendatarios no pudieron utilizar ni disfrutar de sus propiedades como consecuencia del derrame, ya que el petróleo llegó hasta ellas y a las playas adyacentes. Plains niega cualquier declaración de infracciones y rechaza todas las reclamaciones. El Acuerdo, si es aprobado por el Tribunal, resolverá todas las reclamaciones restantes en el litigio de demanda colectiva pendiente en el Tribunal de Distrito de los Estados Unidos para el Distrito Central de California. El Acuerdo de la Demanda Colectiva de los Pescadores es de $184 millones, y el Acuerdo de la Demanda Colectiva de los Propietarios es de $46 millones, incluidos los honorarios y los costos de los abogados.

El Tribunal no ha decidido si los Demandantes o los Demandados deben ganar este litigio. Las Partes de la Conciliación no están de acuerdo en si los Demandantes habrían ganado alguna de sus reclamaciones contra Plains, o en el monto de los daños y perjuicios, de haberlos, que serían recuperables si la Demanda Colectiva ganara las reclamaciones alegadas. En cambio, ambas partes convinieron el Acuerdo después de años de litigio impugnado, incluso en las etapas de moción de desestimación, certificación de la demanda y juicio sumario. Las partes también habían recabado una cantidad importante de pruebas y estaban preparándose para comenzar el juicio el 2 de junio de 2022.

**¿Quiénes son los afectados?**

Usted es <u>Miembro de la Demanda Colectiva de los Pescadores</u> si es una persona o empresa que poseía o trabajaba en una embarcación que estaba en funcionamiento al 19 de mayo de 2015 y que: (1) desembarcó cualquier marisco comercial en los bloques de pesca 654, 655 o 656 del Departamento de Pesca y Vida Silvestre de California ("CDFW"); o (2) desembarcó cualquier marisco comercial, excepto peces de fondo o especies altamente migratorias (según la definición del CDFW y el Consejo de Gestión de Pesca del Pacífico), en los bloques de pesca 651-656, 664-670, 678-686, 701-707, 718-726, 739-746, 760-765 o 806-809 del CDFW; desde el 19 de mayo de 2010 al 19 de mayo de 2015, inclusive; o si usted es una persona o una empresa en funcionamiento a partir del 19 de mayo de 2015 que compró este tipo de marisco comercial directamente a los pescadores comerciales y lo revendió a nivel minorista o mayorista. Puede averiguar si es miembro de la Demanda Colectiva de los Pescadores visitando www.PlainsOilSpillSettlement.com.

Usted es **Miembro de la Demanda Colectiva de los Propietarios** si poseía o alquilaba propiedades residenciales frente a la playa o con acceso privado a una playa en la zona afectada por el derrame de petróleo en Santa Bárbara en 2015 y el daño se haya clasificado como grave, moderado o leve. Puede averiguar si su propiedad está incluida visitando www.PlainsOilSpillSettlement.com, donde se publica una lista de las propiedades que según los Demandantes se vieron afectadas.

**¿Qué establece el Acuerdo?**

Si se aprueba, el acuerdo dará lugar a la creación de dos fondos de liquidación en efectivo de $184,000,000 (el "Importe del Acuerdo de la Demanda Colectiva de los Pescadores") y $46,000,000 ("el Importe del Acuerdo de la Demanda Colectiva de los Propietarios"), junto con cualquier interés devengado, el "Fondo Común de la Demanda Colectiva de los Pescadores" y el "Fondo Común de la Demanda Colectiva de los Propietarios", respectivamente. Cada uno de los fondos comunes menos a) los impuestos y gastos fiscales; b) los gastos de notificación y administrativos; y c) los honorarios y costos de los abogados, así como las concesiones por servicios a los Representantes de la Demanda Colectiva en relación con su representación de la misma, otorgadas por el Tribunal (los "Fondos Netos del Acuerdo"), se distribuirán a los Miembros de la Demanda Colectiva que cumplan los requisitos de acuerdo con un plan de distribución propuesto ("Plan de Distribución"). Si tiene derecho a compensación en virtud del Acuerdo, el Administrador del Acuerdo determinará su parte del Fondo Neto del Acuerdo que se le debe pagar en conformidad con el Plan de Distribución aprobado por el Tribunal.

