1  Robert J. Nelson (CSB No. 132797)
   rnelson@lchb.com
2  LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
   275 Battery Street, 29th Floor
3  San Francisco, CA  94111-3339
   Telephone:  (415) 956-1000
4  Facsimile:  (415) 956-1008

5  Juli E. Farris (CSB No. 141716)
   jfarris@kellerrohrback.com
6  KELLER ROHRBACK L.L.P.
   801 Garden Street, Suite 301
7  Santa Barbara, CA 93101
   Telephone: (805) 456-1496
8  Facsimile: (805) 456-1497

9  *Class Counsel*

10 A. Barry Cappello (CSB No. 037835)
   abc@cappellonoel.com
11 CAPPELLO & NOËL LLP
   831 State Street
12 Santa Barbara, CA 93101-3227
   Telephone: (805)564-2444
13 Facsimile: (805)965-5950

14 *Lead Trial Counsel*
   *(additional counsel listed at signature)*

15

16                **UNITED STATES DISTRICT COURT**

17                **CENTRAL DISTRICT OF CALIFORNIA**

18 KEITH ANDREWS, an individual, et        Case No. 2:15-cv-04113-PSG-JEMx
   al.,
19                                          **PLAINTIFFS' SUPPLEMENTAL**
20              Plaintiffs,                 **MEMORANDUM OF POINTS AND**
                                            **AUTHORITIES IN SUPPORT OF**
21      v.                                  **MOTION FOR FINAL APPROVAL**
                                            **OF CLASS ACTION SETTLEMENT**
22 PLAINS ALL AMERICAN
   PIPELINE, L.P., a Delaware limited       Date:        September 20, 2022
23 partnership, et al.,                     Time:        1:30 p.m.
24                                          Judge:       Hon. Philip S. Gutierrez
              Defendants.                   Courtroom:  6A
25

26

27

28

Plaintiffs respectfully submit this supplemental memorandum in support of their motion for final approval of the proposed Settlement. Dkt. 952. As set out in Plaintiffs' initial memorandum, the combined $230 million, non-reversionary Settlement before the Court is fair, adequate, and reasonable, and should be finally approved pursuant to Fed. R. Civ. P. 23(e). The Settlement was reached on the eve of trial and only after an extraordinary degree of discovery and motion practice, and with the aid of experienced mediators who oversaw several mediation sessions over the course of many years. The proposed Settlement represents a substantial and impressive percentage of the Classes' maximum recoverable damages, and it heads off the unpredictable risks of trial and appeals – risks that are amplified in this case given its complexity, novelty, and scale.

Class members' response to the proposed Settlement indicates that they agree with this assessment. After implementation of a rigorous Class Notice plan that included individual mailed notice to thousands of Fisher and Property Class members, supplemented by extensive published notice, not a single Class member has objected to the proposed Settlement.[1] The absence of objections, after a robust notice program, further supports final approval here.[2] "It is established that the absence of a large number of objections to a proposed class action settlement raises a strong presumption that the terms of a proposed class settlement action are

---

[1] A single Property Class member objected to the distribution plan because her property was included in the "Moderate" rather than "Heavy" oiling category. However, she does not challenge the Settlement itself or the Property Plan of Distribution generally. The issue she raises relates only to the classification of her individual property, and is based on the mistaken assumption that properties categorized as having sustained "Moderate" rather than "Heavy" oiling are treated differently in their allocations. They are not. These two oiling categories receive the same Fixed Share. This misunderstanding is more fully addressed in Plaintiffs' Supplemental Memorandum in Support of the Plans of Distribution, Section II.A.

[2] *See* Dkt. 959, Declaration of Jennifer Keough ("Keough Decl.") ¶ 11-14. The Supplemental Declaration of Jennifer Keough ("Keough Supp. Decl.") describes the Administrator's efforts since July 29, 2022, including following-up on undeliverable direct mail notices, fielding inquiries through the website and toll-free number, and establishing the online claims submission portal.

