1  Robert J. Nelson (CSB No. 132797)
   rnelson@lchb.com
2  LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
   275 Battery Street, 29th Floor
3  San Francisco, CA  94111-3339
   Telephone:  (415) 956-1000
4  Facsimile:  (415) 956-1008

5  Juli E. Farris (CSB No. 141716)
   jfarris@kellerrohrback.com
6  KELLER ROHRBACK L.L.P.
   801 Garden Street, Suite 301
7  Santa Barbara, CA 93101
   Telephone: (805) 456-1496
8  Facsimile: (805) 456-1497

9  *Class Counsel*

10 A. Barry Cappello (CSB No. 037835)
   abc@cappellonoel.com
11 CAPPELLO & NOËL LLP
   831 State Street
12 Santa Barbara, CA 93101-3227
   Telephone: (805)564-2444
13 Facsimile: (805)965-5950

14 *Lead Trial Counsel*
   *(additional counsel listed at signature)*

15

16              **UNITED STATES DISTRICT COURT**

17              **CENTRAL DISTRICT OF CALIFORNIA**

18 | KEITH ANDREWS, an individual, et al., | Case No. 2:15-cv-04113-PSG-JEMx |

19

20                Plaintiffs,          **PLAINTIFFS' SECOND SUPPLEMENTAL MEMORANDUM IN SUPPORT OF FINAL APPROVAL OF SETTLEMENT AND PLANS OF DISTRIBUTION**

21        v.

22 PLAINS ALL AMERICAN
   PIPELINE, L.P., a Delaware limited
23 partnership, et al.,                Date:       September 20, 2022
                                       Time:       1:30 p.m.
24                Defendants.          Judge:      Hon. Philip S. Gutierrez
                                       Courtroom:  6A
25

26

27

28

1     Plaintiffs respectfully submit this second supplemental memorandum to

2  advise the Court that the lone objection to the Property Class Plan of Distribution

3  has been withdrawn. *See* Second Supplemental Nelson Declaration, Ex. 1 (filed

4  concurrently herewith). As such, not a single Class member objects to final

5  approval of the proposed Settlement, the Plans of Distribution, Class Counsel's

6  request for attorneys' fees and costs, or the request for Class Representative service

7  awards.

8     For the Court's convenience, Plaintiffs are filing an updated [Second

9  Amended Proposed] Order Granting Plaintiffs' Motion for Approval of Plans of

10  Distribution, which reflects that there are no objections to either of the Plans.

11  Plaintiffs will also re-file the proposed Final Judgment, originally attached as

12  Exhibit C to the Settlement (Dkt. 944-1, Ex. 1).

13     At the Final Approval Hearing set for September 20, 2022, Plaintiffs intend

14  to request that the Court issue the following orders:

15     1) Order granting final settlement approval (Dkt. 970-1);

16     2) Order approving the Plans of Distribution, filed concurrently herewith;

17     3) Order approving Attorneys' Fees, Expenses, and Service Awards (Dkt.

18  972-1);

19     4) Final Judgment, filed concurrently herewith.

20

21  Dated:  September 16, 2022     Respectfully submitted,

22     By: _____ */s/ Robert J. Nelson* _____

23     Robert J. Nelson (CSB No. 132797)
24     Nimish Desai (CSB No. 244953)
     Wilson M. Dunlavey (CSB No. 307719)
25     Amelia A. Haselkorn (CSB No. 339633)
     LIEFF CABRASER
26     HEIMANN & BERNSTEIN, LLP
27     275 Battery Street, 29th Floor
     San Francisco, CA 94111-3339
28     Telephone: (415) 956.1000
     Facsimile: (415) 956.1008

1

2

Juli E. Farris (CSB No. 141716)
Matthew J. Preusch (CSB No. 298144)

3

KELLER ROHRBACK L.L.P.
801 Garden Street, Suite 301

4

Santa Barbara, CA 93101
Telephone: (805) 456-1496

5

Facsimile: (805) 456-1497

6

7

Lynn Lincoln Sarko (*Pro Hac Vice*)
Gretchen Freeman Cappio (*Pro Hac Vice*)

8

Michael D. Woerner (*Pro Hac Vice*)
Daniel Mensher (*Pro Hac Vice*)

9

Laura R. Gerber (*Pro Hac Vice*)
KELLER ROHRBACK L.L.P.

10

1201 Third Ave, Suite 3200
Seattle, WA 98101

11

Telephone: (206) 623-1900
Facsimile: (206) 623-3384

12

13

*Class Counsel*

14

A. Barry Cappello (CSB No. 037835)
Leila J. Noël (CSB No. 114307)

15

Lawrence J. Conlan (CSB No. 221350)
David L. Cousineau (CSB No. 298801)

16

CAPPELLO & NOËL LLP
831 State Street

17

Santa Barbara, CA 93101-3227

18

Telephone: (805) 564-2444
Facsimile: (805) 965-5950

19

20

*Lead Trial Counsel*

21

William M. Audet (CSB No. 117456)
Ling Y. Kuang (CSB No. 296873)

22

AUDET & PARTNERS, LLP
711 Van Ness Avenue, Suite 500

23

San Francisco, CA 94102
Telephone: (415) 568-2555

24

Facsimile: (415) 568-2556

25

26

*Class Counsel*

27

28

2