FILED
CLERK, U.S. DISTRICT COURT
09/20/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: hc DEPUTY

Link 976

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ANDREWS, an individual, TIFFANI ANDREWS, an individual. BACIU FAMILY LLC, a California limited liability company, ROBERT BOYDSTON, an individual, MORGAN CASTAGNOLA, an individual, THE EAGLE FLEET, LLC, a California limited liability company, ZACHARY FRAZIER, an individual, MIKE GANDALL, an individual, ALEXANDRA B. GEREMIA, as Trustee for the Alexandra Geremia Family Trust dated 8/5/1998, JIM GUELKER, an individual, JACQUES HABRA, an individual, MARK KIRKHART, an individual, MARY KIRKHART, an individual, RICHARD LILYGREN, an individual, HWA HONG MUH, an individual, OCEAN ANGEL IV, LLC, a California limited liability company, PACIFIC RIM FISHERIES, INC, a California corporation, SARAH RATHBONE, an individual, COMMUNITY SEAFOOD LLC, a California limited liability company, SANTA BARBARA UNI, INC., a California corporation, SOUTHERN CAL SEAFOOD, INC., a California corporation, TRACTIDE MARINE CORP., a California corporation, WEI INTERNATIONAL TRADING INC., a California corporation and STEPHEN WILSON, an individual, individually and on behalf of others similarly situated, | Case No. 2:15-cv-04113-PSG-JEM<br><br>[Consolidated with Case Nos. 2:15-cv-04573-PSG (JEMx), 2:15-cv-04759-PSG (JEMx), 2:15-cv-04989-PSG (JEMx), 2:15-cv-05118-PSG (JEMx), 2:15-cv-07051-PSG (JEMx)]<br><br>**FINAL JUDGMENT**<br><br>Judge: Hon. Philip S. Gutierrez<br>Courtroom: 6A |

|  |  |
|---|---|
| Plaintiffs, | |
| vs. | |
| PLAINS ALL AMERICAN PIPELINE, L.P., a Delaware limited partnership, and PLAINS PIPELINE, L.P., a Texas limited partnership, and JOHN DOES 1 through 10, | |
| Defendants. | |

The Court having entered on 09/20/2022, a Final Approval Order approving the Settlement between plaintiffs Keith Andrews, Tiffani Andrews, Morgan Castagnola, Mike Gandall, Hwa Hong Muh, Ocean Angel IV LLC, Pacific Rim Fisheries, Inc., Sarah Rathbone, Community Seafood LLC, Santa Barbara Uni, Inc., Southern Cal Seafood, Inc., Wei International Trading, Inc., individually and in their representative capacities ("Fisher Class Representatives"), and Defendants Plains All American Pipeline, L.P. and Plains Pipeline, L.P. (collectively "Plains" or "Defendants"), and between plaintiffs Baciu Family LLC, Alexandra B. Geremia, Jacques Habra, Mark Kirkhart, and Mary Kirkhart, individually and in their representative capacities ("Property Class Representatives"), and Plains, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. Judgment is hereby entered in this case as to the Fisher Class and the Property Class in accordance with the Court's 09/20/2022 Final Approval Order as to all claims against Defendants in this Action.

2. The above-captioned Action is DISMISSED in its entirety with prejudice.

3. The Parties shall take all actions required of them by the Final Approval Order and the Settlement Agreement.

4. Except as otherwise provided in orders separately entered by this Court on any application for attorneys' fees and expenses, any application for incentive awards, and the Plans of Distribution submitted by Class Counsel, the Parties will bear their own expenses and attorneys' fees.

5. Without affecting the finality of this Order and the accompanying Judgment, the Court reserves jurisdiction over the implementation of the Settlement, including enforcement and administration of the Settlement Agreement, including any releases in connection therewith, and any other matters related or ancillary to the foregoing.

6. This document constitutes a final judgment pursuant to Federal Rule of Civil Procedure 54 and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

DATED: September 21, 2022

_____
Hon. Philip S. Gutierrez
United States District Judge