**¿Quién representa a la demanda?**

El Tribunal ha nombrado a Lieff Cabraser Heimann Bernstein LLP, Keller Rohrback L.L.P., Cappello & Noel LLP y Audet & Partners, LLP ("Abogados de la Demanda Colectiva") para que sean los abogados que representen a la Demanda Colectiva. A usted no se le cobrará por estos abogados. Los Abogados de la Demanda Colectiva solicitarán al Tribunal la adjudicación de los honorarios de los abogados por un importe que no supere el 33 % del Importe total del Acuerdo (no más de $60,720,000 del Importe del Acuerdo de la Demanda Colectiva de los Pescadores y $15,180,000 del Importe del Acuerdo de la Demanda

Colectiva de los Propietarios). Además, los Abogados de la Demanda Colectiva solicitarán al Tribunal el reembolso de sus gastos de litigio (en una cantidad que no excederá los $5.2 millones del Importe del Acuerdo de la Demanda Colectiva de los Pescadores y $1.3 millones del Importe del Acuerdo de la Demanda Colectiva de los Propietarios). Si desea ser representado por su propio abogado, puede contratar a uno a su propio costo.

**¿Qué debo hacer?**

**Si usted es Miembro de la Demanda Colectiva y desea obtener dinero del Acuerdo, debe enviar un Formulario de Reclamación** disponible en www.PlainsOilSpillSettlement.com, o llamando al número gratuito 1–844-202-9486 para solicitar que se le envíe una copia en papel del Formulario de Reclamación. Su Formulario de Reclamación y, si fuera necesario, cualquier otra documentación de apoyo requerida, tal como se establece en el mismo, debe tener el matasellos con fecha (si se envía por correo), o enviarse en línea, a la dirección que se indica a continuación **antes del 31 de octubre de 2022.**

*Plains Oil Spill Settlement*
c/o JND Legal Administration
P.O. Box 91450
Seattle, WA 98111
Correo electrónico: info@PlainsOilSpillSettlement.com
www.PlainsOilSpillSettlement.com
Teléfono: 1–844-202-9486

Si usted es Miembro de la Demanda Colectiva, puede objetar o informarle al Tribunal lo que no le gusta del Acuerdo. Seguirá sujeto al Acuerdo y aún podrá presentar una reclamación. Las objeciones se deben notificar/presentar a más tardar el **19 de agosto de 2022.** Visite www.PlainsOilSpillSettlement.com para obtener detalles sobre cómo objetar el Acuerdo. Si usted es Miembro de la Demanda Colectiva y anteriormente no se excluyó de la misma ni formalizó un acuerdo independiente con Plains para el que firmó una exención completa, usted es miembro de la Demanda Colectiva y quedará obligado por la

exención de reclamaciones como parte del Acuerdo. La Demanda Colectiva de los Pescadores se certificó por primera vez el 28 de febrero de 2017, y posteriormente se modificó el 22 de noviembre de 2019. La Demanda Colectiva de los Propietarios se certificó el 17 de abril de 2018. Anteriormente, usted tuvo una oportunidad de excluirse de la Demanda Colectiva de los Pescadores y de la Demanda Colectiva de los Propietarios. Si no se excluyó en esa oportunidad, no puede excluirse ahora.

**¿Qué sucederá a continuación?**

El Tribunal celebrará una audiencia de aprobación final el **16 de septiembre de 2022 a la 1:30 p. m. hora del Pacífico**, ante el Honorable Phillip S. Gutierrez en el Tribunal de Distrito de Los Estados Unidos para el Distrito Central de California, First Street Courthouse, 350 West 1st Street, Sala de Audiencias 6A, 6.° piso, Los Ángeles, California 90012-4565. En la audiencia, el Tribunal determinará: 1) si el Acuerdo de $184,000,000 para la Demanda Colectiva de los Pescadores y $46,000,000 para la Demanda Colectiva de los Propietarios será aprobado por el Tribunal como justo, razonable y adecuado; 2) si se debe dictar el Fallo según lo dispuesto en el Acuerdo de Conciliación; 3) si conceder a los Abogados de la Demanda Colectiva honorarios y gastos con cargo a los Fondos Comunes de las Demandas Colectivas de los Pescadores y Propietarios y, en caso afirmativo, en qué cantidad; 4) si conceder los pagos por servicios a los Demandantes (el Abogado de la Demanda Colectiva solicita $15,000 para cada uno de los 14 representantes de la Demanda Colectiva) en relación con su representación de las Demandas de los Fondos Comunes de las Demandas Colectivas de Pescadores y Propietarios y, de ser así, en qué cantidad; y 5) si los Planes de Distribución deberían ser aprobados por el Tribunal.

**¿Cómo puedo obtener más información?**

Para obtener más detalles e imprimir el Acuerdo de Conciliación, visite www.PlainsOilSpillSettlement.com. También puede escribir con preguntas o notificar al Administrador del Acuerdo sobre cambios de dirección a *Plains Oil Spill Settlement* c/o JND Legal Administration, P.O. Box 91450, Seattle, WA 98111, enviar un correo electrónico a info@PlainsOilSpillSettlement.com o llamar al Administrador del Acuerdo al 1–844-202-9486.

SOURCE JND Legal Administration