SUPPLEMENTAL MPA ISO MOTION FOR FINAL
APPROVAL OF CLASS ACTION SETTLEMENT
CASE NO. 2:15-CV-04113-PS

1   favorable to the class members." *Nat'l Rural Telecomms. Coop. v. DIRECTV, Inc.*,

2   221 F.R.D. 523, 529 (C.D. Cal. 2004); *see also Churchill Vill., LLC v. Gen. Elec.*,

3   361 F.3d 566, 577 (9th Cir. 2004) (affirming district court's approval of settlement

4   where 45 of 90,000 class members objected to the settlement and 500 class

5   members opted out); *Smith v. Experian Info. Sols., Inc.*, No. SACV 17-00629-CJC

6   (AFMx), 2020 WL 6689209, at *4 (C.D. Cal. Nov. 9, 2020). The absence of

7   objections is especially meaningful given that many Class members have

8   substantial recoveries at stake and therefore have more incentive to make any

9   objections known. *See* Dkts. 951-1 ¶¶ 71, 75, 80; 951-2 ¶ 62; *see also* 4 NEWBERG

10  AND RUBENSTEIN ON CLASS ACTIONS § 13:58 (6th ed.).[3]

11          For the reasons stated above and in their initial memorandum in support of

12  final settlement approval, Plaintiffs respectfully request that the Court grant their

13  motion for final approval of the proposed Settlement as fair, adequate, and

14  reasonable.

15   Dated:  September 2, 2022            Respectfully submitted,

16

17                                       By:      */s/ Robert J. Nelson*

18                                       Robert J. Nelson (CSB No. 132797)
                                         Nimish Desai (CSB No. 244953)
19                                       Wilson M. Dunlavey (CSB No. 307719)
                                         Amelia A. Haselkorn (CSB No. 339633)
20                                       LIEFF CABRASER
21                                       HEIMANN & BERNSTEIN, LLP
                                         275 Battery Street, 29th Floor
22                                       San Francisco, CA 94111-3339
23                                       Telephone: (415) 956.1000
                                         Facsimile: (415) 956.1008
24

25                                       Juli E. Farris (CSB No. 141716)

26   _____

27   [3] Thirty-four Class members opted out of the case after the Classes were initially
     certified, prior to the Settlement. Plaintiffs have attached an amended proposed
     order that includes this list of opt-outs and references the lack of objections to the
28   Settlement.

| | |
|---|---|
| 1 | Matthew J. Preusch (CSB No. 298144) |
| 2 | KELLER ROHRBACK L.L.P. |
| | 801 Garden Street, Suite 301 |
| 3 | Santa Barbara, CA 93101 |
| 4 | Telephone: (805) 456-1496 |
| | Facsimile: (805) 456-1497 |
| 5 | |
| 6 | Lynn Lincoln Sarko (*Pro Hac Vice*) |
| | Gretchen Freeman Cappio (*Pro Hac Vice*) |
| 7 | Michael D. Woerner (*Pro Hac Vice*) |
| 8 | Daniel Mensher (*Pro Hac Vice*) |
| | Laura R. Gerber (*Pro Hac Vice*) |
| 9 | KELLER ROHRBACK L.L.P. |
| 10 | 1201 Third Ave, Suite 3200 |
| | Seattle, WA 98101 |
| 11 | Telephone: (206) 623-1900 |
| 12 | Facsimile: (206) 623-3384 |
| 13 | *Class Counsel* |
| 14 | |
| 15 | A. Barry Cappello (CSB No. 037835) |
| | Leila J. Noël (CSB No. 114307) |
| 16 | Lawrence J. Conlan (CSB No. 221350) |
| | David L. Cousineau (CSB No. 298801) |
| 17 | CAPPELLO & NOËL LLP |
| 18 | 831 State Street |
| | Santa Barbara, CA 93101-3227 |
| 19 | Telephone: (805) 564-2444 |
| 20 | Facsimile: (805) 965-5950 |
| 21 | *Lead Trial Counsel* |
| 22 | |
| 23 | William M. Audet (CSB No. 117456) |
| | Ling Y. Kuang (CSB No. 296873) |
| 24 | AUDET & PARTNERS, LLP |
| | 711 Van Ness Avenue, Suite 500 |
| 25 | San Francisco, CA 94102 |
| 26 | Telephone: (415) 568-2555 |
| | Facsimile: (415) 568-2556 |
| 27 | |
| 28 | *Class Counsel* |

2454594.4

- 3 -

SUPPLEMENTAL MPA ISO MOTION FOR FINAL
APPROVAL OF CLASS ACTION SETTLEMENT
CASE NO. 2:15-CV-04113-PS